**ORDERED in the Southern District of Florida on February 14, 2025.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

CITY TRUST INVESTMENTS, LLC, Case No.: 24-14100-LMI
Chapter 7

Debtor.
_________________________________/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO (1) ENFORCE THE AUTOMATIC STAY, (2) AWARD SANCTIONS, AND (3) COMPEL TURNOVER OF ESTATE PROPERTY**

**THIS MATTER** having come before the Court for hearing on February 12, 2025, upon the *Chapter 7 Trustee's Motion to (1) Enforce the Automatic Stay, (2) Award Sanctions, and (3) Compel Turnover of Estate Property* (the "Motion") [D.E. 226], and proof of service of the Motion and notice of hearing [D.E. 236], and the Motion and notice of the hearing having been duly served, and no one having appeared in opposition to the Motion, and for good cause shown, finds as follows:

**IT IS ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**.
2. Santos Gonzales, Lazara Llaguno a/k/a Lazara Gonzalez, George Llaguno a/k/a Jorge Llaguno, and Lorgeleys Llaguno violated Section 362(a)(3) of the Bankruptcy Code by obtaining possession of or exercising control over property of the Estate, namely by the collection, retention and/or disposition of rents generated by the Debtor's real property constituting property of this Estate[1].
3. Santos Gonzales, Lazara Llaguno a/k/a Lazara Gonzalez, George Llaguno a/k/a Jorge Llaguno, and Lorgeleys Llaguno shall cease collecting the rent.
4. Santos Gonzales, Lazara Llaguno a/k/a Lazara Gonzalez, George Llaguno a/k/a Jorge Llaguno, and Lorgeleys Llaguno shall turnover all rent collected since the conversion of the case to Chapter 7 by Order entered on **September 20, 2024** within fourteen (14) days of this Order.
5. Santos Gonzales, Lazara Llaguno a/k/a Lazara Gonzalez, George Llaguno a/k/a Jorge Llaguno, and Lorgeleys Llaguno shall account to the Trustee for all rents collected and disbursements made from the **Petition Date** through the date of this Order and provide contact information for the occupants of all of the Debtor's properties within fourteen (14) days of this Order.
6. The Court reserves on the Trustee's request for sanctions and may order such sanctions, penalties, attorneys' fees, and costs as appropriate arising from the intentional violation of the automatic stay or for failure to comply with this Order.

---

[1] While not specifically addressed in the Motion, at the hearing the Court inquired of the Trustee about the post-petition, post-conversion collection of rents constituting a conversion of property of the Estate.

7. The Court retains jurisdiction to enforce the terms of this Order.

###

**Submitted by:**

David A. Blansky, Esq.
Florida Bar No. 1033002
Dunn Law, P.A.
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
dblansky@dunnlawpa.com

*Attorney Blansky is directed to serve a confirmed copy of this Order upon all interested parties and to file proof of such service with the Court.*