**ORDERED in the Southern District of Florida on February 17, 2025.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

CITY TRUST INVESTMENTS, LLC,

Debtor.
_________________________________/

Case No.: 24-14100-LMI
Chapter 7

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM SANTOS GONZALES AND MOTION FOR SANCTIONS**

**THIS MATTER** having come before the Court for hearing on February 12, 2025, upon the *Chapter 7 Trustee's Motion to Compel Production of Documents from Santos Gonzalez* (the "Motion") [D.E. 228], and the Court, having reviewed the Motion, having heard argument of counsel, and upon the proof of service of the Motion [D.E. 237], and notice of the hearing having been duly served, and no one having appeared in opposition to the Motion, and upon the Declaration of David Blansky [D.E. 241]; and for good cause shown, finds as follows:

**IT IS ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**.

2. Santos Gonzalez shall produce the requested information and documentation sought by the Trustee pursuant to the *Trustee's Notice of Rule 2004 Examination Duces Tecum of Santos Gonzalez* within fourteen (14) days of this Order.

3. The Court awards Trustee's counsel $640.00 in attorney's fees incurred in connection with the preparation of the Motion and appearance at the hearing on the Motion, which attorney's fees should be paid to Trustee's counsel, Dunn Law, P.A. within fourteen (14) days of this Order.

4. The Court may order such other sanctions as appropriate for failure to comply with this Order.

5. The Court retains jurisdiction to enforce the terms of this Order.

###

**Submitted by:**

David A. Blansky, Esq.
Florida Bar No. 1033002
Dunn Law, P.A.
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
dblansky@dunnlawpa.com

*Attorney Blansky is directed to serve a confirmed copy of this Order upon all interested parties and to file proof of such service with the Court.*