**ORDERED in the Southern District of Florida on April 14, 2025.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

CITY TRUST INVESTMENTS, LLC,

Case No.: 24-14100-LMI
Chapter 7

Debtor.
__________________________________/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM LAZARA LLAGUNO AND MOTION FOR SANCTIONS**

**THIS MATTER** having come before the Court for hearing on April 10, 2025, upon the *Chapter 7 Trustee's Motion to Compel Production of Documents from Lazara Llaguno* (the "Motion") [D.E. 323], and upon proof of service of the Motion and notice of hearing [D.E. 339], and the Motion and notice of the hearing having been duly served [D.E. 343], and no one having appeared in opposition to the Motion, and for good cause shown, finds as follows:

**IT IS ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**.

2. Lazara Llaguno shall produce the requested information and documentation sought by the Trustee pursuant to the *Trustee's Notice of Rule 2004 Examination Duces Tecum of Lazara Llaguno* [D.E. 224] so as to be received by the Trustee on or before April 25, 2025.
3. The Court shall award the Trustee's counsel fees and costs in attorneys' fees incurred in connection with the preparation of the Motion and appearance at the hearing on the Motion, in an amount to be determined upon the Court's consideration of a declaration submitted by Trustee's counsel detailing those fees and costs. Lazara Llaguno shall have 14 days from the filing of said declaration in which to file an objection to the fees and costs sought by the Trustee.
4. The Court may order such other sanctions as appropriate for failure to comply with this Order, including, but not limited to, issuing a writ of bodily attachment directing the United States Marshal Service to seize Lazara Llaguno and bring her to Court to answer for her non-compliance with this Order.
5. The Court retains jurisdiction to enforce the terms of this Order.

###

**Submitted by:**

David A. Blansky, Esq.
Florida Bar No. 1033002
Dunn Law, P.A.
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
dblansky@dunnlawpa.com

*Attorney Blansky is directed to serve a confirmed copy of this Order upon all interested parties and to file proof of such service with the Court.*