**ORDERED in the Southern District of Florida on May 13, 2025.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

CITY TRUST INVESTMENTS, LLC,

Debtor.
_________________________________/

Case No.: 24-14100-LMI
Chapter 7

**ORDER GRANTING CHAPTER 7 TRUSTEE'S COUNSEL SANCTIONS AGAINST LAZARA LLAGUNO**

**THIS MATTER** having come before the Court for hearing on April 10, 2025, upon the *Chapter 7 Trustee's Motion to Compel Production of Documents from Lazara Llaguno* (the "Motion") [D.E. 323], and upon proof of service of the Motion and notice of hearing [D.E. 339], and the Motion and notice of the hearing having been duly served [D.E. 343], and no one having appeared in opposition to the Motion, and the Court having entered an order on April 15, 2025 granting the Motion (the "Order") [D.E. 366], and Trustee's counsel having filed a declaration attesting to the attorney's fees incurred in connection with the Motion on April 17, 2025 (the "Declaration") [D.E. 370], and the Order and Declaration having been duly served on Lazara

Laguno on April 17, 2025 and proof of service having been filed with the Court [D.E. 372], and Lazara Llaguno having failed to object to the Declaration within 14-days of being served as required under the Order, and for good cause shown, finds as follows:

**IT IS ORDERED AND ADJUDGED** that:

1. The Court awards Trustee's counsel $1,088.00 in attorneys' fees incurred in connection with the preparation of the Motion and appearance at the hearing on the Motion, which attorney's fees should be paid by Lazara Llaguno to Trustee's counsel, Dunn Law, P.A. within fourteen (14) days of this Order.
2. Should Lazara Llaguno fail to pay the fees awarded herein within fourteen (14) days of this Order, Trustee's counsel may file a notice of non-compliance with the Court and submit a proposed judgment against Lazara Llaguno in the sum of $1,088.00 in favor of Dunn Law, P.A.
3. The Court retains jurisdiction to enforce the terms of this Order.

###

**Submitted by:**

David A. Blansky, Esq.
Florida Bar No. 1033002
Dunn Law, P.A.
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
dblansky@dunnlawpa.com

*Attorney Blansky is directed to serve a confirmed copy of this Order upon all interested parties and to file proof of such service with the Court.*