**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

CITY TRUST INVESTMENTS, LLC, CASE #: 24-14100-LMI

Debtor. Chapter 7

_______________________________

HECTOR S. SERRANO and
MIRIAN SERRANO,

Plaintiffs,

v.

CITY TRUST INVESTMENTS, LLC,
JEFFEREY MILLS, and SANTOS
GONZALEZ,

Defendants.
_______________________________/

**MOTION FOR LEAVE OF COURT TO APPEAR VIA VIDEO-CONFERENCE ON JUNE 10, 2025**

COMES NOW the undersigned counsel for secured creditor, JEFFEREY MILLS ("Mills"), pursuant to this Honorable Court's Requirements and Procedures for Remote Attendance at Hearings, and hereby requests leave of Court to appear remotely at the hearing scheduled for **June 10, 2025, at 9:30 a.m.**, on [440] Motion to Compel Production of Documents From Polonio LLC, H2ML LLC, Jeffrey Mills, Sunny Monday LLC, Sun 1318 Corp, and Uriel Feldman., and in support states as follows:

1. The hearing was set by the Court on May 30, 2025.

2. The undersigned is title co-counsel for Mills, and will not be arguing or defending the subject motion, but would like to observe the hearing remotely since she resides in Palm Beach County, Florida.

3. The undersigned respectfully submits that she has demonstrated good cause for the relief requested herein.

4. The instant Motion has been filed not later than two (2) days before the subject hearing.

WHEREFORE, secured creditor, JEFFEREY MILLS, respectfully requests that his counsel be granted permission to appear remotely for the June 10, 2025, at 9:30 a.m. hearing, and for such other relief as is just and proper under the circumstances.

Dated this **30th day of May, 2025.**

Respectfully submitted,

**WOLFE & WYMAN LLP**
*Co-counsel for: Creditor, Jefferey Mills*
301 E. Las Olas Boulevard, Suite 200
Fort Lauderdale, Florida 33301
Telephone No. (954) 904-3990
Facsimile No. (949) 475-9200
plparkes@ww.law; ybenito@ww.law;
FTLpleadings@ww.law

By: *Paula Levy Parkes*
PAULA LEVY PARKES, ESQ.
Florida Bar No.: 0117031

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **30th day of May, 2025**, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF. I also

certify that the foregoing is being served on this same date on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Paula Levy Parkes*
PAULA LEVY PARKES, ESQ.
Florida Bar No.: 0117031