**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

City Trust Investments, LLC

Debtor(s)

CASE NO: 24-14100-LMI
Chapter 7

**EX PARTE MOTION TO REQUEST REMOTE APPERANCE**

**SECURED CREDITORS,** POLONIO LLC, H2ML LLC, JEFFREY MILLS, SUNNY MONDAY LLC, SUN 1318 CORP, and URIEL FELDMAN (collectively referred to as "Secured Creditors"), by and through the undersigned attorney, hereby moves this Court for an order granting its request to appear remotely, and in support states as follows:

1. On or about April 26, 2024, the above Debtor filed a Voluntary Petition for Relief pursuant to Chapter 11 of the United States Bankruptcy Code. The case was converted to a Chapter 7 on September 3, 2024.
2. On or about May 30, 2025, the Trustee filed a Motion to Compel Production of Documents (the "Motion"). [Doc. No. 440]. The Motion is currently set for an in-person hearing on June 10, 2025 at 9:30 AM.
3. The undersigned counsel resides in Pinellas County, Florida, which is more than 250 miles from the courthouse. Because of this, it would be unduly burdensome and financially inequitable to require an in-person attendance for the undersigned.
4. Secured Creditor respectfully requests that, as a result of the foregoing, its counsel be allowed to appear remotely by Zoom, or other electronic medium preferred by this Honorable Court.
5. The undersigned respectfully submits that it has demonstrated good cause for the relief requested herein.
6. The instant Motion has been filed not later than two (2) days before the subject hearing.

**WHEREFORE, PREMISES CONSIDERED,** Secured Creditor respectfully requests that its counsel be granted permission to appear remotely for the June 10, 2025 hearing on the Motion, and for such other relief as is just and proper under the circumstances.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list, on June 2, 2025.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Blvd., Units 1&2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email:**damian@dwaldmanlaw.com**
Attorneys for Defendant

By: /s/ Damian Waldman, Esq.
Damian Waldman, Esq.
Florida Bar No.: 0090502

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 2nd Day of June 2025, I served a copy of the foregoing by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

**SERVICE LIST**

*Debtor*
City Trust Investments LLC
27581 South Dixie Hwy, Suite 2
Homestead, FL 33032

*Trustee*
Marcia T Dunn
66 West Flagler Street, Ste 400
Miami, FL 33130

David Blansky
Dunn Law, P.A.
66 West Flagler Street, Suite 400
Miami, FL 33130
*Attorney for Trustee*

Michael P Dunn
66 West Flagler St., Ste. 400
Miami, FL 33130
*Attorney for Trustee*

Amrit S Kapai
66 West Flagler Street
Ste 400
Miami, FL 33130
*Attorney for Trustee*

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Dan L Gold
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130
*Attorney for US Trustee*

**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Blvd., Units 1&2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email:**damian@dwaldmanlaw.com**
Attorneys for Defendant

By: /s/ Damian Waldman, Esq.
Damian Waldman, Esq.
Florida Bar No.: 0090502