**ORDERED in the Southern District of Florida on June 23, 2025.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

CITY TRUST INVESTMENTS, LLC,

Case No.: 24-14100-LMI
Chapter 7

Debtor.
__________________________________/

**ORDER ON CHAPTER 7 TRUSTEE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM AND CONTINUED EXAMINATION OF FLORIDA TITLE WORXS, LLC AND MOTION FOR SANCTIONS**

**THIS MATTER** having come before the Court for hearings on April 10, 2025, April 22, 2025, and June 4, 2024 (collectively, the "Hearings"), upon the *Chapter 7 Trustee's Motion to Compel Production of Documents from Florida Title Worxs, LLC and Appearance at a Continued Rule 2004 Examination, and Motion for Sanctions* (the "Motion") [D.E. 325], and upon *Non-Party Florida Title Worxs Response to Chapter 7 Trustee's Motion to Compel Production of Documents from Florida Title Worxs, LLC and Appearance At a Continued Rule 2004 Examination, and Motion for Sanctions* (the "Response") [D.E. 354], and counsel for the Trustee and Florida Title Worxs, LLC ("FTW") having appeared at the Hearings, the record of which is incorporated by reference, and counsel for FTW having represented at the continued hearing held

on June 4, 2025 that FTW had substantially complied with its production obligations under the Trustee's Rulle 2004 Notice and Subpoena of FTW and undertaken a good faith effort to produce documents within its possession, custody, and control, and the Court, having reviewed the Motion and Response, and having heard argument of counsel, and for good cause shown, finds as follows:

**IT IS ORDERED AND ADJUDGED** that:

1. The Court finds that FTW has substantially complied with its production obligations under the Trustee's Rule 2004 Notice and Subpoena.
2. FTW shall produce to the Trustee any other documents which it shall find within its possession, custody, and control.
3. The Trustee shall continue her best efforts to obtain access to documents seized from FTW by federal authorities.
4. FTW shall appear for a continued examination by the Trustee at a mutually agreed upon date and time on or before July 1, 2025.
5. Should the Trustee receive access to the documents seized from FTW by federal authorities after the continued examination by the Trustee, FTW reserves its right to move for a protective order should the Trustee seek to continue FTW's examination based on information obtained as a result of that access.
6. The Court reserves ruling on the Trustee's request for sanctions against FTW and may order such other sanctions as appropriate for failure to comply with this Order.
7. The Court retains jurisdiction to enforce the terms of this Order.

###

**Submitted by:**
David A. Blansky, Esq.
Florida Bar No. 1033002

Dunn Law, P.A.
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
dblansky@dunnlawpa.com

*Attorney Blansky is directed to serve a confirmed copy of this Order upon all interested parties and to file proof of such service with the Court.*