**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

City Trust Investments, LLC

Debtor(s)

CASE NO: 24-14100-LMI
Chapter 7

**AMENDED[1] CROSS NOTICE OF RULE 2004 EXAMINATION OF LAZARA LLAGUNO**

Secured Creditors, POLONIO LLC, H2ML LLC, JEFFREY MILLS, SUNNY MONDAY LLC, SUN 1318 CORP, and URIEL FELDMAN (the "Secured Creditors"), by counsel hereby files this Amended Cross-Notice of Rule 2004 Examination and Request for Copies, with respect to the Trustee's Notice of Rule 2004 Examination Duces Tecum of Lazara Llaguno [Doc. No. 471] and Amended Notice of Taking Rule 2004 Examination of Lazara Llaguno a/k/a Lazara Gonzalez [Doc. No. 504] (collectively, the "Notice") pursuant to Fed. R. Civ. P. 34 and 45, Fed. R. Bankr. P. 2004, 7030, 7034 and 9016, and Local Rule 2004-1.

Dated: June 30, 2025

**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Blvd., Units 1&2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email:**damian@dwaldmanlaw.com**
Attorneys for Secured Creditor

By: /s/ Damian Waldman, Esq.
Damian Waldman, Esq.
Florida Bar No.: 0090502

[1] This Cross Notice is being amended to reflect the Trustee's Amended Notice of Taking Rule 2004 Examination [Doc. No. 504]

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 30th Day of June 2025, I served a copy of the foregoing by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

**SERVICE LIST**

*Debtor*
City Trust Investments LLC
27581 South Dixie Hwy, Suite 2
Homestead, FL 33032

*Trustee*
Marcia T Dunn
66 West Flagler Street, Ste 400
Miami, FL 33130

David Blansky
Dunn Law, P.A.
66 West Flagler Street, Suite 400
Miami, FL 33130
*Attorney for Trustee*

Michael P Dunn
66 West Flagler St., Ste. 400
Miami, FL 33130
*Attorney for Trustee*

Amrit S Kapai
66 West Flagler Street
Ste 400
Miami, FL 33130
*Attorney for Trustee*

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Dan L Gold
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130
*Attorney for US Trustee*

**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Blvd., Units 1&2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email:**damian@dwaldmanlaw.com**
Attorneys for Defendant

By: /s/ Damian Waldman, Esq.
Damian Waldman, Esq.
Florida Bar No.: 0090502