**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

CITY TRUST INVESTMENTS, LLC,

Case No.: 24-14100-LMI
Chapter 7

Debtor.
_________________________________/

Emergency Motion for Continuance
Of Evidentiary Hearing for Substantive Consolidation 7/15/25 9 AM

One of the corporate subjects of the substantive consolidation, 14445 SW 289 St. LLC, moves for continuance, because it was not afforded due process, and unless the matter is continued will be denied a meaningful opportunity to be heard.

As seen below, neither 14445 SW 289 St. LLC , nor Citywide Property Management LLC, Gain 11 Investments LLC or Loreta Investments LLC were even served with the motion in this contested matter or the notices for evidentiary hearing.

The motion is framed as an emergency and a hearing is needed asap because the evidentiary hearing is 7/15/25 just a week or so away, and prehearing deadlines are running. Direct, immediate and substantial harm will occur to the interest of movant in its property, if the parties are not able to obtain an immediate resolution of the dispute.

Undersigned has conferred with counsel for the trustee who has not consented to the relief sought.

Rule 9014 contested matters requires that "Reasonable notice and an opportunity to be heard must be given to the party against whom relief is sought."

Rule 7004(b)(3) requires service on

> (3) a domestic or foreign corporation, or a partnership or other unincorporated association—by mailing the copy:
> (A) to an officer, a managing or general agent, or an agent authorized by appointment or by law to receive service; and

(B) also to the defendant if a statute authorizes an agent to receive service and the statute so requires

Local rule 2002-1 likewise requires notice on all directly affected parties.

The substantive motion was filed on 2/25/25 DE 261. The certificate of service evidences only that "a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 25th day of February, 2025, upon all registered users in this case." No service of the motion was ever made on the affected corporations whatsoever, who were not represented by any registered users.

DE 369 order continuing hearing to 7/15/25 and DE 377 Order Setting Requirements For Evidentiary Hearing And Establishing Related Deadlines, both say: Copy furnished to Attorney Amrit S. Kapai, who shall serve a copy of the Order upon all interested parties and file a certificate of service thereon. The certificate of service appears on the docket at De 391. 4/23/25 . A copy is attached marked exhibit A.

Service is shown to 14445 SW 289 ST. LLC c/o registered agent, Llaguno, Lorgeleys b. 29363 SW 142nd Avenue Homestead, FL 33033-3015, however sunbiz shows the Address Changed: 04/02/2023 Registered Agent Name & Address LLAGUNO, LORGELEYS B 30332 SW 152nd Pl Homestead, FL 33033-3613. A copy is attached marked exhibit B.

CITYWIDE PROPERTY MANAGMENT LLC is not as shown as having been served at all.

GAIN 11 INVESTMENTS LLC is shown served at 13812 SW 8 ST, #206 MIAMI, FL 33184 but no service is shown on an officer, as required by Rule 7004(b)(3).

LORETA INVESTMENTS LLC is shown served at Loreta Investments LLC C/O Registered Agent, Lazara, Gonzalez L, 29363 SW 142nd Ave Homestead, FL 33033-3015, however sunbiz shows the address was changed 4/30/23 to LAZARA, GONZALEZ L 6800 SW 40 St Miami, FL 33155. A copy is attached marked exhibit C.

None of the four corporations whose assets the trustee seeks to substantively consolidate have been properly served with the motion, or the notices for hearing.

Undersigned appeared in this case 6/20/24 and has attempted to get up to speed, but needs more time to prepare for the evidentiary hearing. The underlying facts are very complicated as evidenced by the CPA declaration accompanying the motion. Trustee is not prejudiced by a reasonable continuance, whereas the corporations would be substantially prejudiced.

The underlying relief requested—substantive consolidation—is an extraordinary equitable remedy that directly impacts the rights of the movant parties in interest. Such relief is not appropriate unless due process protections are strictly observed, including notice, a meaningful opportunity to be heard, and a reasonable opportunity to present fully developed evidentiary record. As shown herein the motion fails to meet these requirements and must be denied or continued pending proper procedural safeguards.

Wherefore 14445 SW 289 St. LLC moves for continuance and requests an emergency hearing.

We certify that a true copy was send to noemi_sanabria@flsb.uscourts.gov and Kayla_Heckman@flsb.uscourts.gov as requested in the Judge's website.

JOEL M. ARESTY, P.A.
Board Certified
Business Bankruptcy Law
Counsel for Lorgeleys Llaguno
and 14445 SW 289 ST LLC
309 1st Ave S
Tierra Verde, FL 33715
Fax: 1-800-559-1870
Phone: (305) 904-1903
Aresty@me.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

City Trust Investments LLC

CASE NO: 24-14100-LMI

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7

ECF Docket Reference No. 369

On 4/23/2025, I did cause a copy of the following documents, described below,

Order Granting Trustee's Ex Parte Motion to Continue Evidentiary Hearing ECF Docket Reference No. 369

Order Setting Requirements for Evidentiary Hearing and Establishing Deadlines 377

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/23/2025

/s/ Amrit S. Kapai
Amrit S. Kapai 1032794

Dunn Law, P.A.
66 West Flagler Street, Suite 400
Miami, FL 33130
786 433 3866
rbasnueva@dunnlawpa.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

City Trust Investments LLC

CASE NO: 24-14100-LMI

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 369

On 4/23/2025, a copy of the following documents, described below,

Order Granting Trustee's Ex Parte Motion to Continue Evidentiary Hearing ECF Docket Reference No. 369

Order Setting Requirements for Evidentiary Hearing and Establishing Deadlines 377

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/23/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Amrit S. Kapai
Dunn Law, P.A.
66 West Flagler Street, Suite 400
Miami, FL 33130

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
113C1
CASE 24-14100-LMI
SOUTHERN DISTRICT OF FLORIDA
MIAMI
TUE FEB 25 12-23-08 EST 2025

(P)MIAMI DADE COUNTY TAX COLLECTOR
ATTN WENDY MONTOYA
200 NW 2ND AVENUE
MIAMI FL 33128-1733

ASSEMBLY TAX 36 LLC FBO SEC PTY
PO BOX 12225
NEWARK NJ 07101-3411

GIRA PROPERTY LLC
AGENTS AND CORPORATIONS INC
1201 ORANGE ST STE 600 ONE COMMERCE
CENT
WILMINGTON DE 19801-1155

GIRA PROPERTY LLC
19262 NE 6 STREET
MIAMI FL 33179-1379

H2ML LLC
REGISTERD AGENT BERNARD WIRIATH
2033 NE 14TH CT
FORT LAUDERDALE FL 33304-1415

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

JEFFEREY MILLS
2033 NE 14 CT
FORT LAUDERDALE FL 33304-1415

KEYS FUNDING LLC 8023
PO BOX 71540
PHILADELPHIA PA 19176-1540

KEYS FUNDING LLC 9024
PO BOX 71540
PHILADELPHIA PA 19176-1540

LONS LLC
REGISTERED AGENT ANDRES ABADI
19262 NE 6TH AVE
MIAMI FL 33179-1379

PAYTON ASSOCIATES LLC
REGISTERED AGENT HARRY PAYTON ESQ
2 SOUTH BISCAYNE BOULEVARD SUITE 2200
MIAMI FL 33131-1804

POLONIO LLC
1657 SW 108 WAY
FORT LAUDERDALE FL 33324-7173

POLONIO LLC
REGISTERED AGENT FRANCO CENTANARO
1545 SALERNO CIRCLE
FORT LAUDERDALE FL 33327-1902

ROBERT ROSENBERG
1142 MILAN AVENUE
MIAMI FL 33134-3554

ROBERT S SINGER
21 EDGEWATER DRIVE 108
CORAL GABLES FL 33133-6900

TLGFY LLC
PO BOX 669139
DALLAS TX 75266-9139

FLORIDA TITLE WORXS , LLC
C/O MANUEL CASABIELLE, ESQ.
100 S.E. 2ND STREET, SUITE 2600
MIAMI, FL 33186

ELIZABETH DIAZ VALDEZ
C/O MANUEL CASABIELLE, ESQ.
100 S.E. 2ND STREET, SUITE 2600
MIAMI, FL 33186

LAZARA LLAGUNO
A/K/A LAZARA GONZALEZ
29363 SW 142ND AVENUE
HOMESTEAD, FL 33033

14445 SW 289 ST. LLC
C/O REGISTERED AGENT, LLAGUNO,
LORGELEYS B.
29363 SW 142ND AVENUE
HOMESTEAD, FL 33033-3015

MIAMI DADE COUNTY INVESTMENTS
C/O REGISTERED AGENT, LLAGUNO, LAZARA
L.
29363 SW 142ND AVENUE
HOMESTEAD, FL 33033-3015

CITYWIDE PROPERTY MANAGEMENT LLC
C/O REGISTERED AGENT, JORGE, LLAGUNO
29363 SW 142ND AVENUE
HOMESTEAD, FL 33033-3015

GAIN 11 INVESTMENTS LLC
C/O REGISTERED AGENT, GONZALEZ, LAZARA
L
29363 SW 142ND AVENUE
HOMESTEAD, FL 33033-3015

CITY TRUST INVESTMENTS LLC, DEBTOR
29363 SW 142ND AVENUE
HOMESTEAD, FL 33033

FLORIDA TITLE WORXS , LLC
C/O ELIZABETH DIAZ VALDEZ, ITS REG.
AGENT
12912 SW 133RD COURT, SUITE A
MIAMI, FL 33131

LORGELEYS LLAGUNO
29363 SW 142ND AVENUE
HOMESTEAD, FL 33033

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CITYWIDE INVESTOR, CORP
C/O REGISTERED AGENT, LLAGUNO, JORGE
29363 SW 142ND AVENUE
HOMESTEAD, FL 33033-3015

CITY PROPERTY REALTY
C/O REGISTERED AGENT, LLAGUNO, JORGE
29363 SW 142ND AVENUE
HOMESTEAD, FL 33033-3015

LORETA INVESTMENTS LLC
C/O REGISTERED AGENT, LAZARA,
GONZALEZ L
29363 SW 142ND AVENUE
HOMESTEAD, FL 33033-3015

14445 SW 289 ST LLC
C/O ROBERT F. COOKE, ESQ.
COOKE CARBONELL LLP
10720 CARIBBEAN BLVD., STE 540
CUTLER BAY, FL 33189-1237

JORGE LLAGUNO
C/O PETER COHEN, ESQ.
19 W. FLAGLER ST., SUITE 810
MIAMI, FL 33130

B&B HOMESTEAD INVESTMENTS GROUP LLC
C/O REGISTERED AGENT, GONZALEZ,
LAZARA L
29363 SW 142ND AVENUE
HOMESTEAD, FL 33033-3015

GABRIEL GARCIA
C/O GIOVANNI V. BORGES, ESQ.
12555 ORANGE DR
DAVIE, FL 33330-4304

SUNNY MONDAY LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD, STE 200
FORT LAUDERDALE, FL 33301-2254

NATALIE HODGSON
28015 SW 143 COURT
HOMESTEAD, FL 33033

DANIEL HALPERIN
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD, STE 200
FORT LAUDERDALE, FL 33301-2254

LES DAUPHINOIS LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD, STE 200
FORT LAUDERDALE, FL 33301-2254

HERRA LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD, STE 200
FORT LAUDERDALE, FL 33301-2254

BELAWI LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD, STE 200
FORT LAUDERDALE, FL 33301-2254

JEFFREY MILLS
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD, STE 200
FORT LAUDERDALE, FL 33301-2254

MCC GROUP LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD, STE 200
FORT LAUDERDALE, FL 33301-2254

SUN 1318 CORRP
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD, STE 200
FORT LAUDERDALE, FL 33301-2254

URIEL FELDMAN
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD, STE 200
FORT LAUDERDALE, FL 33301-2254

ROBERT N. ROSENBERG
C/O HOWARD W MAZLOFF, ESQ.
9200 S DADELAND BLVD, STE 214
MIAMI, FL 33156-2707

LONS LLC
C/O AYBAR LANDRAU & NIZIO, P.L.
1500 WESTON RD STE 220
WESTON, FL 33326-3265

ANDA TRUST
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD, STE 200
FORT LAUDERDALE, FL 33301-2254

PLAYA VERDE LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD, STE 200
FORT LAUDERDALE, FL 33301-2254

LAZARA GONZALEZ
C/O RICARDO A. RODRIGUEZ, ESQ.
RODRIGUEZ LAW, P.L.
PO BOX 820070
PEMBROKE PINES, FL 33082-0070

KINTAY LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD, STE 200
FORT LAUDERDALE, FL 33301-2254

SEAPINES HOMEOWNERS ASSOCIATION, INC
C/O WILLIAM G. ESSIG ESQ.
ESSIG LAW, P.A., RA
10691 N. KENDALL DRIVE, SUITE 206
MIAMI, FL 33176

BARILLAS HOLDINGS LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD, STE 200
FORT LAUDERDALE, FL 33301-2254

LALA RAM CORPORATION
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD, STE 200
FORT LAUDERDALE, FL 33301-2254

GIRA PROPERTY LLC
C/O MONIKA NIZIO AYBAR LANDRAU ESQ.
AYBAR LANDRAU & NIZIO, P.L.
1500 WESTON RD STE 220
WESTON, FL 33326-3265

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

LOBOS ISLAND LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD, STE 200
FORT LAUDERDALE, FL 33301-2254

HARRY A PAYTON
C/O PAYTON & ASSOCIATES, LLC
50 ALHAMBRA CIR APT 106
CORAL GABLES, FL 33134-4698

PLAYA VERDE LLC
C/O DAMIAN G. WALDMAN, ESQ.
LAW OFFICES OF DAMIAN G. WALDMAN, P.A.
PO BOX 5162
LARGO, FL 33779-5162

LONS LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD, STE 200
FORT LAUDERDALE, FL 33301-2254

MIAMI DADE COUNTY
C/O CHRISTOPHER ANDREW ANGELL, ESQ.
THE COUNTY ATTORNEY'S OFFICE
OFFICE OF THE MIAMI-DADE COUNTY
ATTORNEY
111 NW 1ST ST
MIAMI, FL 33128-1902

GF WORLD LOGISTICS LLC
C/O JOHANNA CASTELLON VEGA, ESQ.
ALMAZAN LAW
7901 SW 67TH AVE, STE 100
MIAMI, FL 33143-4538

LUIS AMAYA
5350 SW 84TH AVENUE, #1909
DORAL, FL 33166

GIRA PROPERTY LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD, STE 200
FORT LAUDERDALE, FL 33301-2254

GAIN 11 INVESTMENTS LLC
13812 SW 8 ST, #206
MIAMI, FL 33184

ROBERT BLECHA
4940 SW 92 AVENUE
MIAMI, FL 33165

RAUL NAVARRO
C/O JOLYON WILSON MORRIS, ESQ.
MORRIS LEGAL, LLC
2800 BISCAYNE BLVD STE 530
MIAMI, FL 33137-4523

CLAUNA, LLC
AGENTS AND CORPORATIONS, INC.,
REGISTERED AGENT
ONE COMMERCE CENTER
1201 ORANGE ST STE 600
WILMINGTON, DE 19801

NOTARY PUBLIC UNDERWRITERS INC
C/O JACK DIESTELHORST
5524 APALACHEE PKWY
TALLAHASSEE, FL 32311

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA
1 TOWER SQ 2MS
HARTFORD, CT, 06183-0001

PROSECO LLC
C/O KEVIN S VALDES, REGISTERED AGENT
1210 SW 141 AVENUE
MIAMI, FL 33184

BARBARA BELLO
A/K/A BARBARA M. BELLO
A/K/A BARBARA MARTA BELLO
29363 SW 142 AVENUE
HOMESTEAD, FL 33033

LESTER A ALVAREZ SR
14445 SW 289TH ST
HOMESTEAD, FL 33033

KEVIN S VALDES
1210 SW 141 AVENUE
MIAMI, FL 33184

JORGE SOSA
14445 SW 289TH ST
HOMESTEAD, FL 33033

WANDA LYNETTE BEAUZIEUX
PO BOX 924012
HOMESTEAD, FL 33092

ARIS FERNANDO BENEDI
9030 SW 48TH TER
MIAMI, FL 33165

JORGE SOSA
235 SE 29TH TER
HOMESTEAD, FL 33033

# Detail by Entity Name

Florida Limited Liability Company
14445 SW 289 ST LLC.

**Filing Information**

| | |
|---|---|
| **Document Number** | L17000264567 |
| **FEI/EIN Number** | 82-3826560 |
| **Date Filed** | 12/29/2017 |
| **Effective Date** | 12/29/2017 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

27581 SOUTH DIXIE HWY
NARANJA, FL 33032

Changed: 05/15/2020

**Mailing Address**

30332 SW 152nd Pl
Homestead, FL 33033-3613

Changed: 04/02/2023

**Registered Agent Name & Address**

LLAGUNO, LORGELEYS B
30332 SW 152nd Pl
Homestead, FL 33033-3613

Address Changed: 04/02/2023

**Authorized Person(s) Detail**

**Name & Address**

Title Manager

LLAGUNO, LORGELEYS B
30332 SW 152nd Pl
Homestead, FL 33033-3613

Title President

Llaguno, Lorgeleys B
30332 SW 152nd Pl
Homestead, FL 33033-3613

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2023 | 04/02/2023 |
| 2024 | 04/29/2024 |
| 2025 | 04/20/2025 |

**Document Images**

| | |
|---|---|
| 04/20/2025 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2024 -- ANNUAL REPORT | View image in PDF format |
| 04/02/2023 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2022 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2021 -- ANNUAL REPORT | View image in PDF format |
| 05/15/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2019 -- ANNUAL REPORT | View image in PDF format |
| 06/13/2018 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/30/2018 -- ANNUAL REPORT | View image in PDF format |
| 12/29/2017 -- Florida Limited Liability | View image in PDF format |

Sunbiz.org Division of Corporations an official State of Florida website



# Detail by Entity Name

Florida Limited Liability Company
LORETA INVESTMENTS LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L19000256659 |
| **FEI/EIN Number** | 85-3955840 |
| **Date Filed** | 10/24/2019 |
| **Effective Date** | 10/21/2019 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 11/18/2020 |

**Principal Address**

6800 SW 40 st
Miami, FL 33155

Changed: 04/30/2023

**Mailing Address**

6800 SW 40 st
Miami, FL 33155

Changed: 04/30/2023

**Registered Agent Name & Address**

LAZARA, GONZALEZ L
6800 SW 40 st
Miami, FL 33155

Name Changed: 11/18/2020

Address Changed: 04/30/2023

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

GONZALEZ, LAZARA L

6800 SW 40 st
Miami, FL 33155

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2022 | 03/29/2022 |
| 2023 | 04/30/2023 |
| 2024 | 05/01/2024 |

**Document Images**

| | |
|---|---|
| 05/01/2024 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2023 -- ANNUAL REPORT | View image in PDF format |
| 03/29/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2021 -- ANNUAL REPORT | View image in PDF format |
| 11/18/2020 -- REINSTATEMENT | View image in PDF format |
| 10/24/2019 -- Florida Limited Liability | View image in PDF format |