Form CGFCRD8C (2/16/2021)

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 24−14100−LMI**
**Chapter: 7**

**In re:**
City Trust Investments LLC
aka City Trust Invetments LLC
c/o Registered Agent Santos Gonzalez
27581 South Dixie Hwy, Suite 2
Homestead, FL 33032
EIN: 81−3026157

# RENOTICE OF EVIDENTIARY HEARING

CHANGE DATE

**PLEASE TAKE NOTICE** that an evidentiary hearing will be held before the Honorable Laurel M Isicoff to consider the following:

**Motion to Substantively Consolidate Loreta Investments, LLC; Gain 11 Investments, LLC; 14445 SW 289 ST LLC; and Citywide Property Management LLC in This Estate Filed by Trustee Marcia T Dunn (Blansky, David) (261) NOTE: This hearing is set for two days − September 3rd and 4th, 2025.**

1. This matter has been set for an evidentiary hearing. The hearing will be held:

   **Date:** **September 3, 2025**
   **Time:** **09:30 AM**
   **Location:** **C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Courtroom 8, Miami, FL 33128**

2. The movant, or movant's counsel if represented by an attorney, must:

   (a) serve a copy of this notice of hearing and, unless previously served, the above−described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

   (b) file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B).

   Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

3. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

4. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072−2.

**Dated: 7/9/25** **CLERK OF COURT**

By: <u>Noemi Sanabria</u>
Courtroom Deputy