**ORDERED in the Southern District of Florida on October 2, 2025.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

CITY TRUST INVESTMENTS, LLC,

Debtor.
______________________________/

Case No.: 24-14100-LMI
Chapter 7

**ORDER FOLLOWING CONTINUING HEARING ON TRUSTEE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM AND TESTIMONY BY SMART TAX LATIN LLC AND MOTION FOR SANCTIONS**

**THIS MATTER** having come before the Court for a continued hearing on September 30, 2025, upon the *Chapter 7 Trustee's Motion to Compel Production of Documents from and Testimony By Smart Tax Latin LLC and Motion for Sanctions* (the "Motion") [D.E. 439], and the Court, noting that the Motion and notice of the hearing were duly served [D.E. 443], and the Court having entered an order granting, in part, the Motion and continuing the hearing on the Motion [D.E. 472]; and upon the proof of service of the Order [D.E. 474] and the continued hearing on the Motion having been noticed for September 30, 2024 [D.E. 513], and based on the record of the

hearings held on June 10, 2025 and September 30, 2025, which are incorporated herein by reference, and for good cause shown, does find as follows:

**IT IS ORDERED AND ADJUDGED** that:

1. On or before October 30, 2025, Smart Tax Lain LLC shall appear for a Rule 2004 under oath via Zoom. If Smart Tax Latin LLC requires a Spanish interpreter, it shall arrange for one to appear at the examination at its own cost.
2. The Court reserves decision on that branch of the Motion seeking sanctions for the failure of Smart Tax Latin LLC and its principal, Ms. Ionetti Maceo, to comply with the Trustee's subpoenas and for failure to abide by the Court's June 13, 2025 Order on the Motion.
3. The Court retains jurisdiction to enforce the terms of this Order.

###

**Submitted by:**

David A. Blansky, Esq.
Florida Bar No. 1033002
Dunn Law, P.A.
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
dblansky@dunnlawpa.com

*Attorney Blansky is directed to serve a confirmed copy of this Order upon all interested parties and to file proof of such service with the Court.*