**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

| | |
|---|---|
| CITY TRUST INVESTMENTS LLC, LORETA INVESTMENTS, LLC, GAIN 11 INVESTMENTS, LLC, 14445 SW 289 ST LLC; AND CITYWIDE PROPERTY MANAGEMENT LLC, | Case No.: 24-14100-LMI (substantively consolidated) |
| Debtors. | Chapter 7 |

______________________________/

**CHAPTER 7 TRUSTEE'S MOTION TO COMPEL**
**COMPLETION OF FACT INFORMATION SHEET AND FOR SANCTIONS**

MARCIA T. DUNN, the duly appointed Chapter 7 Trustee (the "Trustee") for the consolidated bankruptcy estate of City Trust Investments LLC, Loreta Investments, LLC, Gain 11 Investments, LLC, 14445 SW 289 ST LLC; and Citywide Property Management LLC (the "Debtors"), by and through her undersigned counsel, hereby files this Motion to Compel Completion of Fact Information Sheet and for Sanctions against Hector Serrano and Mirian Serrano (the "Judgment Debtors") and in support thereof, states as follows:

**JURISDICTION**

1. This Court has jurisdiction over pursuant to 28 U.S.C. §§ 157 and 1334. This is a core matter pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper pursuant to 28 U.S.C. § 1409.

**BACKGROUND**

2. On April 26, 2024, City Trust Investments, LLC commenced the above-captioned bankruptcy case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3. On September 3, 2024, the Court entered an order converting the case to a Chapter 7 case, [D.E. 144], and Marcia T. Dunn was appointed as Chapter 7 Trustee, [D.E. 153].

4. On February 25, 2025, the Trustee filed her Motion to Substantively Consolidate Loreta Investments LLC, Gain 11 Investments, LLC, 14445 SW 289 ST LLC, and Citywide

Property Management LLC into this Estate [D.E. 261]. On September 23, 2025, the Court entered an order granting the motion [D.E. 623].

5. On August 26, 2025, the Trustee filed her Motion to Compromise Controversy with Hector and Mirian Serrano (jointly, the "Serranos") [D.E. 607]. The Court entered an order approving the Serrano settlement on October 3, 2025 [D.E. 629].

6. The Serrano settlement required that the Serranos pay the Trustee $575,000.00 on or before December 18, 2025 (the "Settlement Payment").

7. The Serrano's failed to make the required Settlement Payment.

8. Upon default, the Serrano settlement entitled the Trustee to the entry of a final judgment against the Serranos jointly and severally in the amount of $1,200,000.00.

9. As a result, on December 30, 2025, this Court entered a Final Judgment in favor of the Trustee and against the Serranos, jointly and severally, in the amount of $1,200,000.00 (the "Final Judgment") [D.E. 653].

10. The Final Judgment authorizes the Trustee to immediately pursue all rights and remedies to enforce the Judgment.

11. In aid of execution of the Final Judgment, on February 20, 2026, counsel for the Trustee made demand upon the Serranos, through counsel, to complete a Fact Information Sheet within forty-five (45) days, and advising that failure to comply could result in court intervention and sanctions, a copy of which is attached hereto as **Exhibit "A"**.

12. The Serranos failed to provide the completed Fact Information Sheet or otherwise respond.

**ARGUMENT AND RELIEF SOUGHT**

13. Florida Rule of Civil Procedure 1.977, made applicable pursuant to Federal Rule of Civil Procedure 69(a)(1) and Federal Rule of Bankruptcy Procedure 7069, entitles the Trustee, as judgment creditor, to a completed Fact Information Sheet and production of all attendant documents, from the Serranos, as judgment debtors.

14. Pursuant to Federal Rule of Civil Procedure 69(a)(1), made applicable by Federal Rule of Bankruptcy Procedure 7069, a judgment creditor may obtain discovery in aid of execution of a judgment in accordance with the execution procedures of the state where the issuing court is located. Florida Rule of Civil Procedure 1.977 requires a judgment debtor to complete a Fact Information Sheet, under oath, within forty-five (45) days of service. A judgment debtor's failure to comply with Rule 1.977 warrants entry of an order compelling compliance and the imposition of sanctions.

15. The Trustee seeks entry of an order compelling the Serranos to produce all documents and information responsive to the Florida Form 1.977 Fact Information Sheet within ten (10) days of an order granting this Motion.

**REQUEST FOR SANCTIONS**

16. In addition to an order compelling the production of documents, the Serranos should be required to reimburse the Trustee for her reasonable attorneys' fees and costs in connection with this Motion pursuant to Fed. R. Civ. P. 37(a)(5)(A) (applicable pursuant to Fed. R. Bankr. P. 7037). The disregard by the Serranos to their obligations under the applicable rules make an award of attorneys' fees appropriate and just.

**MEET AND CONFER**

17. Pursuant to Local Rule 7026-1(F), undersigned counsel certifies that prior to the filing of this Motion he made an effort to confer with Serranos counsel by email and by phone on April 9, 2026, and April 15, 2026, regarding the outstanding discovery issues described herein but is unable to resolve the matter without Court intervention.

**WHEREFORE**, the Trustee respectfully requests this Honorable Court enter an order: (1) granting the Trustee's Motion; (2) directing the Serrano's to produce the requested information and documentation sought by the Trustee pursuant to the Form 1.977 Fact Information Sheet within ten (10) days of an order; (3) entering sanctions in the form of attorneys' fees against the Serranos'; and (4) granting such other and further relief as this Court deems just and proper.

Respectfully submitted this 6th day of May, 2026.

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 6th day of May, 2026, upon all registered users in this case.

**DUNN LAW, P.A.**
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
akapai@dunnlawpa.com

By: */s/ Amrit S. Kapai*
Amrit S. Kapai, Esq.
Florida Bar No. 1032794

# EXHIBIT "A"

DUNNLAW, P.A.

AMRIT S. KAPAI, ESQ.
*AKAPAI@DUNNLAWPA.COM*

66 WEST FLAGLER STREET, SUITE 400
MIAMI, FLORIDA 33130
TEL: 786-433-3866 || FAX: 786-260-0269
WWW.DUNNLAWPA.COM

February 20, 2026

**VIA E-MAIL AND U.S. MAIL**

Hector Serrano and Mirian Serrano
c/o Manuel J. Mari, Esq.
Manuel J. Mari, P.A.
11120 N Kendall Dr Ste 201
Miami, FL 33176
manuel@manueljmaripa.com

Hector Serrano and Mirian Serrano
c/o Zachary P. Hyman, Esq.
Millennial Law, Inc.
320 SE 11th St
Fort Lauderdale, FL 33316
zach@millenniallaw.com

RE: ***Debtors: City Trust Investments LLC, et al.***
***Case No. 24-14100-LMI (Substantively consolidated)***
***Entry of Judgment Against Hector Serrano and Mirian Serrano***

Dear Hector Serrano and Mirian Serrano:

Please be advised that a Final Judgment has been entered against you by the United States Bankruptcy Court in favor of Marcia T. Dunn, the duly appointed Chapter 7 Trustee (the "Trustee") of the consolidated bankruptcy estate of City Trust Investments LLC, et al. (the "Debtors"), pending before the United States Bankruptcy Court for the Southern District of Florida, Miami Division.

Enclosed please find a Fact Information Sheet provided pursuant to Florida Rule of Civil Procedure Form 1.977 and Federal Rule of Civil Procedure 69(a)(1). This form is required to be completed by judgment debtors in aid of execution.

You are requested to complete the Fact Information Sheet in full and return it to our office, along with the documents requested therein, within forty-five (45) days of receipt of this correspondence.

If you fail to provide the requested information, the Trustee may seek an order from the Court compelling you to complete and produce the Fact Information Sheet. Failure to comply with a court order may subject you to sanctions, including contempt.

If you need additional time to gather the requested information, or wish to discuss resolution of this matter, please contact our office.

Sincerely,

/s/ *Amrit S. Kapai*
Amrit S. Kapai, Esq.

*Encl: Final Judgment and Fact Information Sheet.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

CITY TRUST INVESTMENTS, LLC, LORETA INVESTMENTS, LLC, GAIN 11 INVESTMENTS, LLC, 14445 SW 289 ST LLC; AND CITYWIDE PROPERTY MANAGEMENT LLC,

Debtors.
_________________________________/

Case No.: 24-14100-LMI
(Substantively consolidated)

Chapter 7

**FACT INFORMATION SHEET**

Full Legal Name:______________________________________________

Nicknames or Aliases:__________________________________________

Residence Address:____________________________________________

Mailing Address (if different):___________________________________

______________________________________________________________

Telephone Numbers: (Home)______________________ Business______________________

Name of Employer:_____________________________________________

Address of Employer:___________________________________________

Position or Job Description:______________________________________

Rate of Pay: $_______________ per __________ Average paycheck: $______________ per __________

Average Commission or Bonuses: $___________ per __________

Commissions are based upon ______________________________________

______________________________________________________________

(Explain details on the back of this sheet or on an additional sheet if necessary.)

Social Security Number:__________________________________ Birthdate:_________________________

Driver's License Number:_________________________________________

Marital Status:______________________ Spouse's Name:_________________________________

**************************************************

*Spouse Related Portion*

Spouse's Address (if different):____________________________________

Spouse's Social Security Number:__________________________________ Birthdate:__________________

Spouse's Employer:_____________________________________________

Spouse's Average Paycheck or Income: $___________________ per __________

Other Family Income: $_________________________________ per __________
(Explain details on back of this sheet or an additional sheet if necessary.)

Describe all other accounts or investments you may have, including stocks, mutual funds, savings bonds, or annuities, on the back of this sheet or on an additional sheet if necessary.

*********************************************

Names and Ages of All Your Children (and addresses if not living with you:________________________

_____________________________________________________________________________________

_____________________________________________________________________________________

Child Support or Alimony Paid: $_________________________ per __________
Names of Others You Live With:___________________________________________________________

_____________________________________________________________________________________

Who is head of your household? _____You _____ Spouse _____Other Person

Checking Account at:_____________________________ Account #_________________________
Savings Account at:______________________________ Account #_________________________
For Real Estate (land) You Own or Are Buying:
Address:_______________________________________________________________________________
All Names on Title:_____________________________________________________________________
Mortgage Owed to:______________________________________________________________________
Balance Owed:__________________________________________________________________________
Monthly Payment:_______________________________________________________________________

(Attach a copy of the Deed or Mortgage, or list the legal description for the property on the back of this sheet or on an additional sheet if necessary. Also provide the same information on any other property you own or are buying.)

For all Motor Vehicles You Own or Are Buying:
Year/Make/Model:_____________________________________ Color:___________________________
Vehicle I.D. No.:_________________________________ Tag No.:___________________________
Mileage:_______________________________________________________________________________
Name(s) on Title:______________________________________________________________________
Present Value:_________________________________________________________________________
Loan Owed to:__________________________________________________________________________
Balance on Loan:_______________________________________________________________________
Monthly Payment:_______________________________________________________________________

(List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on the back of this sheet or on an additional sheet if necessary.)

Have you given, sold, loaned, or transferred any real or personal property worth more than $100 to any person in the last year? ________ If you answer is "yes", describe the property, market value, and sale price, and give the name and address of the person who received the property.________________________

_____________________________________________________________________________________

_____________________________________________________________________________________

_____________________________________________________________________________________

Does anyone owe you money? ______________ Amount Owed:_________________________________

Name and Address of Person Owing Money:__________________________________________________

_____________________________________________________________________________________

Reason money is owed:_______________________________________________________________
______________________________________________________________________________

Please attach copies of the following:

a. Your last pay stub.

b. Your last 3 statements for each bank, savings, credit union, or other financial account.

c. Your motor vehicle registrations and titles.

d. Any deeds or titles to any real or personal property you own or are buying, or leases to property you are renting.

e. Your financial statements, loan applications, or lists of assets and liabilities submitted to any person or entity within the last 3 years.

f. Your last 2 income tax returns filed.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

Judgment Debtor:

_________________________________

STATE OF _______________
COUNTY OF _____________

The foregoing instrument was acknowledged before me this _____ day of _______________, 20__, by _____________________________, who [ ] is personally known to me or who [ ] has produced ___________________________________ as identification and who did/did not take an oath.

WITNESS my hand and official seal this _____ day of ________________, 20__.

My commission expires:

_________________________________
Notary Public

**THE DEFENDANT SHALL FILE WITH THE CLERK OF THE COURT A NOTICE OF COMPLIANCE AFTER THE ORIGINAL FACT INFORMATION SHEET, TOGETHER WITH ALL ATTACHMENTS, HAS BEEN DELIVERED TO THE JUDGMENT CREDITOR'S ATTORNEY, OR TO THE JUDGMENT CREDITOR IF THE JUDGMENT CREDITOR IS NOT REPRESENTED BY AN ATTORNEY.**

**SEND THIS FACT INFORMATION SHEET AND DOCUMENTS TO:**
**MICHAEL P. DUNN, ESQ.**
**66 WEST FLAGLER STREET, SUITE 400**
**MIAMI, FL 33130**
**EMAIL: MICHAEL.DUNN@DUNNLAWPA.COM**

**ORDERED in the Southern District of Florida on December 30, 2025.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

CITY TRUST INVESTMENTS, LLC,

Debtor.
_______________________________/

Case No.: 24-14100-LMI
Chapter 7

**FINAL JUDGMENT AGAINST HECTOR SERRANO AND MIRIAN SERRANO**

**THIS CAUSE** came before the Court upon the Chapter 7 Trustee's *Ex Parte Motion for Entry of Judgment Against Hector Serrano and Mirian Serrano* (the "Motion") [D.E. 650], and the Court, having reviewed the Motion, the Declaration of Marcia T. Dunn, filed in support thereof, the Stipulation to Compromise Controversy approved by this Court, and the record in this case, and being otherwise fully advised, the Court hereby

**FINDS AND DETERMINES THAT:**

A. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this District.

B. On October 3, 2025, the Court entered an *Order Granting Trustee's Motion to Approve Stipulation to Compromise Controversy with Mirian Serrano and Hector Serrano* (D.E.

629, the "Settlement Order") approving the *Stipulation to Compromise Controversy* (the "Settlement Stipulation").

C. The Court expressly retained sole and exclusive jurisdiction to enforce the terms of the Settlement Stipulation.

D. Pursuant to the Settlement Stipulation, Hector Serrano and Miriam Serrano (together, the "Serranos") were required to pay the Trustee the sum of $575,000 (the "Settlement Payment") on or before December 18, 2025.

E. The Serranos failed to make the required Settlement Payment or any lesser payment to the Trustee and are in default under the Settlement Stipulation.

F. The Settlement Agreement provides that, upon default, the Trustee is entitled to the entry of a consent judgment against the Serranos, jointly and severally, in the amount of $1,200,000.00, without further notice or hearing.

G. Pursuant to the Settlement Stipulation, the Serranos agreed to waive any and all defenses, objections, or rights of appeal with respect to the consent judgment.

Accordingly, it is **HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is **GRANTED**.

2. A Final Judgment is entered in favor of Marcia T. Dunn, Chapter 7 Trustee, and against Hector Serrano and Mirian Serrano, jointly and severally, in the amount of $1,200,000.00.

3. This Judgment is entered pursuant to and in accordance with the Settlement Stipulation and the Court's Settlement Order approving same.

4. Post-judgment interest shall accrue on the Judgment at the federal statutory rate pursuant to 28 U.S.C. § 1961 from the date of entry of this Judgment until paid in full.

5. The Trustee is authorized to immediately pursue all rights and remedies available under applicable bankruptcy and non-bankruptcy law to enforce this Judgment.

6. The relief granted herein is without prejudice to the Trustee's other rights and remedies under the Settlement Stipulation, each of which is expressly preserved.

7. The Court retains jurisdiction to enforce this Judgment and the Settlement Stipulation.

\# \# \#

Submitted by:

Amrit S. Kapai, Esq.
Florida Bar No. 1032794
DUNN LAW, P.A.
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: (786) 433-3866
Fax: (786) 260-0269
akapai@dunnlawpa.com

*Attorney Kapai is directed to serve a conformed copy of this Order upon all interested parties and shall file a Certificate of Service with the Court confirming such service.*