**ORDERED in the Southern District of Florida on May 26, 2026.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

CITY TRUST INVESTMENTS LLC, LORETA INVESTMENTS, LLC, GAIN 11 INVESTMENTS, LLC, 14445 SW 289 ST LLC; AND CITYWIDE PROPERTY MANAGEMENT LLC,

Debtors.
_____________________________/

Case No.: 24-14100-LMI
(substantively consolidated)

Chapter 7

**AGREED ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO COMPEL COMPLETION OF FACT INFORMATION SHEET AND FOR SANCTIONS**

**THIS MATTER** came before the Court upon the Chapter 7 Trustee, Marcia T. Dunn's, (the "Trustee") *Motion to Compel Completion of Fact Information Sheet and for Sanctions* [ECF No. 697] (the "Motion"), and the Court, having considered the record and reviewed the Motion, and acknowledging the agreement between the parties hereto to the relief requested therein, and for good cause shown, it is hereby

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. On or before May 30, 2026, Hector Serrano and Mirian Serrano (the "Judgment Debtors") shall complete and provide to counsel for the Trustee the Fact Information Sheet, under oath, together with all attendant documents required pursuant to Florida Rule of Civil Procedure Form 1.977.

3. The Judgment Debtors shall pay the Trustee attorneys' fees in the amount of $1,500.00 incurred in connection with the Motion, which amount shall be added to and included in the Final Judgment entered against the Judgment Debtors.

4. The Court retains jurisdiction to enforce the terms of this Order.

# # #

**Submitted by:**

Amrit S. Kapai, Esq.
Florida Bar No. 1032794
DUNN LAW, P.A.
*Counsel for Plaintiff*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
akapai@dunnlawpa.com

*Attorney Kapai is directed to serve a conformed copy of this Order upon Defendant and to file a certificate of service with the Court.*