# Form 2
## Cash Receipts and Disbursements Record



**Case Number:** 24-14100 PDR
**Case Name:** City Trust Investments LLC
**Taxpayer ID#:** **-***6157
**Period:** 04/01/26 - 06/30/26

**Trustee:** MARCIA T. DUNN
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******7229 - Checking
**Blanket Bond:** $59,803,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/26 | 1004 | U.S. Treasury | EIN: 81-3026157, 2025, Form 1120 (Tax Payment Due) | 2810-000 | | 1,011.00 | 136,778.20 |
| 04/06/26 | Asset #15 | Jerry M Hobbs 28152 | Rent for 28152 SW 142 Court | 1122-000 | 1,300.00 | | 138,078.20 |
| 04/06/26 | Asset #15 | Jerry M Hobbs 28152 | Rent for 28152 SW 142 Court | 1122-000 | 1,300.00 | | 139,378.20 |
| 04/06/26 | Asset #15 | Jerry M Hobbs 28152 | Rent for 28152 SW 142 Court | 1122-000 | 1,300.00 | | 140,678.20 |
| 04/06/26 | Asset #17 | A. Hernandez - 28124 | Rent for 28124 SW 142 Court | 1122-000 | 300.00 | | 140,978.20 |
| 04/06/26 | Asset #17 | A. Hernandez - 28124 | Rent for 28124 SW 142 Court | 1122-000 | 1,000.00 | | 141,978.20 |
| 04/06/26 | Asset #17 | A. Hernandez - 28124 | Rent for 28124 SW 142 Court | 1122-000 | 300.00 | | 142,278.20 |
| 04/06/26 | Asset #17 | A. Hernandez - 28124 | Rent for 28124 SW 142 Court | 1122-000 | 1,000.00 | | 143,278.20 |
| 04/06/26 | Asset #17 | A. Hernandez - 28124 | Rent for 28124 SW 142 Court | 1122-000 | 300.00 | | 143,578.20 |
| 04/06/26 | Asset #17 | A. Hernandez - 28124 | Rent for 28124 SW 142 Court | 1122-000 | 1,000.00 | | 144,578.20 |
| 04/30/26 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 232.75 | 144,345.45 |
| 05/06/26 | Asset #21 | LERMAN WHITEBOOK & RUIZ PA | Order Granting Motion To Compromise Controversy, 5/1/26, DE 694; Incoming wire | 1249-000 | 65,000.00 | | 209,345.45 |
| 05/14/26 | Asset #10 | YURESLY MENENDEZ | Pending Order on Motion to Compromise Controversy; Incoming wire<br>Payment to A/R Account #1 Menendez Settlement | 1249-000 | 100,000.00 | | 309,345.45 |
| 05/18/26 | | Lorium, PLLC DBA LORIUM LAW | Funds turned over by Lorium PLLC | 1129-000 | 547.50 | | 309,892.95 |

# Form 2
# Cash Receipts and Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 24-14100 PDR | **Trustee:** | MARCIA T. DUNN |
| **Case Name:** | City Trust Investments LLC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******7229 - Checking |
| **Taxpayer ID#:** | **-***6157 | **Blanket Bond:** | $59,803,000.00 (per case limit) |
| **Period:** | 04/01/26 - 06/30/26 | **Separate Bond:** | N/A |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/29/26 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 402.66 | 309,490.29 |
| 06/04/26 | Asset #10 | YURESLY MENENDEZ | Pending Order on Motion to Compromise Controversy; Incoming wire Payment to A/R Account #1 Menendez Settlement | 1249-000 | 100,000.00 | | 409,490.29 |
| 06/30/26 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 634.95 | 408,855.34 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **429,103.24** | **20,247.90** | **$408,855.34** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **429,103.24** | **20,247.90** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$429,103.24** | **$20,247.90** | |

| | |
|---|---|
| Net Receipts: | $429,103.24 |
| Less Other Noncompensable Items: | 2,400.00 |
| Net Estate: | $426,703.24 |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ******7229** | **429,103.24** | **20,247.90** | **408,855.34** |
| | **$429,103.24** | **$20,247.90** | **$408,855.34** |