**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

| | |
|---|---|
| CITY TRUST INVESTMENTS LLC, LORETA INVESTMENTS, LLC, GAIN 11 INVESTMENTS, LLC, 14445 SW 289 ST LLC; AND CITYWIDE PROPERTY MANAGEMENT LLC,<br><br>Debtors.<br>_____________________________/ | Case No.: 24-14100-PDR (substantively consolidated)<br><br>Chapter 7 |

**CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF ORDER (I) APPROVING BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF CERTAIN REAL PROPERTIES OF THE ESTATE, (II) APPROVING THE STALKING HORSE PURCHASER AND RELATED PURCHASE AND SALE AGREEMENT, (III) SCHEDULING AN AUCTION, IF NECESSARY, (IV) SETTING A FINAL SALE HEARING, (V) APPROVING THE SALE OF THE PROPERTIES FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, WITH SUCH LIENS TO ATTACH TO SALE PROCEEDS, AND (VI) GRANTING RELATED RELIEF**

MARCIA T. DUNN, solely as Chapter 7 Trustee ("Trustee") of the consolidated bankruptcy estate of CITY TRUST INVESTMENTS, LLC, *et al.*, by and through undersigned counsel and under 11 U.S.C. §§ 105(a), 363(b) and (f), and 506(c), Federal Rules of Bankruptcy Procedure 2002, 6004, and Local Rule 6004-1, hereby moves for entry of orders authorizing and approving, among other things, the sale of properties located at **28152 SW 142nd Court, Homestead, FL 33033, Folio 30-7903-013-1060; 28091 SW 143rd Court, Homestead, FL 33033, Folio 30-7903-013-1790; 28133 SW 142nd Court, Homestead, FL 33033 Folio 30-7903-013-0220; 28025 SW 142nd Court, Homestead, FL 33033 Folio 30-7903-013-0060; 28131 SW 142nd Court, Homestead, FL 33033 Folio 30-7903-013-0210; 28124 SW 142nd Court, Homestead, FL 33033 Folio 30-7903-013-0970; 14266 SW 283rd Street, Homestead, FL 33033 Folio 30-7903-013-0610** (collectively, the "Properties") and related relief (the "Sale Motion" or "Motion").

In support of the relief requested herein, the Trustee has submitted the ***Declaration of Marcia T. Dunn, Chapter 7 Trustee*** attached as **Exhibit A** (the "Trustee Declaration") and the ***Declaration of Jason Welt***, the Trustee's retained real estate broker, attached as **Exhibit B** (the "Broker Declaration," and together with the Trustee Declaration, the "Declarations"). The Declarations provide evidentiary support for the proposed sale, including the marketing efforts undertaken, the condition and valuation of the real property, the arm's-length nature of the transaction, and the Trustee's exercise of sound business judgment in determining that the proposed sale is in the best interests of the Estate.

**JURISDICTION AND VENUE**

1. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (N).

3. Venue is proper in this jurisdiction pursuant to 28 U.S.C. §§ 1408 and 1409.

**CONCISE STATEMENT OF RELIEF REQUESTED**

4. Pursuant to Local Rule 6004-1, the Trustee respectfully submits this concise statement summarizing the material provisions of the proposed sale of the Properties, as more fully set forth in the *"As Is" Purchase and Sale Agreement for the Properties* and all addendums (collectively, the "Sale Contract") attached hereto as composite **Exhibit C**.

a. **Purchaser**: the proposed purchaser is BAAD Homes LLC (the "Purchaser" or "Buyer"). Ex. C. The Purchaser is not an insider of the Debtors.

b. **Terms of the Sale:** the material terms of the proposed sale include the following:

i. **Purchase Price:** $1,000,000. Ex. C, § 6.

ii. **Warranties:** The Properties are being sold **"as is, where is" with no representations, warranties, or guarantees of any kind, whether stated or implied**. Ex. C, § 9.

iii. **Closing Date:** closing shall occur twenty (20) calendar days after this Court's order approving the sale becomes final. Ex C, § 12.

iv. **Closing Conditions:** closing is subject to customary conditions, including entry of a final, non-appealable sale order approving the sale under 11 U.S.C. § 363.

c. **Competing Bids**: The Sale Contract is proposed as the initial stalking horse bid for the Properties. Pursuant to the proposed bid procedures detailed herein (the "Bid Procedures"), qualified competing bids may be submitted prior to the Bid Deadline. If one or more Qualified Bids are timely received, the Trustee shall conduct an auction in accordance with the Bid Procedures, and the highest and best bid shall be presented to the Court for approval at the Sale Hearing.

d. **Purchaser Protections:** the Sale Contract provides for a break-up fee (the "Break-Up Fee") equal to one percent (1%) of the Purchase Price ($10,000.00), payable to the Stalking Horse Purchaser in the event it is not the Successful Bidder and a sale of the Properties is closed with another purchaser. Ex. C, § 4.4.

## BACKGROUND

5. On April 26, 2024 (the "Petition Date"), the Debtor City Trust Investments LLC (the "Debtor") commenced the bankruptcy case with the filing of a voluntary petition for relief under Chapter 11, Title 11 of the United States Bankruptcy Code in this Court.

6. The initial Chapter 11 meeting of creditors was held on May 30, 2024.

7. On August 5, 2024, the Office of the United States Trustee (the "UST") filed a Motion to Dismiss or Convert Case and, on August 19, 2024, Creditors Hector S. Serrano and Miriam Serrano (the "Creditors") filed a Motion to Convert Case to Chapter 7.

8. On August 30, 2024, the Court entered an Order Granting Creditors' Motion to Convert Case to Chapter 7, and on September 3, 2024, the Court entered an Order Granting the UST's Motion to Convert Case to Chapter 7.

9. On September 3, 2024, Marcia T. Dunn was appointed as the Chapter 7 Trustee of City Trust's bankruptcy estate (the "Estate").

10. On February 25, 2025, the Trustee filed her Motion to Substantively Consolidate Loreta Investments LLC, Gain 11 Investments, LLC, 14445 SW 289 ST LLC, and Citywide Property Management LLC into this Estate [D.E. 261] (the "Substantive Consolidation Motion"). On September 23, 2025, the Court entered an order granting the Substantive Consolidation Motion [D.E. 623].

***The Properties***

11. The Debtor is the title owner of the Properties more particularly described as follows:

28152 SW 142nd Court, Homestead, FL 33033:

**Lot 12, Block 4, Seapines, according to the Plat thereof as recorded in Plat Book 100, page 6, of the Public Records of Miami-Dade County, Florida.**

Parcel Identification No: **30-7903-013-1060**

28091 SW 143rd Court, Homestead, FL 33033:

**Lot 25, Block 8, Seapines, according to the Plat thereof as recorded in Plat Book 100, page 6, of the Public Records of Miami-Dade County, Florida.**

Parcel Identification No: **30-7903-013-1790**

28133 SW 142nd Court, Homestead, FL 33033:

**Lot 22, Block 1, of Seapines, as per Plat thereof, recorded in Plat Book 100, Page 6 of the Public records of Miami Dade County, Florida.**

Parcel Identification No: **30-7903-013-0220**

28025 SW 142nd Court, Homestead, FL 33033:

**LOT 6, BLOCK 1, SEAPINES.ACCORDING TO THE PLAT THEREOF,AS RECORDED IN PLAT BOOK 100, PAGE 6, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY,FLORIDA**

Parcel Identification No: **30-7903-013-0060**

28131 SW 142nd Court, Homestead, FL 33033:

**LOT 21, BLOCK 1, SEAPINES.ACCORDING TO THE PLAT THEREOF.AS RECORDED IN PLAT BOOK 100, PAGE 6, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY.FLORIDA**

Parcel Identification No: **30-7903-013-0210**

28124 SW 142nd Court, Homestead, FL 33033:

**LOT 3 BLOCK 4, SEAPINES, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 100 PAGE 6 OF THE PUBLIC RECORDS OF MIAMI DADE COUNTY FLORIDA./ ALONG WITH GRANTORS PROPOTIONAL SHARE OF THE COMMON ELEMENTS.**

**Parcel Identification No: 30-7903-013-0970**

14266 SW 283rd Street, Homestead, FL 33033:

LOT 61, BLOCK 1, SEAPINES, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 100, PAGE 6, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Parcel Identification No: **30-7903-013-0610**

12. The Debtor's *Schedule A/B* listed a fee simple interest in the Properties [D.E. 11].

13. The Debtor's interest in the Properties is property of the Estate pursuant to 11 U.S.C. § 541(a) and subject to administration by the Trustee pursuant to 11 U.S.C. § 542, *et seq*.

***The Secured Interest in the Properties & Foreclosure Actions***

14. The Properties are encumbered by various mortgages and other liens in favor of secured creditors (collectively, the "Secured Creditors").

15. Prior to the Petition Date, foreclosure proceedings were commenced against one or more of the Properties in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "State Court") (collectively, the "Foreclosure Actions"), including:

a. 28131 SW 142nd Court, Homestead, Florida 33033 (Folio No. 30-7903-013-0210) and 28025 SW 142nd Court, Homestead, Florida 33033 (Folio No. 30-7903-013-0060) – *LONS LLC, vs. CITY TRUST INVESTMENTS LLC ET AL*; Case No. 2024-008386-CA-01;

b. 28133 SW 142nd Court, Homestead, Florida 33033 (Folio No. 30-7903-013-0220) – *GIRA PROPERTY LLC vs. CITY TRUST INVESTMENTS LLC ET AL*; Case No. 2024-008225-CA-01;

c. 28152 SW 142nd Court, Homestead, Florida 33033 (Folio No. 30-7903-013-1060) and 28091 SW 143rd Court, Homestead, Florida 33033 (Folio No. 30-7903-013-1790) – *POLONIO LLC vs. SANTOS GONZALEZ ET AL*; Case No. 2024-004715-CA-01;

d. 28124 SW 142nd Court, Homestead, Florida 33033 (Folio No. 30-7903-013-0970) – *H2ML, LLC vs. CITY TRUST INVESTMENTS, LLC ET AL*; Case No. 2023-025465-CA-01; and

e. 14266 SW 283rd Street, Homestead, Florida 33033 (Folio No. 30-7903-013-0610) – *JEFFEREY MILLS vs. CITY TRUST INVESTMENTS LLC ET AL*; Case No. 2023-024643-CA-01.

16. The Trustee has obtained title commitments, payoff information, lien searches, and other due diligence concerning the Properties and the liens asserted against them.

17. The Trustee anticipates that the customary closing costs, real estate taxes, municipal liens, utility charges, and other title requirements necessary to convey marketable title will be paid or otherwise addressed at closing.

18. Because the Trustee intends to assert a surcharge against the Properties and their proceeds pursuant to 11 U.S.C. § 506(c) for the reasonable and necessary costs and expenses she has incurred in preserving, protecting, and disposing of the Properties for the benefit of the Secured Creditors – including, without limitation, the substantial fees and costs incurred in the adversary proceeding against Carlos Menendez concerning title to the Properties, as further described below – the Trustee further requests that the net sale proceeds remaining after payment of approved closing costs, and before payment of any secured claim or other disputed lien, be held in escrow by the Trustee pending (i) entry of a further order of this Court adjudicating the Trustee's § 506(c) surcharge and the proper distribution of such proceeds, or (ii) written agreement of the affected Secured Creditors resolving the surcharge and distribution. The Trustee expressly reserves all rights under 11 U.S.C. § 506(c).

19. The Trustee proposes to sell the Properties free and clear of all liens, claims, interests, and encumbrances pursuant to 11 U.S.C. § 363(f), with any valid liens attaching to the sale proceeds in the same validity, priority, and extent as existed prior to closing.

20. The Trustee believes that consummation of the proposed sale will preserve and maximize the value of the Estate while allowing the parties' respective rights with respect to the sale proceeds to be determined following closing.

***The Menendez Litigation***

21. Prior to the Petition Date, on October 19, 2017, Francine M. Rose, individually and as personal representative of the Estate of Donald D. Rose, commenced an action against the Debtor, among others, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2017-024587-CA-01 (the "State Court Litigation"), asserting an interest in six of the seven Properties and challenging the Debtor's chain of title on the grounds of purported forgery and/or the grantor's lack of mental capacity in connection with the quitclaim deeds by which the Debtor acquired title. Carlos Menendez, as Administrator Ad Litem of the Estate of Donald Rose and Personal Representative of the Estate of Francine M. Rose (collectively, "Menendez"), was subsequently substituted as plaintiff in the State Court Litigation following Ms. Rose's death.

22. On July 3, 2024, Menendez filed Proof of Claim No. 8-2 in the main bankruptcy case, asserting an unsecured claim in the amount of $2,024,000, based upon the purported fair market value of the properties at issue in the State Court Litigation (the "Asserted Interest").

23. On December 2, 2024, the Trustee commenced an adversary proceeding against Menendez, styled *Marcia T. Dunn, as Chapter 7 Trustee of the Estate of City Trust Investments, LLC v. Carlos Menendez, as Personal Representative of the Estate of Donald Rose and Administrator Ad Litem of the Estate of Francine M. Rose*, Adv. Pro. No. 24-01432-LMI [Adv. Proc. D.E. 1] (the "Menendez Adversary"), seeking a determination pursuant to 11 U.S.C. §§ 541 and 544 that Menendez holds no valid interest in the subject properties, and a declaratory judgment that the Asserted Interest is invalid, null, void, and unenforceable, so that the Trustee may administer and sell the properties free and clear of the Asserted Interest.

24. Menendez answered and asserted affirmative defenses contending that the properties were not property of the Estate because the Debtor's title derived from deeds that were forged or executed by a grantor lacking the requisite mental capacity, and that valid lis pendens encumbered the properties [Adv. Proc. D.E. 35].

25. The Menendez Adversary was actively litigated for more than a year and was tried before the Court over five days, on January 20, 21, 22, 23, and 26, 2026. The Court issued its oral ruling on March 18, 2026 [Adv. Proc. D.E. 198].

26. On April 3, 2026, the Court entered its Final Judgment in favor of the Trustee and against Menendez on both counts of the Complaint and on each of Menendez's affirmative defenses [Adv. Proc. D.E. 204]. The Court determined and declared, among other things, that Menendez has no legal or equitable right, title, claim, or interest in the subject Properties and that any asserted interest is invalid, null, void, and unenforceable; that no forgery occurred and that Donald Rose possessed the requisite mental capacity to execute the subject deeds; and that the Debtor is the valid title owner of the subject Properties as of the Petition Date, which are property of the Estate and which the Trustee may administer and dispose of free and clear of any asserted interest of Menendez. The Final Judgment further discharged all Notices of Lis Pendens recorded by Menendez against the Properties.

27. In prosecuting the Menendez Adversary through a five-day trial and to final judgment, the Trustee incurred substantial attorneys' fees, costs, and expenses. These efforts preserved and protected the affected Properties and their value for the benefit of the Secured Creditors and form a principal basis for the Trustee's anticipated surcharge against those Properties and their proceeds pursuant to 11 U.S.C. § 506(c).[1]

[1] The Menendez Adversary, and the Final Judgment entered therein, did not involve 14266 SW 283rd Street, Homestead, Florida 33033 (Folio No. 30-7903-013-0610; Lot 61, Block 1, SEAPINES). Accordingly, the Trustee's anticipated surcharge under 11 U.S.C. § 506(c) as to that Property is premised

***Other Interests in the Properties***

28. A municipal lien search for the Properties (the "Lien Search"), attached hereto as **Exhibit D**, reflects that the Properties may be encumbered by delinquent 2025 real estate taxes payable to the Miami-Dade County Tax Collector, together with various municipal liens and assessments, including, without limitation, unpaid water and sewer charges, solid waste charges, code enforcement fines, and other municipal charges and liens that may require payment or resolution at closing (collectively, the "Municipal Liens"). The exact payoff amounts for such taxes and municipal liens are subject to adjustment and will be determined as of the closing date.

29. The Lien Search further reflects that one or more of the Properties are encumbered by outstanding municipal utility charges, including water and sewer charges and solid waste charges (collectively, the "Outstanding Utility Charges"), the amounts of which are reflected in the Lien Search and are subject to adjustment through the closing date.

30. In addition, the Lien Search identifies various municipal code enforcement matters affecting one or more of the Properties, including building code violations, code enforcement fines, and related municipal enforcement liens (collectively, the "Code Violations"), the amounts and status of which are more particularly set forth in the Lien Search attached as Exhibit D.

31. The Lien Search also reflects additional municipal liens, including credit and collections liens, recorded municipal liens, and other governmental assessments affecting one or more of the Properties. The Trustee seeks authority to satisfy any valid municipal liens from the sale proceeds to the extent necessary to convey title pursuant to the Sale Contract.

32. The Trustee's professionals obtained a title commitment for the Properties, which is attached as **Exhibit E** (the "Title Commitment").

---

upon the Trustee's reasonable and necessary costs and expenses of preserving, marketing, and selling that Property, and not upon the Menendez Adversary.

33. A review of the Title Commitment, the Lien Search, and the public records of Miami-Dade County, Florida reflects that the Properties are subject to various liens, claims, encumbrances, and interests, including, without limitation:

a. Delinquent 2025 real estate taxes and tax sale certificates (the "Real Estate Taxes");

b. Municipal assessments, utility charges, and other governmental charges, including water and sewer charges and solid waste charges (the "Municipal Charges");

c. Municipal code enforcement violations, fines, and related liens;

d. Recorded mortgages, assignments of rents and leases, collateral assignments, and Uniform Commercial Code financing statements identified in the Title Commitment (the "Recorded Security Interests");

e. Recorded lis pendens, judgments, homeowners' association obligations, and other title requirements identified in the Title Commitment; and

f. Any other liens, claims, encumbrances, or interests affecting the Properties as reflected in Schedule B-II of the Title Commitment (collectively, the "Other Liens").

34. Each and every foregoing lien, claim, encumbrance, or interest is referenced without any assertion, admission, or finding as to its validity, extent, enforceability, or priority.

35. The Trustee has undertaken reasonable efforts to identify the liens, claims, encumbrances, and interests affecting the Properties through the Title Commitment, the Lien Search, and a review of the public records. To the extent any party asserts a lien, claim, encumbrance, or other interest in the Properties or the sale proceeds, such party bears the burden

of proof on the issues of the validity, priority, and extent of its interest pursuant to 11 U.S.C. § 363(p)(2).

***The Trustee's Efforts to Market and Sell the Properties***

36. On March 11, 2025, the Trustee filed a Motion requesting the entry of an Order approving the Trustee's employment of Jason A. Welt and Trustee Realty Inc. as real estate broker (the "Broker"), authorizing the Trustee to enter into a listing agreement with the Broker (the "Listing Agreement"); and authorizing the Trustee to enter into a contract for the sale of real property [D.E. 274], which was granted by the Court on March 31, 2025 (the "Broker Order") [D.E. 337].

37. Since his retention, the Broker has undertaken extensive marketing efforts on behalf of the Trustee, including listing the Properties on the Multiple Listing Service, marketing the Properties to prospective purchasers, and actively soliciting interest through targeted outreach. As a result of those efforts, the Broker procured the Purchase and Sale Agreement with BAAD Homes LLC. The Trustee believes the Sale Contract reflects a fair and reasonable purchase price for the Properties and should be approved as the initial stalking horse bid pursuant to the proposed Bid Procedures. The Trustee further believes that approval of the Sale Contract and the proposed Bid Procedures will encourage competitive bidding and maximize the value of the Estate for the benefit of creditors.

***The Sale and Purchase Offer***

38. As a result of the Broker's marketing efforts, the Trustee entered into the Purchase and Sale Agreement with BAAD Homes LLC for the purchase of the Properties for $1,000,000.00, which the Trustee believes establishes a fair and reasonable initial stalking horse bid, subject to higher and better offers pursuant to the proposed Bid Procedures.

39. The principal terms of the Sale Contract are summarized as follows:

a. **Buyer:** BAAD Homes LLC

b. **Purchase Price:** $1,000,000.00 (the "Purchase Price").

c. **Terms:** As-is, where-is, with no representation or warranties of any type given by the Trustee, but free and clear of all liens, claims and encumbrances.

d. **The Proposed Bid Procedures:** The Trustee requests approval of the Sale Contract as the initial stalking horse bid and approval of the proposed Bid Procedures. Pursuant to the proposed Bid Procedures, the Trustee will continue to market the Properties and solicit higher and better offers prior to the Sale Hearing. If one or more Qualified Bids (as defined herein) are timely received in accordance with the Bid Procedures, the Trustee will conduct an auction, if necessary, and submit the highest and best offer to the Court for final approval.

e. **Closing Date:** Twenty (20) Calendar Days After Entry of Court Order.

f. **Closing Costs:** Pursuant to the Sale Contract, the parties shall be responsible for their respective closing costs as allocated therein. The Buyer shall be responsible for all costs associated with the title search, title examination, preparation and issuance of the Title Commitment, the owner's title insurance premium, and any endorsements thereto, together with such other buyer-side closing costs as provided in the Sale Contract. The Trustee shall be responsible for those seller-side closing costs allocated to the Seller under the Sale Contract, including the costs associated with conveying marketable title and satisfying approved liens, claims, and encumbrances from the sale proceeds as authorized by this Court. Any remaining closing costs shall be allocated in accordance with the Sale Contract and reflected on the final closing statement.

g. **Allocation of Purchase Price:** Pursuant to Section 6.3 of the Sale Contract, the Purchase Price shall be allocated among the Properties in proportion to the assessed value of each Property as of on or before the Closing Date, and the parties shall make all filings consistent with such allocation, including as required under Section 1060 of the Internal Revenue Code. Consistent with the free-and-clear nature of the sale, the net proceeds attributable to each Property shall be administered on a per-Property basis, with any valid liens, claims, and encumbrances attaching to the proceeds of the particular Property against which they were asserted, in the same validity, priority, and extent as existed prior to closing, subject to the Trustee's rights under 11 U.S.C. § 506(c) and further order of this Court.

## REQUESTED RELIEF

### A. Sale of the Properties

40. The Trustee respectfully requests, among other things, approval of the sale of the Estate's right, title, and interest in the Properties to the Buyer if no Qualified Bid is received free and clear of all liens, claims, and encumbrances, with any liens, claims and encumbrances to attach to the sale proceeds pursuant to 11 U.S.C. §§ 363(b), (f), and (m).

41. The Trustee believes that approval of the Sale Contract as the initial stalking horse bid, together with the proposed Bid Procedures, will maximize the value of the Estate by encouraging competitive bidding for the Properties.

42. Following the marketing of the Properties by the Broker, the Trustee now seeks approval of the Sale Contract as the initial stalking horse bid and approval of the proposed Bid Procedures.

43. The sale of the Properties shall be on an **"AS IS, WHERE IS"** with no representations or warranties of any type being given by the Trustee, her agents, professionals or representatives, including, but not limited to, attorneys, except as may be expressly contained in the Sale Contract.

44. The Trustee requests that the Court approve the Sale Contract as the initial stalking horse bid and approve the proposed Bid Procedures, pursuant to which qualified competing bidders may submit higher and better offers prior to the Sale Hearing. If no Qualified Bid is received, the Trustee requests approval of the sale to the Purchaser pursuant to the Sale Contract.

45. As of the filing of this Motion, the Trustee has not accepted any offer other than the Sale Contract. However, the Trustee will continue to solicit and consider Qualified Bids in accordance with the proposed Bid Procedures until the Bid Deadline.

46. The Trustee will serve copies of the order granting this Motion together with the Notice of Sale as required by Rules 6004, 2002(a)(2) and 2002(c)(1) of the Federal Rules of Bankruptcy Procedure and Local Rule 6005-1(E).

**B. The Proposed Bid Procedures**

47. As discussed above, the Trustee seeks to sell the Properties through a competitive bidding process to maximize value for creditors. At the final hearing on the instant Motion, any purchaser which the Trustee determines to have submitted a higher and better offer than the Purchase Price by at least $50,000.00 and who has (a "Qualified Bid"): (i) duly executed a purchase and sale agreement in the form approved by the Trustee (the "PSA"); (ii) tendered the requisite escrow deposit in connection therewith; and (iii) provided proof of funds, may be considered and approved by the Court as the final successful purchaser of the Properties.

48. The Trustee seeks approval of the below Bid Procedures as the procedures most likely to maximize the realizable value of the Properties.

***The Proposed Bid Procedures***

49. Marketing Period. The Broker shall independently continue to market and advertise the Properties based on the Bid Procedures set forth herein.

50. Bidding Increments. Any initial competing bid must exceed the Purchase Price (*i.e.*, the Stalking Horse Bid) by at least $50,000.00, and thereafter bidding shall proceed in minimum increments of $20,000.00, consistent with the Sale Contract.

51. Bid Deadline. All Qualified Bids, together with the required deposit, an executed PSA, and the supporting documentation set forth herein, must be actually received by the Trustee no later than 5:00 p.m. (prevailing Eastern Time) on September 25, 2026 (the "Bid Deadline").

52. Auction. In the event one or more Qualified Bids are timely received by the Bid Deadline, the Trustee shall conduct an auction (the "Auction") of the Properties at the offices of Dunn Law, P.A., 66 West Flagler, Suite 400, Miami, Florida 33130, or at such other location (including by video conference) as the Trustee may designate upon notice, commencing at 10:00 a.m. (prevailing Eastern Time) on September 30, 2026, or, at the Trustee's election, immediately prior to the Sale Hearing. Only the Stalking Horse Purchaser and Qualified Purchaser (as defined below) shall be entitled to participate in the Auction. If no Qualified Bid is timely received by the Bid Deadline, no Auction shall be conducted, and the Trustee shall seek approval of the sale to the Stalking Horse Purchaser at the Sale Hearing.

53. Sale Hearing. The Court will conduct a hearing to approve the sale of the Properties to the Successful Bidder (the "Sale Hearing") on [__________], 2026 at [__:__ _.m.] (prevailing Eastern Time) before the Honorable Peter D. Russin, United States Bankruptcy Court, 301 N. Miami Avenue, Miami, Florida 33128, or on such other date and time as the Court may set and

notice to parties in interest. At the Sale Hearing, the Trustee will seek entry of an order approving the sale of the Properties to the Successful Bidder or, in the event no Auction is held, to the Stalking Horse Purchaser.

54. No Due Diligence. There shall be no due diligence or inspection period for any prospective purchaser of the Properties who may submit a higher or better offer prior to the Bid Deadline.

55. Qualified Purchaser. An interested party must (i) agree to the following terms and (ii) perform the following on or before the Bid Deadline in order to qualify and become the "highest and best" offeror for the Real Properties:

i. *Deposit.* Any potential purchaser with a higher and better offer than the Purchaser must submit a written offer for the Properties in the form PSA approved by the Trustee and tender a required escrow deposit in the amount of $50,000.00, in cleared funds, to Dunn Law, P.A.'s trust account within one (1) day after the effective date of the PSA, or as otherwise agreed to by the Trustee. Any competing offer and the required escrow deposit in cleared funds must be actually received on or before the Bid Deadline. The deposits shall only become refundable to any party who is *not* the successful bidder. In the event a prospective purchaser fails to close, any deposits tendered shall be forfeited as liquidated damages to the Estate.

ii. *Financial Ability*. Any potential purchaser of the Properties must be financially able to consummate the purchase of the Properties and shall provide: (1) evidence reasonably satisfactory to the Trustee, in her discretion, that the purchaser is financially capable of unconditionally performing all of the obligations under the PSA; or (2) a firm commitment from a financial institution which the Trustee deems reasonably satisfactory in its discretion, to provide financing for the purchase of the Properties, and containing no contingencies of any kind or nature, other than the purchase price being deemed the "highest and best" offer for the Properties.

iii. *Disclosure of Relationship.* Any and all bidders are required to disclose any relationship to Debtors, any creditor, or any of such parties' principals. Any prospective purchaser must be deemed a bona fide, good faith purchaser for value to be entitled to the protections afforded under Section 363(m).

iv. *Execution of PSA*. Any prospective purchasers of the Properties seeking to submit a higher and better offer are required to submit an executed PSA or form of contract acceptable to the Trustee, and in accordance with the Bid Procedures and terms of sale as set forth herein.

v. *Commissions*. Any prospective purchaser who utilizes the services of a real estate broker or agent is solely responsible for payment of any commissions earned at closing. Neither the Trustee nor the Estate shall be responsible for or liable to any third-party for commissions of any kind or nature.

vi. *Lease Agreements*. The Properties may be sold subject to existing Lease Agreement for the Properties.

vii. *Reservation of Rights*. The Trustee shall have the right in her discretion to: (i) request of the Court, without further notice, to adjourn the sale and closing of the Properties; and (ii) withdraw the Properties from the market at any time prior to the Sale Hearing.

56. If the Estate sells the Properties to any purchaser other than the Purchaser, such purchaser shall be solely responsible for the payment of all fees, costs and taxes arising from or related to the consummation of the sale and the transfer of the Estate's right, title and interest in the Properties to the successful bidder, including but not limited to, real estate commissions, real estate taxes, recording fees, and documentary stamp taxes.

**C. The Sale Implementation and Closing**

57. Following the Court's approval of this Motion, the Trustee will be authorized to take all commercially reasonable and necessary steps to complete and implement the transaction contemplated by this Motion.

58. In the event a prospective purchaser submits a Qualified Bid prior to or on the date of the final hearing on this Motion, the Trustee seeks authority to close on the sale of the Properties immediately upon Court approval with such prospective purchaser required to pay the total purchase price in cleared funds to Dunn Law, P.A.'s trust account within ten (10) days from the entry of a final non-appealable order approving the sale of the Properties to the final successful purchaser of the Properties.

59. The sale of the Properties, whether to the Purchaser or prospective purchaser who submits a successful Qualified Bid, shall be on an **"AS IS, WHERE IS"** condition "with all faults"

and with no representations or warranties of any type being given by the Trustee, her agents, professionals or representatives, including, but not limited to, attorneys, except as may be expressly contained in the Sale Contract and/or any duly executed PSA.

**D. Sale of Assets Outside Ordinary Course of Business**

60. Section 363(b) provides, in relevant part, that a trustee "after notice and a hearing, may use, sell or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b). Sales of this nature are generally approved when the Trustee demonstrates that the sale constitutes an exercise of sound "business judgment." *See Generally* 3 COLLIER ON BANKRUPTCY ¶ 363.02[1][f] (16th ed. 2011); *see also In re Diplomat Const., Inc.*, 481 B.R. 215 (Bankr.N.D.Ga.2012) ("[t]he business judgment test is the prevailing rubric to evaluate the proposed transaction under § 363(b)(l)"); *In re Condere Corp.,* 228 B.R. 615 (Bankr.S.D.Miss.1998) (business judgment); *WBQ P'ship v. Virginia*, 189 B.R. 97 (Bankr.E.D.Va.1995) (best interest of the estate); *In re Delaware & Hudson Railway Co.,* 124 B.R. 169 (D.Del.1991); (fair and reasonable price); *In re Phoenix Steel*, 82 B.R. 334 (Bankr.D.Del.1987) (fair and equitable transaction).

61. The "sound business judgment" test requires a trustee to establish: (a) that a sound business reason justifies the sale outside the ordinary course of business; (b) that accurate and reasonable notice has been provided to interested parties; (c) that the trustee has obtained a fair and reasonable price; and (d) good faith. *Diplomat Const., Inc.*, 481 B.R. at 218-19; *In re Phoenix Steel*, 82 B.R. at 335; *In re Lionel Corp.,* 722 F.2d 1063, 1071 (2d Cir.1983).

**E. The Proposed Sale to Buyer is in the Best Interests of the Estate and has a Sound Business Purpose**

62. There are sound business reasons justifying approval of the Sale Contract and the proposed Bid Procedures, the most significant of which is that they establish a competitive sale

process designed to maximize the value of the Estate through the solicitation of higher and better offers.

63. With respect to satisfying the elements of the "sound business purpose" test,[2] the Trustee asserts that the sale of the Properties pursuant to the proposed bidding procedures is the best means for the Estate to realize any value for the Estate's interest in the Properties. Moreover, creditors and other parties in interest will receive accurate and reasonable notice of the terms of the sale through this Motion and will have the opportunity to object. Without approval of the proposed sale, there is no assurance that the Trustee will be able to realize any value for the Estate's right, title, and interest in the Properties.

64. In addition, the Sale Contract provides for the Break-Up Fee payable to the Stalking Horse Purchaser solely if it is not the Successful Bidder and a sale of the Properties closes with another purchaser. Bidding protections such as break-up fees are a customary feature of § 363 sales and are approved where they are the product of arm's-length negotiation and a sound exercise of the trustee's business judgment. *See In re Integrated Resources, Inc.*, 147 B.R. 650, 657–58 (S.D.N.Y. 1992). The Trustee submits the Break-Up Fee is reasonable and appropriate: (i) it was a material inducement for the Stalking Horse Purchaser to negotiate and execute the Sale Contract and to subject its offer to higher and better bids, thereby establishing a firm $1,000,000 floor for the benefit of the Estate; (ii) at one percent (1%) of the Purchase Price, it is modest and well within the range of bidding protections routinely approved; (iii) it will not chill bidding but rather encourages a competitive auction by setting a transparent baseline; and (iv) it is payable only if a competing sale actually closes — meaning the Estate incurs it only upon receiving a higher and better offer that more than offsets it. Accordingly, approval of the Break-Up Fee is in the best interests of the Estate

[2] *See In re Continental Airlines, Inc.*, 780 F.2d 1223, 1226 (5th Cir.1986).

65. Pursuant to 11 U.S.C. § 105, the Court has expansive equitable powers to fashion any order or decree that is in the interest of preserving or protecting the value of the Debtor's assets. *See e.g., In re Chinichian*, 784 F.2d 1440, 1443 (9th Cir. 1986).

66. Further, any extended delay in the sale of the Properties could be to the detriment of the creditors of this Estate based upon accrual of taxes, interest, and other potential fees and costs. In addition, further delay in selling the Properties risks allowing any existing issues with the Properties to worsen, to the detriment of the estate.

67. Accordingly, the Trustee has determined that the Sale Contract represents a fair and reasonable initial bid for the Properties and that approval of the proposed Bid Procedures is the best means of maximizing the value of the Estate by allowing qualified competing bidders an opportunity to submit higher and better offers prior to the Sale Hearing.

68. Accordingly, the Trustee submits that (i) approval of the Sale Contract and the proposed Bid Procedures constitutes a sound exercise of her business judgment, (ii) the proposed sale process is designed to maximize value for the Estate, and (iii) following the completion of the bidding process, the Trustee will seek approval of the highest and best bid received.

**F. Fair and Reasonable Price**

69. The Trustee believes that the Purchase Price established by the Sale Contract reflects a fair and reasonable initial purchase price for the Properties and provides an appropriate baseline against which any competing bids may be evaluated.

**G. The Sale is in Good Faith**

70. The Trustee proposes to sell the Properties to the Buyer, who is a third-party and not an insider of the Debtor. The Buyer is the proposed initial purchaser under the Sale Contract, subject to higher and better offers approved by this Court. Moreover, the Sale Contract was a product of arms-length negotiations and without collusion or fraud of any kind. In light of the

foregoing, the sale is being proposed in good faith. *See In re HearUSA, Inc.*, 2011 WL 5037648, at *4 (Bankr. S.D. Fla. 2011); *In re After Six, Inc.*, 154 B.R. 876, 883 (Bankr.E.D.Pa.1993); *In re Abbotts Dairies of Pennsylvania, Inc.*, 788 F.2d 143, 149 (3d Cir.1986).

**H. Sale Free and Clear of All Liens, Claims and Encumbrances**

71. The Trustee proposes to sell the Properties free and clear of all liens, claims, and encumbrances pursuant to 11 U.S.C. § 363(f) with all such liens, claims, and encumbrances attaching to the sale proceeds. Such a sale is permitted if and when one of the following conditions is met: (1) applicable non-bankruptcy law permits sale of such property free and clear of such a lien, claim, or encumbrance; (2) the entity holding such lien, claim, or encumbrance consents to such a sale; (3) the lien, claim, or encumbrance is less than the aggregate value of all such interests; (4) such interest is in a bona fide dispute; or (5) the entity is compelled in a legal or equitable proceeding to accept a money satisfaction of such interest. *See generally* 3 COLLIER ON BANKRUPTCY 363.06 (16th ed. 2011).

72. The language of 11 U.S.C. § 363(f) is disjunctive so that a sale free and clear of liens, claims, and encumbrances may be approved if any one of the aforementioned conditions is met. *Id.*; *see also In re Heine*, 141 B.R. 185, 189 (Bankr. D. S. D.1992); *In re Elliot*, 94 B.R. 343, 345 (E.D. Pa.1988).

73. The Trustee submits that the proposed sale satisfies the requirements of 11 U.S.C. § 363(f)(2), (4), and/or (5). The Sale Contract, together with the proposed Bid Procedures, provides a mechanism for maximizing the value of the Estate by permitting higher and better offers while establishing a fair and reasonable initial purchase price for the Properties. The Trustee further submits that to the extent necessary to convey marketable title, the sale proceeds will be used to pay approved closing costs and satisfy or otherwise resolve those liens to pay customary closing costs and to satisfy, release, or otherwise resolve those liens, claims, encumbrances, taxes,

assessments, mortgages, judgments, and other title matters required to convey marketable title to the Buyer, with any remaining valid liens attaching to the sale proceeds in the same validity, priority, and extent as existed against the Properties. Accordingly, the proposed sale is in the best interests of the Estate and its creditors.

74. Notwithstanding the foregoing, the Trustee requests that the net proceeds remaining after payment of approved closing costs be held in escrow pending (i) further order of this Court adjudicating the Trustee's surcharge under 11 U.S.C. § 506(c) and the proper distribution of the proceeds, or (ii) written agreement of the affected Secured Creditors resolving the surcharge and distribution.

75. Any other party claiming an interest in the Properties (i) has an interest that is in a bona fide dispute and (ii) could also be compelled to accept a money satisfaction for its interest and, where required by law, provide a release or satisfaction of that interest as relating to the proceeds from the sale of the Properties.

76. Each of the potential secured claims, liens or encumbrances described herein fall under at least one subsection of 11 U.S.C. § 363(f), permitting the Trustee to proceed with this sale to the Buyer.

77. Therefore, the Trustee submits that the Properties can be sold free and clear of all interests. All parties holding one or more of the Other Liens will be given notice of this Motion and proposed sale of Properties as provided in the attendant Certificate of Service.

78. This Court has the statutory authority to direct the sale of the Properties free and clear of all interests, with such interests to attach to the sale proceeds.

79. Accordingly, the Trustee requests that at the hearing on the instant Motion, this Court find that the Properties may be sold by the Trustee free and clear of any liens, claims, encumbrances or interests in or against the Properties that may exist, and any other valid, secured

claim or encumbrance inferior to the Debtor's interest in the Properties (the "Inferior Encumbrances"), if any, and that the sole remedy the holders of the Inferior Encumbrances, if any, possess against the Estate are general unsecured claims; and, pursuant to 11 U.S.C. § 363(b) and (f), approve the sale of the Properties free and clear of all liens, claims, encumbrances and interests and any other valid, secured claim or encumbrance, with all valid liens attaching to the net sale proceeds remaining after closing costs in the same validity, priority, and extent as existed against the Properties immediately prior to closing, subject to the Trustee's rights under 11 U.S.C. § 506(c) and further order of this Court concerning distribution of the proceeds.

## I. The Buyer or Successful Bidder is a Good Faith Purchaser and Entitled to the Full Protections of 11 U.S.C. § 363(m)

80. 11 U.S.C. § 363(m) provides that the reversal or modification on appeal of a transaction authorized under Section 363(b) does not affect the validity of the sale to an entity that acquired property in good faith. *See, e.g., In re Stadium Management Corp.*, 895 F.2d 845 (1st Cir.1990); *In re Adamson Co., Inc.* 159 F.3d 896 (4th Cir.1998).

81. The Trustee can make the appropriate showing at the sale hearing that the Sale Contract with the Buyer or Successful Bidder is the result of a negotiated, arm's length transaction, in which the Buyer or Successful Bidder at all times acted in good faith.

## J. Notice of Sale Hearing

82. Federal Rule of Bankruptcy Procedure 6004(a) provides that notice of a proposed sale of property, other than in the ordinary course of business, shall be given to all known creditors and parties in interest. Fed.R.Bankr.P. 2002(a)(2) and (c); *see also In re Performance Materials, Inc.*, 309 B.R. 819, 823 (Bankr. M.D. Fla.2004). Rule 2002 further provides that not less than twenty-one (21) days' notice by mail shall be given of a proposed sale of property other than in the ordinary course of business unless the Court, for cause shown, shortens the time or directs another method of giving notice.

83. The Trustee will ensure that notice of the sale sought hereby is timely submitted to creditors and other parties in interest entitled to notice.

84. The Trustee will serve copies of this Motion together with any notices as required by Fed.R.Bank.P. 6004, 2002(a) and 2002(c), and Local Rule 6004-1.

85. The Trustee believes that the foregoing notice, together with a certificate of service of any hearing on this Motion, is sufficient to provide effective and sufficient notice of the sale to the Buyer to all parties in interest.

86. The Trustee requests that the Court find that this constitutes good and sufficient notice to creditors and parties in interest, and that no further notice of the sale to the Buyer or sale of the Properties are required.

**K. Authority for Trustee to Execute Sale Documents**

87. The Trustee will work with the Buyer to complete the various documents necessary to consummate the sale of the Properties, including a HUD-1 and Trustee's Deed.

88. The Trustee requests that she be authorized to execute those documents necessary to consummate the sale and evidence the conveyance of the Properties to the Buyer.

**L. Authority for Trustee to Make Certain Disbursements at Closing**

89. The Trustee requests authority to pay those customary closing costs and title curative expenses necessary to consummate the sale, including documentary stamp taxes, recording fees, real estate taxes, municipal liens, utility charges, and such other amounts required to convey marketable title pursuant to the Sale Contract and Title Commitment.

90. The Trustee does not seek authority through this Motion to distribute the remaining net sale proceeds to the Secured Creditors, which proceeds shall instead be held in escrow pending further order of this Court. The Trustee has incurred substantial costs and expenses in preserving, protecting, administering, and facilitating the sale of the Properties, including, without limitation,

efforts undertaken in connection with the various foreclosure actions and the Menendez Adversary. The Trustee reserves all rights to seek recovery of such costs and expenses pursuant to 11 U.S.C. § 506(c). Accordingly, the Trustee requests that the net sale proceeds remaining after payment of approved closing costs be held in escrow pending resolution, by agreement of the parties or further order of this Court, of the Trustee's entitlement to a surcharge and the proper distribution of the proceeds.

**M. Title and Closing Agent**

91. The Buyer and the Trustee have agreed that Lorium PLLC ("Lorium") shall serve as title and closing agent in connection with the proposed sale and closing of the Properties and shall be compensated for its services. This proposal is justified by the increased efficiency and cost-savings in having counsel already familiar with the case in control of the closing process. Moreover, this will avoid potential impediments to closing, which could be the result of using a title and closing agent who is not well-versed in bankruptcy law.

92. Any settlement or closing fee and title insurance premiums (owners' title insurance) Lorium will earn are to be paid by the Buyer.

**N. Waiver of 14-Day Stay Period**

93. Bankruptcy Rule 6004(h), provides that "[a]n order of the court authorizing the use, sale or lease of property ... is stayed until the expiration of 14 days after the entry of the order, *unless the court orders otherwise.*" Fed.R.Bankr.P. 6004(h) (emphasis added).

94. The Sale Contract provides that the sale of the Properties are subject to this Court's approval. The Trustee requests that the Court waive the 14-day stay if necessary to be able to close on the sale to the Buyer as soon as possible.

**O. Retention of Jurisdiction**

95. The Trustee respectfully requests that the final order granting this Motion vest this Court with sole and exclusive personal and subject matter jurisdiction to interpret, implement, enforce and resolve all disputes arising from or related to the: (a) relief sought in this Motion; (b) proposed sale of the Properties; and (c) relief authorized by the final order granting this Motion.

96. The Trustee expressly reserves the right to amend or supplement this Motion at any time prior to or at hearing on this matter.

**WHEREFORE**, for the reasons more particularly set forth above, Marcia T. Dunn, as Chapter 7 Trustee of the consolidated bankruptcy estate of City Trust Investments LLC, respectfully requests this Court:

A. Enter a Bid Procedures Order, in substantially the form attached hereto as **Exhibit F**, (i) approving the Bid Procedures set forth herein; (ii) approving BAAD Homes LLC as the Stalking Horse Purchaser and the Sale Contract as the initial stalking horse bid; (iii) approving the Break-Up Fee; (iv) establishing the Bid Deadline, scheduling the Auction (if one or more Qualified Bids are timely received), and setting the Sale Hearing; and (v) approving the form and manner of notice of the Bid Procedures, the Auction, and the Sale Hearing;

B. Following the Sale Hearing, enter a Sale Order, in substantially the form to be filed at or prior to the Sale Hearing, (i) authorizing and approving the sale of the Estate's right, title, and interest in the Properties to the Successful Bidder (or, if no Auction is held, to the Stalking Horse Purchaser) free and clear of all liens, claims, encumbrances, and interests pursuant to 11 U.S.C. § 363(b) and (f), with all such liens, claims, encumbrances, and interests attaching to the sale proceeds in the same validity, priority, and extent as existed immediately prior to closing; (ii) finding that

the Successful Bidder is a good-faith purchaser entitled to the protections of 11 U.S.C. § 363(m); (iii) authorizing the Trustee to execute any and all documents reasonably necessary to effectuate the sale and convey the Properties, including the Trustee's Deeds; (iv) authorizing the Trustee to pay approved closing costs and other amounts necessary to convey marketable title, and directing that the net sale proceeds remaining after payment of approved closing costs be held in escrow pending further order of this Court or written agreement of the affected Secured Creditors, including resolution of the Trustee's rights under 11 U.S.C. § 506(c); and (v) waiving the fourteen (14) day stay imposed by Bankruptcy Rule 6004(h); and

C. Grant such other and further relief as the Court deems just and proper.

Dated: August 3, 2026

Respectfully submitted,

**DUNN LAW, P.A.**
*Counsel for Marcia T. Dunn, as Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866 || Fax: 786-260-0269
Email: akapai@dunnlawpa.com

By: */s/ Amrit S. Kapai*
Amrit S. Kapai, Esq.
Florida Bar No. 1032794

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on August 3, 2026, upon all registered users in this case.

By: */s/ Amrit S. Kapai*
Amrit S. Kapai, Esq.
Florida Bar No. 1032794

# EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

| | |
|---|---|
| CITY TRUST INVESTMENTS LLC, LORETA INVESTMENTS, LLC, GAIN 11 INVESTMENTS, LLC, 14445 SW 289 ST LLC; AND CITYWIDE PROPERTY MANAGEMENT LLC, | Case No.: 24-14100-PDR<br>(substantively consolidated)<br>Chapter 7 |
| Debtors. | |

_______________________________________/

**DECLARATION OF MARCIA T. DUNN IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF ORDER (I) APPROVING BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF CERTAIN REAL PROPERTIES OF THE ESTATE, (II) APPROVING THE STALKING HORSE PURCHASER AND RELATED PURCHASE AND SALE AGREEMENT, (III) SCHEDULING AN AUCTION, IF NECESSARY, (IV) SETTING A FINAL SALE HEARING, (V) APPROVING THE SALE OF THE PROPERTIES FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, WITH SUCH LIENS TO ATTACH TO SALE PROCEEDS, AND (VI) GRANTING RELATED RELIEF**

I, Marcia T. Dunn, make this declaration under 28 U.S.C. § 1746:

1. I am over the age of 18 years, have personal knowledge of the facts contained herein, and am competent to testify.

2. I am the chapter 7 trustee appointed to administer the above-captioned consolidated bankruptcy case.

3. I submit this declaration (the "*Declaration*") in support of the *Chapter 7 Trustee's Motion For Entry Of Order (I) Approving Bidding Procedures In Connection With The Sale Of Certain Real Properties Of The Estate, (II) Approving The Stalking Horse Purchaser And Related Purchase And Sale Agreement, (III) Scheduling An Auction, If Necessary, (IV) Setting a Final Sale Hearing, (V) Approving The Sale Of The Properties Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With Such Liens To Attach To Sale Proceeds, And (VI) Granting*

*Related Relief* (the "*Sale Motion*")[1].

4. I have knowledge of the facts and representations set forth in the Sale Motion regarding the sale of the Properties.

5. I retained the Broker to list and market the Properties for sale. The highest and best offer received for the Properties was from the Buyer.

6. Based on my analysis and the support of professionals, I have determined that the Purchase Price as submitted by the Buyer to acquire the Properties is fair and reasonable consideration.

7. The sale of the Properties is in the best interests of the Debtor's Estate because it will generate a recovery for creditors while eliminating the Estate's exposure to ongoing obligations, including property taxes, homeowners' association assessments, insurance costs, and other carrying expenses.

8. I have concluded that a sale to the Buyer is the most efficient means of maximizing the value of the Properties.

9. In addition, the proposed sale of the Properties to the Buyer is the product of arm's length, good faith negotiations with the Buyer. The Buyer is not an insider of the Debtors, does not have any connection with the Debtors, and does not have any pre-petition or other claim against the Estate.

10. In my business judgment, I have concluded, including for the reasons above, that the sale of the Properties to the Buyer, pursuant to the terms of the Sale Contract, constitutes the optimal means of realizing maximum value from the Properties. The Proposed transaction is in the best interests of the Debtor's Estate and should be approved.

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Sale Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 30, 2026
Miami, Florida

/s/ Marcia T. Dunn, Chapter 7 Trustee
Marcia T. Dunn, Chapter 7 Trustee (Jul 30, 2026 23:18:31 EDT)
Marcia, T. Dunn, Chapter 7 Trustee

# City Trust - 363 Motion (7 Seapines Townhouses) - Dec of Marcia T Dunn (Trustee-rev)

Final Audit Report 2026-07-31

| | |
|---|---|
| Created: | 2026-07-30 |
| By: | Lilly Rodriguez (lrodriguez@dunnlawpa.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAXV8DYErE4uy_jpy6M_DZvjfQm9mLHsjF |

## "City Trust - 363 Motion (7 Seapines Townhouses) - Dec of Marcia T Dunn (Trustee-rev)" History

Document created by Lilly Rodriguez (lrodriguez@dunnlawpa.com)
2026-07-30 - 9:50:21 PM GMT

Document emailed to Marcia T. Dunn, Chapter 7 Trustee (marcia.dunn@dunnlawpa.com) for signature
2026-07-30 - 9:51:03 PM GMT

Email viewed by Marcia T. Dunn, Chapter 7 Trustee (marcia.dunn@dunnlawpa.com)
2026-07-31 - 3:18:02 AM GMT

Document e-signed by Marcia T. Dunn, Chapter 7 Trustee (marcia.dunn@dunnlawpa.com)
Signature Date: 2026-07-31 - 3:18:31 AM GMT - Time Source: server - Signature Appearance Selected: TYPE

Agreement completed.
2026-07-31 - 3:18:31 AM GMT

Adobe Acrobat Sign

# EXHIBIT “B”

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

CITY TRUST INVESTMENTS LLC, LORETA INVESTMENTS, LLC, GAIN 11 INVESTMENTS, LLC, 14445 SW 289 ST LLC; AND CITYWIDE PROPERTY MANAGEMENT LLC,

Debtors.
_____________________________________/

Case No.: 24-14100-PDR

(substantively consolidated)

Chapter 7

**DECLARATION OF JASON WELT IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF ORDER (I) APPROVING BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF CERTAIN REAL PROPERTIES OF THE ESTATE, (II) APPROVING THE STALKING HORSE PURCHASER AND RELATED PURCHASE AND SALE AGREEMENT, (III) SCHEDULING AN AUCTION, IF NECESSARY, (IV) SETTING A FINAL SALE HEARING, (V) APPROVING THE SALE OF THE PROPERTIES FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, WITH SUCH LIENS TO ATTACH TO SALE PROCEEDS, AND (VI) GRANTING RELATED RELIEF**

I, Jason Welt, make this declaration under 28 U.S.C. § 1746:

1. I am over the age of 18 years, have personal knowledge of the facts contained herein, and am competent to testify.

2. I am the Agent retained by the chapter 7 Trustee to list and market the subject real properties.

3. I submit this declaration (the "*Declaration*") in support of the *Chapter 7 Trustee's Motion For Entry Of Order (I) Approving Bidding Procedures In Connection With The Sale Of Certain Real Properties Of The Estate, (II) Approving The Stalking Horse Purchaser And Related Purchase And Sale Agreement, (III) Scheduling An Auction, If Necessary, (IV) Setting a Final Sale Hearing, (V) Approving The Sale Of The Properties Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With Such Liens To Attach To Sale Proceeds, And (VI) Granting*

*Related Relief* (the "*Sale Motion*")[1].

4. I have knowledge of the facts and representations set forth in the Motion regarding the Trustee's sale of the Properties.

5. Upon my employment, I conducted an inspection of the Properties and found it to be in a significantly distressed condition. Key issues affecting its marketability included roof leaks, mold growth, flooring deterioration, improperly sealed windows, issues with bathrooms and plumbing, a neglected exterior area, and an overall lack of interior maintenance.

6. After running comparable sales in the area and factoring in the necessary repairs, the Properties were initially listed on the Multiple Listing Service database for their assessed value due to this always being a Bulk Portfolio Sale which is not allowed to be listed on MLS, so we added each one individually with language about buying each of the listings together in Bulk. Of course, we also listed the appropriate Bankruptcy Court language as well. The Real Properties were actively marketed and shown from June 2025 to present day. In addition, due to litigation within the case, the Bulk Sale was on and off the market for over 12 months.

7. During the last half of 2025 and into 2026, market trends in the area declined, resulting in many well-maintained homes sitting on the market for extended periods. Despite these challenges, I received an estimated 50 serious inquiries, with less than a dozen interested buyers submitting offers. The offers received were in the amounts of ranging from $900,000 - $1,000,000.

8. The Purchase Price is highest and best offer I received for the Properties.

9. Given the Properties condition, market conditions, and overall circumstances, I believe this to be a strong and reasonable offer that maximizes the value of the Properties.

10. The Buyer negotiated the Sale Contract with the Trustee at arm's length and in good

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Sale Motion.

faith.

11. I have concluded, including for the reasons above, that the sale of the Properties to the Buyer, pursuant to the terms of the Sale Contract, constitutes the optimal means of realizing maximum value from the Properties.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 31, 2026

/s/
Jason Welt

# EXHIBIT "C"

PURCHASE AND SALE AGREEMENT

BETWEEN

MARCIA T. DUNN, CHAPTER 7 TRUSTEE
THE BANKRUPTCY ESTATE OF CITY TRUST INVESTMENTS LLC

as Seller

AND

**BAAD Homes LLC**

as Buyer

| 1. **Property Addresses** | **Parcel Identification No.** |
|---|---|
| 28152 SW 142nd Court, Homestead, FL 33033 | 30-7903-013-1060 |
| 28091 SW 143rd Court, Homestead, FL 33033 | 30-7903-013-1790 |
| 28133 SW 142nd Court, Homestead, FL 33033 | 30-7903-013-0220 |
| 28025 SW 142nd Court, Homestead, FL 33033 | 30-7903-013-0060 |
| 28131 SW 142nd Court, Homestead, FL 33033 | 30-7903-013-0210 |
| 28124 SW 142nd Court, Homestead, FL 33033 | 30-7903-013-0970 |
| 14266 SW 283rd Street, Homestead, FL 33033 | 30-7903-013-0610 |

Dated as of: 05/14/2026, 2025

# PURCHASE AND SALE AGREEMENT

THIS PURCHASE AND SALE AGREEMENT (this "Agreement"), dated 05/14/2026________________, 2025 between MARCIA T. DUNN, as Chapter 7 Trustee of the Bankruptcy Estate of City Trust Investments LLC (the "Trustee" or "Seller"), and ___BAAD Homes LLC__________ (the "Buyer") (collectively, the "Parties"), recites and provides:

## RECITALS

A. The Debtor, City Trust Investments, LLC, a Florida limited liability company ("Debtor"), is the fee simple owner of real properties, described on **Exhibit "A"** hereto, together with all improvements thereon and appurtenances thereunto (the "Real Properties")[1].

B. A voluntary petition for relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code") was filed by the Debtor in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court") on April 26, 2024, under Case No. 24-14100-LMI (the "Bankruptcy Case"). The bankruptcy estate of the Debtor is referred to herein as the "Estate." On September 30, 2024, the Debtor's Chapter 11 case was converted to one under Chapter 7 of the Bankruptcy Code. Trustee, Marcia T. Dunn (the "Trustee"), is the duly appointed Chapter 7 Trustee of the Estate.

C. Trustee, in her capacity as "Seller," as described more fully in this Agreement below, has the right to sell, assign, transfer, convey, deliver or cause to be sold, assigned, transferred, conveyed, and delivered the Estate's interest in the Real Properties.

D. The Trustee believes that it is in the best interest of the Estate to sell the Real Properties to the Buyer, and the Buyer wishes to purchase the Real Properties from the Trustee, all subject to the approval of the Bankruptcy Court as further provided for below. Buyer and Seller acknowledge and agree that in all events, this Agreement and all obligations hereunder remain subject to the approval of the Bankruptcy Court.

**NOW, THEREFORE**, in consideration of the mutual covenants and agreements herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

## AGREEMENT

**1. The Subject Real Properties.**

1.1. **Real Properties.** Subject to the Permitted Exceptions (defined below), the Real Properties, together with Seller's interest in any buildings, easements, appurtenances,

---

[1] Due to a scrivener's error, Citi Trust Investment Inc., is listed as the title owner of 28152 SW 142nd Ct. and 28091 SW 143rd Ct. On May 31, 2019, Scrivener's Affidavits were recorded identifying City Trust Investments LLC as the correct title owner.

rights, privileges, reversionary interests and improvements thereunto belonging or appurtenant to the Real Properties, if any, including without limitation, all of Seller's rights to utilities serving the Real Properties; all right, title and interest of Seller in and to all rights-of-way, rights of ingress or egress or other interests in, on, or to, any land, highway, street, road, or avenue, open or proposed, in, on, or across, in front of, abutting or adjoining the Real Properties.

1.2. **Other.** All fixtures and equipment, if any, owned by Seller and used in connection with the Real Properties, including any naming rights associated with the Real Properties, any approvals, applications, permits, development plans, architectural plans, structural plans, surveys, studies, designs and related materials, and any goodwill related thereto, to the extent same is transferable to Buyer by Seller.

1.3. **Excluded Assets**. The Parties agree that Seller is not selling and Buyer is not buying any claim(s) or causes of action related to the Real Properties or the personal property which is located at the Real Properties and is used by the Seller in connection with the Real Properties. Specifically, this includes any claim(s) or cause(s) of action Seller may have against other creditors, parties in interest, or those in possession of the Real Properties that is/are not the subject of this Agreement.

**2. <u>Sale and Conveyance of Real Properties.</u>**

2.1. Subject to the terms and conditions of this Agreement and the Sale Order (defined below), and subject in all events to the approval of the Bankruptcy Court, on the Closing Date (defined below), Seller shall sell, assign, transfer, convey and deliver, or cause to be sold, assigned, transferred, conveyed and delivered to Buyer, and Buyer shall purchase and acquire from Seller, Seller’s right, title and interest in the Real Properties.

2.2. Subject to and in accordance with the provisions of this Agreement and the Sale Order, and subject to approval of the Bankruptcy Court, the Seller shall execute and deliver to the Buyer on the Closing Date the following instruments pursuant to which the Seller shall sell, assign, transfer, convey and deliver the Property to the Buyer free and clear of all liens in accordance with sections 363(b) and (f) of the Bankruptcy Code, with such valid liens to attach to the proceeds of sale, on an AS-IS, WHERE-IS BASIS, WITHOUT REPRESENTATIONS OR WARRANTIES, EXCEPT AS OTHERWISE EXPRESSLY STATED IN THIS AGREEMENT OR IN THE CLOSING DOCUMENTS (DEFINED BELOW):

(a) The Seller’s Trustee’s Deeds (the “<u>Deeds</u>”) conveying the Real Properties to Buyer, which shall be free and clear of any and all encumbrances and restrictions in accordance with section 363(f) of the Bankruptcy Code, except that the Seller shall convey marketable title subject to: zoning, restrictions, prohibitions and any other requirements imposed by governmental authority; restrictions and matters appearing on the plat or otherwise common to the subdivision; unplatted public utility easements of

record; and taxes for year of Closing and subsequent years; provided, that there exists at Closing no violation of the foregoing and nothing preventing use of the Property for residential purposes.

3. **Property Inspection.** Buyer shall not have an inspection period. Buyer accepts the Real Properties in its "AS IS and WHERE IS" condition without representation, warranty or contingency either express or implied except for those representations and/or warranties expressly set forth in this Agreement and/or the closing documents to be delivered at Closing. In the event that the Real Properties are subject to municipal or governmental violations, including matters regarding municipal liens or permits, the Buyer is taking the property as is with such conditions in place. Monetary liens as of closing shall attach to proceeds pursuant to applicable bankruptcy law and the Bankruptcy Court's order approving sale. Buyer accepts that there may be liability for possible continuing violations, post-closing obligations, or accrual of amounts post-closing on account of any violation or condition of the property, and that it is the responsibility of Buyer to address any such issues.

4. **Stalking Horse Bidder**

4.1. **Section Only Applicable to Stalking Horse**. Everything contained in this Section 4, shall only apply to the Stalking Horse, BAAD Homes LLC, and as set forth in the Sale Motion. However, Stalking Horse is also a "Buyer," as set forth in this Agreement below, subject to the terms and conditions herein.

4.2. **Stalking Horse Bid.** A duly executed and delivered version of this Agreement by and between Seller and Stalking Horse shall constitute the "Stalking Horse Bid."

4.3. **Stalking Horse Initial Deposit.**

(a) Within three (3) business days after the Effective Date of this Agreement (as defined herein), Stalking Horse shall deposit the sum of five percent (5%) of the Purchase Price (as defined below) (the "Stalking Horse Initial Deposit") with Seller's Counsel, Dunn Law, P.A., to be held in the escrow account of Dunn Law, P.A. (the "Escrow Agent").

(b) Within three (3) business days of becoming the Successful Bidder at the Auction Sale (as defined in the Sale Motion), the Stalking Horse, as Buyer, shall deposit with the Escrow Agent, an additional deposit in such amount that, when combined with the Stalking Horse Initial Deposit totals ten percent (10%) of the Purchase Price (this sum, together with the Stalking Horse Initial Deposit shall be referred to hereafter as the "Stalking Horse Deposit," which shall be the same amount and subject to same provisions as "Deposit," as defined in Section 6.4 below). The Stalking Horse Deposit will be wired to the Escrow Agent. The Stalking Horse Deposit shall be held without interest and shall be applied against the Purchase Price at Closing.

(c) **Liquidated Damages to Seller.** If the Closing fails to occur because this Agreement is not approved by the Bankruptcy Court or due to a default by Seller hereunder, the Stalking Horse Initial Deposit shall be returned to Stalking Horse. However, if the Closing fails to occur solely as the result of Stalking Horse's unexcused failure to perform its obligations, then the entire Stalking Horse Initial Deposit may be retained by the Seller as liquidated damages and Seller's sole and exclusive remedy at law or in equity.

(d) **Liquidated Damages to Buyer.** If all of the contingencies set forth in this Agreement are satisfied or waived in writing by Stalking Horse, and Seller then fails, after the entry of the Sale Order, to close on the sale of the Real Properties to Stalking Horse as required by this Agreement, Stalking Horse shall be entitled to a refund of the Stalking Horse Deposit, as its sole and exclusive remedy and as liquidated damages for Seller's failure to close.

4.4. **Break-Up Fee.** In the event that Stalking Horse (1) does not make the highest and best offer at the Auction Sale (defined below), (2) is not the Successful Bidder, and (3) a sale of the Real Properties is closed with another Buyer, then the Stalking Horse shall be entitled to receive a "breakup" or termination fee in the amount of $_______________, representing one percent (1%) of the Purchase Price (the "Break-Up Fee"), which Break-Up Fee is an amount the Parties have agreed is fair reimbursement and/or compensation to Stalking Horse for its due diligence, legal, consulting and other expenditures relating to this Agreement.

4.5. **Refund of Stalking Horse Initial Deposit.** The Stalking Horse Initial Deposit shall not be refundable to Stalking Horse unless: (i) the Stalking Horse is not the Successful Bidder and does not close on the Real Properties, or (ii) the Bankruptcy Court does not approve the Sale Motion and attendant Agreement containing terms and provisions acceptable to Stalking Horse.

4.6. **Stalking Horse at Auction Sale.** In the event the Stalking Horse submits a bid at the Auction Sale that is higher than the Stalking Horse Bid then the Purchase Price shall be increased to Stalking Horse's highest and best offer at the Auction Sale.

**5. Bidding and Sale Procedure**

5.1. **Bid Procedures.** The Sale Motion shall recommend procedures to allow third parties to submit higher and better offers for the Real Properties, including:

(a) That such third party is willing to pay a purchase price for the Real Properties that initially exceeds the Stalking Horse Bid by $50,000.00 or more;

(b) That, thereafter any additional third party offers shall increase the then highest offered purchase price by $20,000.00 or more; and

(c) Seller will conduct a public auction sale, in accordance with procedures approved by the Bankruptcy Court and set forth in the Sale Motion ("Auction Sale"), where all parties shall be allowed to make higher and better offers for the Real Properties until the highest and best offer has been submitted and accepted.

5.2. **Final Sale Hearing.** After the Auction Sale, the Seller shall request the Bankruptcy Court hold a final hearing approving the sale immediately following the Auction Sale (the "Final Sale Hearing"). If Buyer makes the highest and best offer at the Auction Sale, then this Agreement shall remain in force and Seller shall seek the Final Sale Order with respect to this Agreement. However, if Buyer did not make the highest and best offer at the Auction Sale, and if such other higher and better offer is accepted by Seller, approved by the Bankruptcy Court and closed, then:

(a) This Agreement shall be terminated as of the date of such closing, except for the specific provisions as set forth in this Agreement;

(b) The Deposit shall be returned and paid to Buyer upon Closing and neither party shall have any further obligations under this Agreement, except Buyer shall not be relieved of any obligation hereunder which by its terms survives the termination of this Agreement.

5.3. **Back-Up Buyers.**

(a) *First Back-Up Buyer*. If Buyer is determined at the Auction Sale to be the next highest and best offer to purchase the Real Properties behind the Successful Bidder, Buyer shall be deemed "First Back-Up Buyer." In any event where the Successful Bidder does not close on the sale of the Real Properties, then First Back-Up Buyer and Seller will proceed to close the transaction contemplated under this Agreement in accordance with the terms and subject to the conditions set forth herein, and in accordance with the bid procedures approved by the Bankruptcy Court and as set forth in the Sale Motion.

(b) *Second Back-Up Buyer*. If Buyer is determined at the Auction Sale to be the next highest and best offer to purchase the Real Properties behind both the Successful Bidder and the First Back-Up Buyer, Buyer shall be deemed "Second Back-Up Buyer." In any event where neither the Successful Bidder nor the First Back-Up Buyer, close on the sale of the Real Properties, then Second Back-Up Buyer and Seller will proceed to close the transaction contemplated under this Agreement in accordance with the terms and subject to the conditions set forth herein, and in accordance with the bid procedures approved by the Bankruptcy Court and as set forth in the Sale Motion.

(c) First Back-Up Buyer and Second Back-Up Buyer are collectively the "Back-Up Buyers," shall keep their respective highest prior offers open and available to close with Seller, including retaining Deposit in escrow with Escrow Agent (defined below), in the event that Seller is unable or unwilling to close with any of the preceding

Buyers, and pursuant to a Bankruptcy Court order. Notwithstanding anything set forth elsewhere in this Agreement, Buyer must comply with this paragraph and maintain its highest offer until the closing of the sale of the Real Properties.

6. **Purchase Price**

6.1. The purchase price to be paid by Buyer to Seller for the Property is 1,000,000.00 ($ 1,000,000.00 ), (the "Purchase Price"). The Purchase Price is inclusive of any brokerage commission.

6.2. At the Closing, Buyer shall: (i) pay to the Seller the Purchase Price, minus the Deposit and plus or minus the net amount of any prorations provided herein; and (ii) pay closing costs which shall be allocated as set forth in Section 17 (the total amount to be paid at closing shall be referred to hereafter as the "Closing Amount").

6.3. The Parties agree that the Purchase Price shall be allocated among the Real Properties being sold hereunder in proportion to the assessed value of each Real Property on or before the Closing Date and the Parties shall make all necessary filings (including those required under Internal Revenue Code Section 1060, as amended) in accordance with that allocation.

6.4. **Payment of Purchase Price.** The Purchase Price shall be payable to Seller, as follows:

(a) **Earnest Money Deposits.** On or prior to the Effective Date of this Agreement, Buyer shall deposit with Dunn Law, P.A. ("Escrow Agent") the sum of fifty thousand dollars ($50,000.00) (the "Initial Deposit"), in accordance with the approved Bid Procedures. This subsection 6.4(a) regarding Initial Deposit shall not apply to the Stalking Horse, provided that the Stalking Horse has tendered the Stalking Horse Initial Deposit.

(b) **Second Deposit.** A second earnest money deposit shall be paid to the Escrow Agent within three (3) business day following approval of becoming the Successful Bidder at the Auction Sale or approval of the sale to the Buyer by the Bankruptcy Court, whichever is later (the "Additional Deposit"). The Initial Deposit and the Additional Deposit are hereinafter collectively called the "Deposit." The Deposit shall total ten percent (10%) of the Purchase Price and shall be deemed to comprise the Stalking Horse Deposit. The Additional Deposit shall be the balance of the Deposit less the Initial Deposit.

(c) **Cash to Close**. On the Closing Date (as defined below), Buyer shall pay the balance of the Purchase Price (after deduction of the Deposit) in immediately available funds, subject to typical closing prorations set forth below.

6.5. **Refund of Deposit.** The Deposit shall not be refundable to Buyer unless: (i) Buyer is not the Successful Bidder and does not close on the Real Properties, or (ii) the Bankruptcy Court does not approve the Sale Motion and attendant Agreement.

6.6. **Liquidated Damages to Seller.** If the Closing fails to occur because this Agreement is not approved by the Bankruptcy Court or due to a default by Seller hereunder, the Deposit shall be returned to Buyer. However, if the Closing fails to occur solely as the result of Buyer's unexcused failure to perform its obligations, then the entire Deposit may be retained by the Seller as liquidated damages and Seller's sole and exclusive remedy at law or in equity.

6.7. **Liquidated Damages to Buyer.** If all of the contingencies set forth in this Agreement are satisfied or waived in writing by Buyer, and Seller then fails, after the entry of the Sale Order, to close on the sale of the Real Properties to Buyer as required by this Agreement, Buyer shall be entitled to a refund of the Deposit, as its sole and exclusive remedy and as liquidated damages for Seller's failure to close.

**7. Bankruptcy Court Approval**

7.1. **Court Approval.** The Parties' respective obligations to purchase and sell the Real Properties pursuant to this Agreement are subject to Bankruptcy Court approval after notice and a hearing, subject to higher and better offers, and the provisions, requirements, and limitations of the Sale Order (defined below).

7.2. If the Bankruptcy Court denies the Sale Motion, or does not approve of the sale of the Real Properties with the Successful Bidder or any of the Back-Up Buyers, then this Agreement will terminate with the respective Buyer, whereupon Escrow Agent shall return all deposits received to Buyer and both Parties shall be released from all further obligations under this Agreement, except that neither party shall be relieved of any obligation hereunder that by its terms survives such termination.

7.3. Seller shall use commercially reasonable efforts to obtain Bankruptcy Court approval of the sale of the Real Properties (the "Final Sale Order") to the Buyer pursuant to this Agreement at a duly noticed hearing scheduled for **_____________, 2025 at _______ PM** (the "Final Sale Hearing"), which shall contain the following provisions:

(a) A finding that Seller prepared and mailed the Sale Motion seeking the Sale Order, and such motion and notice were proper and sufficient as to all Parties entitled to same;

(b) The sale and transfer of the Real Properties to the Buyer is approved pursuant to Sections 105 and 363(f) of the Bankruptcy Code;

(c) The sale of the Real Properties to Buyer pursuant to this Agreement will be free and clear of all liens pursuant to Section 363(f) of the Bankruptcy Code, with such

liens, attaching to the sale proceeds; however Seller shall convey marketable title subject to: zoning, restrictions, prohibitions and any other requirements imposed by governmental authority; restrictions and matters appearing on the plat or otherwise common to the subdivision; unplatted public utility easements of record; and taxes for year of Closing and subsequent years; provided, that there exists at Closing no violation of the foregoing and nothing preventing use of the Real Properties for residential or purposes;

(d) A finding, based upon evidence or a proffer of evidence on the record at the Sale Hearing, that Buyer is a good faith purchaser within the meaning of Section 363(m) of the Bankruptcy Code, and accordingly entitled to the protections thereof;

(e) The transactions contemplated hereunder are not avoidable pursuant to Section 363(n) of the Bankruptcy Code;

(f) All persons are enjoined from in any way pursuing Buyer or the Real Properties by suit or otherwise to recover on any liens which they may have against Seller or the Real Properties as of the Closing Date;

(g) the Sale Order shall be effective immediately notwithstanding the provisions of Bankruptcy Rules 6004(h) and 6006(d); and

(h) All persons are enjoined from modifying or terminating any permits or licenses as a result of the transfer of the Real Properties or the failure to pay any fines, penalties or liens arising or owing in connection with the Real Properties.

Competing Transactions**.** This Agreement is subject to approval by the Bankruptcy Court and the consideration by the Seller of higher or better competing bids pursuant to auction procedures approved by the Bankruptcy Court (each a "Competing Bid"). From the date hereof (and any prior time) and until the completion of the auction contemplated hereby or as otherwise directed by the Bankruptcy Court, Seller is permitted to cause her respective representatives to initiate contact with, solicit or encourage submission of any inquiries, proposals or offers by, any person in connection with any sale or other disposition of the Real Properties. In addition, the Seller shall respond to any inquiries or offers to purchase all or any part of the Real Properties and perform any and all other acts related thereto which are required under the Bankruptcy Code or other applicable law, including supplying information relating to the Property to prospective buyers. If a Competing Bid is approved by the Bankruptcy Court, this Agreement will nevertheless survive and remain in effect during the period specified in the Order approving the Bid Procedures and shall serve as a stand-by bid as contemplated in such Order.

**8.** **No Due Diligence Period.** Buyer acknowledges and agrees that prior to executing this Agreement, it has performed, at Buyer's expense, such economic, surveying, engineering, physical, structural, lease, occupancy, environmental, marketing and all other tests, studies and investigations as Buyer has deemed appropriate or desired to perform and

conduct, and Buyer has completely satisfied itself as to such matters. In Buyer's sole and absolute discretion, Buyer has accepted the Property in its "as-is, where-is" condition and with all faults (subject only to the representations, warranties and covenants of Seller expressly contained in this Agreement and in the closing documents executed by Seller ("Closing Documents"). Buyer has agreed to proceed with this transaction in accordance with and subject to the terms of this Agreement based upon its own studies and inspections and with the understanding and agreement that there shall be no due diligence period available to Buyer following execution of this Agreement.

**9.** **Condition of Real Properties.** Except as otherwise expressly set forth in this Agreement or in the documents executed at Closing, Buyer shall, at Closing, accept the Real Properties and any improvements thereon, in "AS IS" condition, subject to any and all leases and contracts relating to the Real Properties and in effect at Closing, with all faults, normal wear and tear excepted, subject only to the express representations and warranties made in this Agreement and/or the documents executed at Closing.

**10.** **Title Matters.**

10.1. **Title Commitment.** At least five (5) days prior to closing, Buyer shall obtain a commitment for owners title insurance issued by a title agent of Seller's election ("Title Agent") as agent for Attorney's Title Fund agreeing to issue standard ALTA owner's title insurance policy to Purchaser in the amount of the Purchase Price, subject to the Permitted Exceptions (the "Title Commitment"), and copies of all items listed as special exceptions in the Title Commitment.

10.2. **Permitted Exceptions.** The following are herein referred to as the "Permitted Exceptions": ad valorem real estate taxes for the year of closing and subsequent years; all applicable laws, including but not limited to all applicable zoning, building, master plan, land use and environmental ordinances and regulations; all restrictions, reservations, easements, covenants, agreements, limitations and other matters appearing of record through the date of the Title Commitment; and all matters which would be disclosed by an accurate survey. The B-1 requirements prescribed by the Title Commitment may be modified to reflect the structure of the transaction, consistent with this Agreement, subject only to the Permitted Exceptions. Seller and Buyer both agree to use commercially reasonable efforts to satisfy the Title Commitment requirements as may be approved by the Bankruptcy Court. Upon closing under this Agreement, Buyer shall pay all costs associated with the search, examination fees and preparation, issuance of the Title Commitment and the title premium for the Buyer's final owner's title insurance policy and endorsements.

**11.** **Conditions Precedent.**

11.1. **Obligations of Buyer.** Buyer's obligation to consummate this transaction is expressly conditioned only upon the matters set forth in this Section and as otherwise

expressly set forth in this Agreement. In the event that all of the conditions precedent are not satisfied by Seller or waived by Buyer in writing by Closing, following written notice to Seller and a five (5) day opportunity to cure, Buyer may terminate this Agreement by providing written notice of such termination to Seller and Escrow Agent and receive a return of the Deposit within three (3) days of Seller's receipt of Buyer's termination notice, free of any claims by Seller or any other party with respect thereto.

11.2. **Obligations of Seller.** Seller's obligation to consummate this transaction is expressly conditioned upon the matters set forth in this Section. In the event that all of the conditions precedent are not satisfied by Buyer or waived by Seller in writing by Closing, following written notice to Buyer and a five (5) day opportunity to cure (provided, however, in no event shall Buyer be entitled to a five (5) day opportunity to cure in the event that Buyer fails to deliver full payment of the Purchase Price on the Closing Date), then Buyer shall be in default of this Agreement and Seller shall be entitled to the Deposit in accordance with the terms of Section 6.6 of this Agreement.

11.3. **Compliance with Covenants.** Buyer shall have complied with all of Buyer's covenants and requirements in this Agreement to be performed by Buyer in all material respects, including but not limited to, full payment of the Purchase Price.

Conditions to Obligations of Buyer. The obligations of Buyer to consummate the transactions contemplated by this Agreement shall be subject to the fulfillment at or before Closing of each and every one of the following conditions, which may be waived in whole or in part by Buyer:

11.4. The Sale Order shall have been entered by the Bankruptcy Court on or before **______________, 2025,** and the Sale Order shall contain findings set forth in the Sale Motion and not be subject to a stay;

11.5. The representations and warranties of Seller shall be true in all material respects on and as of the Closing Date, with the same effect as though made on and as of such date, and Seller shall not be in default in any material respect under the provisions of this Agreement; and

11.6. Seller shall have complied with each of its obligations under this Agreement, including but not limited to making all of the deliveries required by the terms of this Agreement.

11.7. If any of the foregoing conditions is not satisfied by Seller or waived by Buyer in writing before or at the Closing, Buyer may terminate this Agreement and Seller shall forthwith cause Escrow Agent to return the Deposit to the Buyer, and neither Party shall have any further obligations to the other Party other than those which expressly survive termination.

Conditions to Obligations of Seller**.** The obligations of the Seller to consummate the transactions contemplated by this Agreement shall be subject to the fulfillment at or before the Closing of the following conditions, which may be waived in whole or in part, by the Seller:

11.8. The Bankruptcy Court shall have entered an order authorizing the sale of the Property to Buyer, which order is not subject to a stay;

11.9. The representations and warranties of Buyer shall be true in all material respects on and as of the Closing Date, with the same effect as though made on and as of such date, and Buyer shall not be in default in any material respect under the provisions of this Agreement; and

11.10. Buyer shall have paid to the Seller the Closing Amount.

11.11. If any of the foregoing conditions is not satisfied by Buyer or waived by Seller in writing before or at the Closing, Seller may terminate this Agreement and, in the event of the failure of the condition in Section 14.1, the Deposit shall be promptly returned to the Buyer, and in the event the conditions in Sections 14.2 or 14.3 are not so satisfied or waived, Seller may retain the Deposit as its sole and exclusive remedy at law or in equity, and neither Party shall have any further obligations to the other Party other than those which expressly survive termination.

Representations and Warranties of Seller**.**

11.12. Seller hereby represents and warrants to Buyer that Seller is the Chapter 7 Trustee of the Estate and that, subject to the entry of the Sale Order without any contrary order being obtained by any party in interest, Seller has the power to convey the Property to Buyer pursuant to this Agreement, subject to Bankruptcy Court approval and in accordance with the provisions of the Sale Order approved by the Bankruptcy Court. Seller hereby makes the following representations, and warranties as of the date hereof:

11.13. **Litigation.** Except for the Bankruptcy Case, any related adversary proceeding, and those matters set forth on **Exhibit "B"** attached hereto, there are no unresolved actions, suits or claims pending against the Property that will not be satisfied, dismissed or adjudicated with all appeal periods having expired on or before the Closing, and the Seller has not received any written notice that any such action, suit, or claim cannot be satisfied, dismissed or adjudicated with all appeal periods having expired prior to Closing is threatened.

11.14. **Condemnation Proceedings**. Seller has no knowledge of any pending or contemplated condemnation or eminent domain proceedings affecting all or any part of the Property.

11.15. **Compliance with Laws.** To the knowledge of Seller, subject to Bankruptcy Court approval, neither the execution nor delivery of this Agreement nor the consummation of

the transactions contemplated hereby will constitute a violation of any applicable code, resolution, law, statute, regulation, ordinance, rule, judgment, decree or order.

11.16. **FIRPTA.** Seller is a "United States person" within the meaning of Sections 144S(t)(3) and 7701 (a)(30) of the Internal Revenue Code of 1986, as amended.

11.17. **No other Contracts.** Seller has granted no outstanding options to purchase or rights of first refusal with respect to all or any part of the Real Properties and has entered into no outstanding contracts with others for the sale of the Real Properties.

11.18. Each of the representations warranties made by Seller in this Agreement will be true and correct in all material respects as of the date made and the Closing Date, as such representations shall be updated at Closing by Seller in its ordinary course. Further, to the extent there is any claim, lawsuit, violation or other action first initiated that renders any of Seller's representations untrue, Seller shall have the right to cure any such violations, claims, etc. prior to Closing without being in default under this Agreement.

Representations and Warranties of Buyer. Buyer hereby represents and warrants to Seller, which representations and warranties shall survive Closing, as follows:

11.19. **Organization and Authority.** If applicable, where Buyer is a corporation, limited liability company, or other non-person entity, Buyer represents and warrants that Buyer is in good standing and possesses all requisite power and authority to enter into and perform this Agreement and to carry out the transaction contemplated herein.

11.20. **No Conflicts.** Buyer's entry into and performance of this Agreement does not conflict with or violate any contracts, leases, agreements or undertakings between Buyer and any third parties.

11.21. **Bankruptcy.** No bankruptcy, insolvency, rearrangement or similar action involving Buyer, whether voluntary or involuntary, is pending or threatened, and Buyer has no intention of filing any such action or proceeding.

11.22. **Due Authorization.** This Agreement and the consummation of the transactions contemplated hereby have been duly and validly authorized by all necessary action on the part of Buyer. This Agreement constitutes the legal, valid and binding obligation of Buyer enforceable in accordance with its terms.

11.23. This Agreement is, and the other documents and instruments contemplated hereby will be, when executed and delivered by Buyer, the valid and binding obligations of Buyer, enforceable against Buyer in accordance with their respective terms.

11.24. Neither the execution and delivery of this Agreement nor the consummation of the transactions contemplated hereby will result in a violation by Buyer of any federal, state,

local or other law or governmental requirement of any kind, nor of any rules, regulations, permits, licenses and orders promulgated thereunder.

11.25. Each of the representations and warranties made by Buyer in this Agreement will be true and correct in all material respects on the Closing Date as if made on and as of such date.

11.26. BUYER, UNDERSTANDS AND AGREES THAT THE PROPERTY IS SO SOLD, ASSIGNED, LEASED, TRANSFERRED AND CONVEYED TO BUYER IN "AS IS" CONDITION ON A "WHERE IS" BASIS, WITH NO CONTINGENCIES OF ANY KIND INCLUDING FINANCING OR DUE DILIGENCE AND WITHOUT ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR ANY OTHER WARRANTY, EXPRESS OR IMPLIED, EXCEPT AS OTHERWISE EXPRESSLY STATED IN THIS AGREEMENT OR IN THE CLOSING DOCUMENTS.

**12. Closing**

12.1. **Closing Date and Time of Closing.** Unless otherwise agreed to by the Seller and Buyer in writing, the Closing shall take place no later than twenty (20) calendar days after the date the Sale Order becomes final (and Seller shall request that the Sale Order be immediately effective; that any stay imposed by Fed.R.Bankr.P. 6004 or any similar provisions of the Bankruptcy Rules be waived; and that closing occur notwithstanding the filing of any notice of appeal, motion for reconsideration or rehearing, or request for similar relief, unless a stay is obtained from a court of competent jurisdiction) (the "Closing Date"). Notwithstanding anything herein to the contrary, if the Sale Order has been stayed by an order of a court of competent jurisdiction, then the Closing Date shall be postponed until not more than five (5) business days after the stay has been finally dissolved. If such postponement is longer than 120 days, Buyer and Seller shall each have the right to terminate this Agreement by giving written termination notice to the other, in which case neither Party shall have any further obligations under this Agreement except those that expressly survive the termination of this Agreement, and the Escrow Agent shall promptly return the Deposit to Buyer, including any Stalking Horse Deposit, to the extent a deposit is received.

12.2. **Place of Closing.** The Closing shall be conducted through Dunn Law, P.A. and take place at the offices of Dunn Law, P.A., 555 N.E. 15th Street, Suite 934-A Miami, Florida 33132 (or such other place as the Parties may designate in writing). Buyer shall wire the full amount of the Closing Amount into the trust account of Dunn Law, P.A. whereupon titles to the Real Properties will be delivered to the Buyer.

12.3. **Documents to be Delivered by Seller**. At the Closing, Seller shall deliver to the Buyer (all of which shall be duly executed and acknowledged where required):

(a) Trustee's Deeds to the Real Properties in accordance with the Final Order;

(b) Keys to the Real Properties and any passcodes;

(c) Evidence of Seller's authority to convey the Real Properties;

(d) Closing statement counterpart;

(e) An affidavit of Seller certifying that Seller is not a "foreign person," as defined in the Federal Foreign Investment in Real Properties Tax Act (FIRPTA) of 1980, and the 1984 Tax Reform Act, as amended, and shall incorporate in such affidavit or provide an additional executed affidavit or other document stating that Seller has not executed any conveyances or liens with respect to the Real Properties subsequent to the date of this Agreement without the consent of Buyer, and confirming that Seller will not execute any such conveyances or liens prior to the recordation of the Deed, except as may be expressly permitted otherwise under this Agreement; a counterpart of a closing statement reflecting the various costs and payments being made at Closing pursuant to this Agreement;

(f) Copies of any leases and contracts relating to the Real Properties and in effect at Closing;

(g) An owner's affidavit in a form reasonably satisfactory to the Title Agent at Closing, to allow it to delete the applicable standard exceptions to the owner's title insurance policies, and

(h) Such other documents as may reasonably be required by the Title Agent to consummate the transaction provided for in this Agreement.

12.4. **Documents to be Delivered by Buyer.** At the Closing, Buyer shall deliver to the Seller:

(a) The balance of the Closing Amount (plus or minus any other prorations and other adjustments to be made in accordance with this Agreement);

(b) A counterpart of a closing statement reflecting the various costs and payments being made at Closing pursuant to this Agreement;

(c) Evidence of Buyer's authority to purchase the Real Properties; and

(d) Such other documents as may reasonably be required by the Title Agent or by this Agreement to carry out the terms and intent of this Agreement.

12.5. **363(m).** At Closing, Seller shall transfer its interest in the Real Properties by deed directly from Seller to Buyer in such a manner that the transaction shall qualify as a Section 363 sale pursuant to Bankruptcy Code Section 363 and the Seller shall obtain a finding and conclusion from the Bankruptcy Court, to be set forth in the Approval Order, that the Buyer is a good faith purchaser within the meaning of Bankruptcy Code Section 363(m).

**13. <u>Payment of Costs and Expenses.</u>**

13.1. The cost of providing title evidence covering the period prior to closing, any sales tax payable as a result of the transfer of any personal property, and the cost of recording any corrective documents shall be paid by Buyer. Each party shall pay its own attorney's and accounting fees.

13.2. Seller will designate the Title Agent and Buyer shall pay, on the Closing Date, the cost of recording the Deeds and the cost of the issuance of the title insurance policy premium for any owner's title insurance policy (and any loan policy) obtained by Buyer, the cost of all title updates, title examination, and lien searches, and the cost of any inspections and/or surveys, any settlement fees charged by the Person conducting the Closing, and all other costs and charges of Closing. Each Party shall pay its own attorneys' fees.

13.3. At Closing, Seller and Buyer shall pay their own respective costs incurred with respect to the consummation of the purchase and sale of the Real Properties including, without limitation, attorneys' fees. Notwithstanding the foregoing, Seller shall pay (i) the cost of the documentary stamp taxes on the deed, (ii) recording costs for documents curing title matters, (iii) all costs associated with the Bankruptcy Case. Buyer shall pay for (i) all costs associated with the Title Commitment and the premium on the owner's title policy and endorsements, (ii) the costs associated with the inspections performed by Buyer, (iii) the cost of the updated Survey, and (iv) the cost of recording the deed and any of Buyer's financing documents, (v) the premium for the simultaneously issued lender's title insurance policy, if any. Notwithstanding anything herein to the contrary, Buyer acknowledges that this is an "ALL CASH" transaction and is not subject to financing.

13.4. **Prorations.**

(a) The items in this Section shall be prorated between Seller and Buyer as of 11:59 p.m. of the day immediately preceding the Closing Date; the Closing Date being a day of expenses to Buyer as more particularly set forth below.

(b) Real property taxes and assessments for the tax year in which the Closing occurs, and all utility bills shall be apportioned between Buyer and Seller as of the Closing Date. If final documentation of any such item is not available at the Closing, the required proration shall be made on the basis of the best available documentation and a

further proration shall be made between the parties when the final documentation or billing becomes available, provided that if the final documentation or billing is not available within 30 days after the Closing, then no further proration shall be made. The provisions of this Section shall survive the Closing.

13.5. **Expenses.** Taxes, assessments, rent, interest, insurance and other expenses of the Real Properties shall be prorated through the day before Closing. Buyer shall have the option of taking over existing policies of insurance, if assumable, in which event premiums shall be prorated. Cash at Closing shall be increased or decreased as may be required by prorations to be made through the day prior to Closing. Taxes shall be prorated based on the current year's tax with due allowance made for maximum allowable discount and other exemptions so long as such discounts and other exemptions are available to the Buyer following Closing. If Closing occurs at a date when the current year's millage is not fixed and current year's assessment is available, taxes will be prorated based upon such assessment and prior year's millage. If current year's assessment is not available, then taxes will be prorated on prior year's tax.

13.6. **Utility Charges.** Final meter readings on all utilities charged to the Real Properties shall be made as of the day preceding the Closing Date if feasible. Seller shall use reasonable efforts to arrange for, and shall pay for final billings of utilities to the day preceding the Closing Date, and Buyer shall be responsible for utilities used on or after the Closing Date. Any prepaid water, sewer, and other utility charges allocable to the period from and after the Closing Date shall be credited to Seller and any unpaid water, sewer, and other utility charges allocable to the period prior to the Closing Date shall be credited to Buyer. Seller and Buyer shall deliver written notices to the applicable utility companies notifying them of the change in ownership. Notwithstanding the above, no proration of utility accounts will occur should Buyer open new accounts under its own name.

13.7. **Seller Deposits.** In the event Seller's deposits with respect to insurance, utilities or any other Seller accounts are remitted to Buyer, then such amounts shall belong to Seller, and Buyer agrees to deliver such amounts to Seller (it being understood and agreed that Buyer shall not be obligated to pursue the holders of such deposits or take any action on behalf of Seller to recover such amounts).

13.8. The parties acknowledge that all prorations shown on the closing statement as of Closing shall be final in all respects.

Risk of Loss**.** Risk of loss to the Real Properties or any part thereof from damage or destruction by fire, windstorm, or other casualty or by reason of condemnation shall remain upon the Seller until the Closing. If, between the date hereof and the Closing, any portion of the improvements on the Real Properties shall be damaged or destroyed by fire or other casualty or be subject to any claim of condemnation, Seller shall notify Buyer in writing of said damage, destruction, casualty or loss and the extent thereof or of such condemnation claim as the case may be. If the

cost to repair any such damage exceeds $100,000.00 in the aggregate or in the event of any such claim for condemnation, Buyer shall have the option, exercisable by notice to Seller given within ten days after Seller's notice to Buyer of said damage, destruction, casualty, loss or condemnation, to either: (a) terminate this Agreement, whereupon Escrow Agent shall forthwith refund the Deposit to Buyer and upon such refund this Agreement shall terminate and neither party shall have any further liability to the other hereunder (except for any rights and obligations arising under this Agreement which by their terms survive such termination); or (b) elect to proceed with this Agreement and pay the full Closing Amount, in which case Seller shall assign to Buyer any insurance or condemnation proceeds to which Seller or its successors may be entitled as a result of such damage, destruction, condemnation, loss or casualty without Seller replacing or repairing any such damage. If Buyer fails to give such written notice, Buyer shall be conclusively deemed to have chosen option (b). If the cost to repair any such damage is equal to or less than $100,000.00 in the aggregate, Buyer shall proceed to Closing, in which event Seller agrees to pay to Buyer at the Closing all insurance or condemnation proceeds which Seller has received as a result of the same, if any, and assign to Buyer all insurance proceeds payable as a result of the same without Seller replacing or repairing such damage, and Seller will have no further obligations to Buyer in respect of such loss or damage.

Escrow Agent Provisions.

13.9. The Escrow Agent holding the Deposit(s) hereunder is authorized and required to hold same in an escrow account. All checks representing deposits for which Escrow Agent acknowledges receipt shall be deposited in Escrow Agent's account within two (2) days after receipt and shall be subject to clearance. Escrow Agent shall hold said deposits in escrow, pending consummation of this Agreement, and is authorized, at Closing, to pay the same to Seller.

13.10. If conflicting demands relating to this Agreement are made upon the Escrow Agent, the parties hereto expressly agree that the Escrow Agent shall have the absolute right to do either or both of the following: (i) withhold and stop all actions in performance of this escrow and await settlement of the controversy by final appropriate legal proceedings or as otherwise mutually directed in writing by Buyer and Seller; or (ii) file suit in declaratory relief or interpleader and obtain an order from the Bankruptcy Court requiring the parties to interplead and litigate in such court their several claims and rights amongst themselves. Upon the filing of any such declaratory relief or interpleader suit and depositing with the Bankruptcy Court all funds deposited by the parties under this Agreement, the Escrow Agent shall thereupon be fully released and discharged from any and all obligations to further perform the duties or obligations imposed upon it by this Agreement.

13.11. In the event Buyer defaults with respect to its obligations under this Agreement, and such default gives rise to the rightful termination by Seller of this Agreement, Escrow Agent shall deliver the Deposit to Seller upon the receipt of written direction by Seller for such disbursement, provided that a copy of the instructions to Escrow Agent shall also be

sent to Buyer simultaneously with the notice to Escrow Agent. Notwithstanding anything contained herein to the contrary, Escrow Agent shall withhold disbursement of the Deposit, for a period of three (3) business days after receipt of such notice of disbursement, and if Escrow Agent receives written notice from Buyer within said three (3) business day period countermanding the prior notice of disbursement, then Escrow Agent shall withhold such disbursement until both Seller and Buyer jointly issue written disbursement instructions to Escrow Agent.

13.12. In the event Seller defaults with respect to its obligations under this Agreement, and such default gives rise to the rightful termination by Buyer of this Agreement, or in the event Buyer otherwise terminates this Agreement pursuant to the terms thereof, Escrow Agent shall deliver the Deposit, to Buyer upon the receipt of written direction by Buyer for such disbursement, provided that the instructions to Escrow Agent shall also be sent to Seller simultaneously with the notice to Escrow Agent. Notwithstanding anything contained herein to the contrary, Escrow Agent shall withhold disbursement of the Deposit for a period of three (3) business days after receipt of such notice of disbursement, and if Escrow Agent receives written notice from Seller within said three (3) business day period countermanding the prior notice of disbursement, then Escrow Agent shall withhold such disbursement until both Buyer and Seller jointly issue written disbursement instructions to Escrow Agent.

13.13. In the event Escrow Agent shall be in doubt as to its duties or obligations with regard to said Deposit, Escrow Agent shall not be required to disburse same and may, at its option, continue to hold same until both Buyer and Seller agree as to its disposition, or until final judgment is entered by the Bankruptcy Court, or Escrow Agent may place said deposits in the registry of the Bankruptcy Court, in which case Escrow Agent shall thereupon be released of all liability for holding said deposits. Buyer and Seller shall pay all reasonable costs and reasonable legal fees of Escrow Agent in connection with such action or, in connection with any action instituted by either Buyer or Seller related to said Deposit, the non-prevailing party shall pay the Escrow Agent's reasonable and necessary legal fees and costs.

13.14. In no event shall Escrow Agent be liable for any act or omission under or in respect of this Agreement except where Escrow Agent's acts or omissions is the result of willful misconduct. Accordingly, Escrow Agent shall not incur any liability with respect to (i) any action taken or omitted in good faith, including upon advice of its legal counsel given with respect to any questions relating to the duties and responsibilities of the Escrow Agent under this Agreement, or (ii) any action taken or omitted in reliance on any instrument, not only as to its due execution and the validity and effectiveness of its provisions, but also as to the truth and accuracy of any information contained therein, which Escrow Agent shall in good faith believe to be genuine, to have been signed or presented by a person or persons having authority to sign or present such instrument, and to conform with the provisions of this Agreement.

13.15. Seller and Buyer acknowledge that Escrow Agent has no responsibility or obligation whatsoever to any party beyond ministerial compliance with the provisions hereof and shall in no event be personally liable in the absence of willful and wanton acts or misconduct in performance of such ministerial duties. It is further expressly understood and agreed that the Escrow Agent is not required to make independent investigations of the accuracy of information received from either Seller or Buyer concerning the matters referenced herein. The Escrow Agent shall have the right to rely on any writing executed by the Parties hereto and on any signature as true and genuine. In the event of a dispute between the Parties, or otherwise upon the request by Buyer, Seller or Escrow Agent, Escrow Agent may tender the Deposit to the Bankruptcy Court.

13.16. Seller acknowledges that Escrow Agent also serves as Seller's legal counsel in connection with this Agreement, and both Seller and Buyer consent to Escrow Agent serving in such dual capacity. Seller and Buyer further acknowledge that Escrow Agent's role pursuant to this Agreement is administrative, and does not create a conflict. In the event of any actual dispute or adversity between Seller and Buyer, Escrow Agent shall be entitled to resign as Escrow Agent and to represent Seller in such dispute or adversity, and in such case shall deliver any funds held by Escrow Agent pursuant to this Agreement the Funds either to a successor escrow agent designated by Seller and Buyer as provided above, or to a court of competent jurisdiction as provided for above.

13.17. Anything to the contrary set forth herein notwithstanding, Escrow Agent shall deliver the Deposit and close the escrow established by this Escrow Agreement in accordance with any other written instructions issued jointly by Seller and Buyer or by Order of the Bankruptcy Court.

**14.** **Brokers Fees.** Listing and Cooperating Brokers, if any, named below (collectively, "Broker"), are the only Brokers entitled to compensation in connection with this Contract. Instruction to Closing Agent: Seller and Buyer direct Closing Agent to disburse at Closing the full amount of the brokerage fees as specified in separate brokerage agreements with the parties and cooperative agreements between the Brokers, except to the extent Broker has retained such fees from the escrowed funds. This Contract shall not modify any MLS or other offer of compensation made by Seller or Listing Broker to Cooperating Brokers.

| | |
|---|---|
| ______________________________ | Jason A. Welt . |
| Cooperating Sales Associate, if any | Listing Sales Associate |
| ______________________________ | Trustee Realty Inc. . |
| Cooperating Broker, if any | Listing Broker |

Default and Remedies**.**

14.1. If the Closing fails to occur because of an unexcused default, misrepresentation or breach of warranty by Buyer, Seller shall be entitled to retain the Deposit as Seller's sole remedy at law or in equity for Buyer's failure to close on the purchase of the Real Properties. In any such event, Buyer shall continue to be liable under any provisions of this Agreement that expressly survive the termination of this Agreement.

14.2. If the Closing fails to occur solely because of an unexcused default, or a misrepresentation or breach of warranty by Seller under the provisions of this Agreement, the Sale Order or any other order of the Bankruptcy Court applicable to the sale of the Real Properties hereunder, then Buyer may, as its exclusive remedy, receive a return of its Deposit and terminate this Agreement by notice to Seller or seek specific performance.

14.3. In the event of a default under this Agreement by Seller, then following written notice from Buyer and a ten (10) business day opportunity to cure (except for failure to close, which shall require no notice or opportunity to cure), Buyer shall be entitled to as its sole remedies to either: (i) terminate this Agreement and obtain the return of the Deposit within three (3) days of Buyer's delivery of the termination notice to Seller, and Buyer shall recover from Seller all of Buyer's out-of-pocket expenses incurred to the date of such termination in an amount not to exceed $25,000 which shall constitute a super priority administrative expense in the Bankruptcy Case, or (ii) seek specific performance of Seller's obligations hereunder as its sole and exclusive remedy, without seeking damages. In the event Buyer defaults under this Agreement, then following a ten (10) business day notice to Buyer and opportunity to cure (except for failure to close, which shall require no notice or opportunity to cure), Seller shall, as its sole and exclusive remedy, terminate this Agreement and retain the Deposit, as liquidated damages and not as a forfeiture or penalty. It is agreed that the Deposit is a reasonable forecast of just compensation for the harm that would be caused by such default, which the Parties agree is one that is incapable or very difficult of accurate estimation, and that payment of the Deposit upon such default shall constitute full satisfaction of Buyer's obligations hereunder.

**15.** **Notices.** Unless applicable law requires a different method of giving notice, any and all notices, demands or other communications required or desired to be given hereunder by any party (collectively, "notices") shall be in writing and shall be validly given or made to another party if delivered either personally, by facsimile or by Federal Express or other overnight delivery service of recognized standing (i.e., Federal Express), or by United States Mail, certified, registered, or express mail with postage prepaid. If such notice is delivered in person, or by facsimile, it shall be conclusively deemed given at the time of such delivery. If such notice is delivered by Federal Express or other overnight delivery service of recognized standing, it shall be deemed given upon the addressee's written receipt of delivery. If such notice is mailed as provided herein, such shall be deemed

given three (3) business days after the date of the deposit thereof in the United States Mail. Each such notice shall be deemed given only if properly addressed to the party to whom such notice is to be given as follows:

If to Buyer, addressed to:

**Branden Rivero**
**BAAD Homes LLC**

With a copy to:

If to Seller, addressed to:

Marcia T. Dunn
c/o Michael P. Dunn. Esq.
Dunn Law, P.A.
555 N.E. 15th Street, Suite 934-A
Miami, Florida 33132
E-mail: Michael.Dunn@dunnlawpa.com; akapai@dunnlawpa.com

Escrow Agent:

Michael P. Dunn. Esq.
Dunn Law, P.A.
555 N.E. 15th Street, Suite 934-A
Miami, Florida 33132
E-mail: Michael.Dunn@dunnlawpa.com

or to such other place and with such other copies as either Party may designate as to itself by written notice to the others.

Miscellaneous.

15.1. **Headings.** The captions and paragraph headings used in this Agreement are inserted for convenience of reference only and are not intended to define, limit or affect the interpretation or construction of any term or provision hereof.

15.2. **Modification or Amendment.** No amendment, change or modification of this Agreement shall be valid, unless in writing and signed by all of the Parties hereto. Each Party has participated fully in the negotiation and preparation of this Agreement with full

benefit of counsel. Accordingly, this Agreement shall not be more strictly construed against any Party.

15.3. **Entire Agreement.** This Agreement, together with the Schedules, Sale Motion, and other agreements referred to in this Agreement, constitute the entire agreement between the Parties pertaining to the subject matter of this Agreement and supersede all prior and contemporaneous agreements, understandings, negotiations and discussions, whether oral or written, of the Parties regarding such subject matter.

15.4. **Attorneys' Fees.** Should either party bring suit to enforce this Agreement, the prevailing party in such lawsuit shall be entitled to an award of its reasonable attorneys' fees, other professional fees and all other costs incurred in connection with such lawsuit, at trial and all appellate levels.

15.5. **Time.** Time is of the essence of all the terms, provisions and covenants of this Agreement. Time is important to both Seller and Buyer in the performance of this Agreement, and they have agreed that strict compliance is required as to any date or time periods set forth or described herein. All references to days herein (unless otherwise specified) shall include Saturdays, Sundays, and legal holidays. If the final date of any period which is set forth or described in this Agreement falls on a Saturday, Sunday or legal holiday under the laws of the United States or the State of Florida, then, in such event, the time of such period shall be extended to the next day that is not a Saturday, Sunday or legal holiday, but in no case will the extension be for more than two (2) days. For purposes of this Agreement, "business day" shall mean any day other than a Saturday, a Sunday, or any other day on which banking institutions in Miami, Florida, are closed or are authorized to be closed, including all legal holidays.

15.6. **Exhibits.** All exhibits are attached hereto and incorporated herein as a part of this Agreement.

15.7. **Notices.** All notices and other communications under this Agreement shall be in writing and shall deemed given if delivered personally or mailed by registered or certified mail, postage prepaid, return receipt requested (such mailed notice to be effective on the date such receipt is acknowledged) or delivered by an recognized overnight delivery system (such overnight notice to be effective on the date of receipt).

15.8. **Counterparts.** This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Facsimile signatures shall be accorded the same enforcement rights as an original. Regardless of whether the transactions contemplated by this Agreement are consummated, each Party shall pay its or their own costs and expenses, including Legal Costs and investment banking, accounting, consulting, and other professional fees, incurred in connection with the negotiation, preparation, investigation

and performance by such Party of this Agreement and the transactions contemplated under this Agreement.

15.9. **Severability.** In the event any term or provision of this Agreement be determined by appropriate judicial authority to be illegal or otherwise invalid, such provision shall be given its nearest legal meaning or be construed as deleted as such authority determines, and the remainder of this Agreement shall be construed to be in full force and effect.

15.10. **Radon Gas Notice.** Pursuant to Florida Statutes Section 404.056(5), Seller hereby makes, and Buyer hereby acknowledges, the following notification: RADON GAS: Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from county public health units.

15.11. **Successors and Assigns.** The rights and obligations of Buyer hereunder may be assigned to one or more affiliated entities without the consent of Seller, and to any unaffiliated third party with the prior written consent of Seller. No assignment under this provision shall relieve Buyer of liability to Seller for amounts accruing under this Agreement. This Agreement shall be binding upon, and shall inure to the benefit of, the successors and permitted assigns of the Parties hereto. The Parties neither intend to confer any benefit hereunder on any Person other than the Parties hereto, or shall any such third party have any rights hereunder.

15.12. **Applicable Law.** This Agreement shall be governed by, construed, interpreted and the rights of the Parties determined in accordance with the laws of the State of Florida without reference to its choice or conflicts of laws principles. Each Party: (i) irrevocably submits to the jurisdiction of the Bankruptcy Court; (ii) waives any objection to laying venue in any such action or proceeding in the Bankruptcy Court; (iii) waives any objection that the Bankruptcy Court is an inconvenient forum or does not have jurisdiction over any Party; and (iv) agrees that service of process upon such Party in any such action or proceeding shall be effective if given in accordance with the notice provisions of this Agreement.

15.13. **Further Assurances.** Each Party shall cooperate with the other and execute and deliver to the other Party such other instruments and documents and take such other actions as may be reasonably requested from time to time by the other Party as necessary to carry out, evidence, and confirm the intended purposes of this Agreement.

15.14. **No Recording of Agreement.** This Agreement shall not be recorded by Buyer and, if recorded by Buyer, Seller may immediately terminate all of its obligations under this Agreement, and Buyer shall pay Seller's Legal Costs in removing this Agreement of record. The provisions of this Section shall survive the Closing.

15.15. **Closing of Bankruptcy Case.** Notwithstanding any other provision of this Agreement, any representation, warranty or covenant of Seller contained in this Agreement that by its terms survives Closing or the termination of this Agreement, shall not survive the closing of the Bankruptcy Case.

15.16. **Enforceability.** The determination that any covenant, agreement, condition or provision of this Agreement, which is not necessary to the enjoyment by either party of the benefit contemplated herein, is invalid shall not affect the enforceability of the remaining covenants, agreements, conditions or provisions hereof and, in the event of any such determination, this Agreement shall be construed as if such invalid covenant, agreement, condition or provision were not included herein.

15.17. **Exercise of Rights or Remedies.** No failure or delay of either Party in the exercise of any right or remedy given to such Party hereunder shall constitute a waiver thereof unless the time specified herein for exercise of such right has expired, nor shall any single or partial exercise of any right preclude any other or further exercise thereof or of any other right. The waiver of any breach hereunder shall not be deemed to be a waiver of any other or any subsequent breach hereof.

15.18. **Waiver of Jury Trial.** BUYER AND SELLER HEREBY EACH WAIVE THE RIGHT TO A TRIAL BY JURY IN ANY ACTION OR PROCEEDING BASED UPON, OR RELATED TO, THE SUBJECT MATTER OF THIS AGREEMENT. **Buyer Initials :** DR

Definitions; Rules of Construction.

15.19. The following terms have the following meanings in this Agreement:

(a) "Legal Costs" means court costs and attorneys' fees and costs, including the costs of paralegals, whether or not any mediation, arbitration or legal proceeding is filed, or if any mediation, arbitration or legal proceeding is filed, then all such costs incurred at any point in such mediation, arbitration or legal proceeding, including trial and all levels of appeal.

(b) "Lien" means "any interest in" the Property as used in Section 363(f) of the Bankruptcy Code and includes (but is not limited to) any lien (including any tax lien or judgment lien), pledge, security interest, mortgage or lis pendens, contracts, options or other rights to acquire any condominium units or any other interest in the Property, but does not include any easements or restrictions of record.

(c) "Party" or "Parties" mean the Seller and/or Buyer, as the context may indicate.

(d) "Person" means any individual or any corporation, partnership, joint venture, association, limited liability company, trust, unincorporated organization or other legal entity or a government or governmental entity.

(e) "Effective Date" means the date of full execution and delivery of this Agreement by both Parties hereto.

15.20. As used in this Agreement: (i) words in the singular shall be held to include the plural and vice versa, (ii) words of one gender shall be held to include the other genders as the context requires, (iii) the terms "hereof", "herein" and "herewith" and words of similar import shall, unless otherwise stated, be construed to refer to this Agreement and not to any particular provision of this Agreement, (iv) references to Section, paragraph, Exhibit and Schedule are references to the Sections, paragraphs, Exhibits and Schedules of this Agreement, unless otherwise specified, (v) section headings in this Agreement are solely for convenience of reference, and are not intended to be a part of or to affect the meaning or interpretation of this Agreement, (vi) the word "including" and words of similar import when used in this Agreement, shall mean "including, without limitation," unless otherwise specified, and (vii) the word "or" shall not be exclusive.

15.21. Any terms not defined in this Agreement shall have the meaning as defined in: (a) The Trustee's Sale Motion filed with the Bankruptcy Court on ______ ___, 2025 [D.E. __]; or (b) 11 U.S.C. § 101.

15.22. Each Party and its counsel have reviewed this Agreement. The normal rule of construction to the effect that any ambiguities are to be resolved against the drafting party shall not be employed in the interpretation of this Agreement or of any amendments or exhibits to this Agreement.

IN WITNESS WHEREOF, THE PARTIES HAVE ENTERED INTO THIS AGREEMENT AS OF THE DATES SET FORTH BELOW:

**BUYER:**

BAAD Homes LLC

By: Branden Rivero

Name: Branden Rivero

Title: Owner

Date: 05/14/2026

**SELLER:**

***Marcia T. Dunn, Chapter 7 Trustee of the Estate of City Trust Investments, LLC***

By: Marcia T. Dunn, Trustee

Name: Marcia T. Dunn, Trustee

Title: Bankruptcy Trustee

Date: 05/22/2026

**JOINDER BY ESCROW AGENT**

The undersigned Escrow Agent agrees to hold the Deposit and the Extension Deposit, if applicable, in escrow, pending consummation of the foregoing Agreement, in accordance with the terms hereof.

**DUNN LAW, P.A.**

By: Branden Rivero

Name: Branden Rivero

Date: 05/14/2026

# EXHIBIT "A"

28152 SW 142nd Court, Homestead, FL 33033

**Lot 12, Block 4, Seapines, according to the Plat thereof as recorded in Plat Book 100, page 6, of the Public Records of Miami-Dade County, Florida.**

Parcel Identification No: **30-7903-013-1060**

28091 SW 143rd Court, Homestead, FL 33033

**Lot 25, Block 8, Seapines, according to the Plat thereof as recorded in Plat Book 100, page 6, of the Public Records of Miami-Dade County, Florida.**

Parcel Identification No: **30-7903-013-1790**

28133 SW 142nd Court, Homestead, FL 33033

**Lot 22, Block 1, of Seapines, as per Plat thereof, recorded in Plat Book 100, Page 6 of the Public records of Miami Dade County, Florida.**

Parcel Identification No: **30-7903-013-0220**

28025 SW 142nd Court, Homestead, FL 33033

**LOT 6, BLOCK 1, SEAPINES.ACCORDING TO THE PLAT THEREOF,AS RECORDED IN PLAT BOOK 100, PAGE 6, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY,FLORIDA**

Parcel Identification No: **30-7903-013-0060**

28131 SW 142nd Court, Homestead, FL 33033

**LOT 21, BLOCK 1, SEAPINES.ACCORDING TO THE PLAT THEREOF,AS RECORDED IN PLAT BOOK 100, PAGE 6, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY,FLORIDA**

Parcel Identification No: **30-7903-013-0210**

28124 SW 142nd Court, Homestead, FL 33033

**LOT 3 BLOCK 4, SEAPINES, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 100 PAGE 6 OF THE PUBLIC RECORDS OF MIAMI DADE COUNTY FLORIDA./ ALONG WITH GRANTORS PROPOTIONAL SHARE OF THE COMMON ELEMENTS.**

**Parcel Identification No: 30-7903-013-0970**

14266 SW 283rd Street, Homestead, FL 33033

LOT 61, BLOCK 1, SEAPINES, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 100. PAGE 6. OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Parcel Identification No: **30-7903-013-0610**

**EXHIBIT "B"**

LONS LLC, VS CITY TRUST INVESTMENTS LLC ET AL; 2024-008386-CA-01, 11th Judicial Circuit Miami-Dade County

GIRA PROPERTY LLC VS CITY TRUST INVESTMENTS LLC ET AL; 2024-008225-CA-01, 11th Judicial Circuit Miami-Dade County

POLONIO LLC VS SANTOS GONZALEZ ET AL; 2024-004715-CA-01; 11th Judicial Circuit Miami-Dade County

H2ML, LLC VS CITY TRUST INVESTMENTS, LLC ET AL; 2023-025465-CA-01; 11th Judicial Circuit Miami-Dade County

JEFFEREY MILLS VS CITY TRUST INVESTMENTS LLC ET AL; 2023-024643-CA-01; 11th Circuit Miami-Dade County

FRANCINE M ROSE ET AL VS JORGE LLAGUNO ET AL; 2017-024587-CA-01; 11th Judicial Circuit Miami-Dade County

MARCIA T. DUNN, AS TRUSTEE OF THE ESTATE OF CITY TRUST INVESTMENTS LLC V. CARLOS MENENDEZ, AS THE PERSONAL REPRESENTATIVE FOR THE ESTATE OF DONALD ROSE AND THE ADMINISTRATOR AD LITEM FOR THE ESTATE OF FRANCINE M. ROSE, Adv. Pro. No. 24-01432, United States Bankruptcy Court for the Southern District of Florida

# EXHIBIT "D"

# INVOICE

Phone: 877-543-6669
Email: CR@realres.com
Website: www.realres.com

**6062 - Logan Law**

| | |
|---|---|
| **Invoice Number:** | **1498885** |
| **Invoice Date:** | **May 29, 2026** |
| **Our Order Number:** | **2026-1107727** |
| **Order Type:** | **Cancellable** |

**Property:** 14266 SW 283 ST, UNINC. DADE
**Owner:** CITY TRUST INVESTMENTS LLC
**File Number:** 8524.003 **Closing Date:** Not Provided

**ORDER TYPE: Lien Search**

**SUMMARY OF INVOICES FOR THIS PROPERTY AS OF**

| Invoice # | Invoice Date | Type | Total $ | Status | Paid/Applied | Unpaid Balance |
|---|---|---|---|---|---|---|
| 1498885 | 5/29/2026 | Lien Search | $120.00 | Open | $0.00 | $120.00 |
| | | Total All invoices: | $120.00 | | **Total Open Invoices:** | **$120.00** |

Properties annexed prior to 5 years will be searched at current municipality. Zoning letters and tangible tax searches are done upon request only. Fees may be due to resolve issues mentioned, and balances may not be correct on day of closing. All information obtained from the Municipalities is believed to be true and correct but not warranted.

* Rush orders are non-cancellable
* Commerical orders are non-cancellable
* Bulk orders (10 or more) are non-cancellable
* Non-Florida estoppel orders are non-cancellable

* Florida estoppel orders are cancellable per Florida Statute, if the Cancellation of Contract is provided to Real Res and dated within 30 days of the original contract closing date.

**DIRECT ALL INVOICE INQUIRIES TO:** Accounting Department: 877-543-6669

**MAKE ALL CHECKS PAYABLE TO: Real Res**

Real Res PO Box 100010, Atlanta, GA 30348-0010

* Residential (lien & estoppel) collection charge policy - $25.00 per order closed and not paid on or before 30 days past closing date of file.

REAL RES
6801 Palisades Park Court Suite 2Fort Myers, FL 33912

| | | | |
|---|---|---|---|
| DATE: | 5/29/2026 | CLIENT ID: | 6062 - Lorium Law |
| INVOICE: | 1498885 | ATTN: | LINDSEY ROUSE |
| | | FILE#: | 8524.003 |

**PROPERTY INFORMATION**

| | | | |
|---|---|---|---|
| Address Given: | 14266 SW 283 ST | | |
| Folio: | 30-7903-013-0610 | Owner(s): | CITY TRUST INVESTMENTS LLC |
| City/County: | UNINC. DADE / DADE | Buyer(s): | BAAD HOMES LLC |

ORDER TYPE: Lien Search

## ☑ PROPERTY TAXES

Real Estate Taxes: Delinquent taxes included (2025).

Contact: MIAMI-DADE COUNTY TAX COLLECTOR

## ☐ MUNICIPAL LIENS/ASSESSMENT

None due at this time

## ☑ UTILITY DEPARTMENTS

Balance: $52.14W/O.
As of: 5/29/2026
Service(s): Water/Sewer/Stormwater
Ledger: Not Available
This service provider has the ability to lien against unpaid bills.
Contact: MIAMI-DADE COUNTY WATER & SEWER
305-665-7471 or 7477

MDWS reports accounts by address only. Balances will not be listed for addresses not included in your order submission. Please report any addresses you would like researched. Garbage Included on the Tax Bill.

## ☑ CODE ENFORCEMENT

COU FOUND - SEE NOTE BELOW

Contact: UNINC. DADE-COU

2025 - T126701 - w/ fine; see attached.

2026 - T136251 - w/ fine; see attached.

Contact: MIAMI DADE CODE RESEARCH

## ☐ PERMIT ISSUES

None found at this time

**ADDITIONAL COMMENTS:**

Please be advised Miami Dade County Water and Sewer reports there could be illegal water usage on properties but they are unable to provide balances until a new account is opened. Please note this lien search company is unable to provide this information. Please note Miami Dade Water and Sewer bills quarterly for utilities so there will be utility usage that has not yet been billed for. Please note the above or attached balance(s) is not a final payoff. For accurate payoff information, we recommend you contacting the provider on the date of closing for updated balances. Please note Certificate of Use has been applied for. Please note: for Lot Clearing and Minimum Housing Code with Dade County Dept of Economic Resources-FKA the Team Metro letter, this is now an optional letter we offer for $50 in an informal format with a 5-7 business day turnaround, OR we also offer the certified formal letter for $250 for a 20 business day turnaround time. Please let us know in writing if you would like either of these options.

This report includes the results of an examination of records made public by the county/city authorities. We are not responsible for errors or omissions made by the city/county on information received in this report. This report is specific to pending and/or unrecorded liens for the subject property only and does not constitute a title search. Should the title company wish to receive a payoff on any liens found resulting from a title abstract, please advise our office in writing to request the payoff.

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

## CONTACT INFORMATION FOR INVOICE

**DEPT. OF SOLID WASTE MANAGEMENT**

111 NW FIRST ST, 16Th FLOOR

MIAMI, FL 33128

305-375-2760

**MIAMI DADE CODE RESEARCH**

CREDIT & COLLECTIONS: 786-469-5200

CODE COMPLIANCE: 786-469-2900, FL

LIEN SECTION: 786-315-2777 ext. 2

**MIAMI-DADE COUNTY SOLID WASTE**

2525 NW 62 ST, 5TH FLOOR

MIAMI, FL 33147

305-564-1630

**MIAMI-DADE COUNTY UTILITY SERVICE AREA VERIFICATION**

PO BOX 026055

MIAMI, FL 33102

305-665-7471

**UNINC. DADE-COU**

Miami-Dade Permitting and Inspection Center Zoning Permit Section 11805 SW 26 St (Coral Way)

Miami, FL 33175

786-315-2660

**MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS**

11805 SW 26 ST

Miami, FL 33175-2474

786-315-2000

**MIAMI-DADE COUNTY BUILDING CODE**

11805 SW 26 ST RM 230

Miami, FL 33175

786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

**MIAMI-DADE COUNTY TAX COLLECTOR**

200 NW 2ND AVE

Miami, FL 33128

305-270-4916 / 305-375-5998 OR 3378

**MIAMI-DADE COUNTY WATER & SEWER**

MIAMI DADE WATER AND SEWER DEPT PO BOX 026055

MIAMI, FL 33102

305-665-7471 or 7477

This report includes the results of an examination of records made public by the county/city authorities at the above requested property. This report is specific to pending and/or unrecorded liens for the subject property only and does not constitute a title search. Properties annexed prior to 5 years will be searched at the current municipality. Zoning letters and tangible tax searches are done upon request only. We are not responsible for errors or omissions made by the city/county and all information obtained from the city/county is believed to be true and correct but not warranted. Please review all enclosed documents and forward any questions to our office.

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Tax

**MIAMI-DADE COUNTY TAX COLLECTOR**

200 NW 2ND AVE

Miami, FL 33128

305-270-4916 / 305-375-5998 OR 3378

Search > Account Summary

# Real Estate Account #30-7903-013-0610

**Owner:**
CITY TRUST INVESTMENTS LLC

**Situs:**
14266 SW 283 ST
Unincorporated County 33033-0000

Parcel details
Property Appraiser

## Enroll In Paperless

Sign up

## Amount Due

**MIAMI-DADE COUNTY TAX COLLECTOR** — **Notice of Ad Valorem Taxes and Non-ad Valorem Assessments**

| BILL | AMOUNT DUE | |
|---|---|---|
| 2025 Annual Bill | $4,388.04 | Add To Cart<br>Print (PDF) |
| | **Total Amount Due: $4,388.04** | |

## Account History

| BILL | AMOUNT DUE | STATUS | | | ACTION |
|---|---|---|---|---|---|
| 2025 Annual Bill | $4,388.04 | **Unpaid** | | | Print (PDF) |
| 2024 Annual Bill | $0.00 | **Paid** $3,848.21 | 01/28/2025 | **Receipt** #0215-25-001910 | Print (PDF) |
| 2023 Annual Bill | $0.00 | **Paid** $3,158.49 | 02/23/2024 | **Receipt** #0224-24-000520 | Print (PDF) |
| 2022 Annual Bill | $0.00 | **Paid** $2,934.84 | 03/13/2023 | **Receipt** #0204-23-002726 | Print (PDF) |
| 2021 Annual Bill | $0.00 | **Paid** $2,604.17 | 12/10/2021 | **Receipt** #0202-22-001246 | Print (PDF) |
| 2020 Annual Bill | $0.00 | **Paid** $2,682.75 | 04/26/2021 | **Receipt** #0237-21-002197 | Print (PDF) |
| 2019 Annual Bill | $0.00 | **Paid** $1,900.13 | 12/30/2019 | **Receipt** #0226-20-002056 | Print (PDF) |
| 2018 | | | | | |
| 2018 Annual Bill | $0.00 | **Paid** $2,091.50 | 12/30/2019 | **Receipt** #0226-20-002055 | Print (PDF) |
| Certificate #26877 | | **Redeemed** | 12/30/2019 | **Face** $1,985.95, **Rate** 0.25% | |
| | | **Paid $2,091.50** | | | |
| 2017 | | | | | |
| 2017 Annual Bill | $0.00 | **Paid** $1,818.68 | 04/30/2019 | **Receipt** #FPPU03-19-012576 | Print (PDF) |
| Certificate #25896 | | **Redeemed** | 04/30/2019 | **Face** $1,726.12, **Rate** 0.25% | |
| | | **Paid $1,818.68** | | | |
| 2016 Annual Bill | $0.00 | **Paid** $1,177.21 | 11/21/2016 | **Receipt** #0223-17-001648 | Print (PDF) |
| 2015 Annual Bill | $0.00 | **Paid** $972.39 | 12/31/2015 | **Receipt** #LBX4-16-140432 | Print (PDF) |
| 2014 Annual Bill | $0.00 | **Paid** $870.63 | 11/20/2014 | **Receipt** #EEX-15-000737 | Print (PDF) |
| 2013 Annual Bill | $0.00 | **Paid** $813.62 | 11/26/2013 | **Receipt** #EEX-14-000826 | Print (PDF) |
| **2012 Not Available** | This account cannot be viewed on the public site. Please call the Tax Collector's office for more information. | | | | |
| **2011 Not Available** | This account cannot be viewed on the public site. Please call the Tax Collector's office for more information. | | | | |
| **2010 Not Available** | This account cannot be viewed on the public site. Please call the Tax Collector's office for more information. | | | | |
| **2009 Not Available** | This account cannot be viewed on the public site. Please call the Tax Collector's office for more information. | | | | |
| **2008 Not Available** | This account cannot be viewed on the public site. Please call the Tax Collector's office for more information. | | | | |
| **2007 Not Available** | This account cannot be viewed on the public site. Please call the Tax Collector's office for more information. | | | | |
| **2006 Not Available** | This account cannot be viewed on the public site. Please call the Tax Collector's office for more information. | | | | |
| **2005 Not Available** | This account cannot be viewed on the public site. Please call the Tax Collector's office for more information. | | | | |
| **2003 Not Available** | This account cannot be viewed on the public site. Please call the Tax Collector's office for more information. | | | | |
| **2002 Not Available** | This account cannot be viewed on the public site. Please call the Tax Collector's office for more information. | | | | |

| | |
|---|---|
| **Total Amount Due** | **$4,388.04** |

**Transactions cannot be cancelled after checkout**. Verify all items and information before submitting.

**Vehicle Renewals**: $3.50 service fee per item. $1.00 mailing fee added to all auto tag transactions.

**E-Check Payments**: E-checks for Property and Business Tax Payments: No Convenience Fee.

**Credit/Debit Card, Apple Pay, Google Pay, and PayPal Payments**: A convenience fee will be charged to all credit/debit card transactions.

Search > Account Summary > Bill Details

# Real Estate Account #30-7903-013-0610

**Owner:**
CITY TRUST INVESTMENTS LLC

**Situs:**
14266 SW 283 ST
Unincorporated County 33033-0000

Parcel details
Property Appraiser

## Enroll In Paperless

Sign up

## 2025 Annual Bill

**MIAMI-DADE COUNTY TAX COLLECTOR**

**Notice of Ad Valorem Taxes and Non-ad Valorem Assessments**

| BILL | ESCROW CODE | MILLAGE CODE | AMOUNT DUE | |
|---|---|---|---|---|
| 2025 Annual Bill | — | 3000 | $4,388.04 | Add To Cart<br>Print (PDF) |

| | |
|---|---|
| **If received by:**<br>**Please pay:** | May 29, 2026<br>$4,388.04 |

Combined taxes and assessments: $4,192.27

Delinquent Taxes must be paid by Cashier's Check, Money Order, or Certified Funds. Amount due may be subject to change without notice.

Mail payments to: 200 NW 2nd Avenue, Miami, FL 33128

## Ad Valorem Taxes

| TAXING AUTHORITY | MILLAGE | ASSESSED | EXEMPTION | TAXABLE | TAX |
|---|---|---|---|---|---|
| **Miami-Dade School Board** | | | | | |
| School Board Operating | 5.49900 | $235,000.00 | $0.00 | $235,000.00 | $1,292.27 |
| School Board Debt Service | 0.13400 | $235,000.00 | $0.00 | $235,000.00 | $31.49 |
| Voted School Operating | 1.00000 | $235,000.00 | $0.00 | $235,000.00 | $235.00 |
| **State And Other** | | | | | |
| Florida Inland Navigation District | 0.02700 | $187,550.00 | $0.00 | $187,550.00 | $5.06 |
| South Florida Water Management District | 0.09480 | $187,550.00 | $0.00 | $187,550.00 | $17.78 |
| Okeechobee Basin | 0.10260 | $187,550.00 | $0.00 | $187,550.00 | $19.24 |
| Everglades Construction Project | 0.03270 | $187,550.00 | $0.00 | $187,550.00 | $6.13 |
| Childrens Trust Authority | 0.46380 | $187,550.00 | $0.00 | $187,550.00 | $86.99 |
| **Miami-Dade County** | | | | | |
| County Wide Operating | 4.57400 | $187,550.00 | $0.00 | $187,550.00 | $857.85 |
| County Wide Debt Service | 0.41710 | $187,550.00 | $0.00 | $187,550.00 | $78.23 |
| Unincorporated Operating | 1.90900 | $187,550.00 | $0.00 | $187,550.00 | $358.03 |
| Library District | 0.28120 | $187,550.00 | $0.00 | $187,550.00 | $52.74 |
| Fire Rescue Operating | 2.39650 | $187,550.00 | $0.00 | $187,550.00 | $449.46 |

| | | |
|---|---|---|
| **Total Ad Valorem Taxes** | **16.93170** | **$3,490.27** |

## Non-Ad Valorem Assessments

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| GARB,TRASH,TRC,RECYCLE | @ 702.0000 | $702.00 |
| **Total Non-Ad Valorem Assessments** | | **$702.00** |

## Parcel Details

| | |
|---|---|
| **Owner:** | CITY TRUST INVESTMENTS LLC |
| **Situs:** | 14266 SW 283 ST Unincorporated County 33033-0000 |

| | |
|---|---|
| **Account** | 30-7903-013-0610 |
| **Millage code** | 3000 - UNINCORPORATED DADE COUNTY |
| **Millage rate** | 16.93170 |

| | |
|---|---|
| **Assessed value:** | $187,550 |
| **School assessed value:** | $235,000 |

| 2025 TAX AMOUNTS | |
|---|---|
| **Ad valorem:** | $3,490.27 |
| **Non-ad valorem:** | $702.00 |
| **Total Discountable:** | $4,192.27 |
| **Total tax:** | $4,192.27 |

**LEGAL DESCRIPTION**

SEAPINES LOT 61 BLK 1 PB 100-6 PROP INT IN & TO COMMON ELEMENTS LOT SIZE 3180 SQ FT OR 166 ...

View More

| LOCATION | |
|---|---|
| **Range:** | 39E |
| **Township:** | 57S |
| **Section:** | 03 |
| **Block:** | 10 |
| **Use code:** | 0410 |

**Miami-Dade County Tax Collector**
200 NW 2nd Avenue, Miami, FL 33128

**Transactions cannot be cancelled after checkout**. Verify all items and information before submitting.

**Vehicle Renewals**: $3.50 service fee per item. $1.00 mailing fee added to all auto tag transactions.

**E-Check Payments**: E-checks for Property and Business Tax Payments: No Convenience Fee.

**Credit/Debit Card, Apple Pay, Google Pay, and PayPal Payments**: A convenience fee will be charged to all credit/debit card transactions.

# 2025

## Reminder Real Estate Property Taxes

Notice of Ad Valorem Tax and Non-Ad Valorem Assessments

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| FOLIO NUMBER | MUNICIPALITY | MILL CODE |
|---|---|---|
| 30-7903-013-0610 | UNINCORPORATED DADE COUNTY | 3000 |

**MAILING ADDRESS:**
CITY TRUST INVESTMENTS LLC
27581 SOUTH DIXIE HWY
HOMESTEAD, FL 33033

**PROPERTY ADDRESS:**
14266 SW 283 ST,
Unincorporated County,
33033-0000

**EXEMPTIONS:**

## AD VALOREM TAXES

**TAXES NOW DUE ARE THE CURRENT OWNER'S RESPONSIBILITY.**

In accordance with Florida Statute 197, if **2025** Real Estate taxes on your property are not paid prior to June 1, a **tax certificate** will be issued, which may result in loss of your property at a future date.

If you filed a VAB Petition and have met the 75% payment requirement, the amount due reflects the remaining balance. The Miami-Dade Office of The Tax Collector Dariel Fernandez reccomends you pay the remaining balance for the **2025** property taxes.

| AMOUNT DUE | |
|---|---|
| **If Paid By** | May 29, 2026 |
| **Please Pay** | $4,388.04 |

**POSTMARKS WILL NOT BE HONORED**

**Delinquent taxes must be paid by Cashier's Check, Money Order, or Certified Funds.**

**Save time, pay online at mdctaxcollector.gov. For information call (305) 375-5448**

↑ RETAIN FOR YOUR RECORDS ↑

↓ DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT ↓

**2025** Reminder Real Estate Property Taxes

**FOLIO NUMBER**
30-7903-013-0610

**PROPERTY ADDRESS**
14266 SW 283 ST

**LEGAL DESCRIPTION**

SEAPINES
LOT 61 BLK 1 PB 100-6
PROP INT IN & TO COMMON ELEMENTS
LOT SIZE 3180 SQ FT
OR 166

CITY TRUST INVESTMENTS LLC
27581 SOUTH DIXIE HWY
HOMESTEAD, FL 33033

* 1 + 3 0 7 9 0 3 0 1 3 0 6 1 0 + 2 0 2 5 *

Mail your payment, in U.S. Funds from a U.S. bank, and payable to:

DARIEL FERNANDEZ
TAX COLLECTOR, MIAMI-DADE COUNTY
200 NW 2nd Avenue, Miami, FL 33128

**AMOUNT DUE IS SUBJECT TO CHANGE WITHOUT NOTICE**
**Delinquent taxes must be paid by Cashier's Check, Money Order, or Certified Funds.**
**Postmarks will not be honored for delinquent tax payments.**

| AMOUNT DUE | |
|---|---|
| **If Paid By** | May 29, 2026 |
| **Please Pay** | $4,388.04 |

**SCAN TO PAY**

1000000000000000000307903013061020250000041922700000070005

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Utility

**DEPT. OF SOLID WASTE MANAGEMENT**

111 NW FIRST ST, 16Th FLOOR

MIAMI, FL 33128

305-375-2760

**MIAMI-DADE COUNTY SOLID WASTE**

2525 NW 62 ST, 5TH FLOOR

MIAMI, FL 33147

305-564-1630

**MIAMI-DADE COUNTY UTILITY SERVICE AREA VERIFICATION**

PO BOX 026055

MIAMI, FL 33102

305-665-7471

**MIAMI-DADE COUNTY WATER & SEWER**

MIAMI DADE WATER AND SEWER DEPT PO BOX 026055

MIAMI, FL 33102

305-665-7471 or 7477

Premise Search - Google Chrome

us-ashburn-1.utilities-cloud.oracleindustry.com/c82x4h/prod/ccs/web/portal?language=ENG&type=dataExplorerPopup...

Search By: Address

Address: 14266 Sw 283RD S

City:

Postal:

Search

**No Filters Defined**

Date: 05/29/2026

REAL RES LLC
6801 PALISADES PARK CT #2
FORT MYERS, FL 33912-7127

Re: Premise ID- 8936947200 Address-14266 SW 283RD ST HOMESTEAD FL 33033-1711 - Residence

# PREMISE LOCATION CERTIFICATE

Current/Outstanding Debt

| Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|
| | | | $0.00 | 05/29/2026 |
| | | Account Total: | $0.00 | |
| | | Mailing ZIP: | | |

For Lien additional information see comments below

| Lien Account Number | SA Type | Description | Amount | Service Through | Status | ORB/Page No. |
|---|---|---|---|---|---|---|

| Bankruptcy Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|

| Write-Off Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|
| 9386108182 | RFT-WO21 | W/O - WASTEWATER FEES & TAXES | $12.24 | |
| 9386108182 | RWW-WO21 | W/O - WASTEWATER | $14.02 | |
| 9386108182 | RFT-WO01 | W/O - WATER FEES & TAXES | $15.33 | |
| 9386108182 | RSW-WO21 | W/O - STORMWATER | $10.55 | |
| | | Account Total: | $52.14 | |
| | | Mailing ZIP: | 33141-2416 | |

| Tampering Premise Note ID# | Premise Note Created | Amount Owed |
|---|---|---|

Comments:

Payment must include a copy of the Premise Location Certificate form and a check payable to:
Miami-Dade Water and Sewer Department
P.O. Box 330316
Miami, FL 33233-0316

Please Note: The amounts listed on this certificate reflect all outstanding amounts for the property as of the "Service Through" date. Charges incurred for services rendered subsequent to that date are subject to normal collection procedures and lien if applicable. Municipal charges to the above reference property may be due. This certificate applies to water and wastewater service rendered to the above referenced property. It does not include connection charges, construction charges, and any other charges which may be owed to Miami-Dade Water and Sewer Department.

The utility fees listed may include tenant account information. Pursuant to Florida Statutes, property owners are not held responsible for unpaid tenant utility accounts, unless Homestead Exemption has been claimed during the lease period.

If you have any questions regarding this matter, you may contact a Customer Service Representative at (305) 665-7477.

Sincerely,

Lourdes Luis
Unit Supervisor

Control Central | 14266 SW 283 ST
us-ashburn-1.utilities-cloud.oracleindustry.com/c82x4h/prod/ccs/web/cis.jsp
https://pdr.attendan... Liensys FedEx Minerva TriNet Platform Cust... Connect mdws map Imported St. Cloud - WebPer... Premise Location Ce... Main Payment - EST... All Bookmarks

Customer Cloud Service WASD CCSPROD

Advanced Search

XTDS(

Control Central

Bookmark | Clear | Save | Refresh

Account Information | Customer Information | Account Tree | Premise Tree | Bill/Payment Tree | Payment Agreements

## Premise Tree

- Premise - 14266 SW 283RD ST, HOMESTEAD, FL, 33033-1711, Residence, 8936947200
  - SP - 14266 SW 283RD ST, HOMESTEAD, FL, 33033-1711 / RESIDENTIAL WATER & WW / Water Service / 18307294 / Meter Read Cycle 36, 4623 / Active
    - Device Configuration - Manual Water Meter / Effective Date/Time:09-07-2018 12:00:00AM EDT / Water Default / 1 Measuring Component(s) / Active / Installed: 11-14-2018
    - Device Configuration - Manual Water Meter / Effective Date/Time:02-26-2015 12:00:00AM EST / Water Default / 1 Measuring Component(s) / Active / Installed: 05-26-2015 - 11-14-2018
    - Device Configuration - Manual Water Meter / Effective Date/Time:12-02-2005 12:00:00AM EST / Water Default / 1 Measuring Component(s) / Active / Installed: 12-14-2006 - 05-22-2012
    - Device Configuration - Manual Water Meter / Effective Date/Time:06-05-1997 12:00:00AM EDT / Water Default / 1 Measuring Component(s) / Active / Installed: 07-29-1997 - 12-14-2006
  - Historical service agreement(s) exist.

### Favorite Links

### Alerts

Last Contact: 441 days ago - Piedra,Marilu

### Full Context

- 14266 SW 283RD ST, HOMESTEAD, FL, 33033-1711, Residence, 8936947200
- 14266 SW 283RD ST, HOMESTEAD, FL, 33033-1711 / RESIDENTIAL WATER & WW / Water Service / 18307294 / Meter Read Cycle 36, 4623 / Active
- 18307294 / Manual Water Meter / Install Date/Time: 11-14-2018 1:47:39PM EST / On / Active
- 18307294 / Water-Scalar-CFW-100 Cubic Feet/Water

### Financial Information

### Current To Do

Premise | 14266 SW 283 ST

us-ashburn-1.utilities-cloud.oracleindustry.com/c82x4h/prod/ccs/web/cis.jsp

https://pdr.attendan... Liensys FedEx Minerva TriNet Platform Cust... Connect mdws map Imported St. Cloud - WebPer... Premise Location Ce... Main Payment - EST... All Bookmarks

**Customer Cloud Service** WASD CCSPROD Advanced Search XTDS(

Premise

Bookmark Delete Clear Save Refresh

Main | **Characteristics** | Misc | Geographic Data | Premise Portal

Premise 14266 SW 283RD ST, HOMESTEAD, FL, 33033-1711, Residence, 8936947200 Premise ID 8936947200

| Effective Date | Characteristic Type | Characteristic Value | |
|---|---|---|---|
| 09-10-1999 | Billing Frequency Q or M | Q | Quarterly |
| 03-03-2006 | Commission Districts | DIST 09 | Commission District 09 |
| 09-10-1999 | Hydrant for Municipality | TX-COUNTY | County Hydrant |
| 10-01-2006 | Municipality Locator | 30 | Unincorporated Dade County |
| 09-10-1999 | Munitax | TX-UNICO | Miami-Dade County Tax |
| 07-12-2012 | New Business Invoice Number | N/A 12-06-2007 | |
| 09-10-1999 | Stormwater | SW-UNICO | Miami-Dade County |

Favorite Links

Alerts

Last Contact: 441 days ago - Piedra,Marilu

Full Context

14266 SW 283RD ST, HOMESTEAD, FL, 33033-1711, Residence, 8936947200

14266 SW 283RD ST, HOMESTEAD, FL, 33033-1711 / RESIDENTIAL WATER & WW / Water Service / 18307294 / Meter Read Cycle 36, 4623 / Active

18307294 / Manual Water Meter / Install Date/Time: 11-14-2018 1:47:39PM EST / On / Active

18307294 / Water-Scalar-CFW-100 Cubic Feet/Water

Financial Information

Current To Do

Control Central Search | 14266 SW 283 ST

us-ashburn-1.utilities-cloud.oracleindustry.com/c82x4h/prod/ccs/web/cis.jsp

https://pdr.attendan... Liensys FedEx Minerva TriNet Platform Cust... Connect mdws map Imported St. Cloud - WebPer... Premise Location Ce... Main Payment - EST... All Bookmarks

Customer Cloud Service WASD CCSPROD | Advanced Search | XTDS(

# Control Central Search

Bookmark | Refresh

Main

## Control Central Search

Search By: Geo Type/Value

Geo Type/Value: Folio Number | 3079030130610

CIS Division:

Search

Hide Filters

| Premise | Person/Account | Premise Type | Premise ID | Geographic Val |
|---|---|---|---|---|
| 14266 SW 283RD ST, HOMESTEAD, FL, 33033-1711, Residence, 8936947200 | No Person Information | Residence | 8936947200 | 307903013061( |

## Favorite Links

## Alerts

Last Contact: 441 days ago - Piedra,Marilu

## Full Context

14266 SW 283RD ST, HOMESTEAD, FL, 33033-1711, Residence, 8936947200

14266 SW 283RD ST, HOMESTEAD, FL, 33033-1711 / RESIDENTIAL WATER & WW / Water Service / 18307294 / Meter Read Cycle 36, 4623 / Active

18307294 / Manual Water Meter / Install Date/Time: 11-14-2018 1:47:39PM EST / On / Active

18307294 / Water-Scalar-CFW-100 Cubic Feet/Water

## Financial Information

## Current To Do

REAL RES
RESearch
RESults
RESponsive

# DADE COUNTY PUBLIC WORKS & WASTE MANAGEMENT SEARCH RESULTS

Date: 5/27/2026

Address: 14266 SW 283 ST

Folio: 30-7903-013-0610

A search was done on the above-mentioned address/folio in the Dade County Public Works & Waste Management system online:

| Items Researched: | Issues: | | |
|---|---|---|---|
| Legal Actions | Yes; See attached: | No: X | N/A: |
| Bulky Waste | Yes; See attached: | No: X | N/A: |
| Enforcement Complaints | Yes; See attached: | No: X | N/A: |
| PWWM Account Balance | Yes; See attached: | No: X | N/A: |
| Remediation Liens | Yes; See attached: | No: X | N/A: |

Thank you,

Real Res

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436


# Code

**MIAMI DADE CODE RESEARCH**

CREDIT & COLLECTIONS: 786-469-5200

CODE COMPLIANCE: 786-469-2900, FL

LIEN SECTION: 786-315-2777 ext. 2

**MIAMI-DADE COUNTY BUILDING CODE**

11805 SW 26 ST RM 230

Miami, FL 33175

786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

**UNINC. DADE-COU**

Miami-Dade Permitting and Inspection Center Zoning Permit Section 11805 SW 26 St (Coral Way)

Miami, FL 33175

786-315-2660


Open Data Hub
Filters
Certificates of Use Issued by Miami-Dade County - Jan 2003 to present
Filters
Styling
Filter as map moves
FOLIO
3079030130610
3079030130610
Select attribute filters (29)
CERTIFICATE_NUMBER
Values: 2,000
ISSUED_DATE
1/13/2003 to 5/22/2026
PROCESS_NUM
Values: 2,000
APPLICATION_TYPE
Values: 4
CERTIFCATE_TYPE
Values: 2
FOLIO
Values: 2,000
ZONING
Records: 146,123
Plantation
Fort Lauderdale
Davie
Pembroke Pines
Hollywood
Hialeah
Miami Beach
Miami
Homestead

## Query: CertificateOfUseNew (ID: 0)

| | |
|---|---|
| Where: | USER_FOLIO = 3079030130610 |
| Object IDs: | |
| Input Geometry: | |
| Geometry Type: | Envelope |
| Input Spatial Reference: | |
| Spatial Relationship: | Intersects |
| Result Type: | None |
| Distance: | 0.0 |
| Units: | Meters |
| Out Distance: | |
| Relation: | |
| Return Geodetic: | ○ True ◉ False |
| Out Fields: | * |
| Return Geometry: | ◉ True ○ False |
| Feature Encoding: | esriDefault |
| Geometry MultiPatch Option: | xyFootprint |
| Max Allowable Offset: | |
| Geometry Precision: | |
| Output Spatial Reference: | |
| Default Spatial Reference: | |
| Datum Transformation: | |
| Apply VCS Projection: | ○ True ◉ False |
| Return IDs Only: | ○ True ◉ False |
| Return Unique IDs Only: | ○ True ◉ False |
| Return Count Only: | ○ True ◉ False |
| Return Extent Only: | ○ True ◉ False |
| Return Query Geometry: | ○ True ◉ False |
| Return Distinct Values: | ○ True ◉ False |
| Cache Hint | ○ True ◉ False |
| Collation: | |
| Order By Fields: | |
| Group By Fields (For Statistics): | |
| Return Aggregate Ids: | ○ True ◉ False |
| Output Statistics: | |
| Having: | |
| Result Offset: | |
| Result Record Count: | |
| ReturnZ: | ○ True ◉ False |
| ReturnM: | ○ True ◉ False |
| Return True Curves: | ○ True ◉ False |
| Return Exceeded Limit Features: | ◉ True ○ False |
| Quantization Parameters: | |
| SQL Format: | none |
| Format: | HTML |

Query (GET) Query (POST)

*# results: 1*

| | |
|---|---|
| OBJECTID: | 86242 |
| USER_CERTIFICATE_NUMBER: | 2015041997 |
| USER_ISSUED_DATE: | 5/11/2015 4:00:00 AM |
| USER_PROCESS_NUM: | U2015009036 |
| USER_APPLICATION_TYPE: | PERMANENT |
| USER_CERTIFCATE_TYPE: | LAND |
| USER_FOLIO: | 3079030130610 |
| USER_ZONING: | RUTH |

| | |
|---|---|
| USER_CORP_NAME: | WELLS FARGO BANK NATIONAL ASSOCIA |
| USER_DBA: | WELLS FARGO BANK NATIONAL ASSOCIA |
| USER_BUS_ADDRESS: | 14266 SW 283 ST |
| USER_BUS_CITY: | MIAMI |
| USER_BUS_STATE: | FL |
| USER_BUS_ZIPCODE: | 33033 |
| USER_MAIL_ADDRESS: | 14266 SW 283 ST |
| USER_MAIL_SUITE: | |
| USER_MAIL_CITY: | |
| USER_MAIL_STATE: | FL |
| USER_MAIL_ZIPCODE: | |
| USER_BUS_USE_CODE: | 149020 |
| USER_BUSINSESS_USE: | CERTIFICATION OF RESIDENCE |
| USER_BUS_USE_COMMENT: | CERTIFICATE OF RESIDENCE |
| USER_RENEWAL_DATE: | |
| USER_PERMIT_NUMBER: | |
| USER_LEGAL_DESC: | SEAPINES. LOT 61 BLK 1 PB 100-6 |
| USER_PHONE1: | 305-6064732 |
| USER_PHONE2: | |
| USER_PHONE3: | |
| USER_APPLICANT_NAME: | ROBERTO BARRIERO |
| USER_OFFICERS_NAME: | ROBERTO BARRIERO |
| USER_CONDITION_DESCRIPTION: | BK 29611 PG 3777 |
| X: | 846643.514232714 |
| Y: | 425717.377534672 |
| GlobalID: | ff9106fd-f17b-4f69-a269-1019fe6b7bc2 |
| *geometry* | *Point:*<br>X: -8952590.41248834<br>Y: 2937738.0669734557 |

CFN: 20150301203 BOOK 29611 PAGE 3777
DATE:05/11/2015 01:14:28 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

NOT AN OFFICIAL COPY - PUBLIC ACCESS NOT AN OFFICIAL COPY - PUBLIC ACCESS

FE

**C.U. PROCESS NUMBER:** U2015009236

**PROPERTY FOLIO NUMBER:** **30-7903-013-0610**

**Financial Institution Information**

Local Agent: THE REAL ESTATE OFFICE COMPANY

Address: 13873 WELLINGTON TRACE B1
WELLINGTON, FL 33414

Phone: (561) 963-7939

Space above reserved for use of recording office

# DISCLOSURE AND FINDINGS REPORT FOR RESIDENTIAL PROPERTIES ACQUIRED THROUGH CERTIFICATE OF TITLE UNDER CHAPTER 45, F.S. (FORECLOSURE AND JUDGEMENTS), AND IN ACCORDANCE WITH ORDINANCE NO. 08-133.

**THIS REPORT MUST BE COMPLETED BY AN ARCHITECT OR PROFESSIONAL ENGINEER LICENSED AND REGISTERED IN THE STATE OF FLORIDA AND SUBMITTED TO THE ZONING PERMITS SECTION OF THE DEPARTMENT OF REGULATORY AND ECONOMIC RESOURCES LOCATED AT 11805 SW 26 STREET, MIAMI, FLORIDA 33175 (786) 315-2666 OR 2660. AN AS-BUILT SURVEY MUST BE ATTACHED TO THE REPORT. (FOR CONDO UNIT, SUBMIT ONE OF THE FOLLOWING: FLOOR PLAN OR ELEVATION PLAN TO INCLUDE PATIO / BALCONY AREA OR PHOTO OF PATIO / BALCONY AREA). ONCE REVIEWED AND APPROVED, THE REPORT MUST BE RECORDED WITH THE MIAMI-DADE COUNTY CLERK OF THE COURTS PRIOR TO THE ISSUANCE OF A CERTIFICATE OF USE. A RECORDED COPY OF THE REPORT IS TO BE SUBMITTED TO THE ZONING PERMITS SECTION.**

Prepared Date: **05/04/2015**

**The structural, electrical, mechanical, plumbing and gas system items have been reported based upon visual inspection and to the best of my knowledge, belief and professional judgment.**

**INSPECTION REPORT PREPARED BY:**

| | |
|---|---|
| Print Name: | ALL HOME METERS, LLC C.A. 28738 |
| Registration Number: | ROBERTO BARREIRO P.E. 68383 |
| Mailing Address: | 16613 SW 66 ST |
| City, State, ZIP Code: | MIAMI, FL 33193 |
| Telephone Number: | 305 606 4732 |
| Email Address: | ROBERTO@ALLHOMEMETERS.COM |

ROBERTO BARREIRO LICENSE No 68383 STATE OF FLORIDA PROFESSIONAL ENGINEER

Digitally signed by ROBERTO BARREIRO,P.E
DN: cn=ROBERTO BARREIRO,P.E, o=ALLHOMEMETERS, ou, email=ROBERTO@ALLHOMEMETERS.COM, c=US
Date: 2015.05.07 19:17:52 -04'00'

Signature and Seal

| | |
|---|---|
| a. Name on Title: | WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE |
| b. Property Address: | 14266 SW 283 ST MIAMI, FL 33033 |
| c. Legal Description: | SEAPINES LOT 61 BLK 1 PB 100-6 PROP INT IN & TO COMMON ELEMENTS |
| d. Owner's Name: | WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE |
| e. Owner's Address: | 14266 SW 283 ST |
| City, State, Zip: | MIAMI, FL 33033 |
| f. Folio Number of Property: | 30-7903-013-0610 |
| g. Present Use (Select One): | SINGLE FAMILY ☐ DUPLEX ☐ CONDO UNIT ☐ TOWNHOUSE ■ |

h. General Description of Property/Structure: Type of Construction, Square Footage, No. of Stories and Special Features

ONE STORY TOWNHOUSE, SLAB ON GRADE FOUNDATION, CBS WALLS, SHINGLE COVERED ROOF, TWO BEDROOMS AND ONE AND A HALF BATHROOMS, 1,200 ADJUSTED SQUARE FEET

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

C.U. PROCESS NUMBER:

PROPERTY FOLIO NUMBER: **30-7903-013-0610**

## ZONING

### 1. ZONING CLASSIFICATION

| | |
|---|---|
| Zoning District: RU-TH | Number of Living Units: ONE (1) |
| Unit(s) Subdivided into other Living Quarters | YES ☐ NO ■ |
| Comments: N/A | |
| Estimated Cost for Legalization: N/A | |

### 2. SETBACK REQUIREMENTS (Provide required setbacks for structures)

| | | | | |
|---|---|---|---|---|
| Principal Residence Year Built: 1978 | | | | |
| Required Setbacks: | Front: 15' | Rear: 15' | Interior Side: 0'-10' | Side Street: N/A |
| Actual Setbacks: | Front: 15' | Rear: 24' | Interior Side: 0'-11.5' | Side Street: N/A |
| Accessory Structures (Shed / Gazebo / Chickee Hut, Detached Buildings): N/A | | | | |
| Required Setbacks: | Front: N/A | Rear: N/A | Interior Side: N/A | Side Street: N/A |
| Actual Setbacks: | Front: N/A | Rear: N/A | Interior Side: N/A | Side Street: N/A |
| Does Spacing between buildings meet code? N/A | | | | YES ☐ NO ☐ |
| Swimming Pool / SPA: N/A | | | | |
| Does Swimming Pool / SPA meet setback requirements? N/A | | | | YES ☐ NO ☐ |
| Comments: REQUIRED SPACING BETWEEN GROUPS OF TOWNHOUSES IS MET (20'). | | | | |
| Estimated Cost for Legalization: N/A | | | | |

### 3. LOT COVERAGE (Single Family and Duplexes Only)

| | |
|---|---|
| Lot Size: 3,180 SQUARE FEET | |
| Square Footage of Principal Residence: FOOTPRINT AREA= 1,200 SQF | |
| Maximum Lot Coverage Permitted: N/A | |
| Maximum Lot Coverage Provided: N/A | |
| Square Footage of Accessory Structures (exclude pools and slabs): N/A | |
| Do Accessory Structures exceed rear yard area? N/A | YES ☐ NO ☐ |
| Comments: N/A | |
| Estimated Cost for Legalization: N/A | |

### 4. FENCES, WALLS AND/OR HEDGES

| | |
|---|---|
| Are there any Height Restriction violations? | YES ☐ NO ■ |
| Are there any Sight Safety Triangle violations? | YES ☐ NO ■ |
| Comments: N/A | |
| Estimated Cost for Legalization: N/A | |

### 5. RESOLUTIONS, VARIANCES AND/OR ADMINISTRATIVE ADJUSTMENTS

| | |
|---|---|
| Are there any existing Resolution(s) or Administrative Adjustment(s)? | YES ■ NO ☐ |
| If yes; does the property meet all condition(s)? | YES ■ NO ☐ |
| Comments: (Note: Resolution Numbers or Administrative Variances or Adjustments) Z2973 | |
| Estimated Cost for Legalization: N/A | |

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

C.U. PROCESS NUMBER:

PROPERTY FOLIO NUMBER: **30-7903-013-0610**

**STRUCTURAL**

1. Additions, alterations including patio or balcony enclosure, or accessory structure that are not compliant with any building code enforced in Miami Dade County (If yes, will be referred for possible enforcement action)

| YES [ ] | NO [■] | If Yes is Checked, Describe: |
|---|---|---|
| N/A | | |
| Estimated Cost to bring into compliance : | | N/A |

2. PRESENT CONDITION OF STRUCTURE (If any items marked yes, will be referred for possible enforcement action)

| Item | YES | NO | If yes, identify location and cost of repair: |
|---|---|---|---|
| 1. Bulging | [ ] | [■] | N/A |
| 2. Settlement | [ ] | [■] | N/A |
| 3. Deflection | [ ] | [■] | N/A |
| 4. Cracking | [ ] | [■] | N/A |
| 5. Spalling | [ ] | [■] | N/A |
| 6. Termite infestation | [ ] | [■] | CERTIFIED INSPECTION WAS NOT PERFORMED. |
| 7. Rotten Wood | [ ] | [■] | N/A |
| 8. Rusted Steel Members | [ ] | [■] | N/A |
| 9. Other Unsafe Conditions | [ ] | [■] | N/A |

3. WINDOWS AND DOORS

| Condition: | GOOD [ ] | FAIR [ ] | REPAIRS REQUIRED [■] |
|---|---|---|---|

Comments:

BROKEN OR MISSING GLASS AT WINDOWS.
MISSING OR DAMAGED DOORS AND DOOR JAMB.
MISSING SLIDING DOORS AND FRAMES.

Estimated Cost of Repair or Replacement: **$3,000**

4. ROOF SYSTEM

| | | | |
|---|---|---|---|
| 1. Describe Roof | | | |
| 2. Condition | GOOD [ ] | FAIR [■] | REPAIRS REQUIRED [ ] |
| 3. Water Leaks | YES [ ] | NO [■] | If Yes, indicate where: |

4. Comments:

SIGNS OF MOISTURE PENETRATION WERE NOT FOUND AT THE TIME OF THE INSPECTION.

Estimated Cost of Repair or Replacement: N/A

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

C.U. PROCESS NUMBER:
PROPERTY FOLIO NUMBER: **30-7903-013-0610**

## ELECTRICAL SYSTEMS

**1. ELECTRICAL SERVICE** (If repairs are required, will be referred for possible enforcement action)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Size: | Amperage 125A | | Fuses | ☐ | Breakers | ■ |
| 2. Condition: | GOOD | ☐ | FAIR | ☐ | REPAIRS REQUIRED | ■ |

3. Comments:
MISSING METER AND METER CAN COVER.
MISSING WIRES BETWEEN METER AND PANEL.
SAFETY ELECTRICAL INSPECTION SHALL BE PERFORMED. COST WILL BE INCLUDED.

Estimated Cost of Repair or Replacement: **$1,500**

**2. ELECTRICAL SERVICE** (If repairs are required, will be referred for possible enforcement action)

| | | | | |
|---|---|---|---|---|
| 1. Panel # 1 Location: UTILITY CLOSET | GOOD | ☐ | REPAIRS REQUIRED | ■ |
| 2. Panel # 2 Location: | GOOD | ☐ | REPAIRS REQUIRED | ☐ |
| 3. Panel # 3 Location: | GOOD | ☐ | REPAIRS REQUIRED | ☐ |

4. Comments:
PANEL DAMAGED. MISSING COVERS.
PART OF CONDUIT FOR WIRES BETWEEN METER AND PANEL WAS MISSING.

Estimated Cost of Repair or Replacement: **$700**

**3. BRANCH CIRCUITS / WIRING DEVICES**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Identified: | | | YES | ☐ | MUST BE IDENTIFIED | ■ |
| 2. Conductors: | GOOD | ☐ | FAIR | ☐ | MUST BE REPLACED | ■ |
| 3. Wiring Devices: | GOOD | ☐ | FAIR | ☐ | MUST BE REPLACED | ■ |

4. Comments:
ALL BRANCH CIRCUIT BREAKERS MUST BE IDENTIFIED.
EXPOSED WIRES DUE TO MISSING COVERS AND LAMP.
SOME BRANCH CIRCUIT WIRES WERE MISSING.

Estimated Cost of Repair or Replacement: **$500**

**4. GROUNDING OF SERVICE** (If repairs are required, will be referred for possible enforcement action)

| | | | | | | |
|---|---|---|---|---|---|---|
| Condition: | GOOD | ☐ | FAIR | ■ | REPAIRS REQUIRED | ☐ |

Comments:
N/A

Estimated Cost of Repair or Replacement: N/A

**5. SERVICE CONDUITS / RACEWAYS**

| | | | | | | |
|---|---|---|---|---|---|---|
| Condition: | GOOD | ☐ | FAIR | ☐ | REPAIRS REQUIRED | ■ |

Comments:
MISSING CONDUIT AT PANEL.

Estimated Cost of Repair or Replacement: COST IN "ELECTRICAL SERVICE 2".

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

C.U. PROCESS NUMBER:
PROPERTY FOLIO NUMBER: **30-7903-013-0610**

**6. SMOKE DETECTORS**

| Condition: | GOOD | ☐ | FAIR | ☐ | REPAIRS REQUIRED | ■ |
|---|---|---|---|---|---|---|

Comments:
MISSING SMOKE DETECTORS DEVICES.

Estimated Cost of Repair or Replacement: **$150**

**7. SWIMMING POOL WIRING** (If repairs are required, will be referred for possible enforcement action)

| Condition: N/A | GOOD | ☐ | FAIR | ☐ | REPAIRS REQUIRED | ☐ |
|---|---|---|---|---|---|---|

Comments:
N/A

Estimated Cost of Repair or Replacement: N/A

**8. WIRING OF MECHANICAL EQUIPMENT**

| Condition: | GOOD | ☐ | FAIR | ☐ | REPAIRS REQUIRED | ■ |
|---|---|---|---|---|---|---|

Comments:
EXPOSED WIRES DUE TO MISSING CONDENSING UNIT AND AIR HANDLER VANDALIZED.
EXPOSED WIRES DUE TO MISSING WATER HEATER.

Estimated Cost of Repair or Replacement: COST INCLUDED IN OTHER SECTIONS.

## PLUMBING & GAS SYSTEMS

**1. WATER SERVICE** (check all that apply)

| City | ■ | Well | ☐ |
|---|---|---|---|

Comments: SERVICE NOT VISIBLE. SERVICE WAS TURNED OFF

**2. METER AND WATER SERVICE CONNECTION**

| Condition: | GOOD | ☐ | FAIR | ■ | REPAIRS REQUIRED | ☐ |
|---|---|---|---|---|---|---|

Comments:
WATER METER NOT VISIBLE.
SERVICE NOT VISIBLE.

Estimated Cost of Repair or Replacement: N/A

**3. SEWER SERVICE**

| City | ■ | Septic Tank | ☐ |
|---|---|---|---|

Comments: SERVICE NOT VISIBLE.

**4. CITY SEWER CONNECTION OR SEPTIC TANK CONNECTION**

| Condition: | GOOD | ☐ | FAIR | ■ | REPAIRS REQUIRED | ☐ |
|---|---|---|---|---|---|---|

Comments:
CONNECTION NOT VISIBLE.

Estimated Cost of Repair or Replacement: N/A

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

C.U. PROCESS NUMBER:
PROPERTY FOLIO NUMBER: **30-7903-013-0610**

5. GAS SERVICES (If repairs are required, will be referred for possible enforcement action)

| | | | | | |
|---|---|---|---|---|---|
| YES | ☐ | NO | ■ | | |
| If YES, | GOOD ☐ | FAIR | ■ | REPAIRS REQUIRED | ☐ |

Comments:
SYSTEM NOT VISIBLE.

Estimated Cost of Repair or Replacement: N/A

6. PLUMBING FIXTURES

| | | | | | | |
|---|---|---|---|---|---|---|
| Kitchen | GOOD | ☐ | FAIR | ☐ | REPAIRS REQUIRED | ■ |
| Bathrooms | GOOD | ☐ | FAIR | ☐ | REPAIRS REQUIRED | ■ |

Comments:
MISSING SINK AND INSTALLATIONS AT KITCHEN.
LOOSE WASHBASIN CABINET AT BATHROOM.
MISSING SOME PLUMBING INSTALLATIONS.

Estimated Cost of Repair or Replacement: $1,200

7. PLUMBING APPLIANCES

| | | | | | | |
|---|---|---|---|---|---|---|
| Refrigerator | GOOD | ☐ | FAIR | ☐ | REPAIRS REQUIRED | ■ |
| Range | GOOD | ☐ | FAIR | ☐ | REPAIRS REQUIRED | ■ |
| Dishwasher | GOOD | ☐ | FAIR | ☐ | REPAIRS REQUIRED | ☐ |
| Garbage Disposal | GOOD | ☐ | FAIR | ☐ | REPAIRS REQUIRED | ■ |
| Washer / Dryer | GOOD | ☐ | FAIR | ☐ | REPAIRS REQUIRED | ■ |
| Water Heater | GOOD | ☐ | FAIR | ☐ | REPAIRS REQUIRED | ■ |

Comments:
MISSING REFRIGERATOR, RANGE, GARBAGE DISPOSAL, WASHER, DRYER AND WATER HEATER.
NO SPACE FOR DISHWASHER IN BASE CABINET.

Estimated Cost of Repair or Replacement: $3,100

8. LAWN SPRINKLERS

| | | | | | | |
|---|---|---|---|---|---|---|
| YES | ☐ | NO | ■ | | | |
| If YES, | GOOD | ☐ | FAIR | ■ | REPAIRS REQUIRED | ☐ |

Comments:
SYSTEM NOT VISIBLE.

Estimated Cost of Repair or Replacement: N/A

9. SWIMMING POOL (If repairs are required, will be referred for possible enforcement action)

| | | | | | | |
|---|---|---|---|---|---|---|
| YES | ☐ | NO | ■ | | | |
| If YES, | GOOD | ☐ | FAIR | ■ | REPAIRS REQUIRED | ☐ |

Comments:
N/A

Estimated Cost of Repair or Replacement: N/A

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

C.U. PROCESS NUMBER:

PROPERTY FOLIO NUMBER: **30-7903-013-0610**

**MECHANICAL SYSTEM**

**1. AIR CONDITIONING & HEATING SYSTEM** (If repairs are required, will be referred for possible enforcement action)

| Equipment: | GOOD | | FAIR | | REPAIRS REQUIRED | ■ |
|---|---|---|---|---|---|---|
| Comments: AIR HANDLER VANDALIZED. MISSING CONDENSING UNIT AND REFRIGERATION LINES. | | | | | | |
| Estimated Cost of Repair or Replacement: $5,000 | | | | | | |

| Duct Work: | GOOD | | FAIR | | REPAIRS REQUIRED | ■ |
|---|---|---|---|---|---|---|
| Comments: MISSING DUCT GRILLS. DUCT SYSTEM NOT TOTALLY VISIBLE. | | | | | | |
| Estimated Cost of Repair or Replacement: $100 | | | | | | |

**ADDITIONAL COMMENTS AND/OR DISCLAIMERS:**

The inspection will be performed following the minimum inspection procedural guidelines established by the local government in this report, items NOT directly specified in this report will not be inspected and are out of the scope (examples are: exterior and interior finishes, drywall, floor, cabinetry, painting, driveways, sidewalks, slabs, fencing, etc). Cost estimates to repair, legalize or replace any of the inspected items are provided, when stated, ONLY as informative and CANNOT be considered as final costs, qualified contractors must review the report, search for plans, evaluate issues and give a better estimate. This inspection does NOT include any destructing test or dismantling. The Engineer/Inspector will NOT inspect for any deficiency on elements or areas, which are not exposed to view, are concealed, are inaccessible, or otherwise difficult to inspect and cannot be visually examined. The Engineer/Inspector is NOT acting or representing himself/herself as a licensed structural engineer, electrical engineer, mechanical engineer, termite inspector, sewer inspector, mold inspector, a qualified contractor or an expert in any craft or trade. The inspection is NOT intended to be technically exhaustive. No party must rely totally upon this report as a warrant that the property complies with all the Zoning and Building codes. The inspection is NOT considered to be a guarantee, home warranty or insurance policy of the future life or failure of the items inspected, expressed or implied. This inspection is ONLY limited to readily visible defects. Total costs might be much higher than stated. Buyer, Seller, qualified contractors and interested *parties must search for plans, permits, inspections, etc. and evaluate all issues to give a final estimate taking in consideration potential additional cost* related with latent defects, issues out of the scope of this inspection or changes to the property following the date of this inspection. Home Owner Association or Property Management might be responsible for certain costs. Property might need to comply with other requirements including life-safety enforcement. Inspections performed on occupied properties have very limited visibility and evaluation. Researches to find construction permits, construction inspections, open permits, open violation cases, citations, liens, resolutions, etc are NOT thorough investigations. Inspectors do NOT warrant or imply that the information obtained through public or governmental records such as building permits, inspections, citations, lien, variances, zoning classification, property age and size, bathrooms and bedrooms, improvements, resolutions, administrative adjustments, etc is accurate. Structures found encroaching setbacks will be reported as Zoning and Building violations, if a building permit is found, inspector will consider that structure was, at that time, built legally and has a legally non-conforming use but the local government might enforce the need to contact Zoning Hearings for a non-use variance. Drawing shown as last page in this report (Site Plan, Boundary Survey or Floor Plan), regardless the signature and seal of the professional, is ONLY valid to obtain Certificate of Use and CANNOT be used for other purposes and is ONLY certified to the Engineer that performed the inspection. Measurements, setbacks, property lines, areas, etc CANNOT be considered final. A Boundary Survey signed and sealed by a Professional Land Surveyor and Mapper must be performed in the case of structures not meeting setbacks, exceeding the property line, encroaching easements or right of ways, etc. Photos are NOT part of this report. Corrections and/or repairs on structures MUST be done in compliance with all laws, rules, standards, policies, regulations and codes of Miami Dade County, Municipalities and State of Florida. Person / Institution (Property Owner or its agents) ordering the inspection has read, understood and agreed with the general contract that can be found at http://www.AllHomeMeters.com. This disclosure of finding report is only valid at the time of the inspection. The inspection/report depicted here is NOT covered by professional liability insurance. It is expressly understood and agreed to that liability for damages resulting directly from any errors and omissions in the services provided in connection with this report shall be limited to the fees paid for the inspection minus the local government fees. The liability of the inspectors, agents and employees is also limited to the fees paid. Any recovery contemplated under the agreement shall be subject to prompt notification of any defect in the performance of any of the inspector's duties. The Client shall provide reasonable notice and permit an inspection of the conditions which gave rise to the complaint. The Client agreed to hold the *Inspector harmless for any and all claims related to conditions that are altered or repaired without said notice, inspection or informed after the reasonable* time for prompt notification. Reasonable time to provide a notice is limited to fifteen (15) days from the date of the inspection. Owner name. contact for local financial institution, mailing address, phone number, etc. MUST be provided by the client.

| GOOD FAITH ESTIMATE BY SECTIONS: | |
|---|---|
| 1. Estimated Cost of Zoning Legalization | $0 |
| 2. Estimated Cost of Structural to bring into compliance | $3,000 |
| 3. Estimated Cost of Electrical Service Repair or Replacement | $2,850 |
| 4. Estimated Cost of Plumbing and Gas Systems Repair or Replacement | $4,300 |
| 5. Estimated Cost of Mechanical System Repair or Replacement | $5,100 |
| **TOTAL ESTIMATED COST OF REPAIR / REPLACEMENT / LEGALIZATION** | **$15,250** |

INITIALS: **RB** DATE: **05/04/2015**

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

**C.U. PROCESS NUMBER:**

**PROPERTY FOLIO NUMBER:** **30-7903-013-0610**

**THIS PAGE IS RESERVED FOR ZONING DIVISION REVIEW**

**Comments:**

**DISPOSITION:** **ACCEPTED** ☑ **REJECTED** ☐

**SIGNATURE:** [signature]

**TITLE:** Zoning Development

**DATE:** 5-11-15

**Report and drawing are only valid to obtain Certificate of Use on this foreclosed property.**

If digitally signed and sealed, this doc has a secure hash message digest authentication code within its signature. A manually signed and sealed log of this doc's signature is kept on file, therefore according to 471.025 F.S. and 61g15-23.003 F.A.C., this doc is electronically sealed and can be deemed an original doc. Any attempt to change anything on this doc will result in a change in its authentication code thereby removing the electronic signature and voiding the validity of this doc. Additions, changes, deletions, etc are prohibited. If this doc was received electronically, this doc is not valid without a signature and authenticated seal of a Florida Professional Engineer, and is only valid if its Hash matches the authentication on file.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

This Site Plan depicts the existing condition of the property and is only valid to obtain Certificate of Use.




"This is not a boundary survey."

| | |
|---|---|
| DATE: | **SITE PLAN** |
| REPORT | 14266 SW 283 ST., Miami , FL 33033 |
| SCALE: | |
| 1"=20' | **Roberto Barreiro** |
| JOB No.: | **Professional Engineer P.E. 68383** |
| FILE | **STATE OF FLORIDA** |
| | *16613 SW 66th St, Miami, FL 33193* |
| | *PH:(305)606-4732 Email: info@allhomemeters.com* |

ROBERTO BARREIRO LICENSE No 68383 STATE OF FLORIDA PROFESSIONAL ENGINEER

Digitally signed by ROBERTO BARREIRO,P.E
DN: cn=ROBERTO BARREIRO,P.E, o=ALLHOMEMETERS, ou, email=ROBERTO@ALLHOMEMETERS.COM, c=US
Date: 2015.05.07 19:18:16 -04'00'

ALL HOME METERS

MIAMI-DADE COUNTY BUILDING CODE

CODE INFORMATION

Date: 5/29/2026

An online code search was conducted with the MIAMI-DADE COUNTY BUILDING CODE on the following address/folio and no violations were found:

Address: 14266 SW 283 ST

Folio: 30-7903-013-0610

For more information please contact the MIAMI-DADE COUNTY BUILDING CODE at:

BUILDING DEPT
11805 SW 26 ST RM 230
MIAMI FL 33175
786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

***Commercial Property Disclaimer: Please note there could be possible issues under additional addresses with the same folio. Check the invoice summary page for any issues against additional addresses found. If you would like for us to include this information please let us know in writing. Additional fees may apply.***

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# CODE SEARCH REPORT

| | |
|---|---|
| TO: | LINDSEY ROUSE |
| FROM: | George LP |
| DATE: | 5/27/2026 |
| ADDRESS: | 14266 SW 283 ST |
| FOLIO: | 30-7903-013-0610 |

An online search was conducted with the Miami Dade Code Research on the above address / folio and 2 issues has been found:

| | |
|---|---|
| 2025 - T126701 | w/ fine; see attached. |
| 2026 - T136251 | w/ fine; see attached. |

For information on how to have these issues closed (fees and inspections may apply), call the Miami Dade Code Research at:

CREDIT & COLLECTIONS: 786-469-5200
CODE COMPLIANCE: 786-469-2900, FL
LIEN SECTION: 786-315-2777 ext. 2

***Commercial Property Disclaimer: Please note there could be possible code or permit issues under additional addresses with the same folio.Check the invoice summary page for any confirmed additional addresses that were not included in this invoice.If you would like for us to include this information please let us know in writing.Additional fees may apply.***

**CITATION INFORMATION**

**Citation No.:** 2025 - T126701
**Issue Date:** 1/13/2025
**Status:** ** OPEN **
**Total Due:** $10,510.00

**Violator:** JEFFEREY MILLS C/O LAW OFFICES OF DAMIAN **Folio:** 30-7903-013-0610

**Mailing Address:** P O BOX 5162 **City:** LARGO **State:** FL **Zip:** 33779

**Code Section:** 17A-19

**Description:** FAILURE TO REGISTER DWELLING SUBJECT TO FORECLOSURE

**Issuing Department:** 656 RER-COMPLIANCE PROJECTS COORDINATIOR UNIT (786) 315-2552

**VIOLATION INFORMATION**

| | | | |
|---|---|---|---|
| **Violation Date:** | 1/13/2025 | **Repeat Violation:** | NO |
| **Violation Time:** | 01:44 P M | **Comply Due Date:** | 2/ 2/2025 |
| **Violation Location:** | 14266 SW 283 ST | **Complied Date:** | |
| **Inspector:** | 548 VALDES-ROJAS, MAIRA | **Appeal Filed:** | |
| **Serve Method:** | POSTED | **Appeal Due Date:** | 2/ 2/2025 |
| **Serve Date:** | | **Lien Placed:** | |
| **Penalty Must be Paid by:** | 2/12/2025 | **Lien Satisfied:** | |

**PARTIES**

| Name | Type | Address |
|---|---|---|
| JEFFEREY MILLS C/O LAW OFFICES OF DAMIAN | VIOLATOR | P O BOX 5162<br>LARGO FL 33779 |

**CITATION INFORMATION**

**Citation No.:** 2026 - T136251
**Issue Date:** 2/12/2026
**Status:** ** OPEN **
**Total Due:** $21,010.00

**Violator:** JEFFEREY MILLS C/O LAW OFFICES OF DAMIAN **Folio:** 30-7903-013-0610

**Mailing Address:** PO BOX 5162 **City:** LARGO **State:** FL **Zip:** 33779

**Code Section:** 17A-19

**Description:** FAILURE TO REGISTER DWELLING SUBJECT TO FORECLOSURE

**Issuing Department:** 656 RER-COMPLIANCE PROJECTS COORDINATIOR UNIT (786) 315-2552

**VIOLATION INFORMATION**

| | | | |
|---|---|---|---|
| **Violation Date:** | 2/12/2026 | **Repeat Violation:** | REPEAT VIOLA |
| **Violation Time:** | 03:10 P M | **Comply Due Date:** | 4/ 5/2026 |
| **Violation Location:** | 14266 SW 283 ST | **Complied Date:** | |
| **Inspector:** | 548 VALDES-ROJAS, MAIRA | **Appeal Filed:** | |
| **Serve Method:** | POSTED | **Appeal Due Date:** | 4/ 5/2026 |
| **Serve Date:** | 3/16/2026 | **Lien Placed:** | |
| **Penalty Must be Paid by:** | 4/15/2026 | **Lien Satisfied:** | |

**PARTIES**

| Name | Type | Address |
|---|---|---|
| JEFFEREY MILLS C/O LAW OFFICES OF DAMIAN | VIOLATOR | PO BOX 5162<br>LARGO FL 33779 |

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Permit

**MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS**

11805 SW 26 ST

Miami, FL 33175-2474

786-315-2000

RESearch
RESults
RESponsive

MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS

PERMIT INFORMATION

Date: 5/28/2026

An online permit search was conducted with the MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS on the following address/folio and no open or expired permits were found:

Address: 14266 SW 283 ST

Folio: 30-7903-013-0610

For more information please contact the MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS at:

BUILDING DEPT
11805 SW 26 ST
MIAMI FL 33175-2474
786-315-2000

***Commercial Property Disclaimer: Please note there could be possible issues under additional addresses with the same folio. Check the invoice summary page for any issues against additional addresses found. If you would like for us to include this information please let us know in writing. Additional fees may apply.***

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

Print or type
See Specific Instructions on page 2.

Name (as shown on your income tax return)
Miami-Dade County Florida

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

☑ Other (see instructions) ▶ Government

Exemptions (see instructions):
Exempt payee code (if any)
Exemption from FATCA reporting code (if any)

Address (number, street, and apt. or suite no.)
111 N.W. 1 Street - Suite 2550

City, state, and ZIP code
Miami, Florida 33128

Requester's name and address (optional)

List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number
☐☐☐ – ☐☐ – ☐☐☐☐

Employer identification number
5 9 – 6 0 0 0 5 7 3

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** Signature of U.S. person ▶ [signature] Date ▶ 12/5/13

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

# INVOICE

Phone: 877-543-6669
Email: CR@realres.com
Website: www.realres.com

6062 - Lorium Law
Invoice Number: 1499034
Invoice Date: May 29, 2026
Our Order Number: 2026-1107724
Order Type: Cancellable

**Property:** 28025 SW 142 CT, UNINC. DADE
**Owner:** CITY TRUST INVESTMENTS LLC
**File Number:** 8524.003
**Closing Date:** Not Provided

**ORDER TYPE: Lien Search**

**SUMMARY OF INVOICES FOR THIS PROPERTY AS OF**

| Invoice # | Invoice Date | Type | Total $ | Status | Paid/Applied | Unpaid Balance |
|---|---|---|---|---|---|---|
| 1499034 | 5/29/2026 | Lien Search | $120.00 | Open | $0.00 | $120.00 |
| | | Total All invoices: | $120.00 | **Total Open Invoices:** | | **$120.00** |

Properties annexed prior to 5 years will be searched at current municipality. Zoning letters and tangible tax searches are done upon request only. Fees may be due to resolve issues mentioned, and balances may not be correct on day of closing. All information obtained from the Municipalities is believed to be true and correct but not warranted.

* Rush orders are non-cancellable
* Commerical orders are non-cancellable
* Bulk orders (10 or more) are non-cancellable
* Non-Florida estoppel orders are non-cancellable

* Florida estoppel orders are cancellable per Florida Statute, if the Cancellation of Contract is provided to Real Res and dated within 30 days of the original contract closing date.

**DIRECT ALL INVOICE INQUIRIES TO:** Accounting Department: 877-543-6669

**MAKE ALL CHECKS PAYABLE TO: Real Res**

Real Res PO Box 100010, Atlanta, GA 30348-0010

* Residential (lien & estoppel) collection charge policy - $25.00 per order closed and not paid on or before 30 days past closing date of file.

REAL RES

6801 Palisades Park Court Suite 2Fort Myers, FL 33912

| | | | |
|---|---|---|---|
| DATE: | 5/29/2026 | CLIENT ID: | 6062 - Lorium Law |
| INVOICE: | 1499034 | ATTN: | LINDSEY ROUSE |
| | | FILE#: | 8524.003 |

**PROPERTY INFORMATION**

| | | | |
|---|---|---|---|
| Address Given: | 28025 SW 142 CT | | |
| Folio: | 30-7903-013-0060 | Owner(s): | CITY TRUST INVESTMENTS LLC |
| City/County: | UNINC. DADE / DADE | Buyer(s): | BAAD HOMES LLC |

ORDER TYPE: Lien Search

## ☑ PROPERTY TAXES

Real Estate Taxes: Delinquent taxes included (25).

Contact: MIAMI-DADE COUNTY TAX COLLECTOR

## ☐ MUNICIPAL LIENS/ASSESSMENT

None due at this time

## ☑ UTILITY DEPARTMENTS

| | |
|---|---|
| Balance: | Multiple balances due; see attached. |
| As of: | 5/29/2026 |
| Service(s): | Water/Sewer/Stormwater |
| Ledger: | Not Available |

This service provider has the ability to lien against unpaid bills.

Contact: MIAMI-DADE COUNTY WATER & SEWER
305-665-7471 or 7477

MDWS reports accounts by address only. Balances will not be listed for addresses not included in your order submission. Please report any addresses you would like researched. Garbage Included on the Tax Bill.

## ☐ CODE ENFORCEMENT

None found at this time

## ☐ PERMIT ISSUES

None found at this time

**ADDITIONAL COMMENTS:**

Please be advised Miami Dade County Water and Sewer reports there could be illegal water usage on properties but they are unable to provide balances until a new account is opened. Please note this lien search company is unable to provide this information. Please note Miami Dade Water and Sewer bills quarterly for utilities so there will be utility usage that has not yet been billed for. Please note the above or attached balance(s) is not a final payoff. For accurate payoff information, we recommend you contacting the provider on the date of closing for updated balances. Please note Certificate of Use has not been applied for. Please note: for Lot Clearing and Minimum Housing Code with Dade County Dept of Economic Resources- FKA the Team Metro letter, this is now an optional letter we offer for $50 in an informal format with a 5-7 business day turnaround, OR we also offer the certified formal letter for $250 for a 20 business day turnaround time. Please let us know in writing if you would like either of these options.

This report includes the results of an examination of records made public by the county/city authorities. We are not responsible for errors or omissions made by the city/county on information received in this report. This report is specific to pending and/or unrecorded liens for the subject property only and does not constitute a title search. Should the title company wish to receive a payoff on any liens found resulting from a title abstract, please advise our office in writing to request the payoff.

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

## CONTACT INFORMATION FOR INVOICE

**MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS**

11805 SW 26 ST

Miami, FL 33175-2474

786-315-2000

**MIAMI DADE CODE RESEARCH**

CREDIT & COLLECTIONS: 786-469-5200

CODE COMPLIANCE: 786-469-2900, FL

LIEN SECTION: 786-315-2777 ext. 2

**MIAMI-DADE COUNTY BUILDING CODE**

11805 SW 26 ST RM 230

Miami, FL 33175

786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

**MIAMI-DADE COUNTY SOLID WASTE**

2525 NW 62 ST, 5TH FLOOR

MIAMI, FL 33147

305-564-1630

**MIAMI-DADE COUNTY TAX COLLECTOR**

200 NW 2ND AVE

Miami, FL 33128

305-270-4916 / 305-375-5998 OR 3378

**MIAMI-DADE COUNTY WATER & SEWER**

MIAMI DADE WATER AND SEWER DEPT PO BOX 026055

MIAMI, FL 33102

305-665-7471 or 7477

**UNINC. DADE-COU**

Miami-Dade Permitting and Inspection Center Zoning Permit Section 11805 SW 26 St (Coral Way)

Miami, FL 33175

786-315-2660

This report includes the results of an examination of records made public by the county/city authorities at the above requested property. This report is specific to pending and/or unrecorded liens for the subject property only and does not constitute a title search. Properties annexed prior to 5 years will be searched at the current municipality. Zoning letters and tangible tax searches are done upon request only. We are not responsible for errors or omissions made by the city/county and all information obtained from the city/county is believed to be true and correct but not warranted. Please review all enclosed documents and forward any questions to our office.

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Tax

**MIAMI-DADE COUNTY TAX COLLECTOR**

200 NW 2ND AVE

Miami, FL 33128

305-270-4916 / 305-375-5998 OR 3378

Search > Account Summary

# Real Estate Account #30-7903-013-0060

**Owner:**
CITY TRUST INVESTMENTS LLC

**Situs:**
28025 SW 142 CT
Unincorporated County 33033-0000

Parcel details
Property Appraiser

## Enroll In Paperless

Sign up

## Amount Due

**MIAMI-DADE COUNTY TAX COLLECTOR** **Notice of Ad Valorem Taxes and Non-ad Valorem Assessments**

| BILL | AMOUNT DUE | |
|---|---|---|
| 2025 Annual Bill | $3,463.40 | Add To Cart<br>Print (PDF) |

**Some Amounts Not Payable Online**
**Total Amount Payable Online: $3,463.40**

## Account History

| BILL | | AMOUNT DUE | STATUS | ACTION |
|---|---|---|---|---|
| 2025 Annual Bill | | $3,463.40 | **Unpaid** | Print (PDF) |
| **2024 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | | |
| **2023 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | | |
| **2022 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | | |
| **2021 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | | |
| **2020 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | | |
| **2019 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | | |
| 2018 | | | | |
| **2018 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | | |
| **2018 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | | |
| **2018 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | | |
| **2017 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | | |
| **2016 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | | |
| **2015 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | | |
| **2014 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | | |
| **2013 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | | |
| **2012 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | | |
| **2011 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | | |
| **2010 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | | |
| **2009 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | | |
| **2008 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | | |

| | |
|---|---|
| **2007 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov |
| **2006 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov |
| **2005 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov |

---

**Transactions cannot be cancelled after checkout**. Verify all items and information before submitting.

**Vehicle Renewals**: $3.50 service fee per item. $1.00 mailing fee added to all auto tag transactions.

**E-Check Payments**: E-checks for Property and Business Tax Payments: No Convenience Fee.

**Credit/Debit Card, Apple Pay, Google Pay, and PayPal Payments**: A convenience fee will be charged to all credit/debit card transactions.

Search > Account Summary > Bill Details

# Real Estate Account #30-7903-013-0060

**Owner:**
CITY TRUST INVESTMENTS LLC

**Situs:**
28025 SW 142 CT
Unincorporated County 33033-0000

Parcel details
Property Appraiser

## Enroll In Paperless

Sign up

## 2025 Annual Bill

**MIAMI-DADE COUNTY TAX COLLECTOR** — **Notice of Ad Valorem Taxes and Non-ad Valorem Assessments**

| BILL | ESCROW CODE | MILLAGE CODE | AMOUNT DUE | |
|---|---|---|---|---|
| 2025 Annual Bill | — | 3000 | $3,463.40 | Add To Cart<br>Print (PDF) |

| | |
|---|---|
| **If received by:**<br>**Please pay:** | May 29, 2026<br>$3,463.40 |

Combined taxes and assessments: $3,294.56

Delinquent Taxes must be paid by Cashier's Check, Money Order, or Certified Funds. Amount due may be subject to change without notice.

Mail payments to: 200 NW 2nd Avenue, Miami, FL 33128

## Ad Valorem Taxes

| TAXING AUTHORITY | MILLAGE | ASSESSED | EXEMPTION | TAXABLE | TAX |
|---|---|---|---|---|---|
| **Miami-Dade School Board** | | | | | |
| School Board Operating | 5.49900 | $209,000.00 | $0.00 | $209,000.00 | $1,149.29 |
| School Board Debt Service | 0.13400 | $209,000.00 | $0.00 | $209,000.00 | $28.01 |
| Voted School Operating | 1.00000 | $209,000.00 | $0.00 | $209,000.00 | $209.00 |
| **State And Other** | | | | | |
| Florida Inland Navigation District | 0.02700 | $117,128.00 | $0.00 | $117,128.00 | $3.16 |
| South Florida Water Management District | 0.09480 | $117,128.00 | $0.00 | $117,128.00 | $11.10 |
| Okeechobee Basin | 0.10260 | $117,128.00 | $0.00 | $117,128.00 | $12.02 |
| Everglades Construction Project | 0.03270 | $117,128.00 | $0.00 | $117,128.00 | $3.83 |
| Childrens Trust Authority | 0.46380 | $117,128.00 | $0.00 | $117,128.00 | $54.32 |

| Miami-Dade County | | | | | |
|---|---|---|---|---|---|
| County Wide Operating | 4.57400 | $117,128.00 | $0.00 | $117,128.00 | $535.74 |
| County Wide Debt Service | 0.41710 | $117,128.00 | $0.00 | $117,128.00 | $48.85 |
| Unincorporated Operating | 1.90900 | $117,128.00 | $0.00 | $117,128.00 | $223.60 |
| Library District | 0.28120 | $117,128.00 | $0.00 | $117,128.00 | $32.94 |
| Fire Rescue Operating | 2.39650 | $117,128.00 | $0.00 | $117,128.00 | $280.70 |
| **Total Ad Valorem Taxes** | **16.93170** | | | | **$2,592.56** |

## Non-Ad Valorem Assessments

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| GARB,TRASH,TRC,RECYCLE | @ 702.0000 | $702.00 |
| **Total Non-Ad Valorem Assessments** | | **$702.00** |

## Parcel Details

| | |
|---|---|
| **Owner:** | CITY TRUST INVESTMENTS LLC |
| **Situs:** | 28025 SW 142 CT Unincorporated County 33033-0000 |

| | |
|---|---|
| **Account** | 30-7903-013-0060 |
| **Millage code** | 3000 - UNINCORPORATED DADE COUNTY |
| **Millage rate** | 16.93170 |

| | |
|---|---|
| **Assessed value:** | $117,128 |
| **School assessed value:** | $209,000 |

| 2025 TAX AMOUNTS | |
|---|---|
| **Ad valorem:** | $2,592.56 |
| **Non-ad valorem:** | $702.00 |
| **Total Discountable:** | $3,294.56 |
| **Total tax:** | $3,294.56 |

LEGAL DESCRIPTION

SEAPINES LOT 6 BLK 1 PB 100-6 PROP INT IN & TO COMMON ELEMENTS LOT SIZE 1843 SQ FT OR 2104 ...

View More

| LOCATION | |
|---|---|
| **Range:** | 39E |
| **Township:** | 57S |
| **Section:** | 03 |
| **Block:** | 60 |
| **Use code:** | 0410 |

**Miami-Dade County Tax Collector**
200 NW 2nd Avenue, Miami, FL 33128

**Transactions cannot be cancelled after checkout**. Verify all items and information before submitting.

**Vehicle Renewals**: $3.50 service fee per item. $1.00 mailing fee added to all auto tag transactions.

**E-Check Payments**: E-checks for Property and Business Tax Payments: No Convenience Fee.

**Credit/Debit Card, Apple Pay, Google Pay, and PayPal Payments**: A convenience fee will be charged to all credit/debit card transactions.

# 2025
## Reminder Real Estate Property Taxes

Notice of Ad Valorem Tax and Non-Ad Valorem Assessments

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| FOLIO NUMBER | MUNICIPALITY | MILL CODE |
|---|---|---|
| 30-7903-013-0060 | UNINCORPORATED DADE COUNTY | 3000 |

**MAILING ADDRESS:**
CITY TRUST INVESTMENTS LLC
30332 SW 152 PL
HOMESTEAD, FL 33033

**PROPERTY ADDRESS:**
28025 SW 142 CT,
Unincorporated County,
33033-0000

**EXEMPTIONS:**

## AD VALOREM TAXES

**TAXES NOW DUE ARE THE CURRENT OWNER'S RESPONSIBILITY.**

In accordance with Florida Statute 197, if **2025** Real Estate taxes on your property are not paid prior to June 1, a **tax certificate** will be issued, which may result in loss of your property at a future date.

If you filed a VAB Petition and have met the 75% payment requirement, the amount due reflects the remaining balance. The Miami-Dade Office of The Tax Collector Dariel Fernandez reccomends you pay the remaining balance for the **2025** property taxes.

**AMOUNT DUE**

**If Paid By** May 29, 2026

**Please Pay** $3,463.40

ADDITIONAL PRIOR YEAR(S) PROPERTY TAXES OWED AND ARE NOT INCLUDED IN THIS BILL.

**POSTMARKS WILL NOT BE HONORED**

**Delinquent taxes must be paid by Cashier's Check, Money Order, or Certified Funds.**

**Save time, pay online at mdctaxcollector.gov. For information call (305) 375-5448**

**↑ RETAIN FOR YOUR RECORDS ↑**

**↓ DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT ↓**

**2025** Reminder Real Estate Property Taxes

**FOLIO NUMBER**
30-7903-013-0060

**PROPERTY ADDRESS**
28025 SW 142 CT

**LEGAL DESCRIPTION**

SEAPINES
LOT 6 BLK 1 PB 100-6
PROP INT IN & TO COMMON ELEMENTS
LOT SIZE 1843 SQ FT
OR 2104

CITY TRUST INVESTMENTS LLC
30332 SW 152 PL
HOMESTEAD, FL 33033

*1+307903013006 0+2025*

Mail your payment, in U.S. Funds from a U.S. bank, and payable to:

DARIEL FERNANDEZ
TAX COLLECTOR, MIAMI-DADE COUNTY
200 NW 2nd Avenue, Miami, FL 33128

**AMOUNT DUE IS SUBJECT TO CHANGE WITHOUT NOTICE**
**Delinquent taxes must be paid by Cashier's Check, Money Order, or Certified Funds.**
**Postmarks will not be honored for delinquent tax payments.**

**AMOUNT DUE**

**If Paid By** May 29, 2026

**Please Pay** $3,463.40

**SCAN TO PAY**

1000000000000000000307903013006020250000032945600000070008

# MIAMI-DADE HIDDEN TAXES

To: Lorium Law / 8524.003
From: Research Department
Date: 5/29/2026 Folio: 30-7903-013-0060
RE: 28025 SW 142 CT

Please be advised the Real Estate Tax years (2024-2005) are currently blocked from public viewing due to legal proceedings that are from a Litigation or Foreclosure. Pending a Litigation Result, Final Judgement on the property can result in a balance due, have a refund issued, or no changes made.

The Tax Collector's Office accepts escrow payments to allow taxpayers to obtain a release of Lis Pendens from the Office of the Property Appraiser. Effective immediately, the Tax Collector's Office will allow taxpayers to return the uncashed VAB refund checks to release the Lis Pendens and stop the accrual of interest. Taxpayers who have already cashed the VAB refund check may request a payoff amount by sending an email to the Tax Collector Paralegal Unit.

For any additional information regarding Real Estate Taxes due to Legal proceedings on a property, please contact the Paralegal unit at FINTCP@miamidade.gov or TCParalegal@mdctaxcollector.gov. Please provide the below requested information so that they may complete your request accurately.

Folio number:

Property Address (including Unit #):

Case style:

Case number:

Tax Year:

Current property owner's name:

Nature of relationship to Defendant:

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Utility

**MIAMI-DADE COUNTY SOLID WASTE**

2525 NW 62 ST, 5TH FLOOR

MIAMI, FL 33147

305-564-1630

**MIAMI-DADE COUNTY WATER & SEWER**

MIAMI DADE WATER AND SEWER DEPT PO BOX 026055

MIAMI, FL 33102

305-665-7471 or 7477

Premise Search - Google Chrome

us-ashburn-1.utilities-cloud.oracleindustry.com/c82x4h/prod/ccs/web/portal?language=ENG&type=dataExplorerPopup...

Search By: Address

Address: 28025 Sw 142ND C

City:

Postal:

Search

**No Filters Defined**

Date: 05/29/2026

REAL RES LLC
6801 PALISADES PARK CT #2
FORT MYERS, FL 33912-7127

Re: Premise ID- 8159378200 Address-28025 SW 142ND CT HOMESTEAD FL 33033-1718 - Residence

# PREMISE LOCATION CERTIFICATE

Current/Outstanding Debt

| Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|
| 7096843577 | RFT-WT | FEES AND TAXES WATER | $-44.99 | 05/22/2025 |
| 7096843577 | RFT-WW | FEES & TAXES WASTEWATER | $-32.81 | 05/22/2025 |
| 7096843577 | RSW-STRM | STORMWATER | $-62.75 | 05/22/2025 |
| 7096843577 | RWT-A | WATER RESIDENTIAL | $-1,073.03 | 05/22/2025 |
| 7096843577 | RWW-A | WASTEWATER RESIDENTIAL | $-546.84 | 05/22/2025 |
| | | Account Total: | $-1,760.42 | |
| | | Mailing ZIP: | 33033-3015 | |

For Lien additional information see comments below

| Lien Account Number | SA Type | Description | Amount | Service Through | Status | ORB/Page No. |
|---|---|---|---|---|---|---|

| Bankruptcy Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|

| Write-Off Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|
| 2747269296 | RWW-WO21 | W/O - WASTEWATER | $10.36 | |
| 2747269296 | RFT-WO01 | W/O - WATER FEES & TAXES | $1.10 | |
| 2747269296 | RFT-WO21 | W/O - WASTEWATER FEES & TAXES | $0.77 | |

| | | | | | |
|---|---|---|---|---|---|
| 2747269296 | RWT-WO39 | W/O - HYDRANT CHARGE | | $1.18 | |
| 2747269296 | RSW-WO21 | W/O - STORMWATER | | $5.93 | |
| 2747269296 | RWT-WO01 | W/O - WATER | | $6.22 | |
| | | Account Total: | | $25.56 | |
| | | Mailing ZIP: | | | |
| 3951371392 | RWW-WO21 | W/O - WASTEWATER | | $48.47 | 11/28/2018 |
| 3951371392 | RWT-WO39 | W/O - HYDRANT CHARGE | | $2.77 | 11/28/2018 |
| 3951371392 | RWT-WO01 | W/O - WATER | | $174.10 | 11/28/2018 |
| 3951371392 | RSW-WO21 | W/O - STORMWATER | | $15.67 | 11/28/2018 |
| 3951371392 | RFT-WO21 | W/O - WASTEWATER FEES & TAXES | | $2.84 | 11/28/2018 |
| 3951371392 | RFT-WO01 | W/O - WATER FEES & TAXES | | $3.75 | 11/28/2018 |
| | | Account Total: | | $247.60 | |
| | | Mailing ZIP: | | | |
| 4352417981 | RFT-WO21 | W/O - WASTEWATER FEES & TAXES | | $15.30 | 04/20/2018 |
| 4352417981 | RWW-WO21 | W/O - WASTEWATER | | $284.68 | 04/20/2018 |
| 4352417981 | RWT-WO39 | W/O - HYDRANT CHARGE | | $1.50 | 04/20/2018 |
| 4352417981 | RSW-WO21 | W/O - STORMWATER | | $19.52 | 04/20/2018 |
| 4352417981 | RFT-WO01 | W/O - WATER FEES & TAXES | | $22.33 | 04/20/2018 |
| 4352417981 | RWT-WO01 | W/O - WATER | | $84.62 | 04/20/2018 |
| | | Account Total: | | $427.95 | |
| | | Mailing ZIP: | 33035-2545 | | |
| 5038988658 | RFT-WO21 | W/O - WASTEWATER FEES & TAXES | | $6.84 | |
| 5038988658 | RWW-WO21 | W/O - WASTEWATER | | $99.81 | |
| 5038988658 | RFT-WO01 | W/O - WATER FEES & TAXES | | $7.75 | |
| 5038988658 | RWT-WO39 | W/O - HYDRANT CHARGE | | $0.47 | |
| 5038988658 | RWT-WO01 | W/O - WATER | | $6.24 | |
| 5038988658 | RSW-WO21 | W/O - STORMWATER | | $14.37 | |
| | | Account Total: | | $135.48 | |
| | | Mailing ZIP: | 32244-1740 | | |
| 8493929560 | RWW-WO21 | W/O - WASTEWATER | | $110.57 | |
| 8493929560 | RWT-WO01 | W/O - WATER | | $118.47 | |
| 8493929560 | RFT-WO01 | W/O - WATER FEES & TAXES | | $9.80 | |
| 8493929560 | RFT-WO21 | W/O - WASTEWATER FEES & TAXES | | $7.96 | |
| 8493929560 | RWT-WO39 | W/O - HYDRANT CHARGE | | $3.56 | |
| 8493929560 | RSW-WO21 | W/O - STORMWATER | | $17.80 | |
| | | Account Total: | | $268.16 | |
| | | Mailing ZIP: | | | |

| Tampering Premise Note ID# | Premise Note Created | Amount Owed |
| --- | --- | --- |

Comments:

Payment must include a copy of the Premise Location Certificate form and a check payable to:
Miami-Dade Water and Sewer Department
P.O. Box 330316
Miami, FL 33233-0316

Please Note: The amounts listed on this certificate reflect all outstanding amounts for the property as of the "Service Through" date. Charges incurred for services rendered subsequent to that date are subject to normal collection procedures and lien if applicable. Municipal charges to the above reference property may be due. This certificate applies to water and wastewater service rendered to the above referenced property. It does not include connection charges, construction charges, and any other charges which may be owed to Miami-Dade Water and Sewer Department.

The utility fees listed may include tenant account information. Pursuant to Florida Statutes, property owners are not held responsible for unpaid tenant utility accounts, unless Homestead Exemption has been claimed during the lease period.

If you have any questions regarding this matter, you may contact a Customer Service Representative at (305) 665-7477.

Sincerely,

Lourdes Luis
Unit Supervisor

Control Central Search | 28025 SW 142 CT | FedEx Ship Manager | Create sh

us-ashburn-1.utilities-cloud.oracleindustry.com/c82x4h/prod/ccs/web/cis.jsp

https://pdr.attendan... Liensys FedEx Minerva TriNet Platform Cust... Connect mdws map Imported St. Cloud - WebPer... Premise Location Ce... Main Payment - EST... All Bookmarks

**Customer Cloud Service** WASD CCSPROD | Advanced Search | XTDS(

## Control Central Search

Bookmark | Refresh

Main

### Control Central Search

Search By: Geo Type/Value

Geo Type/Value: Folio Number 3079030130060

CIS Division:

Search

Hide Filters

| Premise | Person/Account | Premise Type | Premise ID | Geographic Val |
|---|---|---|---|---|
| 28025 SW 142ND CT, HOMESTEAD, FL, 33033-1718, Residence, 8159378200 | CITY TRUST INVETMENTS LLC - Business Phone: (786) 448-2467 (MAIN CUSTOMER - Acct. 7096843577) | Residence | 8159378200 | 307903013006 |

Favorite Links

Alerts

Last Contact: 73 days ago - Lloyd,Marla

Person Is Linked To Multiple Accounts

Full Context

CITY TRUST INVETMENTS LLC - Business Phone: (786) 448-2467

CITY TRUST INVETMENTS LLC, Residential, $-1,760.42, 7096843577

28025 SW 142ND CT, HOMESTEAD, FL, 33033-1718, Residence, 8159378200

28025 SW 142ND CT, HOMESTEAD, FL, 33033-1718 / RESIDENTIAL WATER & WW / Water Service / 21211286 / Meter Read Cycle 36, 4623 / Active

21211286 / Manual Water Meter / Install Date/Time: 05-25-2021

RESearch
RESults
RESponsive

# DADE COUNTY PUBLIC WORKS & WASTE MANAGEMENT SEARCH RESULTS

Date: 5/27/2026

Address: 28025 SW 142 CT

Folio: 30-7903-013-0060

A search was done on the above-mentioned address/folio in the Dade County Public Works & Waste Management system online:

| **Items Researched:** | **Issues:** | | |
|---|---|---|---|
| Legal Actions | Yes; See attached: ________ | No: X | N/A: ________ |
| Bulky Waste | Yes; See attached: ________ | No: X | N/A: ________ |
| Enforcement Complaints | Yes; See attached: ________ | No: X | N/A: ________ |
| PWWM Account Balance | Yes; See attached: ________ | No: X | N/A: ________ |
| Remediation Liens | Yes; See attached: ________ | No: X | N/A: ________ |

Thank you,

Real Res

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Code

**MIAMI DADE CODE RESEARCH**

CREDIT & COLLECTIONS: 786-469-5200

CODE COMPLIANCE: 786-469-2900, FL

LIEN SECTION: 786-315-2777 ext. 2

**MIAMI-DADE COUNTY BUILDING CODE**

11805 SW 26 ST RM 230

Miami, FL 33175

786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

**UNINC. DADE-COU**

Miami-Dade Permitting and Inspection Center Zoning Permit Section 11805 SW 26 St (Coral Way)

Miami, FL 33175

786-315-2660

MIAMI-DADE COUNTY BUILDING CODE

CODE INFORMATION

Date: 5/29/2026

An online code search was conducted with the MIAMI-DADE COUNTY BUILDING CODE on the following address/folio and no violations were found:

Address: 28025 SW 142 CT

Folio: 30-7903-013-0060

For more information please contact the MIAMI-DADE COUNTY BUILDING CODE at:

BUILDING DEPT
11805 SW 26 ST RM 230
MIAMI FL 33175
786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

***Commercial Property Disclaimer: Please note there could be possible issues under additional addresses with the same folio. Check the invoice summary page for any issues against additional addresses found. If you would like for us to include this information please let us know in writing. Additional fees may apply.***

REALRES RESearch RESults RESponsive

MIAMI DADE CODE RESEARCH

CODE INFORMATION

Date: 5/29/2026

An online code search was conducted with the MIAMI DADE CODE RESEARCH on the following address/folio and no violations were found:

Address: 28025 SW 142 CT

Folio: 30-7903-013-0060

For more information please contact the MIAMI DADE CODE RESEARCH at:

CODE ENFORCEMENT
CREDIT & COLLECTIONS: 786-469-5200
CODE COMPLIANCE: 786-469-2900 FL
LIEN SECTION: 786-315-2777 ext. 2

***Commercial Property Disclaimer: Please note there could be possible issues under additional addresses with the same folio. Check the invoice summary page for any issues against additional addresses found. If you would like for us to include this information please let us know in writing. Additional fees may apply.***

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Permit

**MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS**

11805 SW 26 ST

Miami, FL 33175-2474

786-315-2000

REAL RES — RESearch RESults RESponsive

MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS

PERMIT INFORMATION

Date: 5/28/2026

An online permit search was conducted with the MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS on the following address/folio and no open or expired permits were found:

Address: 28025 SW 142 CT

Folio: 30-7903-013-0060

For more information please contact the MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS at:

BUILDING DEPT
11805 SW 26 ST
MIAMI FL 33175-2474
786-315-2000

***Commercial Property Disclaimer: Please note there could be possible issues under additional addresses with the same folio. Check the invoice summary page for any issues against additional addresses found. If you would like for us to include this information please let us know in writing. Additional fees may apply.***

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

Print or type
See Specific Instructions on page 2.

Name (as shown on your income tax return)
Miami-Dade County Florida

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ ______

☑ Other (see instructions) ▶ Government

Exemptions (see instructions):
Exempt payee code (if any) ______
Exemption from FATCA reporting code (if any) ______

Address (number, street, and apt. or suite no.)
111 N.W. 1 Street - Suite 2550

City, state, and ZIP code
Miami, Florida 33128

Requester's name and address (optional)

List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**
_ _ _ – _ _ – _ _ _ _

**Employer identification number**
5 9 – 6 0 0 0 5 7 3

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** | **Signature of U.S. person ▶** [signature] | **Date ▶** 12/5/13

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

# INVOICE

Phone: 877-543-6669
Email: CR@realres.com
Website: www.realres.com

6062 - Lorium Law

| | |
|---|---|
| Invoice Number: | 1502046 |
| Invoice Date: | June 9, 2026 |
| Our Order Number: | 2026-1107722 |
| Order Type: | Cancellable |

**Property:** 28091 SW 143 CT, UNINC. DADE
**Owner:** CITY TRUST INVESTMENTS LLC
**File Number:** 8524.003
**Closing Date:** 6/12/2026

**ORDER TYPE: Lien Search**

**SUMMARY OF INVOICES FOR THIS PROPERTY AS OF**

| Invoice # | Invoice Date | Type | Total $ | Status | Paid/Applied | Unpaid Balance |
|---|---|---|---|---|---|---|
| 1502046 | 6/9/2026 | Lien Search | $197.00 | Open | $0.00 | $197.00 |
| | | Total All invoices: | $197.00 | | **Total Open Invoices:** | **$197.00** |

Properties annexed prior to 5 years will be searched at current municipality. Zoning letters and tangible tax searches are done upon request only. Fees may be due to resolve issues mentioned, and balances may not be correct on day of closing. All information obtained from the Municipalities is believed to be true and correct but not warranted.

* Rush orders are non-cancellable
* Commerical orders are non-cancellable
* Bulk orders (10 or more) are non-cancellable
* Non-Florida estoppel orders are non-cancellable

* Florida estoppel orders are cancellable per Florida Statute, if the Cancellation of Contract is provided to Real Res and dated within 30 days of the original contract closing date.

**DIRECT ALL INVOICE INQUIRIES TO:** Accounting Department: 877-543-6669

**MAKE ALL CHECKS PAYABLE TO: Real Res**

Real Res PO Box 100010, Atlanta, GA 30348-0010

* Residential (lien & estoppel) collection charge policy - $25.00 per order closed and not paid on or before 30 days past closing date of file.

REAL RES

6801 Palisades Park Court Suite 2Fort Myers, FL 33912

| | | | |
|---|---|---|---|
| DATE: | 6/9/2026 | CLIENT ID: | 6062 - Lorium Law |
| INVOICE: | 1502046 | ATTN: | LINDSEY ROUSE |
| | | FILE#: | 8524.003 |

**PROPERTY INFORMATION**

| | | | |
|---|---|---|---|
| Address Given: | 28091 SW 143 CT | | |
| Folio: | 30-7903-013-1790 | Owner(s): | CITY TRUST INVESTMENTS LLC |
| City/County: | UNINC. DADE / DADE | Buyer(s): | BAAD HOMES LLC |

ORDER TYPE: Lien Search

## ☑ PROPERTY TAXES

Real Estate Taxes: Delinquent taxes included (2025).

Real Estate Taxes: See attached memo.

Contact: MIAMI-DADE COUNTY TAX COLLECTOR

## ☐ MUNICIPAL LIENS/ASSESSMENT

None due at this time

## ☑ UTILITY DEPARTMENTS

Balance: $53.34+; $35.00 w.o; $88.83 w/o.
As of: 5/29/2026
Service(s): Water/Sewer/Stormwater
Ledger: Not Available
This service provider has the ability to lien against unpaid bills.
Contact: MIAMI-DADE COUNTY WATER & SEWER
305-665-7471 or 7477

---

Balance: $1,357.15+.
As of: 6/9/2026
Service(s): Garbage
Ledger: Not Available
This service provider has the ability to lien against unpaid bills.
Contact: MIAMI-DADE COUNTY SOLID WASTE
305-564-1630

---

MDWS reports accounts by address only. Balances will not be listed for addresses not included in your order submission. Please report any addresses you would like researched. Garbage Included on the Tax Bill.

## ☑ CODE ENFORCEMENT

2025 - T130376 - w/ fine; see attached.

Contact: MIAMI DADE CODE RESEARCH

## ☐ PERMIT ISSUES

None found at this time

**ADDITIONAL COMMENTS:**

Please be advised Miami Dade County Water and Sewer reports there could be illegal water usage on properties but they are unable to provide balances until a new account is opened. Please note this lien search company is unable to provide this information. Please note Miami Dade Water and Sewer bills quarterly for utilities so there will be utility usage that has not yet been billed for. Please note Certificate of Use has not been applied for. Please note: for Lot Clearing and Minimum Housing Code with Dade County Dept of Economic Resources- FKA the Team Metro letter, this is now an optional letter we offer for $50 in an informal format with a 5-7 business day turnaround, OR we also offer the certified formal letter for $250 for a 20 business day turnaround time. Please let us know in writing if you would like either of these options. Please note the above or attached balance(s) is not a final payoff. For accurate payoff information, we recommend you contacting the provider on the date of closing for updated balances.

This report includes the results of an examination of records made public by the county/city authorities. We are not responsible for errors or omissions made by the city/county on information received in this report. This report is specific to pending and/or unrecorded liens for the subject property only and does not constitute a title search. Should the title company wish to receive a payoff on any liens found resulting from a title abstract, please advise our office in writing to request the payoff.

6801 Palisades Park Ct, Suite F2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

## CONTACT INFORMATION FOR INVOICE

**MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS**

11805 SW 26 ST

Miami, FL 33175-2474

786-315-2000

**MIAMI DADE CODE RESEARCH**

CREDIT & COLLECTIONS: 786-469-5200

CODE COMPLIANCE: 786-469-2900, FL

LIEN SECTION: 786-315-2777 ext. 2

**MIAMI-DADE COUNTY BUILDING CODE**

11805 SW 26 ST RM 230

Miami, FL 33175

786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

**MIAMI-DADE COUNTY SOLID WASTE**

2525 NW 62 ST, 5TH FLOOR

MIAMI, FL 33147

305-564-1630

**MIAMI-DADE COUNTY TAX COLLECTOR**

200 NW 2ND AVE

Miami, FL 33128

305-270-4916 / 305-375-5998 OR 3378

**MIAMI-DADE COUNTY WATER & SEWER**

MIAMI DADE WATER AND SEWER DEPT PO BOX 026055

MIAMI, FL 33102

305-665-7471 or 7477

**UNINC. DADE-COU**

Miami-Dade Permitting and Inspection Center Zoning Permit Section 11805 SW 26 St (Coral Way)

Miami, FL 33175

786-315-2660

This report includes the results of an examination of records made public by the county/city authorities at the above requested property. This report is specific to pending and/or unrecorded liens for the subject property only and does not constitute a title search. Properties annexed prior to 5 years will be searched at the current municipality. Zoning letters and tangible tax searches are done upon request only. We are not responsible for errors or omissions made by the city/county and all information obtained from the city/county is believed to be true and correct but not warranted. Please review all enclosed documents and forward any questions to our office.

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Tax

**MIAMI-DADE COUNTY TAX COLLECTOR**

200 NW 2ND AVE

Miami, FL 33128

305-270-4916 / 305-375-5998 OR 3378

Search > Account Summary

# Real Estate Account #30-7903-013-1790

**Owner:**
CITI TRUST INVESTMENT INC

**Situs:**
28091 SW 143 CT
Unincorporated County 33033-0000

Parcel details
Property Appraiser

## Enroll In Paperless

Sign up

## Amount Due

**MIAMI-DADE COUNTY TAX COLLECTOR** **Notice of Ad Valorem Taxes and Non-ad Valorem Assessments**

| BILL | AMOUNT DUE | |
|---|---|---|
| 2025 Annual Bill | $3,875.46 | Print (PDF) |

**Some Amounts Not Payable Online**
**Total Amount Payable Online: $0.00**
**Not Payable Online: $3,875.46**

## Account History

| BILL | AMOUNT DUE | STATUS | ACTION |
|---|---|---|---|
| 2025 Annual Bill | $3,875.46 | **Unpaid** Not payable online | Print (PDF) |
| **2024 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2023 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2022 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2021 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2020 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2019 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2018 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2017 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2016 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2015 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2014 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2013 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2012 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2011 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2010 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2009 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2008 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2007 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2006 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2005 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |

**Transactions cannot be cancelled after checkout**. Verify all items and information before submitting.

Search > Account Summary > Bill Details

# Real Estate Account #30-7903-013-1790

**Owner:**
CITI TRUST INVESTMENT INC

**Situs:**
28091 SW 143 CT
Unincorporated County 33033-0000

Parcel details
Property Appraiser

## Enroll In Paperless

Sign up

## 2025 Annual Bill

**MIAMI-DADE COUNTY TAX COLLECTOR** — **Notice of Ad Valorem Taxes and Non-ad Valorem Assessments**

| BILL | ESCROW CODE | MILLAGE CODE | AMOUNT DUE | |
|---|---|---|---|---|
| 2025 Annual Bill | — | 3000 | $3,875.46 | Print (PDF) |

| | | | |
|---|---|---|---|
| **If received by:** | Jun 30, 2026 | Jul 31, 2026 | Aug 31, 2026 |
| **Please pay:** | $3,875.46 | $3,875.46 | $3,875.46 |

Combined taxes and assessments: $3,294.56

**Amounts due subject to change without notice.**

Mail your payment, in U.S. funds from a

U.S. bank, and payable to:

DARIEL FERNANDEZ,

TAX COLLECTOR, MIAMI-DADE COUNTY

200 NW 2nd Avenue, Miami, FL 33128

## Ad Valorem Taxes

| TAXING AUTHORITY | MILLAGE | ASSESSED | EXEMPTION | TAXABLE | TAX |
|---|---|---|---|---|---|
| **Miami-Dade School Board** | | | | | |
| School Board Operating | 5.49900 | $209,000.00 | $0.00 | $209,000.00 | $1,149.29 |
| School Board Debt Service | 0.13400 | $209,000.00 | $0.00 | $209,000.00 | $28.01 |
| Voted School Operating | 1.00000 | $209,000.00 | $0.00 | $209,000.00 | $209.00 |
| **State And Other** | | | | | |
| Florida Inland Navigation District | 0.02700 | $117,128.00 | $0.00 | $117,128.00 | $3.16 |
| South Florida Water Management District | 0.09480 | $117,128.00 | $0.00 | $117,128.00 | $11.10 |
| Okeechobee Basin | 0.10260 | $117,128.00 | $0.00 | $117,128.00 | $12.02 |
| Everglades Construction Project | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

| | | | | | |
|---|---|---|---|---|---|
| Everglades Construction Project | 0.03270 | $117,128.00 | $0.00 | $117,128.00 | $3.83 |
| Childrens Trust Authority | 0.46380 | $117,128.00 | $0.00 | $117,128.00 | $54.32 |
| **Miami-Dade County** | | | | | |
| County Wide Operating | 4.57400 | $117,128.00 | $0.00 | $117,128.00 | $535.74 |
| County Wide Debt Service | 0.41710 | $117,128.00 | $0.00 | $117,128.00 | $48.85 |
| Unincorporated Operating | 1.90900 | $117,128.00 | $0.00 | $117,128.00 | $223.60 |
| Library District | 0.28120 | $117,128.00 | $0.00 | $117,128.00 | $32.94 |
| Fire Rescue Operating | 2.39650 | $117,128.00 | $0.00 | $117,128.00 | $280.70 |
| **Total Ad Valorem Taxes** | **16.93170** | | | | **$2,592.56** |

## Non-Ad Valorem Assessments

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| GARB,TRASH,TRC,RECYCLE | @ 702.0000 | $702.00 |
| **Total Non-Ad Valorem Assessments** | | **$702.00** |

## Parcel Details

| | |
|---|---|
| **Owner:** | CITI TRUST INVESTMENT INC |
| **Situs:** | 28091 SW 143 CT Unincorporated County 33033-0000 |

| | |
|---|---|
| **Account** | 30-7903-013-1790 |
| **Millage code** | 3000 - UNINCORPORATED DADE COUNTY |
| **Millage rate** | 16.93170 |

| | |
|---|---|
| **Assessed value:** | $117,128 |
| **School assessed value:** | $209,000 |

| 2025 TAX AMOUNTS | |
|---|---|
| **Ad valorem:** | $2,592.56 |
| **Non-ad valorem:** | $702.00 |
| **Total Discountable:** | $3,294.56 |
| **Total tax:** | $3,294.56 |

**LEGAL DESCRIPTION**

SEAPINES LOT 25 BLK 8 PB 100-6 PROP INT IN & TO COMMON ELEMENTS LOT SIZE 1843 SQ FT OR 209 ...

View More

| LOCATION | |
|---|---|
| **Range:** | 39E |
| **Township:** | 57S |
| **Section:** | 03 |
| **Block:** | 90 |
| **Use code:** | 0410 |

**Miami-Dade County Tax Collector**
200 NW 2nd Avenue, Miami, FL 33128

**Transactions cannot be cancelled after checkout**. Verify all items and information before submitting.

**Vehicle Renewals**: $3.50 service fee per item. $1.00 mailing fee added to all auto tag transactions.

**E-Check Payments**: E-checks for Property and Business Tax Payments: No Convenience Fee.

**Credit/Debit Card, Apple Pay, Google Pay, and PayPal Payments**: A convenience fee will be charged to all credit/debit card transactions.

# 2025
## Delinquent Real Estate Property Taxes

ADDITIONAL PRIOR YEAR(S) PROPERTY TAXES OWED AND ARE NOT INCLUDED IN THIS BILL.

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| FOLIO NUMBER | MUNICIPALITY | MILL CODE |
|---|---|---|
| 30-7903-013-1790 | UNINCORPORATED DADE COUNTY | 3000 |

**MAILING ADDRESS:**
CITI TRUST INVESTMENT INC
30332 SW 152 PL
HOMESTEAD, FL 33033

**PROPERTY ADDRESS:**
28091 SW 143 CT,
Unincorporated County,
33033-0000

**EXEMPTIONS:**

## BILL DETAILS

| DESCRIPTION | AMOUNT |
|---|---|
| Tax Due | 3,294.56 |
| Advertisement Fee | 35.00 |
| Auction Listing Fee | 35.00 |
| Tax Coll. Comm. | 172.14 |
| Cert. Redemption Fee | 6.25 |
| Certificate Interest | 184.25 |
| Delinquency Interest | 148.26 |

**AMOUNT DUE IS SUBJECT TO CHANGE WITHOUT NOTICE**
**Delinquent taxes must be paid by Cashier's Check, Money Order, or Certified Funds.**
**Postmarks will not be honored for delinquent tax payments.**

Amount Due
$3,875.46

## AMOUNT IF PAID BY (pay only one amount)

| | If Received By / Please Pay | Jun 30, 2026 | Jul 31, 2026 | Aug 31, 2026 |
|---|---|---|---|---|
| | | $3,875.46 | $3,875.46 | $3,875.46 |

**Save time, pay online at mdctaxcollector.gov. For information call (305) 375-5448**

**↑ RETAIN FOR YOUR RECORDS ↑**

**↓ DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT ↓**

**2025** Delinquent Real Estate Property Taxes

**FOLIO NUMBER**
30-7903-013-1790
**PROPERTY ADDRESS**
28091 SW 143 CT

**LEGAL DESCRIPTION**
SEAPINES
LOT 25 BLK 8 PB 100-6
PROP INT IN & TO COMMON ELEMENTS
LOT SIZE 1843 SQ FT
OR 209

CITI TRUST INVESTMENT INC
30332 SW 152 PL
HOMESTEAD, FL 33033

* 1 + 3 0 7 9 0 3 0 1 3 1 7 9 0 + 2 0 2 5 *

Mail your payment, in U.S. Funds from a U.S. bank, and payable to:
DARIEL FERNANDEZ
TAX COLLECTOR, MIAMI-DADE COUNTY
200 NW 2nd Avenue, Miami, FL 33128

**AMOUNT DUE IS SUBJECT TO CHANGE WITHOUT NOTICE**
**Delinquent taxes must be paid by Cashier's Check, Money Order, or Certified Funds.**
**Postmarks will not be honored for delinquent tax payments.**

**SCAN TO PAY**

**PAY ONLY ONE AMOUNT**

| If Received By | Please Pay |
|---|---|
| Jun 30, 2026 | $3,875.46 |
| Jul 31, 2026 | $3,875.46 |
| Aug 31, 2026 | $3,875.46 |

1000000000000000000307903013179020250000032945600000070009

REAL RES

RESearch
RESults
RESponsive

# MIAMI-DADE HIDDEN TAXES

To: Lorium Law / 8524.003
From: Research Department
Date: 5/28/2026 Folio: 30-7903-013-1790
RE: 28091 SW 143 CT

Please be advised the Real Estate Tax years (2005-2024) are currently blocked from public viewing due to legal proceedings that are from a Litigation or Foreclosure. Pending a Litigation Result, Final Judgement on the property can result in a balance due, have a refund issued, or no changes made.

The Tax Collector's Office accepts escrow payments to allow taxpayers to obtain a release of Lis Pendens from the Office of the Property Appraiser. Effective immediately, the Tax Collector's Office will allow taxpayers to return the uncashed VAB refund checks to release the Lis Pendens and stop the accrual of interest. Taxpayers who have already cashed the VAB refund check may request a payoff amount by sending an email to the Tax Collector Paralegal Unit.

For any additional information regarding Real Estate Taxes due to Legal proceedings on a property, please contact the Paralegal unit at FINTCP@miamidade.gov or TCParalegal@mdctaxcollector.gov. Please provide the below requested information so that they may complete your request accurately.

Folio number:

Property Address (including Unit #):

Case style:

Case number:

Tax Year:

Current property owner's name:

Nature of relationship to Defendant:

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Utility

**MIAMI-DADE COUNTY SOLID WASTE**

2525 NW 62 ST, 5TH FLOOR

MIAMI, FL 33147

305-564-1630

**MIAMI-DADE COUNTY WATER & SEWER**

MIAMI DADE WATER AND SEWER DEPT PO BOX 026055

MIAMI, FL 33102

305-665-7471 or 7477

Date: 05/29/2026

REAL RES LLC
6801 PALISADES PARK CT #2
FORT MYERS, FL 33912-7127

Re: Premise ID-0018028200 Address-28091 SW 143RD CT HOMESTEAD FL 33033-1703 - Residence

# PREMISE LOCATION CERTIFICATE

Current/Outstanding Debt

| Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|
| 6361338724 | RWW-A | WASTEWATER RESIDENTIAL | $3.36 | 05/14/2024 |
| 6361338724 | RFT-WW | FEES & TAXES WASTEWATER | $0.20 | 05/14/2024 |
| 6361338724 | RFT-WT | FEES AND TAXES WATER | $0.32 | 05/14/2024 |
| 6361338724 | RWT-A | WATER RESIDENTIAL | $47.32 | 05/14/2024 |
| 6361338724 | RSW-STRM | STORMWATER | $2.14 | 05/14/2024 |
| | | Account Total: | $53.34 | |
| | | Mailing ZIP: | | |

For Lien additional information see comments below

| Lien Account Number | SA Type | Description | Amount | Service Through | Status | ORB/Page No. |
|---|---|---|---|---|---|---|

| Bankruptcy Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|

| Write-Off Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|
| 2558453148 | RWW-WO21 | W/O - WASTEWATER | $14.05 | 11/22/2017 |
| 2558453148 | RFT-WO01 | W/O - WATER FEES & TAXES | $5.02 | 11/22/2017 |
| 2558453148 | RSW-WO21 | W/O - STORMWATER | $12.00 | 11/22/2017 |
| 2558453148 | RFT-WO21 | W/O - WASTEWATER FEES & TAXES | $3.93 | 11/22/2017 |

| | | | | |
|---|---|---|---|---|
| | | Account Total: | $35.00 | |
| | | Mailing ZIP: | | |
| 5797807820 | RFT-WO21 | W/O - WASTEWATER FEES & TAXES | $1.62 | 11/02/2016 |
| 5797807820 | RWT-WO01 | W/O - WATER | $12.69 | 11/02/2016 |
| 5797807820 | RFT-WO01 | W/O - WATER FEES & TAXES | $1.98 | 11/02/2016 |
| 5797807820 | RWW-WO21 | W/O - WASTEWATER | $23.07 | 11/02/2016 |
| 5797807820 | RSW-WO21 | W/O - STORMWATER | $47.57 | 11/02/2016 |
| 5797807820 | RWT-WO39 | W/O - HYDRANT CHARGE | $1.90 | 11/02/2016 |
| | | Account Total: | $88.83 | |
| | | Mailing ZIP: | 33170-3147 | |

| Tampering Premise Note ID# | Premise Note Created | Amount Owed |
|---|---|---|

Comments:

Payment must include a copy of the Premise Location Certificate form and a check payable to:
Miami-Dade Water and Sewer Department
P.O. Box 330316
Miami, FL 33233-0316

Please Note: The amounts listed on this certificate reflect all outstanding amounts for the property as of the "Service Through" date. Charges incurred for services rendered subsequent to that date are subject to normal collection procedures and lien if applicable. Municipal charges to the above reference property may be due. This certificate applies to water and wastewater service rendered to the above referenced property. It does not include connection charges, construction charges, and any other charges which may be owed to Miami-Dade Water and Sewer Department.

The utility fees listed may include tenant account information. Pursuant to Florida Statutes, property owners are not held responsible for unpaid tenant utility accounts, unless Homestead Exemption has been claimed during the lease period.

If you have any questions regarding this matter, you may contact a Customer Service Representative at (305) 665-7477.

Sincerely,

Lourdes Luis
Unit Supervisor

REAL RES
RESearch
RESults
RESponsive

# DADE COUNTY PUBLIC WORKS & WASTE MANAGEMENT SEARCH RESULTS

Date: 5/27/2026

Address: 28091 SW 143 CT

Folio: 30-7903-013-1790

A search was done on the above-mentioned address/folio in the Dade County Public Works & Waste Management system online:

| Items Researched: | Issues: | | |
|---|---|---|---|
| Legal Actions | Yes; See attached: | No: X | N/A: |
| Bulky Waste | Yes; See attached: | No: X | N/A: |
| Enforcement Complaints | Yes; See attached: | No: X | N/A: |
| PWWM Account Balance | Yes; See attached: | No: X | N/A: |
| Remediation Liens | Yes; See attached: | No: X | N/A: |

Thank you,

Real Res

# Waste Fee Certification Request

**Mail completed request and a check or money order for $60.00 payable to:**
**Miami Dade Solid Waste Management**
**2525 Northwest 62nd Street 5th Floor Miami, Florida 33147**
**(SUBMIT WITH SELF-ADDRESSED STAMPED ENVELOPE)**
**Certifications will not be faxed.**

| | | | |
|---|---|---|---|
| Property Address: | 28091 SW 143RD CT | Folio: | 30-7903-013-1790 |
| Property owner: | CITY TRUST INVESTMENTS LLC | Plat book: | Page: |
| Legal Description: | | | |
| Requested by: Company Name | REAL RES | File Number: | Phone: |

↓ **OFFICE USE ONLY: DEPARTMENT OF SOLID WASTE MANAGEMENT** ↓

| | |
|---|---|
| 1. **SWM Account Number (If Applicable):** 12032027 | 2 **Not Serviced by Dade County (Reason If Necessary)** |

3. **Current Waste Fees are included with Property Tax for the period of 10-01-25 TO 09-30-26**

4. **PAYABLE TO THE MIAMI-DADE DEPARTMENT OF SOLID WASTE MANAGEMENT**

| Amount: | Date of Service: | Service: |
|---|---|---|
| $ 1,356.58 | | PARCEL# 25-00195 H |
| $ | | |
| $ | | |
| $ | | |
| $ | | |
| $ | | |

Total $ 1,356.58

*Amount due is valid if paid within 30 days (with the exception of bulky fees) *.*
*After 30 days, please submit another Waste Fee Certification Request.*

*** If Bulky Waste is collected by the Department within 30 days of closing, or if there is any Bulky Waste at the curbside at the time of closing, please call (305) 594-1630 to verify that no charges are pending for this bulky waste.**

5. **JUDGMENTS PAYABLE TO THE SPECIAL MASTER** (Call Special Master below for payoff)
*******RECORDED JUDGMENTS OVERIDES THIS REQUEST*******

**NONE X**

| Phone #: | Special Master: | Parcel #: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

6. **CITATIONS FOR SOLID WASTE CODE *VIOLATIONS***

**If Box is marked "YES" SEE ATTACHED FORM**

**YES** **NO X**

**TOTAL AMOUNT DUE SUBJECT TO CLEARANCE OF ALL CHECKS AND DRAFTS RECEIVED**
**Any charges noted in items 3,4,5, & 6 should be paid directly to the agency or person noted**
---------- STEPHANIE SEYMOUR -------- 06-03-2026
**STEPHANIE SEYMOUR**

Waste fees that are not included on the tax roll are billed directly by the Department of Solid Waste Management. When certification of waste fees is requested, the property is researched to verify that all fees have been properly assessed.

| | |
|---|---|
| ACCOUNT_NO: | 12032027 |
| PROPERTY_ADDRESS: | 28091 SW 143 CT MIAMI FL 330331703 |
| FOLIO_NUMBER: | 3079030131790 |
| OWNER: | CITI TRUST INVESTMENT INC |
| OWNER_PHONE: | |
| OCCUPANT_NAME: | |
| OCCUPANT_PHONE: | 0 |
| SERVICE_DATE: | 3/23/1994 5:00:00 AM |
| LEGAL_DESC: | SEAPINES |
| MAILING_ADDRESS: | 30332 SW 152 PL HOMESTEAD FL 33033 |
| LAND_USE_CODE: | 10 |
| TAX_UNITS: | 1 |
| WASTE_UNITS: | 1 |
| ACCOUNT_STATUS: | ACTIVE |
| CREATION_DATE: | 1987-08-05 |
| ACCOUNT_PROCESS_TYPE: | HH-HOUSEHOLD |
| WCS_ACC_TYPE_DATE: | 1994-06-10 |
| PICKUP_DAYS: | MON AND THU |
| GARBAGE_ROUTE: | 7108 |
| BULKY_BOOK: | 19 |
| TOTAL_UNPAID_BULKY_AMOUNT: | 0 |
| TOTAL_DELINQUENT_AMOUNT: | 0 |
| TOTAL_JUDGEMENT_AMOUNT: | 1188.83 |
| WCS_ACC_HANDICAP: | |
| BILLING_STATUS: | T-BILLED VIA PROPERTY TAX |
| FREE_BULKY_YARDAGE: | 50 |
| FREE_BULKY_TRIPS: | 2 |
| OUT_OF_SERVICE_AREA: | N |
| LAST_BILL_DATE: | 1996-02-01 |
| PRIOR_YEAR_UNPAID_AMOUNT: | 0 |
| PRIOR_YEAR_SERV_TAX_AMOUNT: | 0 |
| PRIOR_YEAR_PENALTY_AMOUNT: | 0 |
| PRIOR_PENALTY_DATE: | |
| MONTH_DELINQUENT_AMOUNT: | 0 |
| CURRENT_PENALTY_AMOUNT: | 0 |
| PENALTY_DATE: | |
| CURRENT_SERV_TAX_AMOUNT: | 0 |
| CURRENT_FEE_AMOUNT: | 0 |
| BAD_CHECK_FEE_AMOUNT: | 0 |
| AMOUNT_PAID: | 0 |
| CREDIT_BALANCE_AMOUNT: | 0 |
| TOTAL_AMOUNT_DUE: | 1188.83 |
| SERVICE_ITEM_CODE: | UH |
| DISTRICT: | 9 |
| ObjectId: | 195863 |
| GlobalID: | 075f2d6c-f5a6-43a9-b1cb-5c88291ed419 |

| | |
|---|---|
| ACCOUNT_NO: | 12032027 |
| PROPERTY_ADDRESS: | 28091 SW 143 CT MIAMI FL 330331703 |
| FOLIO_NUMBER: | 3079030131790 |
| OWNER: | CITI TRUST INVESTMENT INC |
| OWNER_PHONE: | 0 |
| PARCEL_NUMBER: | 24 00235 |
| PARCEL_TYPE: | H-Household |
| PARCEL_DATE: | 2/20/1996 12:00:00 AM |
| BULKY_NUMBER: | |
| ATTORNEY_FEES: | 0.0 |
| FILING_FEES: | 0.0 |
| JUDGEMENT_FEES: | 0.0 |
| MASTER_FEES: | 0.0 |
| INTEREST_FEES: | 0.0 |
| TOTAL_FEES: | 0.0 |
| ObjectId: | 9266 |
| GlobalID: | e92d8ba8-396d-4bdd-81f9-ff937912c279 |

---

| | |
|---|---|
| ACCOUNT_NO: | 12032027 |
| PROPERTY_ADDRESS: | 28091 SW 143 CT MIAMI FL 330331703 |
| FOLIO_NUMBER: | 3079030131790 |
| OWNER: | CITI TRUST INVESTMENT INC |
| OWNER_PHONE: | 0 |
| PARCEL_NUMBER: | 25 00195 |
| PARCEL_TYPE: | H-Household |
| PARCEL_DATE: | 10/18/1996 12:00:00 AM |
| BULKY_NUMBER: | |
| ATTORNEY_FEES: | 25.63 |
| FILING_FEES: | 65.55 |
| JUDGEMENT_FEES: | 256.32 |
| MASTER_FEES: | 0.0 |
| INTEREST_FEES: | 841.33 |
| TOTAL_FEES: | 1188.83 |
| ObjectId: | 9272 |
| GlobalID: | 2fc4df7e-6da6-4cf3-b90f-8b7943983cbc |

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Code

**MIAMI DADE CODE RESEARCH**

CREDIT & COLLECTIONS: 786-469-5200

CODE COMPLIANCE: 786-469-2900, FL

LIEN SECTION: 786-315-2777 ext. 2

**MIAMI-DADE COUNTY BUILDING CODE**

11805 SW 26 ST RM 230

Miami, FL 33175

786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

**UNINC. DADE-COU**

Miami-Dade Permitting and Inspection Center Zoning Permit Section 11805 SW 26 St (Coral Way)

Miami, FL 33175

786-315-2660

RESearch
RESults
RESponsive

MIAMI-DADE COUNTY BUILDING CODE

CODE INFORMATION

Date: 5/29/2026

An online code search was conducted with the MIAMI-DADE COUNTY BUILDING CODE on the following address/folio and no violations were found:

Address: 28091 SW 143 CT

Folio: 30-7903-013-1790

For more information please contact the MIAMI-DADE COUNTY BUILDING CODE at:

BUILDING DEPT
11805 SW 26 ST RM 230
MIAMI FL 33175
786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

***Commercial Property Disclaimer: Please note there could be possible issues under additional addresses with the same folio. Check the invoice summary page for any issues against additional addresses found. If you would like for us to include this information please let us know in writing. Additional fees may apply.***

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# CODE SEARCH REPORT

| | |
|---|---|
| TO: | LINDSEY ROUSE |
| FROM: | George LP |
| DATE: | 5/27/2026 |
| ADDRESS: | 28091 SW 143 CT |
| FOLIO: | 30-7903-013-1790 |

An online search was conducted with the Miami Dade Code Research on the above address / folio and 1 issue has been found:

| | |
|---|---|
| 2025 - T130376 | w/ fine; see attached. |

For information on how to have this issue closed (fees and inspections may apply), call the Miami Dade Code Research at:

CREDIT & COLLECTIONS: 786-469-5200
CODE COMPLIANCE: 786-469-2900, FL
LIEN SECTION: 786-315-2777 ext. 2

***Commercial Property Disclaimer: Please note there could be possible code or permit issues under additional addresses with the same folio.Check the invoice summary page for any confirmed additional addresses that were not included in this invoice.If you would like for us to include this information please let us know in writing.Additional fees may apply.***

**CITATION INFORMATION**

**Citation No.:** 2025 - T130376
**Issue Date:** 6/25/2025
**Status:** ** OPEN **
**Total Due:** $10,000.00

**Violator:** POLONIO LLC C/O CENTANARO, FRANCO (REG A **Folio:** 30-7903-013-1790

**Mailing Address:** 1545 SALERNO CIRCLE **City:** WESTON **State:** FL **Zip:** 33327

**Code Section:** 17A-19

**Description:** FAILURE TO REGISTER DWELLING SUBJECT TO FORECLOSURE

**Issuing Department:** 656 RER-COMPLIANCE PROJECTS COORDINATIOR UNIT (786) 315-2552

**VIOLATION INFORMATION**

| | | | |
|---|---|---|---|
| **Violation Date:** | 6/25/2025 | **Repeat Violation:** | REPEAT VIOLA |
| **Violation Time:** | 01:02 P M | **Comply Due Date:** | 7/15/2025 |
| **Violation Location:** | 28091 SW 143 CT | **Complied Date:** | |
| **Inspector:** | 548 VALDES-ROJAS, MAIRA | **Appeal Filed:** | |
| **Serve Method:** | POSTED | **Appeal Due Date:** | 7/15/2025 |
| **Serve Date:** | | **Lien Placed:** | |
| **Penalty Must be Paid by:** | 7/25/2025 | **Lien Satisfied:** | |

**PARTIES**

| Name | Type | Address |
|---|---|---|
| POLONIO LLC C/O CENTANARO, FRANCO (REG A | VIOLATOR | 1545 SALERNO CIRCLE<br>WESTON FL 33327 |

Microsoft | Query: dat | Query: dat | Query: dat | Query: dat | Query: dat | Connect | Certificate | Query: Ce | Official Re | Miami-Da | Address | | Miami Zo

gis-mdc.opendata.arcgis.com/datasets/1952228619b0463cb6f9f7dc839bff88_0/explore?location=25.619984%2C-80.341626%2C10&showTable=true

WEB | PA PAGES | Training | TriNet | LienSys | Minerva | ANNEX PB | Broward Annex | List of municipalitie... | Property Use Codes.... | vcpa.vcgov.org/files... | CDD | Minerva Other | Tax Codes

Open Data Hub

## Filters

Certificates of Use Issued by Miami-Dade County - Jan 2003 to present

Filters | Styling

Filter as map moves

FOLIO

3079030131790

No results

Select attribute filters (29)

- CERTIFICATE_NUMBER — Values: 2,000
- ISSUED_DATE — 1/13/2003 to 5/22/2026
- PROCESS_NUM — Values: 2,000
- APPLICATION_TYPE — Values: 4
- CERTIFCATE_TYPE — Values: 2
- FOLIO — Values: 2,000
- ZONING

Showing rows: 25 of 146,123

Close Table

| CERTIFICATE_NUMBER | ISSUED_DATE | PROCESS_NUM | APPLICATION_TYPE | CERTIFCATE_TYPE | FOLIO | ZONING | CORP_NAME | DBA |
|---|---|---|---|---|---|---|---|---|
| 2003027039 | 1/15/2003, 12:00 AM | U2003005356 | PERMANENT | LAND | 3030150010500 | IU3 | ALL-AIR CONTRACTOR,INC. | ALL-AIR CONTRA |
| 2003037244 | 2/21/2003, 12:00 AM | U2003005357 | PERMANENT | LAND | 3030340030010 | IU2 | MERCURY MAILING SERVICE... | MERCURY MAILI |
| 2003027656 | 1/16/2003, 12:00 AM | U2003005358 | PERMANENT | LAND | 3030260130110 | IU1 | VIVIANA LUPKA ADVRT. GR... | VIVIANA LUPKA A |
| 2003031178 | 1/30/2003, 12:00 AM | U2003005359 | PERMANENT | LAND | 3011360000066 | BU1A | MULTIETHIC BAIL BOND & T... | MULTIETHIC BAIL |
| U2003005360 | | U2003005360 | PERMANENT | LAND | 3020240150140 | IUC | CHI ALARMS,INC. | CHI ALARMS,INC |
| 2003030801 | 1/29/2003, 12:00 AM | U2003005361 | PERMANENT | LAND | 3030230010060 | IU2 | ADVANCED LOGISTICS,INC. | ADVANCED LOG |
| U2003005362 | | U2003005362 | PERMANENT | LAND | 3050320001462 | BU-3 | D.R.H. INVESTMENT,INC. | AAMCO TRANSM |
| 2003035803 | 2/18/2003, 12:00 AM | U2003005363 | PERMANENT | LAND | 3030260040010 | BU3 | FEGA XPRESS CORPORATION | FEGA XPRESS CC |
| 2003027009 | 1/15/2003, 12:00 AM | U2003005364 | PERMANENT | LAND | 3030340110010 | IU2 | VIDEOLAB, INC | VIDEOLAB, INC |
| 2003026421 | 1/13/2003, 12:00 AM | U2003005365 | PERMANENT | LAND | 3030340040060 | IU2 | PROF.ENGINEERING & INSP. ... | PROF.ENGINEERI |
| 2003028361 | 1/21/2003, 12:00 AM | U2003005366 | PERMANENT | LAND | 3030260000017 | IU2 | POMERANTE STAFFING SER... | POMERANTE STA |
| 2003040975 | 3/5/2003, 12:00 AM | U2003005367 | PERMANENT | LAND | 3012320260010 | IU2 | COMPREHENSIVE CARE PR... | COMPREHENSIV |
| 2003026249 | 1/13/2003, 12:00 AM | U2003005368 | PERMANENT | LAND | 3030270310010 | BU1A | COASTLINE BUILDING SERVI... | COASTLINE BUIL |
| 2003027136 | 7/9/2007, 12:00 AM | U2003005369 | RENEWABLE | LAND | 3020020200720 | BU | RADIANT FIRE SYSTEMS CORP. | RADIANT FIRE SY |
| 2003029929 | 1/24/2003, 12:00 AM | U2003005370 | PERMANENT | LAND | 3021180070080 | IUC | AMER.TRUST TITLE INS. AGN... | AMER.TRUST TITL |
| 2003030425 | 1/28/2003, 12:00 AM | U2003005371 | PERMANENT | LAND | 3060060030261 | RU4M | CUTLER CLUB APTS. | CUTLER CLUB AF |
| 2003030426 | 1/28/2003, 12:00 AM | U2003005373 | PERMANENT | LAND | 3060060030261 | RU4M | LAURANS MENDELSON | SOUTHWOOD PI |

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Permit

**MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS**

11805 SW 26 ST

Miami, FL 33175-2474

786-315-2000

MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS

PERMIT INFORMATION

Date: 5/28/2026

An online permit search was conducted with the MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS on the following address/folio and no open or expired permits were found:

Address: 28091 SW 143 CT

Folio: 30-7903-013-1790

For more information please contact the MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS at:

BUILDING DEPT
11805 SW 26 ST
MIAMI FL 33175-2474
786-315-2000

***Commercial Property Disclaimer: Please note there could be possible issues under additional addresses with the same folio. Check the invoice summary page for any issues against additional addresses found. If you would like for us to include this information please let us know in writing. Additional fees may apply.***

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

Print or type
See Specific Instructions on page 2.

Name (as shown on your income tax return)
Miami-Dade County Florida

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

☑ Other (see instructions) ▶ Government

Exemptions (see instructions):
Exempt payee code (if any)
Exemption from FATCA reporting code (if any)

Address (number, street, and apt. or suite no.)
111 N.W. 1 Street - Suite 2550

City, state, and ZIP code
Miami, Florida 33128

Requester's name and address (optional)

List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number
☐☐☐ – ☐☐ – ☐☐☐☐

Employer identification number
5 9 – 6 0 0 0 5 7 3

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** Signature of U.S. person ▶ [signature] Date ▶ 12/5/13

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and
4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

# INVOICE

Phone: 877-543-6669
Email: CR@realres.com
Website: www.realres.com

**6062 - Lorium Law**

**Invoice Number:** 1503204
**Invoice Date:** June 12, 2026
**Our Order Number:** 2026-1107726
**Order Type:** Cancellable

**Property:** 28124 SW 142 CT, UNINC. DADE
**Owner:** CITY TRUST INVESTMENTS LLC
**File Number:** 8524.003
**Closing Date:** Not Provided

**ORDER TYPE: Lien Search**

**SUMMARY OF INVOICES FOR THIS PROPERTY AS OF**

| Invoice # | Invoice Date | Type | Total $ | Status | Paid/Applied | Unpaid Balance |
|---|---|---|---|---|---|---|
| 1503204 | 6/12/2026 | Lien Search | $290.00 | Open | $0.00 | $290.00 |
| | | Total All invoices: | $290.00 | | **Total Open Invoices:** | **$290.00** |

Properties annexed prior to 5 years will be searched at current municipality. Zoning letters and tangible tax searches are done upon request only. Fees may be due to resolve issues mentioned, and balances may not be correct on day of closing. All information obtained from the Municipalities is believed to be true and correct but not warranted.

* Rush orders are non-cancellable
* Commerical orders are non-cancellable
* Bulk orders (10 or more) are non-cancellable
* Non-Florida estoppel orders are non-cancellable

* Florida estoppel orders are cancellable per Florida Statute, if the Cancellation of Contract is provided to Real Res and dated within 30 days of the original contract closing date.

**DIRECT ALL INVOICE INQUIRIES TO:** Accounting Department: 877-543-6669

**MAKE ALL CHECKS PAYABLE TO: Real Res**

Real Res PO Box 100010, Atlanta, GA 30348-0010

* Residential (lien & estoppel) collection charge policy - $25.00 per order closed and not paid on or before 30 days past closing date of file.

REAL RES

6801 Palisades Park Court Suite 2Fort Myers, FL 33912

| | | | |
|---|---|---|---|
| DATE: | 6/12/2026 | CLIENT ID: | 6062 - Lorium Law |
| INVOICE: | 1503204 | ATTN: | LINDSEY ROUSE |
| | | FILE#: | 8524.003 |

**PROPERTY INFORMATION**

| | | | |
|---|---|---|---|
| Address Given: | 28124 SW 142 CT | | |
| Folio: | 30-7903-013-0970 | Owner(s): | CITY TRUST INVESTMENTS LLC |
| City/County: | UNINC. DADE / DADE | Buyer(s): | BAAD HOMES LLC |

ORDER TYPE: Lien Search

## ☑ PROPERTY TAXES

Real Estate Taxes: Delinquent taxes included (25).

Real Estate Taxes: See attached memo.

Contact: MIAMI-DADE COUNTY TAX COLLECTOR

## ☐ MUNICIPAL LIENS/ASSESSMENT

None due at this time

## ☑ UTILITY DEPARTMENTS

Balance: $705.42 w/o; $1.67 w/o
As of: 5/29/2026
Service(s): Water/Sewer/Stormwater
Ledger: Not Available
This service provider has the ability to lien against unpaid bills.
Contact: MIAMI-DADE COUNTY WATER & SEWER
305-665-7471 or 7477

Balance: $2,249.76+Judgment.
As of: 5/29/2026
Service(s): Garbage
Ledger: Not Available
This service provider has the ability to lien against unpaid bills.
Contact: MIAMI-DADE COUNTY SOLID WASTE
305-564-1630

MDWS reports accounts by address only. Balances will not be listed for addresses not included in your order submission. Please report any addresses you would like researched. Garbage Included on the Tax Bill.

## ☑ CODE ENFORCEMENT

2 cases - $30,510.00+ lien; see attached.

Contact: TMO WRITTEN PAYOFF

5 cases - $27,053.40+ lien; see attached.

Contact: MIAMI-DADE CREDIT & COLLECTIONS INTERNAL COMPLIANCE DEPT

## ☐ PERMIT ISSUES

None found at this time

**ADDITIONAL COMMENTS:**

Please note the above or attached balance(s) is not a final payoff. For accurate payoff information, we recommend you contacting the provider on the date of closing for updated balances. Please be advised Miami Dade County Water and Sewer reports there could be illegal water usage on properties but they are unable to provide balances until a new account is opened. Please note this lien search company is unable to provide this information. Please note Miami Dade Water and Sewer bills quarterly for utilities so there will be utility usage that has not yet been billed for. Please note Certificate of Use has not been applied for. Please note: for Lot Clearing and Minimum Housing Code with Dade County Dept of Economic Resources- FKA the Team Metro letter, this is now an optional letter we offer for $50 in an informal format with a 5-7 business day turnaround, OR we also offer the certified formal letter for $250 for a 20 business day turnaround time. Please let us know in writing if you would like either of these options.

This report includes the results of an examination of records made public by the county/city authorities. We are not responsible for errors or omissions made by the city/county on information received in this report. This report is specific to pending and/or unrecorded liens for the subject property only and does not constitute a title search. Should the title company wish to receive a payoff on any liens found resulting from a title abstract, please advise our office in writing to request the payoff.

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

## CONTACT INFORMATION FOR INVOICE

**MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS**

11805 SW 26 ST

Miami, FL 33175-2474

786-315-2000

**MIAMI DADE CODE RESEARCH**

CREDIT & COLLECTIONS: 786-469-5200

CODE COMPLIANCE: 786-469-2900, FL

LIEN SECTION: 786-315-2777 ext. 2

**MIAMI-DADE COUNTY BUILDING CODE**

11805 SW 26 ST RM 230

Miami, FL 33175

786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

**MIAMI-DADE COUNTY SOLID WASTE**

2525 NW 62 ST, 5TH FLOOR

MIAMI, FL 33147

305-564-1630

**MIAMI-DADE COUNTY TAX COLLECTOR**

200 NW 2ND AVE

Miami, FL 33128

305-270-4916 / 305-375-5998 OR 3378

**MIAMI-DADE COUNTY WATER & SEWER**

MIAMI DADE WATER AND SEWER DEPT PO BOX 026055

MIAMI, FL 33102

305-665-7471 or 7477

**MIAMI-DADE CREDIT & COLLECTIONS INTERNAL COMPLIANCE DEPT**

STEPHEN P CLARK CENTER/ 111 NW 1 ST

MIAMI, FL 33128

786-469-5200 / 786-469-2808 (DARYL)

**TMO WRITTEN PAYOFF**

11805 SW 26 ST RM 230

Miami, FL 33175

786-315-2777 ext. 2

**UNINC. DADE-COU**

Miami-Dade Permitting and Inspection Center Zoning Permit Section 11805 SW 26 St (Coral Way)

Miami, FL 33175

786-315-2660

This report includes the results of an examination of records made public by the county/city authorities at the above requested property. This report is specific to pending and/or unrecorded liens for the subject property only and does not constitute a title search. Properties annexed prior to 5 years will be searched at the current municipality. Zoning letters and tangible tax searches are done upon request only. We are not responsible for errors or omissions made by the city/county and all information obtained from the city/county is believed to be true and correct but not warranted. Please review all enclosed documents and forward any questions to our office.

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Tax

**MIAMI-DADE COUNTY TAX COLLECTOR**

200 NW 2ND AVE

Miami, FL 33128

305-270-4916 / 305-375-5998 OR 3378

Search > Account Summary

# Real Estate Account #30-7903-013-0970

**Owner:**
CITY TRUST INVESTMENTS LLC

**Situs:**
28124 SW 142 CT
Unincorporated County 33033-0000

Parcel details
Property Appraiser

## Enroll In Paperless

Sign up

## Amount Due

**MIAMI-DADE COUNTY TAX COLLECTOR** — **Notice of Ad Valorem Taxes and Non-ad Valorem Assessments**

| BILL | AMOUNT DUE | |
|---|---|---|
| 2025 Annual Bill | $3,875.46 | Print (PDF) |

**Some Amounts Not Payable Online**
**Total Amount Payable Online: $0.00**
**Not Payable Online: $3,875.46**

## Account History

| BILL | AMOUNT DUE | STATUS | ACTION |
|---|---|---|---|
| 2025 Annual Bill | $3,875.46 **Unpaid** | Not payable online | Print (PDF) |
| **2024 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2023 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2022 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2021** | | | |
| **2021 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2021 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2020 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2019 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2018** | | | |
| **2018 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2018 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2018 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2017 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2016 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2015 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2014 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2013 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2012 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2011 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2010 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2009 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2008 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2007 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| **2006 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |

**2005 Not Available** This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov

---

**Transactions cannot be cancelled after checkout**. Verify all items and information before submitting.

**Vehicle Renewals**: $3.50 service fee per item. $1.00 mailing fee added to all auto tag transactions.

**E-Check Payments**: E-checks for Property and Business Tax Payments: No Convenience Fee.

**Credit/Debit Card, Apple Pay, Google Pay, and PayPal Payments**: A convenience fee will be charged to all credit/debit card transactions.

---

**Transactions cannot be cancelled after checkout**. Verify all items and information before submitting.

**Vehicle Renewals**: $3.50 service fee per item. $1.00 mailing fee added to all auto tag transactions.

**E-Check Payments**: E-checks for Property and Business Tax Payments: No Convenience Fee.

**Credit/Debit Card, Apple Pay, Google Pay, and PayPal Payments**: A convenience fee will be charged to all credit/debit card transactions.

Search > Account Summary > Bill Details

# Real Estate Account #30-7903-013-0970

**Owner:**
CITY TRUST INVESTMENTS LLC

**Situs:**
28124 SW 142 CT
Unincorporated County 33033-0000

Parcel details
Property Appraiser

## Enroll In Paperless

Sign up

## 2025 Annual Bill

**MIAMI-DADE COUNTY TAX COLLECTOR** — **Notice of Ad Valorem Taxes and Non-ad Valorem Assessments**

| BILL | ESCROW CODE | MILLAGE CODE | AMOUNT DUE | |
|---|---|---|---|---|
| 2025 Annual Bill | — | 3000 | $3,875.46 | Print (PDF) |

| | | | |
|---|---|---|---|
| **If received by:** | Jun 30, 2026 | Jul 31, 2026 | Aug 31, 2026 |
| **Please pay:** | $3,875.46 | $3,875.46 | $3,875.46 |

Combined taxes and assessments: $3,294.56

**Amounts due subject to change without notice.**

Mail your payment, in U.S. funds from a

U.S. bank, and payable to:

DARIEL FERNANDEZ,

TAX COLLECTOR, MIAMI-DADE COUNTY

200 NW 2nd Avenue, Miami, FL 33128

## Ad Valorem Taxes

| TAXING AUTHORITY | MILLAGE | ASSESSED | EXEMPTION | TAXABLE | TAX |
|---|---|---|---|---|---|
| **Miami-Dade School Board** | | | | | |
| School Board Operating | 5.49900 | $209,000.00 | $0.00 | $209,000.00 | $1,149.29 |
| School Board Debt Service | 0.13400 | $209,000.00 | $0.00 | $209,000.00 | $28.01 |
| Voted School Operating | 1.00000 | $209,000.00 | $0.00 | $209,000.00 | $209.00 |
| **State And Other** | | | | | |
| Florida Inland Navigation District | 0.02700 | $117,128.00 | $0.00 | $117,128.00 | $3.16 |
| South Florida Water Management District | 0.09480 | $117,128.00 | $0.00 | $117,128.00 | $11.10 |
| Okeechobee Basin | 0.10260 | $117,128.00 | $0.00 | $117,128.00 | $12.02 |
| Everglades Construction Project | 0.03270 | $117,128.00 | $0.00 | $117,128.00 | $3.83 |

| | | | | | |
|---|---|---|---|---|---|
| Everglades Construction Project | 0.03270 | $117,128.00 | $0.00 | $117,128.00 | $3.83 |
| Childrens Trust Authority | 0.46380 | $117,128.00 | $0.00 | $117,128.00 | $54.32 |
| **Miami-Dade County** | | | | | |
| County Wide Operating | 4.57400 | $117,128.00 | $0.00 | $117,128.00 | $535.74 |
| County Wide Debt Service | 0.41710 | $117,128.00 | $0.00 | $117,128.00 | $48.85 |
| Unincorporated Operating | 1.90900 | $117,128.00 | $0.00 | $117,128.00 | $223.60 |
| Library District | 0.28120 | $117,128.00 | $0.00 | $117,128.00 | $32.94 |
| Fire Rescue Operating | 2.39650 | $117,128.00 | $0.00 | $117,128.00 | $280.70 |
| **Total Ad Valorem Taxes** | **16.93170** | | | | **$2,592.56** |

## Non-Ad Valorem Assessments

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| GARB,TRASH,TRC,RECYCLE | @ 702.0000 | $702.00 |
| **Total Non-Ad Valorem Assessments** | | **$702.00** |

## Parcel Details

| | |
|---|---|
| **Owner:** | CITY TRUST INVESTMENTS LLC |
| **Situs:** | 28124 SW 142 CT Unincorporated County 33033-0000 |

| | |
|---|---|
| **Account** | 30-7903-013-0970 |
| **Millage code** | 3000 - UNINCORPORATED DADE COUNTY |
| **Millage rate** | 16.93170 |

| | |
|---|---|
| **Assessed value:** | $117,128 |
| **School assessed value:** | $209,000 |

| 2025 TAX AMOUNTS | |
|---|---|
| **Ad valorem:** | $2,592.56 |
| **Non-ad valorem:** | $702.00 |
| **Total Discountable:** | $3,294.56 |
| **Total tax:** | $3,294.56 |

LEGAL DESCRIPTION

SEAPINES LOT 3 BLK 4 PB 100-6 PROP INT IN & TO COMMON ELEMENTS LOT SIZE 1843 SQ FT OR 1931 ...

View More

| LOCATION | |
|---|---|
| **Range:** | 39E |
| **Township:** | 57S |
| **Section:** | 03 |
| **Block:** | 70 |
| **Use code:** | 0410 |

**Miami-Dade County Tax Collector**
200 NW 2nd Avenue, Miami, FL 33128

**Transactions cannot be cancelled after checkout**. Verify all items and information before submitting.

**Vehicle Renewals**: $3.50 service fee per item. $1.00 mailing fee added to all auto tag transactions.

**E-Check Payments**: E-checks for Property and Business Tax Payments: No Convenience Fee.

**Credit/Debit Card, Apple Pay, Google Pay, and PayPal Payments**: A convenience fee will be charged to all credit/debit card transactions.

# 2025

## Delinquent Real Estate Property Taxes

ADDITIONAL PRIOR YEAR(S) PROPERTY TAXES OWED AND ARE NOT INCLUDED IN THIS BILL.

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| FOLIO NUMBER | MUNICIPALITY | MILL CODE |
|---|---|---|
| 30-7903-013-0970 | UNINCORPORATED DADE COUNTY | 3000 |

**MAILING ADDRESS:**
CITY TRUST INVESTMENTS LLC
30332 SW 152 PL
HOMESTEAD, FL 33033

**PROPERTY ADDRESS:**
28124 SW 142 CT,
Unincorporated County,
33033-0000

**EXEMPTIONS:**

## BILL DETAILS

| DESCRIPTION | AMOUNT |
|---|---|
| Tax Due | 3,294.56 |
| Advertisement Fee | 35.00 |
| Auction Listing Fee | 35.00 |
| Tax Coll. Comm. | 172.14 |
| Cert. Redemption Fee | 6.25 |
| Certificate Interest | 184.25 |
| Delinquency Interest | 148.26 |

**AMOUNT DUE IS SUBJECT TO CHANGE WITHOUT NOTICE**
**Delinquent taxes must be paid by Cashier's Check, Money Order, or Certified Funds.**
**Postmarks will not be honored for delinquent tax payments.**

Amount Due

$3,875.46

## AMOUNT IF PAID BY (pay only one amount)

| | If Received By | Jun 30, 2026 | Jul 31, 2026 | Aug 31, 2026 |
|---|---|---|---|---|
| | Please Pay | $3,875.46 | $3,875.46 | $3,875.46 |

**Save time, pay online at mdctaxcollector.gov. For information call (305) 375-5448**

**↑ RETAIN FOR YOUR RECORDS ↑**

**↓ DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT ↓**

**2025** Delinquent Real Estate Property Taxes

**FOLIO NUMBER**
30-7903-013-0970

**PROPERTY ADDRESS**
28124 SW 142 CT

**LEGAL DESCRIPTION**

SEAPINES
LOT 3 BLK 4 PB 100-6
PROP INT IN & TO COMMON ELEMENTS
LOT SIZE 1843 SQ FT
OR 1931

CITY TRUST INVESTMENTS LLC
30332 SW 152 PL
HOMESTEAD, FL 33033

* 1 + 3 0 7 9 0 3 0 1 3 0 9 7 0 + 2 0 2 5 *

Mail your payment, in U.S. Funds from a U.S. bank, and payable to:
DARIEL FERNANDEZ
TAX COLLECTOR, MIAMI-DADE COUNTY
200 NW 2nd Avenue, Miami, FL 33128

**AMOUNT DUE IS SUBJECT TO CHANGE WITHOUT NOTICE**
**Delinquent taxes must be paid by Cashier's Check, Money Order, or Certified Funds.**
**Postmarks will not be honored for delinquent tax payments.**

**SCAN TO PAY**

**PAY ONLY ONE AMOUNT**

| If Received By | Please Pay |
|---|---|
| Jun 30, 2026 | $3,875.46 |
| Jul 31, 2026 | $3,875.46 |
| Aug 31, 2026 | $3,875.46 |

1000000000000000000307903013097020250000032945600000070008

REAL RES

RESearch
RESults
RESponsive

# MIAMI-DADE HIDDEN TAXES

To: Lorium Law / 8524.003
From: Research Department
Date: 5/29/2026 Folio: 30-7903-013-0970
RE: 28124 SW 142 CT

Please be advised the Real Estate Tax years (2024-2005) are currently blocked from public viewing due to legal proceedings that are from a Litigation or Foreclosure. Pending a Litigation Result, Final Judgement on the property can result in a balance due, have a refund issued, or no changes made.

The Tax Collector's Office accepts escrow payments to allow taxpayers to obtain a release of Lis Pendens from the Office of the Property Appraiser. Effective immediately, the Tax Collector's Office will allow taxpayers to return the uncashed VAB refund checks to release the Lis Pendens and stop the accrual of interest. Taxpayers who have already cashed the VAB refund check may request a payoff amount by sending an email to the Tax Collector Paralegal Unit.

For any additional information regarding Real Estate Taxes due to Legal proceedings on a property, please contact the Paralegal unit at FINTCP@miamidade.gov or TCParalegal@mdctaxcollector.gov. Please provide the below requested information so that they may complete your request accurately.

Folio number:

Property Address (including Unit #):

Case style:

Case number:

Tax Year:

Current property owner's name:

Nature of relationship to Defendant:

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Utility

**MIAMI-DADE COUNTY SOLID WASTE**

2525 NW 62 ST, 5TH FLOOR

MIAMI, FL 33147

305-564-1630

**MIAMI-DADE COUNTY WATER & SEWER**

MIAMI DADE WATER AND SEWER DEPT PO BOX 026055

MIAMI, FL 33102

305-665-7471 or 7477

Date: 05/29/2026

REAL RES LLC
6801 PALISADES PARK CT #2
FORT MYERS, FL 33912-7127

Re: Premise ID- 7180697200 Address-28124 SW 142ND CT HOMESTEAD FL 33033-1767 - Residence

# PREMISE LOCATION CERTIFICATE

Current/Outstanding Debt

| Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|
| 9274613022 | RFT-WT | FEES AND TAXES WATER | $0.00 | 02/26/2026 |
| 9274613022 | RWT-A | WATER RESIDENTIAL | $0.00 | 02/26/2026 |
| 9274613022 | RFT-WW | FEES & TAXES WASTEWATER | $0.00 | 02/26/2026 |
| 9274613022 | RSW-STRM | STORMWATER | $0.00 | 02/26/2026 |
| 9274613022 | RWW-A | WASTEWATER RESIDENTIAL | $0.00 | 02/26/2026 |
| | | Account Total: | $0.00 | |
| | | Mailing ZIP: | | |

For Lien additional information see comments below

| Lien Account Number | SA Type | Description | Amount | Service Through | Status | ORB/Page No. |
|---|---|---|---|---|---|---|

| Bankruptcy Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|

| Write-Off Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|
| 1749691433 | RFT-WO01 | W/O - WATER FEES & TAXES | $80.40 | |
| 1749691433 | RFT-WO21 | W/O - WASTEWATER FEES & TAXES | $18.45 | |
| 1749691433 | RWT-WO39 | W/O - HYDRANT CHARGE | $4.15 | |
| 1749691433 | RSW-WO21 | W/O - STORMWATER | $20.71 | |

| | | | | | |
|---|---|---|---|---|---|
| 1749691433 | RWW-WO21 | W/O - WASTEWATER | | | $247.05 |
| 1749691433 | RWT-WO01 | W/O - WATER | | | $334.66 |
| | | | Account Total: | | $705.42 |
| | | | Mailing ZIP: | | |
| 9052083335 | RSW-WO21 | W/O - STORMWATER | | | $1.67 |
| | | | Account Total: | | $1.67 |
| | | | Mailing ZIP: | 33141-2416 | |

| Tampering Premise Note ID# | Premise Note Created | Amount Owed |
|---|---|---|

Comments:

Payment must include a copy of the Premise Location Certificate form and a check payable to:
Miami-Dade Water and Sewer Department
P.O. Box 330316
Miami, FL 33233-0316

Please Note: The amounts listed on this certificate reflect all outstanding amounts for the property as of the "Service Through" date. Charges incurred for services rendered subsequent to that date are subject to normal collection procedures and lien if applicable. Municipal charges to the above reference property may be due. This certificate applies to water and wastewater service rendered to the above referenced property. It does not include connection charges, construction charges, and any other charges which may be owed to Miami-Dade Water and Sewer Department.

The utility fees listed may include tenant account information. Pursuant to Florida Statutes, property owners are not held responsible for unpaid tenant utility accounts, unless Homestead Exemption has been claimed during the lease period.

If you have any questions regarding this matter, you may contact a Customer Service Representative at (305) 665-7477.

Sincerely,

Lourdes Luis
Unit Supervisor

REAL RES — RESearch RESults RESponsive

# DADE COUNTY PUBLIC WORKS & WASTE MANAGEMENT SEARCH RESULTS

Date: 5/27/2026

Address: 28124 SW 142 CT

Folio: 30-7903-013-0970

A search was done on the above-mentioned address/folio in the Dade County Public Works & Waste Management system online:

| Items Researched: | Issues: | | |
|---|---|---|---|
| Legal Actions | Yes; See attached: ________ | No: X | N/A: ________ |
| Bulky Waste | Yes; See attached: ________ | No: X | N/A: ________ |
| Enforcement Complaints | Yes; See attached: ________ | No: X | N/A: ________ |
| PWWM Account Balance | Yes; See attached: ________ | No: X | N/A: ________ |
| Remediation Liens | Yes; See attached: ________ | No: X | N/A: ________ |

Thank you,

Real Res

| | |
|---|---|
| ACCOUNT_NO: | 13487261 |
| PROPERTY_ADDRESS: | 28124 SW 142 CT MIAMI FL 330331767 |
| FOLIO_NUMBER: | 3079030130970 |
| OWNER: | CITY TRUST INVESTMENTS LLC |
| OWNER_PHONE: | |
| OCCUPANT_NAME: | |
| OCCUPANT_PHONE: | 0 |
| SERVICE_DATE: | 2/3/1999 5:00:00 AM |
| LEGAL_DESC: | SEAPINES |
| MAILING_ADDRESS: | 30332 SW 152 PL HOMESTEAD FL 33033 |
| LAND_USE_CODE: | 10 |
| TAX_UNITS: | 1 |
| WASTE_UNITS: | 1 |
| ACCOUNT_STATUS: | ACTIVE |
| CREATION_DATE: | 2014-04-02 |
| ACCOUNT_PROCESS_TYPE: | HH-HOUSEHOLD |
| WCS_ACC_TYPE_DATE: | 2014-04-02 |
| PICKUP_DAYS: | MON AND THU |
| GARBAGE_ROUTE: | 7108 |
| BULKY_BOOK: | 19 |
| TOTAL_UNPAID_BULKY_AMOUNT: | 0 |
| TOTAL_DELINQUENT_AMOUNT: | 2249.76 |
| TOTAL_JUDGEMENT_AMOUNT: | 0 |
| WCS_ACC_HANDICAP: | |
| BILLING_STATUS: | T-BILLED VIA PROPERTY TAX |
| FREE_BULKY_YARDAGE: | 50 |
| FREE_BULKY_TRIPS: | 2 |
| OUT_OF_SERVICE_AREA: | N |
| LAST_BILL_DATE: | 2018-06-01 |
| PRIOR_YEAR_UNPAID_AMOUNT: | 0 |
| PRIOR_YEAR_SERV_TAX_AMOUNT: | 0 |
| PRIOR_YEAR_PENALTY_AMOUNT: | 0 |
| PRIOR_PENALTY_DATE: | |
| MONTH_DELINQUENT_AMOUNT: | 0 |
| CURRENT_PENALTY_AMOUNT: | 0 |
| PENALTY_DATE: | |
| CURRENT_SERV_TAX_AMOUNT: | 0 |
| CURRENT_FEE_AMOUNT: | 0 |
| BAD_CHECK_FEE_AMOUNT: | 0 |
| AMOUNT_PAID: | 0 |
| CREDIT_BALANCE_AMOUNT: | 0 |
| TOTAL_AMOUNT_DUE: | 2249.76 |
| SERVICE_ITEM_CODE: | UH |
| DISTRICT: | 9 |
| ObjectId: | 336056 |
| GlobalID: | b6c646c4-c048-4913-8309-3b44ebad2993 |

| | |
|---|---|
| ACCOUNT_NO: | 13487261 |
| PROPERTY_ADDRESS: | 28124 SW 142 CT MIAMI FL 330331767 |
| FOLIO_NUMBER: | 3079030130970 |
| OWNER: | CITY TRUST INVESTMENTS LLC |
| OWNER_PHONE: | 0 |
| PARCEL_NUMBER: | 40 00348 |
| PARCEL_TYPE: | H-Household |
| PARCEL_DATE: | 7/12/2018 12:00:00 AM |
| BULKY_NUMBER: | |
| ATTORNEY_FEES: | 0.0 |
| FILING_FEES: | 0.0 |
| JUDGEMENT_FEES: | 2249.76 |
| MASTER_FEES: | 0.0 |
| INTEREST_FEES: | 0.0 |
| TOTAL_FEES: | 2249.76 |
| ObjectId: | 20353 |
| GlobalID: | 3804b91b-1f2e-46b7-9e8a-078b47fa19c0 |

**George LP**

**From:** Walker, Darlene (DSWM) <darlene.walker@miamidade.gov>
**Sent:** Friday, May 29, 2026 12:56 PM
**To:** George LP
**Cc:** Brielle Turner; Trabanco, Raul (DSWM)
**Subject:** RE: Request for (Miami-Dade County Solid Waste): 28124 Sw 142 Ct = Order ID: 1426055 PARCEL NUMBER 40 00348 H

**Categories:** Assigned to Dwayne

Good afternoon

Parcel 40-00348 H has an outstanding delinquent balance of $2,249.76. This amount is good through July 1, 2026.

Regards,

Darlene Walker
Billing Manager
Miami-Dade County Department of Solid Waste Management
2525 N.W. 62nd Street, 5th Floor
Miami, Florida 33147
Ph: (305) 514-6754
Darlene.Walker@miamidade.gov
**"Delivering Excellence Every Day**

---

**From:** georgelp@mlshoa.com <georgelp@mlshoa.com>
**Sent:** Thursday, May 28, 2026 1:49 PM
**To:** office@passengerlaw.com; Trabanco, Raul (DSWM) <raul.trabanco@miamidade.gov>; Walker, Darlene (DSWM) <darlene.walker@miamidade.gov>
**Cc:** b.turner@realres.com
**Subject:** Request for (Miami-Dade County Solid Waste): 28124 Sw 142 Ct = Order ID: 1426055 PARCEL NUMBER 40 00348 H

Please provide a 30-day payoff for mentioned property.

PARCEL NUMBER: 40 00348 H

Property Address: 28124 SW 142 CT HOMESTEAD, FL 33033

Folio: 30-7903-013-0970

Subdivision: SEAPINES

Thank you,

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Code

**MIAMI DADE CODE RESEARCH**

CREDIT & COLLECTIONS: 786-469-5200

CODE COMPLIANCE: 786-469-2900, FL

LIEN SECTION: 786-315-2777 ext. 2

**MIAMI-DADE COUNTY BUILDING CODE**

11805 SW 26 ST RM 230

Miami, FL 33175

786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

**MIAMI-DADE CREDIT & COLLECTIONS INTERNAL COMPLIANCE DEPT**

STEPHEN P CLARK CENTER/ 111 NW 1 ST

MIAMI, FL 33128

786-469-5200 / 786-469-2808 (DARYL)

**TMO WRITTEN PAYOFF**

11805 SW 26 ST RM 230

Miami, FL 33175

786-315-2777 ext. 2

**UNINC. DADE-COU**

Miami-Dade Permitting and Inspection Center Zoning Permit Section 11805 SW 26 St (Coral Way)

Miami, FL 33175

786-315-2660

MIAMI-DADE COUNTY BUILDING CODE

CODE INFORMATION

Date: 5/29/2026

An online code search was conducted with the MIAMI-DADE COUNTY BUILDING CODE on the following address/folio and no violations were found:

Address: 28124 SW 142 CT

Folio: 30-7903-013-0970

For more information please contact the MIAMI-DADE COUNTY BUILDING CODE at:

BUILDING DEPT
11805 SW 26 ST RM 230
MIAMI FL 33175
786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

***Commercial Property Disclaimer: Please note there could be possible issues under additional addresses with the same folio. Check the invoice summary page for any issues against additional addresses found. If you would like for us to include this information please let us know in writing. Additional fees may apply.***

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# CODE SEARCH REPORT

| | |
|---|---|
| TO: | LINDSEY ROUSE |
| FROM: | George LP |
| DATE: | 5/27/2026 |
| ADDRESS: | 28124 SW 142 CT |
| FOLIO: | 30-7903-013-0970 |

An online search was conducted with the Miami Dade Code Research on the above address / folio and 5 issues has been found:

| | |
|---|---|
| 2011 - T013944 | w/ lien; see attached. |
| 2023 - T116479 | w/ fine; see attached. |
| 2025 - T127548 | w/ fine; see attached. |
| 2023 - I440031 | w/ fine; see attached. |
| 2025 - I692224 | w/ fine; see attached. |

For information on how to have these issues closed (fees and inspections may apply), call the Miami Dade Code Research at:

CREDIT & COLLECTIONS: 786-469-5200
CODE COMPLIANCE: 786-469-2900, FL
LIEN SECTION: 786-315-2777 ext. 2

***Commercial Property Disclaimer: Please note there could be possible code or permit issues under additional addresses with the same folio.Check the invoice summary page for any confirmed additional addresses that were not included in this invoice.If you would like for us to include this information please let us know in writing.Additional fees may apply.***

**CITATION INFORMATION**

**Citation No.:** 2011 - T013944
**Issue Date:** 3/17/2011
**Status:** *LIEN PLACED*
**Total Due:** $6,530.00

**Violator:** JESUS BARRERA **Folio:** 30-7903-013-0970

**Mailing Address:** 28124 SW 142 CT **City:** HOMESTEAD **State:** FL **Zip:** 33033

**Code Section:** 19-13(A)

**Description:** FAILURE TO PERFORM LOT MAINTENANCE IN RESIDENTIAL DISTRICT

**Issuing Department:** 851 BUILDING & NEIGHBORHOOD COMPLIANCE DEPT. S.DADE (786) 315-2552

**VIOLATION INFORMATION**

| | | | |
|---|---|---|---|
| **Violation Date:** | 3/17/2011 | **Repeat Violation:** | NO |
| **Violation Time:** | 12:20 P M | **Comply Due Date:** | 4/10/2011 |
| **Violation Location:** | 28124 SW 142 CT | **Complied Date:** | 7/ 6/2011 |
| **Inspector:** | 180 DARRYL LINTON | **Appeal Filed:** | |
| **Serve Method:** | POSTED | **Appeal Due Date:** | 4/ 3/2011 |
| **Serve Date:** | | **Lien Placed:** | 8/11/2011 |
| **Penalty Must be Paid by:** | 4/26/2011 | **Lien Satisfied:** | |

**PARTIES**

| Name | Type | Address |
|---|---|---|
| JESUS BARRERA | VIOLATOR | 28124 SW 142 CT<br>HOMESTEAD FL 33033 1767 |

**CITATION INFORMATION**

**Citation No.:** 2023 - T116479
**Issue Date:** 11/28/2023
**Status:** ** OPEN **
**Total Due:** $10,510.00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Violator:** | H2ML LLC C/O JPIZARS - CPA & BUSINESS CO | | | **Folio:** | 30-7903-013-0970 | | |
| **Mailing Address:** | 1722 SHERIDAN STREET, 36 | **City:** | HOLLYWOOD | **State:** | FL | **Zip:** | 33020 |
| **Code Section:** | 17A-19 | | | | | | |
| **Description:** | FAILURE TO REGISTER DWELLING SUBJECT TO FORECLOSURE | | | | | | |
| **Issuing Department:** | 656 RER-COMPLIANCE PROJECTS COORDINATIOR UNIT (786) 315-2552 | | | | | | |

**VIOLATION INFORMATION**

| | | | |
|---|---|---|---|
| **Violation Date:** | 11/28/2023 | **Repeat Violation:** | NO |
| **Violation Time:** | 01:18 P M | **Comply Due Date:** | 2/ 7/2024 |
| **Violation Location:** | 28124 SW 142 CT | **Complied Date:** | |
| **Inspector:** | 548 VALDES-ROJAS, MAIRA | **Appeal Filed:** | |
| **Serve Method:** | POSTED | **Appeal Due Date:** | 2/ 7/2024 |
| **Serve Date:** | 1/18/2024 | **Lien Placed:** | |
| **Penalty Must be Paid by:** | 2/17/2024 | **Lien Satisfied:** | |

**PARTIES**

| Name | Type | Address |
|---|---|---|
| H2ML LLC C/O JPIZARS - CPA & BUSINESS CO | VIOLATOR | 1722 SHERIDAN STREET, 365<br>HOLLYWOOD FL 33020 |

**CITATION INFORMATION**

**Citation No.:** 2025 - T127548
**Issue Date:** 2/14/2025
**Status:** ** OPEN **
**Total Due:** $20,000.00

**Violator:** H2ML LLC C/O WIRIATH, BERNARD (REG AGENT **Folio:** 30-7903-013-0970

**Mailing Address:** 2033 NE 14TH CT **City:** FORT LAUDERDALE **State:** FL **Zip:** 33304

**Code Section:** 17A-19

**Description:** FAILURE TO REGISTER DWELLING SUBJECT TO FORECLOSURE

**Issuing Department:** 656 RER-COMPLIANCE PROJECTS COORDINATIOR UNIT (786) 315-2552

**VIOLATION INFORMATION**

| | | | |
|---|---|---|---|
| **Violation Date:** | 2/14/2025 | **Repeat Violation:** | REPEAT VIOLA |
| **Violation Time:** | 08:51 A M | **Comply Due Date:** | 3/ 6/2025 |
| **Violation Location:** | 28124 SW 142 CT | **Complied Date:** | |
| **Inspector:** | 548 VALDES-ROJAS, MAIRA | **Appeal Filed:** | |
| **Serve Method:** | POSTED | **Appeal Due Date:** | 3/ 6/2025 |
| **Serve Date:** | | **Lien Placed:** | |
| **Penalty Must be Paid by:** | 3/16/2025 | **Lien Satisfied:** | |

**PARTIES**

| Name | Type | Address |
|---|---|---|
| H2ML LLC C/O WIRIATH, BERNARD (REG AGENT | VIOLATOR | 2033 NE 14TH CT<br>FORT LAUDERDALE FL 33304 |

**CITATION INFORMATION**

**Citation No.:** 2023 - I440031
**Issue Date:** 11/27/2023
**Status:** COLLECTION
**Total Due:** $65.00

Your citation has been sent to collection. To pay your citation in full or make payments arrangements, please contact: **Miami-Dade County Finance Department** at (786) 469-5200

**Violator:** GONZALEZ, ALICIA **Folio:**

**Mailing Address:** 28124 SW 142 CT **City:** HOMESTEAD **State:** FL **Zip:** 33033

**Code Section:** 5-7

**Description:** FAILURE TO OBTAIN LICENSE TAG FOR STERILIZED DOG

**Issuing Department:** 05 ANIMAL SERVICES DEPARTMENT (305) 629-7387

**VIOLATION INFORMATION**

| | | | |
|---|---|---|---|
| **Violation Date:** | 5/ 3/2023 | **Repeat Violation:** | NO |
| **Violation Time:** | 12:00 A M | **Comply Due Date:** | |
| **Violation Location:** | 28124 SW 142 CT | **Complied Date:** | N/A |
| **Inspector:** | 0301 ROBERT MARIN | **Appeal Filed:** | |
| **Serve Method:** | BY MAIL | **Appeal Due Date:** | |
| **Serve Date:** | | **Lien Placed:** | |
| **Penalty Must be Paid by:** | | **Lien Satisfied:** | |

**PARTIES**

| Name | Type | Address |
|---|---|---|
| GONZALEZ, ALICIA | VIOLATOR | 28124 SW 142 CT<br>HOMESTEAD FL 33033 |

**CITATION INFORMATION**

**Citation No.:** 2025 - I692224
**Issue Date:** 10/27/2025
**Status:** COLLECTION
**Total Due:** $65.00

Your citation has been sent to collection. To pay your citation in full or make payments arrangements, please contact: **Miami-Dade County Finance Department** at (786) 469-5200

**Violator:** GONZALEZ, ALICIA
**Folio:**
**Mailing Address:** 28124 SW 142 CT **City:** HOMESTEAD **State:** FL **Zip:** 33033
**Code Section:** 5-6
**Description:** FAILURE TO VACCINATE ANIMAL AGAINST RABIES
**Issuing Department:** 05 ANIMAL SERVICES DEPARTMENT (305) 629-7387

**VIOLATION INFORMATION**

| | | | |
|---|---|---|---|
| **Violation Date:** | 5/ 3/2025 | **Repeat Violation:** | NO |
| **Violation Time:** | 12:00 A M | **Comply Due Date:** | |
| **Violation Location:** | 28124 SW 142 CT | **Complied Date:** | N/A |
| **Inspector:** | 0632 ARCILA, PATRICIA | **Appeal Filed:** | |
| **Serve Method:** | BY MAIL | **Appeal Due Date:** | |
| **Serve Date:** | | **Lien Placed:** | |
| **Penalty Must be Paid by:** | | **Lien Satisfied:** | |

**PARTIES**

| Name | Type | Address |
|---|---|---|
| GONZALEZ, ALICIA | VIOLATOR | 28124 SW 142 CT<br>HOMESTEAD FL 33033 |

**REGULATORY AND ECONOMIC RESOURCES**
**LIEN COLLECTION SECTION**
**11805 SW 26 Street, Suite 230**
**Miami, Fl. 33175-2464**
**(786) 315-2777**

**June 9, 2026**

**REAL RES**
**ATTN: GEORGE LP**
**6801 PALISADES PARK COURT**
**FORT MYERS, FL 33912**
Email GEORGELP@MLSHOA.COM

**RE: Folio: 30-7903-013-0970 / Property Address: 28124 SW 142 CT**

| Lien Type | Lien/Case No. | Citation No. | Amount Due |
|---|---|---|---|
| Neighborhood Compliance | 202302005843 | T116479 | $10,510.00 |
| Foreclosure Registry | 202502000266 | T127548 | $20,000.00 |

**This is in response to your request for a pay-off amount of the above captioned Case(s).**

**The amount necessary to release the case(s) above is $30,510.00 This amount is good through July 14, 2026. Property is not in compliance with the above Case(s).**

If you believe the above referenced liens have been foreclosed, this debt may not apply to the above referenced property. Please contact the department and provide the foreclosure judgment, lis pendens, complaint, and Miami-Dade County's answer to the complaint.

**Please be advised that this letter only represents estoppel amounts for cases currently within the Lien Section. There may be additional open and unpaid citation(s) on this property and original citation amount will be required to be paid. For further information regarding any open citations(s), please visit the Clerk of Courts, Finance Code Enforcement Section website at https://www2.miami-dadeclerk.com/CEF/CitationSearch.aspx or contact them at (786) 469-2900 or via email at CEHELP@miamidade.gov. This letter does not represent, however, that the property has no other violations. Further research with other County Regulatory Departments is recommended. This letter does not include closed cases that are not in our computer database.**

**Payment for the remaining estoppel balance may be made in Cash, Credit Card or in any form of check (Cashier Check, Money Order, Personal or Attorney Trust Account Check) made payable to Miami-Dade County, mail it to 11805 SW 26 Street, Suite 230 Miami, Florida 33175-2464. To ensure proper credit and quick process, please indicate the above referenced lien(s) number on your check and enclose a copy of this letter with your payment. If paying by any form of check, please know that there is a 30-day grace period for the check to clear the Bank before releases are generated and sent to the Clerk of Courts Office for recording.**

If you have any further questions, please contact the Lien section at (786) 315-2777.

Sincerely,

Veronica Escobar

Veronica Escobar
Lien Collection Supervisor
Lien Collection Section
VE/pdv

MIAMI-DADE COUNTY

**Internal Compliance Department**
Credit & Collections
**Stephen P. Clark Center**
111 NW 1st Street 26th Floor
Miami, Florida 33128
T 786-469-5200 F 305-329-1535

**miamidade.gov**

**June 12, 2026**

**Real Res**
6801 Palisades Park CT
Fort Myers, Florida 339912
Attn.: George LP; Phone: 877-543-6669; E-mail: Georgelp@mlshoa.com

| | |
|---|---|
| Re: | **Regulatory and Economic Resources (RER)** |
| Citation number(s): | 201109000168, 201101001569, T013944 |
| Re: | **Animal Services Department (ASD)** |
| Citation number(s): | I440031, I692224 |
| **For the Location:** | **28124 SW 142 CT** |
| **Folio #:** | **30-7903-013-0970** |
| **Total Amount Due:** | **$27,053.40** |

To Whom It May Concern:

As per your payoff request, see above "Total Amount Due". This amount is good until **Monday, July 13, 2026;** after that date, this payoff amount will be null and void and additional fees and balances may apply. Please note: if the folio above has any other folios associated with it, be advised that research was done only on the folio listed on your request. If research is required on another folio, you must submit an additional payoff request. *Compliance is required **before** liens may be satisfied.*

*The Miami-Dade County Internal Compliance Department's Credit and Collection Division only collects accounts assigned to the Section by individual Miami-Dade County departments. For payoff information concerning all other accounts not assigned to us, you must contact the Miami-Dade County issuing department. Contact each department below to avoid additional balances and fines that may be due:*

- → Call the Department of Solid Waste Management **Accounting Division** at **(305) 594-1630**, to request a Waste Fee Certification (for unpaid waste, pick-up and judgment fees); likewise call the Solid Waste **Enforcement Division** at **(305) 514-6700** (for open Warning Notices of Violation).
- → Call **Regulatory & Economic Resources** (a/k/a **RER**) at **(786) 315-2777** for any additional citations, violations, or unpaid fees and/or fines; call **Fire Rescue Department** at **(786) 331-5000**; call **Animal Services Department** at **(305) 884-1101**.
- → For all other outstanding accounts, contact the Miami-Dade County issuing Department.

When you make payment, write the citation or lien number(s) listed above on your check. **Payments** received for payoff letters or settlement offers **will be rejected if** payment is **made under duress or protest**. Make check payable to: **"Miami-Dade County Credit & Collection"** and mail it to the following address with a copy of this letter:

**Miami-Dade County Internal Compliance Department**
**Credit & Collection Division**
**Stephen P. Clark Center**
**111 NW 1st St., 26th Floor**
**Miami, FL 33128**

Please note: if you require a paid-in-full letter or a lien release to be processed immediately upon payment, you must pay by cash, U.S. bank cashier's check, money order drawn on U.S. Post Office or Western Union, a trust account check from a law office/mortgage or title company, a check drawn on an **I**nterest **o**r Dividend-Bearing **T**rust **A**ccount (IOTA) account or an ACH. All other forms of payment have a 30-day waiting period before release preparation to allow for returned bank items.

*If you believe the above- referenced liens and/or citations have been foreclosed, this debt may not apply to the above-referenced property. Please contact the department and provide the foreclosure judgment, lis pendens, complaint, and Miami-Dade County's answer to the complaint.*

If you have any questions, contact your Collection Representative **Ms. Gutierrez** at **(786) 469-2864**.

Sincerely,

Emfanie Davis

Emfanie Davis, Internal Compliance Credit & Collection Supervisor
Credit & Collection Division
ED/gg/ecd

MIAMI-DADE COUNTY Delivering Excellence Every Day


Time
realres.liensys.com/Processor/MyC
28124 SW 142 CT
Certificates of Use Issued by Miam
gis-mdc.opendata.arcgis.com/datasets/1952228619b0463cb6f9f7dc839bff88_0/explore?location=25.619984%2C-80.341626%2C10
My Day - To Do
TRAINING
PA PAGES
Time
TriNet Platform
Minerva
LienSys
ANNEX PB
NEW BROW ANNEX
TXCODES/FOLIOFOR...
CDD
DADE
DUVAL TC
Orange - Payments &...
All Bookmarks
Open Data Hub
Filters
Certificates of Use Issued by Miami-Dade County - Jan 2003 to present
Filters
Styling
Filter as map moves
FOLIO
3079030130970
No results
Select attribute filters (29)
CERTIFICATE_NUMBER
Values: 2,000
ISSUED_DATE
1/13/2003 to 5/22/2026
PROCESS_NUM
Values: 2,000
APPLICATION_TYPE
Values: 4
CERTIFCATE_TYPE
Values: 2
FOLIO
Values: 2,000
ZONING
Records: 146,123
Too Many Records
This dataset has a lot of records, try zooming in.
Davie
Pembroke Pines
Hollywood
Hialeah
Miami Beach
Miami
Homestead
Esri | HERE | Garmin | USGS | EPA | NPS
Powered by Esri

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Permit

**MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS**

11805 SW 26 ST

Miami, FL 33175-2474

786-315-2000

RESearch
RESults
RESponsive

MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS

PERMIT INFORMATION

Date: 5/28/2026

An online permit search was conducted with the MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS on the following address/folio and no open or expired permits were found:

Address: 28124 SW 142 CT

Folio: 30-7903-013-0970

For more information please contact the MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS at:

BUILDING DEPT
11805 SW 26 ST
MIAMI FL 33175-2474
786-315-2000

***Commercial Property Disclaimer: Please note there could be possible issues under additional addresses with the same folio. Check the invoice summary page for any issues against additional addresses found. If you would like for us to include this information please let us know in writing. Additional fees may apply.***

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

Print or type
See Specific Instructions on page 2.

Name (as shown on your income tax return)
Miami-Dade County Florida

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate
☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶
☑ Other (see instructions) ▶ Government

Exemptions (see instructions):
Exempt payee code (if any)
Exemption from FATCA reporting code (if any)

Address (number, street, and apt. or suite no.)
111 N.W. 1 Street - Suite 2550

Requester's name and address (optional)

City, state, and ZIP code
Miami, Florida 33128

List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**
_ _ _ - _ _ - _ _ _ _

**Employer identification number**
5 9 - 6 0 0 0 5 7 3

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** | **Signature of U.S. person ▶** [signature] | **Date ▶** 12/5/13

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

# INVOICE

| | |
|---|---|
| Phone: | 877-543-6669 |
| Email: | CR@realres.com |
| Website: | www.realres.com |

**6062 - Lorium Law**

| | |
|---|---|
| Invoice Number: | 1499031 |
| Invoice Date: | May 29, 2026 |
| Our Order Number: | 2026-1107725 |
| Order Type: | Cancellable |

| | |
|---|---|
| **Property:** | **28131 SW 142 CT, UNINC. DADE** |
| **Owner:** | **CITY TRUST INVESTMENTS LLC** |
| **File Number:** | **8524.003** |
| **Closing Date:** | **Not Provided** |

**ORDER TYPE: Lien Search**

**SUMMARY OF INVOICES FOR THIS PROPERTY AS OF**

| Invoice # | Invoice Date | Type | Total $ | Status | Paid/Applied | Unpaid Balance |
|---|---|---|---|---|---|---|
| 1499031 | 5/29/2026 | Lien Search | $120.00 | Open | $0.00 | $120.00 |
| | | Total All invoices: | $120.00 | | **Total Open Invoices:** | **$120.00** |

Properties annexed prior to 5 years will be searched at current municipality. Zoning letters and tangible tax searches are done upon request only. Fees may be due to resolve issues mentioned, and balances may not be correct on day of closing. All information obtained from the Municipalities is believed to be true and correct but not warranted.

* Rush orders are non-cancellable
* Commerical orders are non-cancellable
* Bulk orders (10 or more) are non-cancellable
* Non-Florida estoppel orders are non-cancellable

* Florida estoppel orders are cancellable per Florida Statute, if the Cancellation of Contract is provided to Real Res and dated within 30 days of the original contract closing date.

**DIRECT ALL INVOICE INQUIRIES TO:** Accounting Department: 877-543-6669

**MAKE ALL CHECKS PAYABLE TO: Real Res**

Real Res PO Box 100010, Atlanta, GA 30348-0010

* Residential (lien & estoppel) collection charge policy - $25.00 per order closed and not paid on or before 30 days past closing date of file.

REAL RES

6801 Palisades Park Court Suite 2Fort Myers, FL 33912

| | | | |
|---|---|---|---|
| DATE: | 5/29/2026 | CLIENT ID: | 6062 - Lorium Law |
| INVOICE: | 1499031 | ATTN: | LINDSEY ROUSE |
| | | FILE#: | 8524.003 |

**PROPERTY INFORMATION**

| | | | |
|---|---|---|---|
| Address Given: | 28131 SW 142 CT | | |
| Folio: | 30-7903-013-0210 | Owner(s): | CITY TRUST INVESTMENTS LLC |
| City/County: | UNINC. DADE / DADE | Buyer(s): | BAAD HOMES LLC |

ORDER TYPE: Lien Search

## ☑ PROPERTY TAXES

Real Estate Taxes: Delinquent taxes included (25).

Contact: MIAMI-DADE COUNTY TAX COLLECTOR

## ☐ MUNICIPAL LIENS/ASSESSMENT

None due at this time

## ☑ UTILITY DEPARTMENTS

Balance: $128.58+.

As of: 5/29/2026

Service(s): Water/Sewer/Stormwater

Ledger: Not Available

This service provider has the ability to lien against unpaid bills.

Contact: MIAMI-DADE COUNTY WATER & SEWER
305-665-7471 or 7477

MDWS reports accounts by address only. Balances will not be listed for addresses not included in your order submission. Please report any addresses you would like researched. Garbage Included on the Tax Bill.

## ☑ CODE ENFORCEMENT

2 - cases w/ fine; see attached.

Contact: MIAMI-DADE COUNTY BUILDING CODE

6 - cases w/ fine; see attached.

Contact: MIAMI DADE CODE RESEARCH

## ☐ PERMIT ISSUES

None found at this time

**ADDITIONAL COMMENTS:**

Please note the above or attached balance(s) is not a final payoff. For accurate payoff information, we recommend you contacting the provider on the date of closing for updated balances. Please be advised Miami Dade County Water and Sewer reports there could be illegal water usage on properties but they are unable to provide balances until a new account is opened. Please note this lien search company is unable to provide this information. Please note Miami Dade Water and Sewer bills quarterly for utilities so there will be utility usage that has not yet been billed for. Please note Certificate of Use has not been applied for. Please note: for Lot Clearing and Minimum Housing Code with Dade County Dept of Economic Resources- FKA the Team Metro letter, this is now an optional letter we offer for $50 in an informal format with a 5-7 business day turnaround, OR we also offer the certified formal letter for $250 for a 20 business day turnaround time. Please let us know in writing if you would like either of these options.

This report includes the results of an examination of records made public by the county/city authorities. We are not responsible for errors or omissions made by the city/county on information received in this report. This report is specific to pending and/or unrecorded liens for the subject property only and does not constitute a title search. Should the title company wish to receive a payoff on any liens found resulting from a title abstract, please advise our office in writing to request the payoff.

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

## CONTACT INFORMATION FOR INVOICE

**MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS**

11805 SW 26 ST

Miami, FL 33175-2474

786-315-2000

**MIAMI DADE CODE RESEARCH**

CREDIT & COLLECTIONS: 786-469-5200

CODE COMPLIANCE: 786-469-2900, FL

LIEN SECTION: 786-315-2777 ext. 2

**MIAMI-DADE COUNTY BUILDING CODE**

11805 SW 26 ST RM 230

Miami, FL 33175

786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

**MIAMI-DADE COUNTY SOLID WASTE**

2525 NW 62 ST, 5TH FLOOR

MIAMI, FL 33147

305-564-1630

**MIAMI-DADE COUNTY TAX COLLECTOR**

200 NW 2ND AVE

Miami, FL 33128

305-270-4916 / 305-375-5998 OR 3378

**MIAMI-DADE COUNTY WATER & SEWER**

MIAMI DADE WATER AND SEWER DEPT PO BOX 026055

MIAMI, FL 33102

305-665-7471 or 7477

**UNINC. DADE-COU**

Miami-Dade Permitting and Inspection Center Zoning Permit Section 11805 SW 26 St (Coral Way)

Miami, FL 33175

786-315-2660

This report includes the results of an examination of records made public by the county/city authorities at the above requested property. This report is specific to pending and/or unrecorded liens for the subject property only and does not constitute a title search. Properties annexed prior to 5 years will be searched at the current municipality. Zoning letters and tangible tax searches are done upon request only. We are not responsible for errors or omissions made by the city/county and all information obtained from the city/county is believed to be true and correct but not warranted. Please review all enclosed documents and forward any questions to our office.

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Tax

**MIAMI-DADE COUNTY TAX COLLECTOR**

200 NW 2ND AVE

Miami, FL 33128

305-270-4916 / 305-375-5998 OR 3378

Search > Account Summary

# Real Estate Account #30-7903-013-0210

**Owner:**
CITY TRUST INVESTMENTS LLC

**Situs:**
28131 SW 142 CT
Unincorporated County 33033-0000

Parcel details
Property Appraiser

## Enroll In Paperless

Sign up

## Amount Due

**MIAMI-DADE COUNTY TAX COLLECTOR** **Notice of Ad Valorem Taxes and Non-ad Valorem Assessments**

| BILL | AMOUNT DUE | |
|---|---|---|
| 2025 Annual Bill | $4,196.63 | Add To Cart<br>Print (PDF) |

**Some Amounts Not Payable Online**
**Total Amount Payable Online: $4,196.63**

## Account History

| BILL | AMOUNT DUE | STATUS | ACTION |
|---|---|---|---|
| 2025 Annual Bill | $4,196.63 | Unpaid | Print (PDF) |
| 2024 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2023 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2022 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2021 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2020 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2019 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2018 | | | |
| 2018 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2018 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2017 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2016 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2015 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2014 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2013 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2012 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2011 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2010 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2009 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2008 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2007 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |

| | |
|---|---|
| **2006 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov |
| **2005 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov |
| **2002 Not Available** | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov |

**Transactions cannot be cancelled after checkout**. Verify all items and information before submitting.

**Vehicle Renewals**: $3.50 service fee per item. $1.00 mailing fee added to all auto tag transactions.

**E-Check Payments**: E-checks for Property and Business Tax Payments: No Convenience Fee.

**Credit/Debit Card, Apple Pay, Google Pay, and PayPal Payments**: A convenience fee will be charged to all credit/debit card transactions.

Search > Account Summary > Bill Details

# Real Estate Account #30-7903-013-0210

**Owner:**
CITY TRUST INVESTMENTS LLC

**Situs:**
28131 SW 142 CT
Unincorporated County 33033-0000

Parcel details
Property Appraiser

## Enroll In Paperless

Sign up

## 2025 Annual Bill

**MIAMI-DADE COUNTY TAX COLLECTOR**

**Notice of Ad Valorem Taxes and Non-ad Valorem Assessments**

| BILL | ESCROW CODE | MILLAGE CODE | AMOUNT DUE | |
|---|---|---|---|---|
| 2025 Annual Bill | — | 3000 | $4,196.63 | Add To Cart<br>Print (PDF) |

| | |
|---|---|
| **If received by:**<br>**Please pay:** | May 29, 2026<br>$4,196.63 |

Combined taxes and assessments: $4,006.44

Delinquent Taxes must be paid by Cashier's Check, Money Order, or Certified Funds. Amount due may be subject to change without notice.

Mail payments to: 200 NW 2nd Avenue, Miami, FL 33128

## Ad Valorem Taxes

| TAXING AUTHORITY | MILLAGE | ASSESSED | EXEMPTION | TAXABLE | TAX |
|---|---|---|---|---|---|
| **Miami-Dade School Board** | | | | | |
| School Board Operating | 5.49900 | $235,500.00 | $0.00 | $235,500.00 | $1,295.01 |
| School Board Debt Service | 0.13400 | $235,500.00 | $0.00 | $235,500.00 | $31.56 |
| Voted School Operating | 1.00000 | $235,500.00 | $0.00 | $235,500.00 | $235.50 |
| **State And Other** | | | | | |
| Florida Inland Navigation District | 0.02700 | $169,183.00 | $0.00 | $169,183.00 | $4.57 |
| South Florida Water Management District | 0.09480 | $169,183.00 | $0.00 | $169,183.00 | $16.04 |
| Okeechobee Basin | 0.10260 | $169,183.00 | $0.00 | $169,183.00 | $17.36 |
| Everglades Construction Project | 0.03270 | $169,183.00 | $0.00 | $169,183.00 | $5.53 |
| Childrens Trust Authority | 0.46380 | $169,183.00 | $0.00 | $169,183.00 | $78.47 |

| Miami-Dade County | | | | | |
|---|---|---|---|---|---|
| County Wide Operating | 4.57400 | $169,183.00 | $0.00 | $169,183.00 | $773.84 |
| County Wide Debt Service | 0.41710 | $169,183.00 | $0.00 | $169,183.00 | $70.57 |
| Unincorporated Operating | 1.90900 | $169,183.00 | $0.00 | $169,183.00 | $322.97 |
| Library District | 0.28120 | $169,183.00 | $0.00 | $169,183.00 | $47.57 |
| Fire Rescue Operating | 2.39650 | $169,183.00 | $0.00 | $169,183.00 | $405.45 |
| **Total Ad Valorem Taxes** | **16.93170** | | | | **$3,304.44** |

## Non-Ad Valorem Assessments

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| GARB,TRASH,TRC,RECYCLE | @ 702.0000 | $702.00 |
| **Total Non-Ad Valorem Assessments** | | **$702.00** |

## Parcel Details

| | |
|---|---|
| **Owner:** | CITY TRUST INVESTMENTS LLC |
| **Situs:** | 28131 SW 142 CT Unincorporated County 33033-0000 |

| | |
|---|---|
| **Account** | 30-7903-013-0210 |
| **Millage code** | 3000 - UNINCORPORATED DADE COUNTY |
| **Millage rate** | 16.93170 |

| | |
|---|---|
| **Assessed value:** | $169,183 |
| **School assessed value:** | $235,500 |

| 2025 TAX AMOUNTS | |
|---|---|
| **Ad valorem:** | $3,304.44 |
| **Non-ad valorem:** | $702.00 |
| **Total Discountable:** | $4,006.44 |
| **Total tax:** | $4,006.44 |

LEGAL DESCRIPTION

SEAPINES LOT 21 BLK 1 PB 100-6 PROP INT IN & TO COMMON ELEMENTS LOT SIZE 3311 SQ FT OR 208 ...

View More

| LOCATION | |
|---|---|
| **Range:** | 39E |
| **Township:** | 57S |
| **Section:** | 03 |
| **Block:** | 10 |
| **Use code:** | 0410 |

**Miami-Dade County Tax Collector**
200 NW 2nd Avenue, Miami, FL 33128

**Transactions cannot be cancelled after checkout**. Verify all items and information before submitting.

**Vehicle Renewals**: $3.50 service fee per item. $1.00 mailing fee added to all auto tag transactions.

**E-Check Payments**: E-checks for Property and Business Tax Payments: No Convenience Fee.

**Credit/Debit Card, Apple Pay, Google Pay, and PayPal Payments**: A convenience fee will be charged to all credit/debit card transactions.

# 2025
## Reminder Real Estate Property Taxes

Notice of Ad Valorem Tax and Non-Ad Valorem Assessments

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| FOLIO NUMBER | MUNICIPALITY | MILL CODE |
|---|---|---|
| 30-7903-013-0210 | UNINCORPORATED DADE COUNTY | 3000 |

**MAILING ADDRESS:**
CITY TRUST INVESTMENTS LLC
30332 SW 152 PL
HOMESTEAD, FL 33033

**PROPERTY ADDRESS:**
28131 SW 142 CT,
Unincorporated County,
33033-0000

**EXEMPTIONS:**

## AD VALOREM TAXES

**TAXES NOW DUE ARE THE CURRENT OWNER'S RESPONSIBILITY.**

In accordance with Florida Statute 197, if **2025** Real Estate taxes on your property are not paid prior to June 1, a **tax certificate** will be issued, which may result in loss of your property at a future date.

If you filed a VAB Petition and have met the 75% payment requirement, the amount due reflects the remaining balance. The Miami-Dade Office of The Tax Collector Dariel Fernandez reccomends you pay the remaining balance for the **2025** property taxes.

**AMOUNT DUE**

**If Paid By** May 29, 2026

**Please Pay** $4,196.63

ADDITIONAL PRIOR YEAR(S) PROPERTY TAXES OWED AND ARE NOT INCLUDED IN THIS BILL.

**POSTMARKS WILL NOT BE HONORED**

**Delinquent taxes must be paid by Cashier's Check, Money Order, or Certified Funds.**

**Save time, pay online at mdctaxcollector.gov. For information call (305) 375-5448**

**↑ RETAIN FOR YOUR RECORDS ↑**

**↓ DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT ↓**

**2025** Reminder Real Estate Property Taxes

**FOLIO NUMBER**
30-7903-013-0210

**PROPERTY ADDRESS**
28131 SW 142 CT

**LEGAL DESCRIPTION**
SEAPINES
LOT 21 BLK 1 PB 100-6
PROP INT IN & TO COMMON ELEMENTS
LOT SIZE 3311 SQ FT
OR 208

CITY TRUST INVESTMENTS LLC
30332 SW 152 PL
HOMESTEAD, FL 33033

* 1 + 3 0 7 9 0 3 0 1 3 0 2 1 0 + 2 0 2 5 *

Mail your payment, in U.S. Funds from a U.S. bank, and payable to:
DARIEL FERNANDEZ
TAX COLLECTOR, MIAMI-DADE COUNTY
200 NW 2nd Avenue, Miami, FL 33128

**AMOUNT DUE IS SUBJECT TO CHANGE WITHOUT NOTICE**
**Delinquent taxes must be paid by Cashier's Check, Money Order, or Certified Funds.**
**Postmarks will not be honored for delinquent tax payments.**

**SCAN TO PAY**

**AMOUNT DUE**

**If Paid By** May 29, 2026

**Please Pay** $4,196.63

1000000000000000000307903013021020250000040064400000000070004

REAL RES
RESearch
RESults
RESponsive

# MIAMI-DADE HIDDEN TAXES

To: Lorium Law / 8524.003
From: Research Department
Date: 5/29/2026 Folio: 30-7903-013-0210
RE: 28131 SW 142 CT

Please be advised the Real Estate Tax years (2024-2005) are currently blocked from public viewing due to legal proceedings that are from a Litigation or Foreclosure. Pending a Litigation Result, Final Judgement on the property can result in a balance due, have a refund issued, or no changes made.

The Tax Collector's Office accepts escrow payments to allow taxpayers to obtain a release of Lis Pendens from the Office of the Property Appraiser. Effective immediately, the Tax Collector's Office will allow taxpayers to return the uncashed VAB refund checks to release the Lis Pendens and stop the accrual of interest. Taxpayers who have already cashed the VAB refund check may request a payoff amount by sending an email to the Tax Collector Paralegal Unit.

For any additional information regarding Real Estate Taxes due to Legal proceedings on a property, please contact the Paralegal unit at FINTCP@miamidade.gov or TCParalegal@mdctaxcollector.gov. Please provide the below requested information so that they may complete your request accurately.

Folio number:

Property Address (including Unit #):

Case style:

Case number:

Tax Year:

Current property owner's name:

Nature of relationship to Defendant:

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Utility

**MIAMI-DADE COUNTY SOLID WASTE**

2525 NW 62 ST, 5TH FLOOR

MIAMI, FL 33147

305-564-1630

**MIAMI-DADE COUNTY WATER & SEWER**

MIAMI DADE WATER AND SEWER DEPT PO BOX 026055

MIAMI, FL 33102

305-665-7471 or 7477

Premise Search - Google Chrome

us-ashburn-1.utilities-cloud.oracleindustry.com/c82x4h/prod/ccs/web/portal?language=ENG&type=dataExplorerPopup...

Search By: Address

Address: 28131 Sw 142ND C

City:

Postal:

Search

**No Filters Defined**

Date: 05/29/2026

REAL RES LLC
6801 PALISADES PARK CT #2
FORT MYERS, FL 33912-7127

Re: Premise ID-9902807200 Address-28131 SW 142ND CT HOMESTEAD FL 33033-1765 - Residence

# PREMISE LOCATION CERTIFICATE

Current/Outstanding Debt

| Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|
| 3672016610 | RSW-STRM | STORMWATER | $23.14 | 06/17/2025 |
| 3672016610 | RFT-WW | FEES & TAXES WASTEWATER | $6.66 | 06/17/2025 |
| 3672016610 | RWW-A | WASTEWATER RESIDENTIAL | $84.54 | 06/17/2025 |
| 3672016610 | RWT-A | WATER RESIDENTIAL | $4.88 | 06/17/2025 |
| 3672016610 | RFT-WT | FEES AND TAXES WATER | $9.36 | 06/17/2025 |
| | | Account Total: | $128.58 | |
| | | Mailing ZIP: | 33948-6364 | |

For Lien additional information see comments below

| Lien Account Number | SA Type | Description | Amount | Service Through | Status | ORB/Page No. |
|---|---|---|---|---|---|---|

| Bankruptcy Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|

| Write-Off Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|

| Tampering Premise Note ID# | Premise Note Created | Amount Owed |
| --- | --- | --- |

Comments:

Payment must include a copy of the Premise Location Certificate form and a check payable to:
Miami-Dade Water and Sewer Department
P.O. Box 330316
Miami, FL 33233-0316

Please Note: The amounts listed on this certificate reflect all outstanding amounts for the property as of the "Service Through" date. Charges incurred for services rendered subsequent to that date are subject to normal collection procedures and lien if applicable. Municipal charges to the above reference property may be due. This certificate applies to water and wastewater service rendered to the above referenced property. It does not include connection charges, construction charges, and any other charges which may be owed to Miami-Dade Water and Sewer Department.

The utility fees listed may include tenant account information. Pursuant to Florida Statutes, property owners are not held responsible for unpaid tenant utility accounts, unless Homestead Exemption has been claimed during the lease period.

If you have any questions regarding this matter, you may contact a Customer Service Representative at (305) 665-7477.

Sincerely,

Lourdes Luis
Unit Supervisor

Control Central Search | 28131 SW 142 CT | FedEx Ship Manager | Create sh

us-ashburn-1.utilities-cloud.oracleindustry.com/c82x4h/prod/ccs/web/cis.jsp

https://pdr.attendan... Liensys FedEx Minerva TriNet Platform Cust... Connect mdws map Imported St. Cloud - WebPer... Premise Location Ce... Main Payment - EST... All Bookmarks

**Customer Cloud Service** WASD CCSPROD

Advanced Search

XTDS(

Control Central Search

Bookmark Refresh

Main

Control Central Search

Search By: Geo Type/Value

Geo Type/Value: Folio Number 3079030130210

CIS Division:

Search

Hide Filters

| Premise | Person/Account | Premise Type | Premise ID | Geographic Val |
|---|---|---|---|---|
| 28131 SW 142ND CT, HOMESTEAD, FL, 33033-1765, Residence, 9902807200 | FELICIANO,YANARA - Cellular Phone: (786) 427-0538 (MAIN CUSTOMER - Acct. 3672016610) | Residence | 9902807200 | 307903013021( |

Favorite Links

Alerts

Last Contact: 324 days ago - System,English

SPANISH LANGUAGE PREFERRED

ENROLLED IN WSSUI

Active Write Off Process

Stopped SAs Exist

Collection Referral Active

Full Context

FELICIANO,YANARA - Cellular Phone: (786) 427-0538

FELICIANO,YANARA, Residential, $128.58, 3672016610

28131 SW 142ND CT, HOMESTEAD, FL, 33033-1765, Residence, 9902807200

28131 SW 142ND CT, HOMESTEAD, FL, 33033-1765 / RESIDENTIAL WATER & WW / Water Service / 15405317 / Meter Read Cycle 36, 4623 / Active

REAL RES
RESearch
RESults
RESponsive

# DADE COUNTY PUBLIC WORKS & WASTE MANAGEMENT SEARCH RESULTS

Date: 5/27/2026

Address: 28131 SW 142 CT

Folio: 30-7903-013-0210

A search was done on the above-mentioned address/folio in the Dade County Public Works & Waste Management system online:

| Items Researched: | Issues: | | |
|---|---|---|---|
| Legal Actions | Yes; See attached: ________ | No: X | N/A: ________ |
| Bulky Waste | Yes; See attached: ________ | No: X | N/A: ________ |
| Enforcement Complaints | Yes; See attached: ________ | No: X | N/A: ________ |
| PWWM Account Balance | Yes; See attached: ________ | No: X | N/A: ________ |
| Remediation Liens | Yes; See attached: ________ | No: X | N/A: ________ |

Thank you,

Real Res

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Code

**MIAMI DADE CODE RESEARCH**

CREDIT & COLLECTIONS: 786-469-5200

CODE COMPLIANCE: 786-469-2900, FL

LIEN SECTION: 786-315-2777 ext. 2

**MIAMI-DADE COUNTY BUILDING CODE**

11805 SW 26 ST RM 230

Miami, FL 33175

786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

**UNINC. DADE-COU**

Miami-Dade Permitting and Inspection Center Zoning Permit Section 11805 SW 26 St (Coral Way)

Miami, FL 33175

786-315-2660

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# CODE SEARCH REPORT

| | |
|---|---|
| TO: | LINDSEY ROUSE |
| FROM: | George LP |
| DATE: | 5/27/2026 |
| ADDRESS: | 28131 SW 142 CT |
| FOLIO: | 30-7903-013-0210 |

An online search was conducted with the Miami-Dade County Building Code on the above address / folio and 2 issues has been found:

| | |
|---|---|
| 20250239735 | w/ fine; see attached. |
| A2016001268 | w/ fine; see attached. |

For information on how to have these issues closed (fees and inspections may apply), call the Miami-Dade County Building Code at:

11805 SW 26 ST RM 230
MIAMI, FL 33175
786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

***Commercial Property Disclaimer: Please note there could be possible code or permit issues under additional addresses with the same folio.Check the invoice summary page for any confirmed additional addresses that were not included in this invoice.If you would like for us to include this information please let us know in writing.Additional fees may apply.***

# Case Information

As of Thursday, May 28, 2026

| Case Number | Case Type | Open Date |
|---|---|---|
| 20250239735 | All Other Code Violations | 06/30/2025 |
| **Property Address** | **Folio Number** | **Legal Description** |
| 28131 SW 142 CT | 30-7903-013-0210 | SEAPINES' LOT 21 BLK 1 PB 100-6' PROP INT IN & TO COMMON ELEMENTS' LOT SIZE 3311 SQ FT' OR 20865-0805 1102 1' COC 24155-3820 12 2005 1' |
| **Date Closed** | **Permit Number** | **Inspector** |
| | | Julio Ariza |
| **Violator** | **Owner Name** | **Owner Address** |
| CITY TRUST INVESTMENTS LLC C/O JORGE LLAGUNO | CITY TRUST INVESTMENTS LLC | 30332 SW 152ND PL , HOMESTEAD FL 33033 |
| **Building Code** | **Alleged Violation** | **Comments** |
| Florida Building Code | Rear terrace addition and deteriorated wood fence. | Rear terrace addition and deteriorated wood fence. |

# Activities History for Case Number 20250239735

As of Thursday, May 28, 2026

| COUNT | ACTIVITY CODE | DESCRIPTION | ISSUE DATE | ENTRY DATE | FOLLOW UP DATE | TICKET NUMBER | TICKET AMOUNT | SMA DATE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 124 | TICKET MAILED | 04/29/2026 | 04/29/2026 | | P079293 | $0.00 | | USPS Tracking: 9414814902948160107884 |
| 2 | 124 | TICKET MAILED | 04/29/2026 | 04/29/2026 | | P079294 | $0.00 | | USPS Tracking: 9414814902948160107907 |
| 3 | 114A | WRITTEN COMMUNICATION | 04/29/2026 | 04/29/2026 | | | $0.00 | | As per officer Julio Ariza's instructions, copy of tickets P079293 and P079294 were sent to Registered Agent Jorge Llaguno 29363 SW 142 AVE Homestead, FL 33033. Trk: 9589071052700578008993, 9589071052700578009006. |
| 4 | 125EM | E-TICKET ELECTRONICALLY MAILED CERTIFIED | 04/29/2026 | 04/29/2026 | | P079293 | $0.00 | | USPS Tracking: 9414814902948160107884 |
| 5 | 125EM | E-TICKET ELECTRONICALLY MAILED CERTIFIED | 04/29/2026 | 04/29/2026 | | P079294 | $0.00 | | USPS Tracking: 9414814902948160107907 |
| 6 | 114A | WRITTEN COMMUNICATION | 04/28/2026 | 04/28/2026 | | | $0.00 | | Email to Building Support. |
| 7 | 125E | E-TICKET CREATED | 04/28/2026 | 04/28/2026 | 04/29/2026 | P079293 | $0.00 | | 105.1 violation(s): Reroof. AC changeout at front of the property & attached structure at rear. |
| 8 | 125E | E-TICKET CREATED | 04/28/2026 | 04/28/2026 | 04/29/2026 | P079294 | $0.00 | | 8-11(a) violation(s): Wood fence is disrepair on north side of the property. |
| 9 | 126 | TICKET POSTED | 04/28/2026 | 04/28/2026 | 06/17/2026 | P079293 | $500.00 | | System Added due to electronic ticket issue. |
| 10 | 126 | TICKET POSTED | 04/28/2026 | 04/28/2026 | 06/17/2026 | P079294 | $500.00 | | System Added due to electronic ticket issue. |
| 11 | 127 | PICTURES TAKEN | 04/28/2026 | 04/28/2026 | | | $0.00 | | NOVCI. |
| 12 | 124A | TICKET TO BE MAILED | 04/28/2026 | 04/28/2026 | 04/28/2026 | P079293 | $500.00 | | System Added due to electronic ticket issue. |
| 13 | 124A | TICKET TO BE MAILED | 04/28/2026 | 04/28/2026 | 04/28/2026 | P079294 | $500.00 | | System Added due to electronic ticket issue. |
| 14 | 125ES | E-TICKET ELECTRONICALLY SENT TO COC | 04/28/2026 | | | P079293 | $0.00 | | |
| 15 | 125ES | E-TICKET ELECTRONICALLY SENT TO COC | 04/28/2026 | | | P079294 | $0.00 | | |
| 16 | 125EA | E-TICKET TO BE SENT FOR CERTIFIED ELECTRONIC MAILING | 04/28/2026 | 04/28/2026 | 04/29/2026 | P079293 | $500.00 | | System Added due to electronic ticket issue. |
| 17 | 125EA | E-TICKET TO BE SENT FOR CERTIFIED ELECTRONIC MAILING | 04/28/2026 | 04/28/2026 | 04/29/2026 | P079294 | $500.00 | | System Added due to electronic ticket issue. |
| 18 | 120 | COMPLIANCE INSPECTION FOR N.O.V. REQUESTED | 10/06/2025 | 10/06/2025 | 11/05/2025 | | $0.00 | | |
| 19 | 114A | WRITTEN COMMUNICATION | 09/02/2025 | 09/02/2025 | | | $0.00 | | Mail correspondence received Re: Bankruptcy case 24-14100-LMI. |
| 20 | 116ER | ELECTRONIC RECORDING OF NOV COMPLETED BY CLERK OF COURTS | 07/09/2025 | | | | $0.00 | | Recorded on Book: 34835 Page: 2758 TotalPages: 1 |
| 21 | 112CB | N.O.V. SENT FOR MAILING | 07/01/2025 | 07/01/2025 | | | $0.00 | | |
| 22 | 127 | PICTURES TAKEN | 07/01/2025 | 07/01/2025 | | | $0.00 | | Structure maintenance dilapidated wood fence and rear terrace addition without a permit. |
| 23 | 114A | WRITTEN COMMUNICATION | 07/01/2025 | 07/01/2025 | | | $0.00 | | BWC USED. |
| 24 | 119 | N.O.V. MAILED | 07/01/2025 | 07/01/2025 | | | $0.00 | | |
| 25 | 105 | COMPLAINT RECEIVED BY INSPECTOR | 06/30/2025 | 06/30/2025 | | | $0.00 | | Rear terrace addition and deteriorated wood fence. |
| 26 | 110 | FIRST INITIAL INSPECTION REQUESTED | 06/30/2025 | 06/30/2025 | | | $0.00 | | |
| 27 | 119A | N.O.V. TO BE MAILED | 06/30/2025 | 06/30/2025 | 06/30/2025 | | $0.00 | | System Added due to NOV issue. |
| 28 | 112CA | N.O.V. TO BE SENT FOR ELECTRONIC MAILING | 06/30/2025 | 06/30/2025 | 07/02/2025 | | $0.00 | | System Added due to NOV issue for electronic mailing. |
| 29 | 112C | N.O.V. CREATED | 06/30/2025 | 06/30/2025 | 07/01/2025 | | $0.00 | | Rear terrace addition and deteriorated-dilapidated wood fence |
| 30 | 116EC | NOV ELECTRONIC RECORDING REQUESTED | 06/30/2025 | 06/30/2025 | 07/01/2025 | | $0.00 | | NOV sent to COC for recording electronically. |

# Case Information

As of Thursday, May 28, 2026

**Case Number**
A2016001268

**Case Type**
Expired Permits

**Open Date**
02/11/2016

**Property Address**
28131 SW 142 CT

**Folio Number**
30-7903-013-0210

**Legal Description**
SEAPINES LOT 21 BLK 1 PB 100-6 PROP INT IN & TO COMMON ELEMENTS LOT SIZE 3311 SQ FT OR 20865-0805 1102 1 COC 24155-3820 12 2005 1

**Date Closed**

**Permit Number**
2015040737

**Inspector**
ExpiredPermit Inspector

**Violator**
DONALD S ROSE TRS MIRIAN SERRANO

**Owner Name**
DONALD S ROSE TRS MIRIAN SERRANO

**Owner Address**
PO BOX 960366 , MIAMI FL 33296

**Building Code**
Florida Building Code

**Alleged Violation**
8-1 FAILURE TO OBTAIN REQUIRED INSPECTION FLORIDA BUILDING CODE SECTION 105.6

**Comments**


## Help and Support

Miami-Dade Home (https://www.miamidade.gov/global/home.page)
Privacy Statement (https://www.miamidade.gov/global/disclaimer/privacy-and-security.page)
ADA Notice (https://www.miamidade.gov/global/disclaimer/ada-notice.page)
Disclaimer (https://www.miamidade.gov/global/disclaimer/disclaimer.page)
About Miami-Dade (https://www.miamidade.gov/global/disclaimer/about-miami-dade-county.page)

## Self-Service

311 Contact Center (https://www.miamidade.gov/global/311/home.page)
Mobile Applications (https://www.miamidade.gov/global/mobile-applications.page)
Open Data (https://gis-mdc.opendata.arcgis.com/)
Public Records (https://www.miamidade.gov/global/publicrecords/search.page)
Service Directory (https://www.miamidade.gov/global/navigation/service-index.page)

## Stay Connected

Legal Ads & Public Notices (https://www.miamidade.gov/global/navigation/legal-ad-index.page)
Social Media Directory (https://www.miamidade.gov/global/social-media.page)
Watch Government Meetings (https://www.miamidade.gov/global/webcasting/home.page)
County Calendar (https://www.miamidade.gov/global/calendar/global.page)
News RSS Feed (https://www.miamidade.gov/global/rss-news.page)


(https://www.miamidade.gov/global/home.page)

# Activities History for Case Number A2016001268

As of Thursday, May 28, 2026

| COUNT | ACTIVITY CODE | DESCRIPTION | ISSUE DATE | ENTRY DATE | FOLLOW UP DATE | TICKET NUMBER | TICKET AMOUNT | SMA DATE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 118 | TELEPHONE CALL | 07/17/2017 | 07/17/2017 | | | $0.00 | | Spoke with Lory Gonzalez. Explained that this case was opened citing the contractor. The violation has been corrected, but the case will remain open due to the unpaid ticket to the contractor. Since the ticket was issued to the contractor, no lien will be placed on the property. |
| 2 | 118 | TELEPHONE CALL | 07/14/2017 | 07/14/2017 | | | $0.00 | | Attempted to call Lory Gonzalez. Mailbox full, unable to leave message. |
| 3 | 114A | WRITTEN COMMUNICATION | 07/13/2017 | 07/13/2017 | | | $0.00 | | NOIL CANCELLED ADMINISTRATIVELY ON 7/13/2017. CVN ISSUED TO CONTRACTOR HAS NOT BEEN PAID. PERMIT HAS BEEN RENEWED AND HAS AN EXPIRED PERMIT CHECK. CASE TO REMAIN OPEN UNTIL CVN IS PAID. RESTRICTION R-33 IS ON CONTRACTOR LICENSE NO. 000013851. |
| 4 | 190 | NOTICE OF INTENT TO LIEN/LIEN COMPLIANCE INSPECTION REQUESTED | 07/13/2017 | 07/13/2017 | 07/13/2017 | 651896 | $0.00 | | Triggered from addition of activity 195B. |
| 5 | 147 | NON-COMPLIANCE AFFIDAVIT FOLLOW-UP INSPECTION REQUESTED | 07/13/2017 | 07/13/2017 | 08/12/2017 | 651896 | $0.00 | | |
| 6 | 191 | NOTICE OF INTENT TO LIEN/LIEN COMPLIANCE - VIOLATION CORRECTED | 07/13/2017 | 07/13/2017 | | 651896 | $0.00 | | Violation corrected but Ticket not paid. |
| 7 | 114 | MEETING WITH CUSTOMER | 07/13/2017 | 07/13/2017 | | | $0.00 | | PERMIT NO 2015040737 NSPECTOR NAME SALAZAR, LEONARD E. REQUEST DATE 7/11/2017 NSPECTION TYPE 083 EXPIRED PERMIT CHECK INSPECTION DATE 7/12/2017 ISPOSITION 062 COMPLETED RESULT DATE 7/13/2017 LERK NAME SALAZAR, LEONARD E. INSPECTION TIME OMMENTS |
| 8 | 133 | VIOLATION CORRECTED | 07/13/2017 | 07/13/2017 | | | $0.00 | | Violation corrected. Elec01 permit 2015040737 was closed with an Expired Permit Check 07/12/17. |
| 9 | 195B | NOTICE OF INTENT TO LIEN CANCELLED ADMINISTRATIVELY | 07/13/2017 | 07/13/2017 | | | $0.00 | | Citation issued to Contractor not Property Owner. |
| 10 | 140J | SCHEDULE ORDER OF THE CODE ENFORCEMENT HEARING | 05/01/2017 | 05/01/2017 | 05/04/2017 | | $0.00 | | |
| 11 | 140JP | PENDING LIEN HEARING CASE PACKAGE | 05/01/2017 | 05/01/2017 | 05/04/2017 | | $0.00 | | |
| 12 | 140E | FINAL NOTICE OF INTENT TO LIEN/DEMAND FOR PAYMENT MAILED | 03/24/2017 | 03/24/2017 | | | $0.00 | | |
| 13 | 140EA | FINAL NOIL/DEMAND FOR PAYMENT ELECTRONICALLY MAILED | 03/24/2017 | 03/24/2017 | | | $0.00 | | |
| 14 | 140DA | FINAL NOIL/DEMAND FOR PAYMENT SENT FOR ELECTRONIC MAILING | 03/23/2017 | 03/23/2017 | 03/23/2017 | | $0.00 | | Triggered via BSSNet Daily Maintenance |
| 15 | 138A | RECOMMEND FOR LIEN | 03/23/2017 | 03/23/2017 | 03/23/2017 | 651896 | $0.00 | | |
| 16 | 140B | LIEN COST ANALYSIS WORKSHEET | 03/23/2017 | 03/23/2017 | 03/23/2017 | | $0.00 | | BSSNet Daily Maintenance generated |
| 17 | 140D | FINAL NOTICE OF INTENT TO LIEN/DEMAND FOR PAYMENT TO BE MAILED | 03/23/2017 | 03/23/2017 | 03/23/2017 | | $0.00 | | BSSNet Daily Maintenance generated |
| 18 | 137B | NON-COMPLIANCE AFFIDAVIT ELECTRONICALLY SENT | 02/23/2017 | 02/23/2017 | 02/23/2017 | 651896 | $0.00 | | |
| 19 | NTNA | NOTICE OF ASSESSMENT OF CONTINUING PENALTIES | 02/23/2017 | 02/24/2017 | | 651896 | $0.00 | | SEFA Entry Date: 02/23/2017 |
| 20 | 138E | UNABLE TO LIEN - NEW CASE OPENED | 05/17/2016 | 05/17/2016 | 05/17/2016 | | $0.00 | | CASE IN DORMANT STATUS. System generated new case number: 20160178769 |
| 21 | 137 | NON-COMPLIANCE AFFIDAVIT | 05/17/2016 | 05/17/2016 | 05/17/2016 | 651896 | $0.00 | | Expired Permits Clean Up, Permit is still Expired or has Holds in Mainframe. |
| 22 | 130 | COMPLIANCE INSPECTION TICKET REQUESTED | 04/11/2016 | 04/11/2016 | 05/11/2016 | | $0.00 | | |
| 23 | 118 | TELEPHONE CALL | 03/18/2016 | 03/18/2016 | | | $0.00 | | MICHAEL CALLED WITH CNTR HOLD ON PROCESS NUMBER C2016081325. AFTER RESEARCH IT WAS NOT NEW WORK AND I WAS ABLE TO RELEASE BUT WHEN I SEN THE EMAIL TO JOSE LEZCANO TO RELEASE HOLD ON PROCESS NUMBER HE REPLIED CONTRACTOR HAS OTHER RESTRICTIONS AND ISSUES WITH HIS LICENSE. |
| 24 | 120QR | B.C.C.O. MEMO REQUESTING DADE COUNTY CONTRACTOR LICENSE HOLD READ | 03/08/2016 | 03/08/2016 | | | $0.00 | | |

| COUNT | ACTIVITY CODE | DESCRIPTION | ISSUE DATE | ENTRY DATE | FOLLOW UP DATE | TICKET NUMBER | TICKET AMOUNT | SMA DATE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 25 | 120Q | B.C.C.O. MEMO REQUESTING DADE COUNTY CONTRACTOR LICENSE HOLD SENT | 03/07/2016 | 03/07/2016 | 03/07/2016 | | $0.00 | | |
| 26 | 134 | RETURN RECEIPT RECEIVED | 03/03/2016 | 07/13/2017 | | | $0.00 | | PROOF FROM USPS INDICATE DELIVERED. |
| 27 | 124 | TICKET MAILED | 02/18/2016 | 02/18/2016 | 04/08/2016 | 651896 | $0.00 | | 71969008911506999876 |
| 28 | 124A | TICKET TO BE MAILED | 02/11/2016 | 02/16/2016 | 03/12/2016 | 651896 | $0.00 | | |


## Help and Support

Miami-Dade Home (https://www.miamidade.gov/global/home.page)

Privacy Statement (https://www.miamidade.gov/global/disclaimer/privacy-and-security.page)

ADA Notice (https://www.miamidade.gov/global/disclaimer/ada-notice.page)

Disclaimer (https://www.miamidade.gov/global/disclaimer/disclaimer.page)

About Miami-Dade (https://www.miamidade.gov/global/disclaimer/about-miami-dade-county.page)

## Self-Service

311 Contact Center (https://www.miamidade.gov/global/311/home.page)

Mobile Applications (https://www.miamidade.gov/global/mobile-applications.page)

Open Data (https://gis-mdc.opendata.arcgis.com/)

Public Records (https://www.miamidade.gov/global/publicrecords/search.page)

Service Directory (https://www.miamidade.gov/global/navigation/service-index.page)

## Stay Connected

Legal Ads & Public Notices (https://www.miamidade.gov/global/navigation/legal-ad-index.page)

Social Media Directory (https://www.miamidade.gov/global/social-media.page)

Watch Government Meetings (https://www.miamidade.gov/global/webcasting/home.page)

County Calendar (https://www.miamidade.gov/global/calendar/global.page)

News RSS Feed (https://www.miamidade.gov/global/rss-news.page)

(https://www.miamidade.gov/global/home.page)

© 2026 Miami-Dade County.
All rights reserved.

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# CODE SEARCH REPORT

TO: LINDSEY ROUSE
FROM: George LP
DATE: 5/27/2026
ADDRESS: 28131 SW 142 CT
FOLIO: 30-7903-013-0210

An online search was conducted with the Miami Dade Code Research on the above address / folio and 6 issues has been found:

| | |
|---|---|
| 2016 - 651896 | w/ fine; see attached. |
| 2025 - T131042 | w/ fine; see attached. |
| 2026 - P079293 | w/ fine; see attached. |
| 2026 - P079294 | w/ fine; see attached. |
| 2026 - P078833 | w/ fine; see attached. |
| 2026 - P078834 | w/ fine; see attached. |

For information on how to have these issues closed (fees and inspections may apply), call the Miami Dade Code Research at:

CREDIT & COLLECTIONS: 786-469-5200
CODE COMPLIANCE: 786-469-2900, FL
LIEN SECTION: 786-315-2777 ext. 2

***Commercial Property Disclaimer: Please note there could be possible code or permit issues under additional addresses with the same folio.Check the invoice summary page for any confirmed additional addresses that were not included in this invoice.If you would like for us to include this information please let us know in writing.Additional fees may apply.***

## CITATION INFORMATION

**Citation No.:** 2016 - 651896
**Issue Date:** 2/12/2016
**Status:** ** OPEN **
**Total Due:** $10,510.00

**Violator:** AMENGUAL ELECTRIC INC **Folio:** 30-7903-013-0210

**Mailing Address:** 3851 NW 12 TERR **City:** MIAMI **State:** FL **Zip:** 33126

**Code Section:** 8-1

**Description:** FBC 105.6: FAILURE TO OBTAIN REQUIRED INSPECTION

**Issuing Department:** 31 BUILDING EXPIRED PERMIT (786) 315-2424

## VIOLATION INFORMATION

| | | | |
|---|---|---|---|
| **Violation Date:** | 2/12/2016 | **Repeat Violation:** | NO |
| **Violation Time:** | 12:46 A M | **Comply Due Date:** | 3/14/2016 |
| **Violation Location:** | 28131 SW 142 CT | **Complied Date:** | |
| **Inspector:** | 123 RICK ROIG | **Appeal Filed:** | |
| **Serve Method:** | BY MAIL | **Appeal Due Date:** | |
| **Serve Date:** | | **Lien Placed:** | |
| **Penalty Must be Paid by:** | 3/14/2016 | **Lien Satisfied:** | |

## PARTIES

| Name | Type | Address |
|---|---|---|
| AMENGUAL ELECTRIC INC | VIOLATOR | 3851 NW 12 TERR<br>MIAMI FL 33126 |

## CITATION INFORMATION

**Citation No.:** 2025 - T131042
**Issue Date:** 7/31/2025
**Status:** ** OPEN **
**Total Due:** $5,260.00

**Violator:** CITY TRUST INVESTMENTS LLC **Folio:** 30-7903-013-0210

**Mailing Address:** 30332 SW 152 PL **City:** HOMESTEAD **State:** FL **Zip:** 33033

**Code Section:** 19-13(A)

**Description:** FAILURE TO PERFORM LOT MAINTENANCE IN RESIDENTIAL DISTRICT

**Issuing Department:** 653 RER - NEIGHBORHOOD COMPLIANCE - CENTRAL (786) 315-2552

## VIOLATION INFORMATION

| | | | |
|---|---|---|---|
| **Violation Date:** | 7/31/2025 | **Repeat Violation:** | NO |
| **Violation Time:** | 05:56 P M | **Comply Due Date:** | 8/14/2025 |
| **Violation Location:** | 28131 SW 142 CT | **Complied Date:** | |
| **Inspector:** | 192 GILBERTO ROSALES | **Appeal Filed:** | |
| **Serve Method:** | POSTED | **Appeal Due Date:** | 8/ 7/2025 |
| **Serve Date:** | | **Lien Placed:** | |
| **Penalty Must be Paid by:** | 8/30/2025 | **Lien Satisfied:** | |

## PARTIES

| Name | Type | Address |
|---|---|---|
| CITY TRUST INVESTMENTS LLC | VIOLATOR | 30332 SW 152 PL<br>HOMESTEAD FL 33033 |

## CITATION INFORMATION

**Citation No.:** 2026 - P079293
**Issue Date:** 4/28/2026
**Status:** ** OPEN **
**Total Due:** $510.00

**Violator:** CITY TRUST INVESTMENTS LLC C/O JORGE LLA **Folio:** 30-7903-013-0210

**Mailing Address:** 30332 SW 152 PL **City:** HOMESTEAD **State:** FL **Zip:** 33033

**Code Section:** 8-1

**Description:** 2007 FBC 105.1: FAILURE OF OWNER-BUILDER OR CONTRACTOR OF OBTAIN A PERMIT

**Issuing Department:** 20 BUILDING AND NEIGHBORHOOD COMPLIANCE (786) 315-2424

## VIOLATION INFORMATION

| | | | |
|---|---|---|---|
| **Violation Date:** | 4/28/2026 | **Repeat Violation:** | NO |
| **Violation Time:** | 12:07 P M | **Comply Due Date:** | 5/28/2026 |
| **Violation Location:** | 28131 SW 142 CT | **Complied Date:** | |
| **Inspector:** | 1028 ARIZA, JULIO | **Appeal Filed:** | |
| **Serve Method:** | POSTED | **Appeal Due Date:** | |
| **Serve Date:** | | **Lien Placed:** | |
| **Penalty Must be Paid by:** | 5/28/2026 | **Lien Satisfied:** | |

## PARTIES

| Name | Type | Address |
|---|---|---|
| CITY TRUST INVESTMENTS LLC C/O JORGE LLA | VIOLATOR | 30332 SW 152 PL HOMESTEAD FL 33033 |

## CITATION INFORMATION

**Citation No.:** 2026 - P079294
**Issue Date:** 4/28/2026
**Status:** ** OPEN **
**Total Due:** $510.00

| | | | | | |
|---|---|---|---|---|---|
| **Violator:** | CITY TRUST INVESTMENTS LLC C/O JORGE LLA | | | **Folio:** | 30-7903-013-0210 |
| **Mailing Address:** | 30332 SW 152 PL | **City:** | HOMESTEAD | **State:** | FL **Zip:** 33033 |
| **Code Section:** | 8-11(A) | | | | |
| **Description:** | FAILURE TO MAINTAIN A BUILDING OR STRUCTURE IN A SAFE CONDITION; FAILURE TO MAINTAIN DEVICES OR SAFEGUARDS IN GOOD WORKING ORDER | | | | |
| **Issuing Department:** | 20 BUILDING AND NEIGHBORHOOD COMPLIANCE (786) 315-2424 | | | | |

## VIOLATION INFORMATION

| | | | |
|---|---|---|---|
| **Violation Date:** | 4/28/2026 | **Repeat Violation:** | NO |
| **Violation Time:** | 12:08 P M | **Comply Due Date:** | 5/28/2026 |
| **Violation Location:** | 28131 SW 142 CT | **Complied Date:** | |
| **Inspector:** | 1028 ARIZA, JULIO | **Appeal Filed:** | |
| **Serve Method:** | POSTED | **Appeal Due Date:** | |
| **Serve Date:** | | **Lien Placed:** | |
| **Penalty Must be Paid by:** | 5/28/2026 | **Lien Satisfied:** | |

## PARTIES

| Name | Type | Address |
|---|---|---|
| CITY TRUST INVESTMENTS LLC C/O JORGE LLA | VIOLATOR | 30332 SW 152 PL HOMESTEAD FL 33033 |

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Permit

**MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS**

11805 SW 26 ST

Miami, FL 33175-2474

786-315-2000

MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS

PERMIT INFORMATION

Date: 5/28/2026

An online permit search was conducted with the MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS on the following address/folio and no open or expired permits were found:

Address: 28131 SW 142 CT

Folio: 30-7903-013-0210

For more information please contact the MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS at:

BUILDING DEPT
11805 SW 26 ST
MIAMI FL 33175-2474
786-315-2000

***Commercial Property Disclaimer: Please note there could be possible issues under additional addresses with the same folio. Check the invoice summary page for any issues against additional addresses found. If you would like for us to include this information please let us know in writing. Additional fees may apply.***

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

Print or type
See Specific Instructions on page 2.

Name (as shown on your income tax return)
Miami-Dade County Florida

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

☑ Other (see instructions) ▶ Government

Exemptions (see instructions):
Exempt payee code (if any)
Exemption from FATCA reporting code (if any)

Address (number, street, and apt. or suite no.)
111 N.W. 1 Street - Suite 2550

City, state, and ZIP code
Miami, Florida 33128

Requester's name and address (optional)

List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number
[ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

Employer identification number
5 9 – 6 0 0 0 5 7 3

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** Signature of U.S. person ▶ [signature] Date ▶ 12/5/13

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and
4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

# INVOICE

6062 - Agrum Law

**Phone:** 877-543-6669
**Email:** CR@realres.com
**Website:** www.realres.com

**Invoice Number:** 1499021
**Invoice Date:** May 29, 2026
**Our Order Number:** 2026-1107723
**Order Type:** Cancellable

**Property:** 28133 SW 142 CT, UNINC. DADE
**Owner:** CITY TRUST INVESTMENTS LLC
**File Number:** 8524.003
**Closing Date:** 6/12/2026

**ORDER TYPE: Lien Search**

**SUMMARY OF INVOICES FOR THIS PROPERTY AS OF**

| Invoice # | Invoice Date | Type | Total $ | Status | Paid/Applied | Unpaid Balance |
|---|---|---|---|---|---|---|
| 1499021 | 5/29/2026 | Lien Search | $120.00 | Open | $0.00 | $120.00 |
| | | Total All invoices: | $120.00 | | **Total Open Invoices:** | **$120.00** |

Properties annexed prior to 5 years will be searched at current municipality. Zoning letters and tangible tax searches are done upon request only. Fees may be due to resolve issues mentioned, and balances may not be correct on day of closing. All information obtained from the Municipalities is believed to be true and correct but not warranted.

* Rush orders are non-cancellable
* Commerical orders are non-cancellable
* Bulk orders (10 or more) are non-cancellable
* Non-Florida estoppel orders are non-cancellable

* Florida estoppel orders are cancellable per Florida Statute, if the Cancellation of Contract is provided to Real Res and dated within 30 days of the original contract closing date.

**DIRECT ALL INVOICE INQUIRIES TO:** Accounting Department: 877-543-6669

**MAKE ALL CHECKS PAYABLE TO: Real Res**

Real Res PO Box 100010, Atlanta, GA 30348-0010

* Residential (lien & estoppel) collection charge policy - $25.00 per order closed and not paid on or before 30 days past closing date of file.

REAL RES

6801 Palisades Park Court Suite 2Fort Myers, FL 33912

| | | | |
|---|---|---|---|
| DATE: | 5/29/2026 | CLIENT ID: | 6062 - Lorium Law |
| INVOICE: | 1499021 | ATTN: | LINDSEY ROUSE |
| | | FILE#: | 8524.003 |

**PROPERTY INFORMATION**

| | | | |
|---|---|---|---|
| Address Given: | 28133 SW 142 CT | | |
| Folio: | 30-7903-013-0220 | Owner(s): | CITY TRUST INVESTMENTS LLC |
| City/County: | UNINC. DADE / DADE | Buyer(s): | BAAD HOMES LLC |

ORDER TYPE: Lien Search

## ☑ PROPERTY TAXES

Real Estate Taxes: Delinquent taxes included (2025).

Contact: MIAMI-DADE COUNTY TAX COLLECTOR

## ☐ MUNICIPAL LIENS/ASSESSMENT

None due at this time

## ☑ UTILITY DEPARTMENTS

Balance: $8.11+;$716.89W/O;$206.00LIEN.

As of: 5/29/2026

Service(s): Water/Sewer/Stormwater

Ledger: Not Available

This service provider has the ability to lien against unpaid bills.

Contact: MIAMI-DADE COUNTY WATER & SEWER
305-665-7471 or 7477

MDWS reports accounts by address only. Balances will not be listed for addresses not included in your order submission. Please report any addresses you would like researched. Garbage Included on the Tax Bill.

## ☑ CODE ENFORCEMENT

COU Found - See Note Below

Contact: UNINC. DADE-COU

2025 - T131043 - w/ fine; see attached.

Contact: MIAMI DADE CODE RESEARCH

## ☐ PERMIT ISSUES

None found at this time

**ADDITIONAL COMMENTS:**

Please note the above or attached balance(s) is not a final payoff. For accurate payoff information, we recommend you contacting the provider on the date of closing for updated balances. Please be advised Miami Dade County Water and Sewer reports there could be illegal water usage on properties but they are unable to provide balances until a new account is opened. Please note this lien search company is unable to provide this information. Please note Miami Dade Water and Sewer bills quarterly for utilities so there will be utility usage that has not yet been billed for. Please note Certificate of Use has been applied for. Please note: for Lot Clearing and Minimum Housing Code with Dade County Dept of Economic Resources- FKA the Team Metro letter, this is now an optional letter we offer for $50 in an informal format with a 5-7 business day turnaround, OR we also offer the certified formal letter for $250 for a 20 business day turnaround time. Please let us know in writing if you would like either of these options.

This report includes the results of an examination of records made public by the county/city authorities. We are not responsible for errors or omissions made by the city/county on information received in this report. This report is specific to pending and/or unrecorded liens for the subject property only and does not constitute a title search. Should the title company wish to receive a payoff on any liens found resulting from a title abstract, please advise our office in writing to request the payoff.

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

## CONTACT INFORMATION FOR INVOICE

### MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS

11805 SW 26 ST

Miami, FL 33175-2474

786-315-2000

### MIAMI DADE CODE RESEARCH

CREDIT & COLLECTIONS: 786-469-5200

CODE COMPLIANCE: 786-469-2900, FL

LIEN SECTION: 786-315-2777 ext. 2

### MIAMI-DADE COUNTY BUILDING CODE

11805 SW 26 ST RM 230

Miami, FL 33175

786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

### MIAMI-DADE COUNTY SOLID WASTE

2525 NW 62 ST, 5TH FLOOR

MIAMI, FL 33147

305-564-1630

### MIAMI-DADE COUNTY TAX COLLECTOR

200 NW 2ND AVE

Miami, FL 33128

305-270-4916 / 305-375-5998 OR 3378

### MIAMI-DADE COUNTY WATER & SEWER

MIAMI DADE WATER AND SEWER DEPT PO BOX 026055

MIAMI, FL 33102

305-665-7471 or 7477

### UNINC. DADE-COU

Miami-Dade Permitting and Inspection Center Zoning Permit Section 11805 SW 26 St (Coral Way)

Miami, FL 33175

786-315-2660

This report includes the results of an examination of records made public by the county/city authorities at the above requested property. This report is specific to pending and/or unrecorded liens for the subject property only and does not constitute a title search. Properties annexed prior to 5 years will be searched at the current municipality. Zoning letters and tangible tax searches are done upon request only. We are not responsible for errors or omissions made by the city/county and all information obtained from the city/county is believed to be true and correct but not warranted. Please review all enclosed documents and forward any questions to our office.

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Tax

**MIAMI-DADE COUNTY TAX COLLECTOR**

200 NW 2ND AVE

Miami, FL 33128

305-270-4916 / 305-375-5998 OR 3378

# MIAMI-DADE HIDDEN TAXES

To: Lorium Law / 8524.003
From: Research Department
Date: 5/28/2026 Folio: 30-7903-013-0220
RE: 28133 SW 142 CT

Please be advised the Real Estate Tax years (2005-2024) are currently blocked from public viewing due to legal proceedings that are from a Litigation or Foreclosure. Pending a Litigation Result, Final Judgement on the property can result in a balance due, have a refund issued, or no changes made.

The Tax Collector's Office accepts escrow payments to allow taxpayers to obtain a release of Lis Pendens from the Office of the Property Appraiser. Effective immediately, the Tax Collector's Office will allow taxpayers to return the uncashed VAB refund checks to release the Lis Pendens and stop the accrual of interest. Taxpayers who have already cashed the VAB refund check may request a payoff amount by sending an email to the Tax Collector Paralegal Unit.

For any additional information regarding Real Estate Taxes due to Legal proceedings on a property, please contact the Paralegal unit at FINTCP@miamidade.gov or TCParalegal@mdctaxcollector.gov. Please provide the below requested information so that they may complete your request accurately.

Folio number:

Property Address (including Unit #):

Case style:

Case number:

Tax Year:

Current property owner's name:

Nature of relationship to Defendant:

Search > Account Summary

# Real Estate Account #30-7903-013-0220

**Owner:**
CITY TRUST INVESTMENTS LLC

**Situs:**
28133 SW 142 CT
Unincorporated County 33033-0000

Parcel details
Property Appraiser

## Enroll In Paperless

Sign up

## Amount Due

**MIAMI-DADE COUNTY TAX COLLECTOR** — **Notice of Ad Valorem Taxes and Non-ad Valorem Assessments**

| BILL | AMOUNT DUE | |
|---|---|---|
| 2025 Annual Bill | $3,318.05 | Add To Cart<br>Print (PDF) |

**Some Amounts Not Payable Online**
**Total Amount Payable Online: $3,318.05**

## Account History

| BILL | AMOUNT DUE | STATUS | ACTION |
|---|---|---|---|
| 2025 Annual Bill | $3,318.05 | Unpaid | Print (PDF) |
| 2024 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2023 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2022 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2021 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2020 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2019 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2018 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2017 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2016 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2015 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2014 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2013 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2012 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2011 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2010 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2009 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2008 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2007 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2006 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2005 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |

**Transactions cannot be cancelled after checkout.** Verify all items and information before submitting.

**Vehicle Renewals**: $3.50 service fee per item. $1.00 mailing fee added to all auto tag transactions.

**E-Check Payments**: E-checks for Property and Business Tax Payments: No Convenience Fee.

**Credit/Debit Card, Apple Pay, Google Pay, and PayPal Payments**: A convenience fee will be charged to all credit/debit card transactions.

# Real Estate Account #30-7903-013-0220

**Owner:**
CITY TRUST INVESTMENTS LLC

**Situs:**
28133 SW 142 CT
Unincorporated County 33033-0000

Parcel details
Property Appraiser

**Enroll In Paperless**
Sign up

## 2025 Annual Bill

MIAMI-DADE COUNTY TAX COLLECTOR

Notice of Ad Valorem Taxes and Non-ad Valorem Assessments

| BILL | ESCROW CODE | MILLAGE CODE | AMOUNT DUE | |
|---|---|---|---|---|
| 2025 Annual Bill | — | 3000 | $3,318.05 | Add To Cart<br>Print (PDF) |

| | |
|---|---|
| **If received by:**<br>**Please pay:** | May 29, 2026<br>$3,318.05 |

Combined taxes and assessments: $3,153.45

Delinquent Taxes must be paid by Cashier's Check, Money Order, or Certified Funds. Amount due may be subject to change without notice.

Mail payments to: 200 NW 2nd Avenue, Miami, FL 33128

## Ad Valorem Taxes

| TAXING AUTHORITY | MILLAGE | ASSESSED | EXEMPTION | TAXABLE | TAX |
|---|---|---|---|---|---|
| **Miami-Dade School Board** | | | | | |
| School Board Operating | 5.49900 | $209,500.00 | $0.00 | $209,500.00 | $1,152.04 |
| School Board Debt Service | 0.13400 | $209,500.00 | $0.00 | $209,500.00 | $28.07 |
| Voted School Operating | 1.00000 | $209,500.00 | $0.00 | $209,500.00 | $209.50 |
| **State And Other** | | | | | |
| Florida Inland Navigation District | 0.02700 | $103,105.00 | $0.00 | $103,105.00 | $2.78 |
| South Florida Water Management District | 0.09480 | $103,105.00 | $0.00 | $103,105.00 | $9.77 |
| Okeechobee Basin | 0.10260 | $103,105.00 | $0.00 | $103,105.00 | $10.58 |
| Everglades Construction Project | 0.03270 | $103,105.00 | $0.00 | $103,105.00 | $3.37 |
| Childrens Trust Authority | 0.46380 | $103,105.00 | $0.00 | $103,105.00 | $47.82 |
| **Miami-Dade County** | | | | | |
| County Wide Operating | 4.57400 | $103,105.00 | $0.00 | $103,105.00 | $471.60 |
| County Wide Debt Service | 0.41710 | $103,105.00 | $0.00 | $103,105.00 | $43.01 |
| Unincorporated Operating | 1.90900 | $103,105.00 | $0.00 | $103,105.00 | $196.83 |
| Library District | 0.28120 | $103,105.00 | $0.00 | $103,105.00 | $28.99 |
| Fire Rescue Operating | 2.39650 | $103,105.00 | $0.00 | $103,105.00 | $247.09 |
| **Total Ad Valorem Taxes** | **16.93170** | | | | **$2,451.45** |

## Non-Ad Valorem Assessments

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| GARB,TRASH,TRC,RECYCLE | @ 702.0000 | $702.00 |
| **Total Non-Ad Valorem Assessments** | | **$702.00** |

## Parcel Details

| | |
|---|---|
| **Owner:** | CITY TRUST INVESTMENTS LLC |
| **Situs:** | 28133 SW 142 CT Unincorporated County 33033-0000 |

| | |
|---|---|
| **Account** | 30-7903-013-0220 |
| **Millage code** | 3000 - UNINCORPORATED DADE COUNTY |
| **Millage rate** | 16.93170 |

| | |
|---|---|
| **Assessed value:** | $103,105 |
| **School assessed value:** | $209,500 |

| 2025 TAX AMOUNTS | |
|---|---|
| **Ad valorem:** | $2,451.45 |
| **Non-ad valorem:** | $702.00 |
| **Total Discountable:** | $3,153.45 |
| **Total tax:** | $3,153.45 |

LEGAL DESCRIPTION

SEAPINES LOT 22 BLK 1 PB 100-6 PROP INT IN & TO COMMON ELEMENTS LOT SIZE 1843 SQ FT OR 175 ...

View More

| LOCATION | |
|---|---|
| **Range:** | 39E |
| **Township:** | 57S |
| **Section:** | 03 |
| **Block:** | 20 |
| **Use code:** | 0410 |

**Miami-Dade County Tax Collector**
200 NW 2nd Avenue, Miami, FL 33128

---

**Transactions cannot be cancelled after checkout**. Verify all items and information before submitting.

**Vehicle Renewals**: $3.50 service fee per item. $1.00 mailing fee added to all auto tag transactions.

**E-Check Payments**: E-checks for Property and Business Tax Payments: No Convenience Fee.

**Credit/Debit Card, Apple Pay, Google Pay, and PayPal Payments**: A convenience fee will be charged to all credit/debit card transactions.

# 2025
## Reminder Real Estate Property Taxes

Notice of Ad Valorem Tax and Non-Ad Valorem Assessments

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| FOLIO NUMBER | MUNICIPALITY | MILL CODE |
|---|---|---|
| 30-7903-013-0220 | UNINCORPORATED DADE COUNTY | 3000 |

**MAILING ADDRESS:**
CITY TRUST INVESTMENTS LLC
30332 SW 152 PL
HOMESTEAD, FL 33033

**PROPERTY ADDRESS:**
28133 SW 142 CT,
Unincorporated County,
33033-0000

**EXEMPTIONS:**

## AD VALOREM TAXES

**TAXES NOW DUE ARE THE CURRENT OWNER'S RESPONSIBILITY.**

In accordance with Florida Statute 197, if **2025** Real Estate taxes on your property are not paid prior to June 1, a **tax certificate** will be issued, which may result in loss of your property at a future date.

If you filed a VAB Petition and have met the 75% payment requirement, the amount due reflects the remaining balance. The Miami-Dade Office of The Tax Collector Dariel Fernandez reccomends you pay the remaining balance for the **2025** property taxes.

**AMOUNT DUE**
**If Paid By** May 29, 2026
**Please Pay** $3,318.05

ADDITIONAL PRIOR YEAR(S) PROPERTY TAXES OWED AND ARE NOT INCLUDED IN THIS BILL.

**POSTMARKS WILL NOT BE HONORED**
**Delinquent taxes must be paid by Cashier's Check, Money Order, or Certified Funds.**

**Save time, pay online at mdctaxcollector.gov. For information call (305) 375-5448**

**↑ RETAIN FOR YOUR RECORDS ↑**

**↓ DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT ↓**

**2025** Reminder Real Estate Property Taxes

**FOLIO NUMBER**
30-7903-013-0220
**PROPERTY ADDRESS**
28133 SW 142 CT

**LEGAL DESCRIPTION**
SEAPINES
LOT 22 BLK 1 PB 100-6
PROP INT IN & TO COMMON ELEMENTS
LOT SIZE 1843 SQ FT
OR 175

CITY TRUST INVESTMENTS LLC
30332 SW 152 PL
HOMESTEAD, FL 33033

*1+30790301302 20+2025*

Mail your payment, in U.S. Funds from a U.S. bank, and payable to:
DARIEL FERNANDEZ
TAX COLLECTOR, MIAMI-DADE COUNTY
200 NW 2nd Avenue, Miami, FL 33128

**AMOUNT DUE IS SUBJECT TO CHANGE WITHOUT NOTICE**
**Delinquent taxes must be paid by Cashier's Check, Money Order, or Certified Funds.**
**Postmarks will not be honored for delinquent tax payments.**

**AMOUNT DUE**
**If Paid By** May 29, 2026
**Please Pay** $3,318.05

**SCAN TO PAY**

1000000000000000000307903013022020250000031534500000070008

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Utility

**MIAMI-DADE COUNTY SOLID WASTE**

2525 NW 62 ST, 5TH FLOOR

MIAMI, FL 33147

305-564-1630

**MIAMI-DADE COUNTY WATER & SEWER**

MIAMI DADE WATER AND SEWER DEPT PO BOX 026055

MIAMI, FL 33102

305-665-7471 or 7477

Premise Search - Google Chrome

us-ashburn-1.utilities-cloud.oracleindustry.com/c82x4h/prod/ccs/web/portal?language=ENG&type=dataExplorerPopup...

Search By: Address

Address: 28133 Sw 142ND C

City:

Postal:

Search

**No Filters Defined**

Date: 05/29/2026

REAL RES LLC
6801 PALISADES PARK CT #2
FORT MYERS, FL 33912-7127

Re: Premise ID-9501119200 Address-28133 SW 142ND CT HOMESTEAD FL 33033-1765 - Residence

# PREMISE LOCATION CERTIFICATE

Current/Outstanding Debt

| Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|
| 5896512445 | RSW-STRM | STORMWATER | $8.11 | 07/02/2025 |
| | | Account Total: | $8.11 | |
| | | Mailing ZIP: | 33033-3015 | |

For Lien additional information see comments below

| Lien Account Number | SA Type | Description | Amount | Service Through | Status | ORB/Page No. |
|---|---|---|---|---|---|---|
| 8351105259 | RWT-LIEN | LIEN | $206.00 | 07/02/2025 | LOI | |
| | | Account Total: | $206.00 | | | |
| | | Mailing ZIP: | 33033 | | | |

| Bankruptcy Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|

| Write-Off Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|
| 3435644163 | RWT-WO01 | W/O - WATER | $310.00 | 08/18/2014 |
| 3435644163 | RWT-WO39 | W/O - HYDRANT CHARGE | $1.66 | 08/18/2014 |
| 3435644163 | RWW-WO21 | W/O - WASTEWATER | $325.28 | 08/18/2014 |

| | | | | |
|---|---|---|---|---|
| 3435644163 | RFT-WO21 | W/O - WASTEWATER FEES & TAXES | $24.39 | 08/18/2014 |
| 3435644163 | RSW-WO21 | W/O - STORMWATER | $8.31 | 08/18/2014 |
| 3435644163 | RFT-WO01 | W/O - WATER FEES & TAXES | $47.25 | 08/18/2014 |

Account Total: $716.89
Mailing ZIP: 33130-1494

| Tampering Premise Note ID# | Premise Note Created | Amount Owed |
|---|---|---|

Comments:

Payment must include a copy of the Premise Location Certificate form and a check payable to:
Miami-Dade Water and Sewer Department
P.O. Box 330316
Miami, FL 33233-0316

Please Note: The amounts listed on this certificate reflect all outstanding amounts for the property as of the "Service Through" date. Charges incurred for services rendered subsequent to that date are subject to normal collection procedures and lien if applicable. Municipal charges to the above reference property may be due. This certificate applies to water and wastewater service rendered to the above referenced property. It does not include connection charges, construction charges, and any other charges which may be owed to Miami-Dade Water and Sewer Department.

The utility fees listed may include tenant account information. Pursuant to Florida Statutes, property owners are not held responsible for unpaid tenant utility accounts, unless Homestead Exemption has been claimed during the lease period.

If you have any questions regarding this matter, you may contact a Customer Service Representative at (305) 665-7477.

Sincerely,

Lourdes Luis
Unit Supervisor

Control Central Search | 28133 SW 142 CT | FedEx Ship Manager | Create sh

us-ashburn-1.utilities-cloud.oracleindustry.com/c82x4h/prod/ccs/web/cis.jsp

https://pdr.attendan... Liensys FedEx Minerva TriNet Platform Cust... Connect mdws map Imported St. Cloud - WebPer... Premise Location Ce... Main Payment - EST... All Bookmarks

**Customer Cloud Service** WASD CCSPROD

Advanced Search

XTDS(

# Control Central Search

Bookmark Refresh

Main

## Control Central Search

Search By: Geo Type/Value

Geo Type/Value: Folio Number 3079030130220

CIS Division:

Search

Hide Filters

| Premise | Person/Account | Premise Type | Premise ID | Geographic Valu |
|---|---|---|---|---|
| 28133 SW 142ND CT, HOMESTEAD, FL, 33033-1765, Residence, 9501119200 | CITY TRUST INVESTMENTS LLC (MAIN CUSTOMER - Acct. 8351105259) | Residence | 9501119200 | 307903013022C |
| 28133 SW 142ND CT, HOMESTEAD, FL, 33033-1765, Residence, 9501119200 | GONZALEZ,SANTOS - Cellular Phone: (786) 448-2467 (MAIN CUSTOMER - Acct. 5896512445) | Residence | 9501119200 | 307903013022C |

Favorite Links

Alerts

Full Context

Financial Information

Current To Do

Assign me a To Do

REAL RES

RESearch
RESults
RESponsive

# DADE COUNTY PUBLIC WORKS & WASTE MANAGEMENT SEARCH RESULTS

Date: 5/27/2026

Address: 28133 SW 142 CT

Folio: 30-7903-013-0220

A search was done on the above-mentioned address/folio in the Dade County Public Works & Waste Management system online:

| Items Researched: | Issues: | | |
|---|---|---|---|
| Legal Actions | Yes; See attached: | No: X | N/A: |
| Bulky Waste | Yes; See attached: | No: X | N/A: |
| Enforcement Complaints | Yes; See attached: | No: X | N/A: |
| PWWM Account Balance | Yes; See attached: | No: X | N/A: |
| Remediation Liens | Yes; See attached: | No: X | N/A: |

Thank you,

Real Res

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Code

**MIAMI DADE CODE RESEARCH**

CREDIT & COLLECTIONS: 786-469-5200

CODE COMPLIANCE: 786-469-2900, FL

LIEN SECTION: 786-315-2777 ext. 2

**MIAMI-DADE COUNTY BUILDING CODE**

11805 SW 26 ST RM 230

Miami, FL 33175

786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

**UNINC. DADE-COU**

Miami-Dade Permitting and Inspection Center Zoning Permit Section 11805 SW 26 St (Coral Way)

Miami, FL 33175

786-315-2660

MIAMI-DADE COUNTY BUILDING CODE

CODE INFORMATION

Date: 5/28/2026

An online code search was conducted with the MIAMI-DADE COUNTY BUILDING CODE on the following address/folio and no violations were found:

Address: 28133 SW 142 CT

Folio: 30-7903-013-0220

For more information please contact the MIAMI-DADE COUNTY BUILDING CODE at:

BUILDING DEPT
11805 SW 26 ST RM 230
MIAMI FL 33175
786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

***Commercial Property Disclaimer: Please note there could be possible issues under additional addresses with the same folio. Check the invoice summary page for any issues against additional addresses found. If you would like for us to include this information please let us know in writing. Additional fees may apply.***

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# CODE SEARCH REPORT

| | |
|---|---|
| TO: | LINDSEY ROUSE |
| FROM: | George LP |
| DATE: | 5/27/2026 |
| ADDRESS: | 28133 SW 142 CT |
| FOLIO: | 30-7903-013-0220 |

An online search was conducted with the Miami Dade Code Research on the above address / folio and 1 issue has been found:

| | |
|---|---|
| 2025 - T131043 | w/ fine; see attached. |

For information on how to have this issue closed (fees and inspections may apply), call the Miami Dade Code Research at:

CREDIT & COLLECTIONS: 786-469-5200
CODE COMPLIANCE: 786-469-2900, FL
LIEN SECTION: 786-315-2777 ext. 2

***Commercial Property Disclaimer: Please note there could be possible code or permit issues under additional addresses with the same folio.Check the invoice summary page for any confirmed additional addresses that were not included in this invoice.If you would like for us to include this information please let us know in writing.Additional fees may apply.***

## CITATION INFORMATION

**Citation No.:** 2025 - T131043
**Issue Date:** 7/31/2025
**Status:** ** OPEN **
**Total Due:** $260.00

**Violator:** CITY TRUST INVESTMENTS LLC **Folio:** 30-7903-013-0220

**Mailing Address:** 30332 SW 152 PL **City:** HOMESTEAD **State:** FL **Zip:** 33033

**Code Section:** 19-13(A)

**Description:** FAILURE TO PERFORM LOT MAINTENANCE IN RESIDENTIAL DISTRICT

**Issuing Department:** 653 RER - NEIGHBORHOOD COMPLIANCE - CENTRAL (786) 315-2552

## VIOLATION INFORMATION

| | | | |
|---|---|---|---|
| **Violation Date:** | 7/31/2025 | **Repeat Violation:** | NO |
| **Violation Time:** | 06:08 P M | **Comply Due Date:** | 8/14/2025 |
| **Violation Location:** | 28133 SW 142 CT | **Complied Date:** | 9/18/2025 |
| **Inspector:** | 192 GILBERTO ROSALES | **Appeal Filed:** | |
| **Serve Method:** | POSTED | **Appeal Due Date:** | 8/ 7/2025 |
| **Serve Date:** | | **Lien Placed:** | |
| **Penalty Must be Paid by:** | 8/30/2025 | **Lien Satisfied:** | |

## PARTIES

| Name | Type | Address |
|---|---|---|
| CITY TRUST INVESTMENTS LLC | VIOLATOR | 30332 SW 152 PL<br>HOMESTEAD FL 33033 |

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Permit

**MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS**

11805 SW 26 ST

Miami, FL 33175-2474

786-315-2000

REAL RES
RESearch
RESults
RESponsive

MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS

PERMIT INFORMATION

Date: 5/28/2026

An online permit search was conducted with the MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS on the following address/folio and no open or expired permits were found:

Address: 28133 SW 142 CT

Folio: 30-7903-013-0220

For more information please contact the MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS at:

BUILDING DEPT
11805 SW 26 ST
MIAMI FL 33175-2474
786-315-2000

***Commercial Property Disclaimer: Please note there could be possible issues under additional addresses with the same folio. Check the invoice summary page for any issues against additional addresses found. If you would like for us to include this information please let us know in writing. Additional fees may apply.***

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

Print or type
See Specific Instructions on page 2.

Name (as shown on your income tax return)
Miami-Dade County Florida

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

☑ Other (see instructions) ▶ Government

Exemptions (see instructions):
Exempt payee code (if any)
Exemption from FATCA reporting code (if any)

Address (number, street, and apt. or suite no.)
111 N.W. 1 Street - Suite 2550

City, state, and ZIP code
Miami, Florida 33128

Requester's name and address (optional)

List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number
☐☐☐ – ☐☐ – ☐☐☐☐

Employer identification number
59 – 6000573

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** Signature of U.S. person ▶ [signature] Date ▶ 12/5/13

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and
4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

# INVOICE

REAL RES

Phone: 877-543-6669
Email: CR@realres.com
Website: www.realres.com

**6062 - Lorium Law**

| | |
|---|---|
| **Invoice Number:** | **1499016** |
| **Invoice Date:** | **May 29, 2026** |
| **Our Order Number:** | **2026-1107721** |
| **Order Type:** | **Cancellable** |

**Property:** 28152 SW 142 CT, UNINC. DADE
**Owner:** CITY TRUST INVESTMENTS LLC
**File Number:** 8524.003
**Closing Date:** 6/12/2026

**ORDER TYPE: Lien Search**

**SUMMARY OF INVOICES FOR THIS PROPERTY AS OF**

| Invoice # | Invoice Date | Type | Total $ | Status | Paid/Applied | Unpaid Balance |
|---|---|---|---|---|---|---|
| 1499016 | 5/29/2026 | Lien Search | $120.00 | Open | $0.00 | $120.00 |
| | | Total All invoices: | $120.00 | | **Total Open Invoices:** | **$120.00** |

Properties annexed prior to 5 years will be searched at current municipality. Zoning letters and tangible tax searches are done upon request only. Fees may be due to resolve issues mentioned, and balances may not be correct on day of closing. All information obtained from the Municipalities is believed to be true and correct but not warranted.

* Rush orders are non-cancellable
* Commerical orders are non-cancellable
* Bulk orders (10 or more) are non-cancellable
* Non-Florida estoppel orders are non-cancellable

* Florida estoppel orders are cancellable per Florida Statute, if the Cancellation of Contract is provided to Real Res and dated within 30 days of the original contract closing date.

**DIRECT ALL INVOICE INQUIRIES TO:** Accounting Department: 877-543-6669

**MAKE ALL CHECKS PAYABLE TO: Real Res**

Real Res PO Box 100010, Atlanta, GA 30348-0010

* Residential (lien & estoppel) collection charge policy - $25.00 per order closed and not paid on or before 30 days past closing date of file.

REAL RES

6801 Palisades Park Court Suite 2Fort Myers, FL 33912

| | | | |
|---|---|---|---|
| DATE: | 5/29/2026 | CLIENT ID: | 6062 - Lorium Law |
| INVOICE: | 1499016 | ATTN: | LINDSEY ROUSE |
| | | FILE#: | 8524.003 |

**PROPERTY INFORMATION**

| | | | |
|---|---|---|---|
| Address Given: | 28152 SW 142 CT | | |
| Folio: | 30-7903-013-1060 | Owner(s): | CITY TRUST INVESTMENTS LLC |
| City/County: | UNINC. DADE / DADE | Buyer(s): | BAAD HOMES LLC |

ORDER TYPE: Lien Search

## ☑ PROPERTY TAXES

Real Estate Taxes: Delinquent taxes included (2025).

Contact: MIAMI-DADE COUNTY TAX COLLECTOR

## ☐ MUNICIPAL LIENS/ASSESSMENT

None due at this time

## ☑ UTILITY DEPARTMENTS

Balance: $151.57+;$37.56W/O;$659.25W/O
As of: 5/29/2026
Service(s): Water/Sewer/Stormwater
Ledger: Not Available
This service provider has the ability to lien against unpaid bills.
Contact: MIAMI-DADE COUNTY WATER & SEWER
305-665-7471 or 7477

MDWS reports accounts by address only. Balances will not be listed for addresses not included in your order submission. Please report any addresses you would like researched. Garbage Included on the Tax Bill.

## ☑ CODE ENFORCEMENT

2 - cases w/ fine; see attached.

Contact: MIAMI-DADE COUNTY BUILDING CODE

8 - cases w/ fine; see attached.

Contact: MIAMI DADE CODE RESEARCH

## ☐ PERMIT ISSUES

None found at this time

**ADDITIONAL COMMENTS:**

Please note the above or attached balance(s) is not a final payoff. For accurate payoff information, we recommend you contacting the provider on the date of closing for updated balances. Please be advised Miami Dade County Water and Sewer reports there could be illegal water usage on properties but they are unable to provide balances until a new account is opened. Please note this lien search company is unable to provide this information. Please note Miami Dade Water and Sewer bills quarterly for utilities so there will be utility usage that has not yet been billed for. Please note Certificate of Use has not been applied for. Please note: for Lot Clearing and Minimum Housing Code with Dade County Dept of Economic Resources- FKA the Team Metro letter, this is now an optional letter we offer for $50 in an informal format with a 5-7 business day turnaround, OR we also offer the certified formal letter for $250 for a 20 business day turnaround time. Please let us know in writing if you would like either of these options.

This report includes the results of an examination of records made public by the county/city authorities. We are not responsible for errors or omissions made by the city/county on information received in this report. This report is specific to pending and/or unrecorded liens for the subject property only and does not constitute a title search. Should the title company wish to receive a payoff on any liens found resulting from a title abstract, please advise our office in writing to request the payoff.

REAL RES
6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

## CONTACT INFORMATION FOR INVOICE

**MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS**

11805 SW 26 ST

Miami, FL 33175-2474

786-315-2000

**MIAMI DADE CODE RESEARCH**

CREDIT & COLLECTIONS: 786-469-5200

CODE COMPLIANCE: 786-469-2900, FL

LIEN SECTION: 786-315-2777 ext. 2

**MIAMI-DADE COUNTY BUILDING CODE**

11805 SW 26 ST RM 230

Miami, FL 33175

786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

**MIAMI-DADE COUNTY SOLID WASTE**

2525 NW 62 ST, 5TH FLOOR

MIAMI, FL 33147

305-564-1630

**MIAMI-DADE COUNTY TAX COLLECTOR**

200 NW 2ND AVE

Miami, FL 33128

305-270-4916 / 305-375-5998 OR 3378

**MIAMI-DADE COUNTY WATER & SEWER**

MIAMI DADE WATER AND SEWER DEPT PO BOX 026055

MIAMI, FL 33102

305-665-7471 or 7477

**UNINC. DADE-COU**

Miami-Dade Permitting and Inspection Center Zoning Permit Section 11805 SW 26 St (Coral Way)

Miami, FL 33175

786-315-2660

This report includes the results of an examination of records made public by the county/city authorities at the above requested property. This report is specific to pending and/or unrecorded liens for the subject property only and does not constitute a title search. Properties annexed prior to 5 years will be searched at the current municipality. Zoning letters and tangible tax searches are done upon request only. We are not responsible for errors or omissions made by the city/county and all information obtained from the city/county is believed to be true and correct but not warranted. Please review all enclosed documents and forward any questions to our office.

6801 Palisades Park Ct. Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Tax

**MIAMI-DADE COUNTY TAX COLLECTOR**

200 NW 2ND AVE

Miami, FL 33128

305-270-4916 / 305-375-5998 OR 3378

REAL RES
RESearch
RESults
RESponsive

# MIAMI-DADE HIDDEN TAXES

To: Lorium Law / 8524.003
From: Research Department
Date: 5/28/2026 Folio: 30-7903-013-1060
RE: 28152 SW 142 CT

Please be advised the Real Estate Tax years (2005-2024) are currently blocked from public viewing due to legal proceedings that are from a Litigation or Foreclosure. Pending a Litigation Result, Final Judgement on the property can result in a balance due, have a refund issued, or no changes made.

The Tax Collector's Office accepts escrow payments to allow taxpayers to obtain a release of Lis Pendens from the Office of the Property Appraiser. Effective immediately, the Tax Collector's Office will allow taxpayers to return the uncashed VAB refund checks to release the Lis Pendens and stop the accrual of interest. Taxpayers who have already cashed the VAB refund check may request a payoff amount by sending an email to the Tax Collector Paralegal Unit.

For any additional information regarding Real Estate Taxes due to Legal proceedings on a property, please contact the Paralegal unit at FINTCP@miamidade.gov or TCParalegal@mdctaxcollector.gov. Please provide the below requested information so that they may complete your request accurately.

Folio number:

Property Address (including Unit #):

Case style:

Case number:

Tax Year:

Current property owner's name:

Nature of relationship to Defendant:

Amounts displayed are not final; please call the office for further information.

Search > Account Summary

# Real Estate Account #30-7903-013-1060

**Owner:**
CITI TRUST INVESTMENT INC

**Situs:**
28152 SW 142 CT
Unincorporated County 33033-0000

Parcel details
Property Appraiser

## Enroll In Paperless

Sign up

## Amount Due

MIAMI-DADE COUNTY TAX COLLECTOR — Notice of Ad Valorem Taxes and Non-ad Valorem Assessments

| BILL | AMOUNT DUE | |
|---|---|---|
| 2025 Annual Bill | $4,183.81 | Add To Cart<br>Print (PDF) |

Some Amounts Not Payable Online
Total Amount Payable Online: $4,183.81

## Account History

| BILL | AMOUNT DUE | STATUS | ACTION |
|---|---|---|---|
| 2025 Annual Bill | $4,183.81 | Unpaid | Print (PDF) |
| 2024 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2023 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2022 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2021 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2020 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2019 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2018 | | | |
| 2018 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2018 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2017 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2016 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2015 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2014 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2013 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2012 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2011 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2010 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2009 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2008 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2007 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2006 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |
| 2005 Not Available | This account cannot be viewed on the website. For more info email TCParalegal@mdctaxcollector.gov | | |

**Transactions cannot be cancelled after checkout**. Verify all items and information before submitting.

**Vehicle Renewals**: $3.50 service fee per item. $1.00 mailing fee added to all auto tag transactions.

**E-Check Payments**: E-checks for Property and Business Tax Payments: No Convenience Fee.

**Credit/Debit Card, Apple Pay, Google Pay, and PayPal Payments**: A convenience fee will be charged to all credit/debit card transactions.

Search > Account Summary > Bill Details

# Real Estate Account #30-7903-013-1060

**Owner:**
CITI TRUST INVESTMENT INC

**Situs:**
28152 SW 142 CT
Unincorporated County 33033-0000

Parcel details
Property Appraiser

## Enroll In Paperless

Sign up

## 2025 Annual Bill

MIAMI-DADE COUNTY TAX COLLECTOR

Notice of Ad Valorem Taxes and Non-ad Valorem Assessments

| BILL | ESCROW CODE | MILLAGE CODE | AMOUNT DUE | |
|---|---|---|---|---|
| 2025 Annual Bill | — | 3000 | $4,183.81 | Add To Cart<br>Print (PDF) |

| | |
|---|---|
| **If received by:**<br>**Please pay:** | May 29, 2026<br>$4,183.81 |

Combined taxes and assessments: $3,993.99

Delinquent Taxes must be paid by Cashier's Check, Money Order, or Certified Funds. Amount due may be subject to change without notice.

Mail payments to: 200 NW 2nd Avenue, Miami, FL 33128

## Ad Valorem Taxes

| TAXING AUTHORITY | MILLAGE | ASSESSED | EXEMPTION | TAXABLE | TAX |
|---|---|---|---|---|---|
| **Miami-Dade School Board** | | | | | |
| School Board Operating | 5.49900 | $235,000.00 | $0.00 | $235,000.00 | $1,292.27 |
| School Board Debt Service | 0.13400 | $235,000.00 | $0.00 | $235,000.00 | $31.49 |
| Voted School Operating | 1.00000 | $235,000.00 | $0.00 | $235,000.00 | $235.00 |
| **State And Other** | | | | | |
| Florida Inland Navigation District | 0.02700 | $168,296.00 | $0.00 | $168,296.00 | $4.54 |
| South Florida Water Management District | 0.09480 | $168,296.00 | $0.00 | $168,296.00 | $15.95 |
| Okeechobee Basin | 0.10260 | $168,296.00 | $0.00 | $168,296.00 | $17.27 |
| Everglades Construction Project | 0.03270 | $168,296.00 | $0.00 | $168,296.00 | $5.50 |
| Childrens Trust Authority | 0.46380 | $168,296.00 | $0.00 | $168,296.00 | $78.06 |
| **Miami-Dade County** | | | | | |
| County Wide Operating | 4.57400 | $168,296.00 | $0.00 | $168,296.00 | $769.79 |
| County Wide Debt Service | 0.41710 | $168,296.00 | $0.00 | $168,296.00 | $70.20 |
| Unincorporated Operating | 1.90900 | $168,296.00 | $0.00 | $168,296.00 | $321.28 |
| Library District | 0.28120 | $168,296.00 | $0.00 | $168,296.00 | $47.32 |
| Fire Rescue Operating | 2.39650 | $168,296.00 | $0.00 | $168,296.00 | $403.32 |
| **Total Ad Valorem Taxes** | **16.93170** | | | | **$3,291.99** |

## Non-Ad Valorem Assessments

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| GARB,TRASH,TRC,RECYCLE | @ 702.0000 | $702.00 |
| **Total Non-Ad Valorem Assessments** | | **$702.00** |

## Parcel Details

| | |
|---|---|
| **Owner:** | CITI TRUST INVESTMENT INC |
| **Situs:** | 28152 SW 142 CT Unincorporated County 33033-0000 |

| | |
|---|---|
| **Account** | 30-7903-013-1060 |
| **Millage code** | 3000 - UNINCORPORATED DADE COUNTY |
| **Millage rate** | 16.93170 |

| | |
|---|---|
| **Assessed value:** | $168,296 |
| **School assessed value:** | $235,000 |

| 2025 TAX AMOUNTS | |
|---|---|
| **Ad valorem:** | $3,291.99 |
| **Non-ad valorem:** | $702.00 |
| **Total Discountable:** | $3,993.99 |
| **Total tax:** | $3,993.99 |

LEGAL DESCRIPTION

SEAPINES LOT 12 BLK 4 PB 100-6 PROP INT COMMON ELEMENTS LOT SIZE 7413 SQ FT OR 21367-3380 ...

View More

| LOCATION | |
|---|---|
| **Range:** | 39E |
| **Township:** | 57S |
| **Section:** | 03 |
| **Block:** | 60 |
| **Use code:** | 0410 |

**Miami-Dade County Tax Collector**
200 NW 2nd Avenue, Miami, FL 33128

---

**Transactions cannot be cancelled after checkout**. Verify all items and information before submitting.

**Vehicle Renewals**: $3.50 service fee per item. $1.00 mailing fee added to all auto tag transactions.

**E-Check Payments**: E-checks for Property and Business Tax Payments: No Convenience Fee.

**Credit/Debit Card, Apple Pay, Google Pay, and PayPal Payments**: A convenience fee will be charged to all credit/debit card transactions.

# 2025 Reminder Real Estate Property Taxes

Notice of Ad Valorem Tax and Non-Ad Valorem Assessments

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| FOLIO NUMBER | MUNICIPALITY | MILL CODE |
|---|---|---|
| 30-7903-013-1060 | UNINCORPORATED DADE COUNTY | 3000 |

**MAILING ADDRESS:**
CITI TRUST INVESTMENT INC
30332 SW 152 PL
HOMESTEAD, FL 33033

**PROPERTY ADDRESS:**
28152 SW 142 CT,
Unincorporated County,
33033-0000

**EXEMPTIONS:**

## AD VALOREM TAXES

**TAXES NOW DUE ARE THE CURRENT OWNER'S RESPONSIBILITY.**

In accordance with Florida Statute 197, if **2025** Real Estate taxes on your property are not paid prior to June 1, a **tax certificate** will be issued, which may result in loss of your property at a future date.

If you filed a VAB Petition and have met the 75% payment requirement, the amount due reflects the remaining balance. The Miami-Dade Office of The Tax Collector Dariel Fernandez reccomends you pay the remaining balance for the **2025** property taxes.

**AMOUNT DUE**

**If Paid By** May 29, 2026

**Please Pay** $4,183.81

ADDITIONAL PRIOR YEAR(S) PROPERTY TAXES OWED AND ARE NOT INCLUDED IN THIS BILL.

**POSTMARKS WILL NOT BE HONORED**

**Delinquent taxes must be paid by Cashier's Check, Money Order, or Certified Funds.**

**Save time, pay online at mdctaxcollector.gov. For information call (305) 375-5448**

↑ RETAIN FOR YOUR RECORDS ↑

↓ DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT ↓

**2025** Reminder Real Estate Property Taxes

**FOLIO NUMBER**
30-7903-013-1060

**PROPERTY ADDRESS**
28152 SW 142 CT

**LEGAL DESCRIPTION**

SEAPINES
LOT 12 BLK 4 PB 100-6
PROP INT COMMON ELEMENTS
LOT SIZE 7413 SQ FT
OR 21367-3380

CITI TRUST INVESTMENT INC
30332 SW 152 PL
HOMESTEAD, FL 33033

* 1 + 3 0 7 9 0 3 0 1 3 1 0 6 0 + 2 0 2 5 *

Mail your payment, in U.S. Funds from a U.S. bank, and payable to:

DARIEL FERNANDEZ
TAX COLLECTOR, MIAMI-DADE COUNTY
200 NW 2nd Avenue, Miami, FL 33128

**AMOUNT DUE IS SUBJECT TO CHANGE WITHOUT NOTICE**

**Delinquent taxes must be paid by Cashier's Check, Money Order, or Certified Funds.**
**Postmarks will not be honored for delinquent tax payments.**

**AMOUNT DUE**

**If Paid By** May 29, 2026

**Please Pay** $4,183.81

**SCAN TO PAY**

1000000000000000003079030131060202500000399399000000070002

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Utility

**MIAMI-DADE COUNTY SOLID WASTE**

2525 NW 62 ST, 5TH FLOOR

MIAMI, FL 33147

305-564-1630

**MIAMI-DADE COUNTY WATER & SEWER**

MIAMI DADE WATER AND SEWER DEPT PO BOX 026055

MIAMI, FL 33102

305-665-7471 or 7477

Premise Search - Google Chrome

us-ashburn-1.utilities-cloud.oracleindustry.com/c82x4h/prod/ccs/web/portal?language=ENG&type=dataExplorerPopup...

Search By: Address

Address: 28152 Sw 142ND C

City:

Postal:

Search

**No Filters Defined**

Date: 05/29/2026

REAL RES LLC
6801 PALISADES PARK CT #2
FORT MYERS, FL 33912-7127

Re: Premise ID- 0828707200 Address-28152 SW 142ND CT HOMESTEAD FL 33033-1716 - Residence

# PREMISE LOCATION CERTIFICATE

Current/Outstanding Debt

| Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|
| 2900516555 | RFT-WW | FEES & TAXES WASTEWATER | $4.49 | 02/26/2026 |
| 2900516555 | RWT-A | WATER RESIDENTIAL | $43.38 | 02/26/2026 |
| 2900516555 | RFT-WT | FEES AND TAXES WATER | $6.37 | 02/26/2026 |
| 2900516555 | RSW-STRM | STORMWATER | $22.50 | 02/26/2026 |
| 2900516555 | RWW-A | WASTEWATER RESIDENTIAL | $74.83 | 02/26/2026 |
| | | Account Total: | $151.57 | |
| | | Mailing ZIP: | 33033-1716 | |

For Lien additional information see comments below

| Lien Account Number | SA Type | Description | Amount | Service Through | Status | ORB/Page No. |
|---|---|---|---|---|---|---|

| Bankruptcy Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|

| Write-Off Account Number | SA Type | Description | Amount | Service Through |
|---|---|---|---|---|
| 8964527200 | RSW-WO21 | W/O - STORMWATER | $4.75 | |
| 8964527200 | RWW-WO21 | W/O - WASTEWATER | $22.20 | |
| 8964527200 | RWT-WO39 | W/O - HYDRANT CHARGE | $0.72 | |
| 8964527200 | RWT-WO01 | W/O - WATER | $7.25 | |

| | | | |
|---|---|---|---|
| 8964527200 | RFT-WO01 | W/O - WATER FEES & TAXES | $1.35 |
| 8964527200 | RFT-WO21 | W/O - WASTEWATER FEES & TAXES | $1.29 |
| | | Account Total: | $37.56 |
| | | Mailing ZIP: | 33033-1716 |
| 9328707200 | RSW-WO21 | W/O - STORMWATER | $9.00 |
| 9328707200 | RSWCWO21 | W/O - STORMWATER | $30.92 |
| 9328707200 | RFT-WO01 | W/O - WATER FEES & TAXES | $9.25 |
| 9328707200 | RFTCWO01 | W/O - WATER FEES & TAXES | $93.71 |
| 9328707200 | RWW-WO21 | W/O - WASTEWATER | $317.96 |
| 9328707200 | RWT-WO01 | W/O - WATER | $189.50 |
| 9328707200 | RWT-WO39 | W/O - HYDRANT CHARGE | $2.40 |
| 9328707200 | RFT-WO21 | W/O - WASTEWATER FEES & TAXES | $6.51 |
| | | Account Total: | $659.25 |
| | | Mailing ZIP: | |

| Tampering Premise Note ID# | Premise Note Created | Amount Owed |
|---|---|---|

Comments:

Payment must include a copy of the Premise Location Certificate form and a check payable to:
Miami-Dade Water and Sewer Department
P.O. Box 330316
Miami, FL 33233-0316

Please Note: The amounts listed on this certificate reflect all outstanding amounts for the property as of the "Service Through" date. Charges incurred for services rendered subsequent to that date are subject to normal collection procedures and lien if applicable. Municipal charges to the above reference property may be due. This certificate applies to water and wastewater service rendered to the above referenced property. It does not include connection charges, construction charges, and any other charges which may be owed to Miami-Dade Water and Sewer Department.

The utility fees listed may include tenant account information. Pursuant to Florida Statutes, property owners are not held responsible for unpaid tenant utility accounts, unless Homestead Exemption has been claimed during the lease period.

If you have any questions regarding this matter, you may contact a Customer Service Representative at (305) 665-7477.

Sincerely,

Lourdes Luis
Unit Supervisor

Control Central Search | 28152 SW 142 CT

us-ashburn-1.utilities-cloud.oracleindustry.com/c82x4h/prod/ccs/web/cis.jsp

https://pdr.attendan... Liensys FedEx Minerva TriNet Platform Cust... Connect mdws map Imported St. Cloud - WebPer... Premise Location Ce... Main Payment - EST... All Bookmarks

**Customer Cloud Service** WASD CCSPROD Advanced Search XTDS(

Control Central Search

Bookmark Refresh

Main

Control Central Search

Search By: Geo Type/Value

Geo Type/Value: Folio Number 3079030131060

CIS Division:

Search

Hide Filters

| Premise | Person/Account | Premise Type | Premise ID | Geographic Val |
|---|---|---|---|---|
| 28152 SW 142ND CT, HOMESTEAD, FL, 33033-1716, Residence, 0828707200 | HOBBS,JERRY - Cellular Phone: (305) 764-0003 (MAIN CUSTOMER - Acct. 2900516555) | Residence | 0828707200 | 307903013106 |

Favorite Links

Alerts

Last Contact: 497 days ago - System,English

ENROLLED IN WSSUI

2 Premise Note Cases

Full Context

HOBBS,JERRY - Cellular Phone: (305) 764-0003

HOBBS,JERRY, Residential, $151.57, 2900516555

28152 SW 142ND CT, HOMESTEAD, FL, 33033-1716, Residence, 0828707200

28152 SW 142ND CT, HOMESTEAD, FL, 33033-1716 / RESIDENTIAL WATER & WW / Water Service / 14206220 / Meter Read Cycle 36, 4623 / Active

14206220 / Manual Water Meter / Install Date/Time: 02-12-2014 1:49:07PM EST / On /

RESearch
RESults
RESponsive

# DADE COUNTY PUBLIC WORKS & WASTE MANAGEMENT SEARCH RESULTS

Date: 5/27/2026

Address: 28152 SW 142 CT

Folio: 30-7903-013-1060

A search was done on the above-mentioned address/folio in the Dade County Public Works & Waste Management system online:

| **Items Researched:** | **Issues:** | | |
|---|---|---|---|
| Legal Actions | Yes; See attached: ________ | No: X | N/A: ________ |
| Bulky Waste | Yes; See attached: ________ | No: X | N/A: ________ |
| Enforcement Complaints | Yes; See attached: ________ | No: X | N/A: ________ |
| PWWM Account Balance | Yes; See attached: ________ | No: X | N/A: ________ |
| Remediation Liens | Yes; See attached: ________ | No: X | N/A: ________ |

Thank you,

Real Res

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Code

**MIAMI DADE CODE RESEARCH**

CREDIT & COLLECTIONS: 786-469-5200

CODE COMPLIANCE: 786-469-2900, FL

LIEN SECTION: 786-315-2777 ext. 2

**MIAMI-DADE COUNTY BUILDING CODE**

11805 SW 26 ST RM 230

Miami, FL 33175

786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

**UNINC. DADE-COU**

Miami-Dade Permitting and Inspection Center Zoning Permit Section 11805 SW 26 St (Coral Way)

Miami, FL 33175

786-315-2660

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# CODE SEARCH REPORT

| | |
|---|---|
| TO: | LINDSEY ROUSE |
| FROM: | George LP |
| DATE: | 5/27/2026 |
| ADDRESS: | 28152 SW 142 CT |
| FOLIO: | 30-7903-013-1060 |

An online search was conducted with the Miami-Dade County Building Code on the above address / folio and 2 issues has been found:

| | |
|---|---|
| 20250241733 | w/ fine; see attached. |
| 20260247013 | w/ fine; see attached. |

For information on how to have these issues closed (fees and inspections may apply), call the Miami-Dade County Building Code at:

11805 SW 26 ST RM 230
MIAMI, FL 33175
786-315-2000 EXT 2 THEN LISTEN TO PROMPTS

***Commercial Property Disclaimer: Please note there could be possible code or permit issues under additional addresses with the same folio.Check the invoice summary page for any confirmed additional addresses that were not included in this invoice.If you would like for us to include this information please let us know in writing.Additional fees may apply.***

# Case Information

As of Thursday, May 28, 2026

**Case Number**
20250241733

**Case Type**
All Other Code Violations

**Open Date**
09/11/2025

**Property Address**
28152 SW 142 CT

**Folio Number**
30-7903-013-1060

**Legal Description**
SEAPINES' LOT 12 BLK 4 PB 100-6' PROP INT COMMON ELEMENTS' LOT SIZE 7413 SQ FT' OR 21367-3380 06/2003 1' COC 25973-1589 09 2007 1'

**Date Closed**

**Permit Number**

**Inspector**
Julio Ariza

**Violator**
CITI TRUST INVESTMENT INC C/O SANCHEZ, GEORGE

**Owner Name**
CITI TRUST INVESTMENT INC

**Owner Address**
30332 SW 152ND PL , HOMESTEAD FL 33033

**Building Code**
Florida Building Code

**Alleged Violation**
105.1 violation (s) A) Front terrace, B) Rear Terrace, C) Sheds, and D) Wood terrace.

**Comments**
A) Front terrace, B) Rear Terrace, C) Sheds, and D) Wood terrace.



(https://www.miamidade.gov/global/home.page)

# Activities History for Case Number 20250241733

As of Thursday, May 28, 2026

| COUNT | ACTIVITY CODE | DESCRIPTION | ISSUE DATE | ENTRY DATE | FOLLOW UP DATE | TICKET NUMBER | TICKET AMOUNT | SMA DATE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ACRA | ACCRUED PENALTY APPROVAL | 04/29/2026 | 04/30/2026 | | P077653 | $0.00 | | SEFA Entry Date: 4/29/2026 |
| 2 | ACRA | ACCRUED PENALTY APPROVAL | 04/29/2026 | 04/30/2026 | | P077654 | $0.00 | | SEFA Entry Date: 4/29/2026 |
| 3 | ACRA | ACCRUED PENALTY APPROVAL | 04/29/2026 | 04/30/2026 | | P077655 | $0.00 | | SEFA Entry Date: 4/29/2026 |
| 4 | NTNA | NOTICE OF ASSESSMENT OF CONTINUING PENALTIES | 04/03/2026 | 04/05/2026 | | P077653 | $0.00 | | SEFA Entry Date: 4/3/2026 |
| 5 | NTNA | NOTICE OF ASSESSMENT OF CONTINUING PENALTIES | 04/03/2026 | 04/05/2026 | | P077654 | $0.00 | | SEFA Entry Date: 4/3/2026 |
| 6 | NTNA | NOTICE OF ASSESSMENT OF CONTINUING PENALTIES | 04/03/2026 | 04/05/2026 | | P077655 | $0.00 | | SEFA Entry Date: 4/3/2026 |
| 7 | 137B | NON-COMPLIANCE AFFIDAVIT ELECTRONICALLY SENT | 04/02/2026 | 04/02/2026 | 04/02/2026 | P077653 | $0.00 | | |
| 8 | 137B | NON-COMPLIANCE AFFIDAVIT ELECTRONICALLY SENT | 04/02/2026 | 04/02/2026 | 04/02/2026 | P077654 | $0.00 | | |
| 9 | 137B | NON-COMPLIANCE AFFIDAVIT ELECTRONICALLY SENT | 04/02/2026 | 04/02/2026 | 04/02/2026 | P077655 | $0.00 | | |
| 10 | 127 | PICTURES TAKEN | 04/02/2026 | 04/02/2026 | | | $0.00 | | Compliance Inspection. |
| 11 | 137 | NON-COMPLIANCE AFFIDAVIT | 04/02/2026 | 04/02/2026 | | P077653 | $0.00 | | Upon case review, CVN remains unpaid. No permits obtained to date to legalize violation. Compliance Inspection conducted 04/02/2026 confirms violation remains onsite. |
| 12 | 137 | NON-COMPLIANCE AFFIDAVIT | 04/02/2026 | 04/02/2026 | | P077654 | $0.00 | | Upon case review, CVN remains unpaid. No permits obtained to date to legalize violation. Compliance Inspection conducted 04/02/2026 confirms violation remains onsite. |
| 13 | 137 | NON-COMPLIANCE AFFIDAVIT | 04/02/2026 | 04/02/2026 | | P077655 | $0.00 | | Upon case review, CVN remains unpaid. No permits obtained to date to legalize violation. Compliance Inspection conducted 04/02/2026 confirms violation remains onsite. |
| 14 | 105D | NEW CASE CREATED | 04/02/2026 | 04/02/2026 | | | $0.00 | | New case created 20260247013 |
| 15 | 105C | NEW CASE CREATED BY INSPECTOR | 04/02/2026 | 04/02/2026 | | | $0.00 | | While conducting a CVNCI, BCCO observed violations and case opened per department SOP. |
| 16 | 130 | COMPLIANCE INSPECTION TICKET REQUESTED | 03/16/2026 | 03/16/2026 | 04/14/2026 | | $0.00 | | |
| 17 | 124 | TICKET MAILED | 01/23/2026 | 01/23/2026 | | P077654 | $0.00 | | USPS Tracking: 9414814902948160896771 |
| 18 | 124 | TICKET MAILED | 01/23/2026 | 01/23/2026 | | P077655 | $0.00 | | USPS Tracking: 9414814902948160896894 |
| 19 | 124 | TICKET MAILED | 01/23/2026 | 01/23/2026 | | P077653 | $0.00 | | USPS Tracking: 9414814902948160897020 |
| 20 | 125EM | E-TICKET ELECTRONICALLY MAILED CERTIFIED | 01/23/2026 | 01/23/2026 | | P077654 | $0.00 | | USPS Tracking: 9414814902948160896771 |
| 21 | 125EM | E-TICKET ELECTRONICALLY MAILED CERTIFIED | 01/23/2026 | 01/23/2026 | | P077655 | $0.00 | | USPS Tracking: 9414814902948160896894 |
| 22 | 125EM | E-TICKET ELECTRONICALLY MAILED CERTIFIED | 01/23/2026 | 01/23/2026 | | P077653 | $0.00 | | USPS Tracking: 9414814902948160897020 |
| 23 | 125ES | E-TICKET ELECTRONICALLY SENT TO COC | 01/22/2026 | | | P077655 | $0.00 | | |
| 24 | 125ES | E-TICKET ELECTRONICALLY SENT TO COC | 01/22/2026 | | | P077653 | $0.00 | | |
| 25 | 125ES | E-TICKET ELECTRONICALLY SENT TO COC | 01/22/2026 | | | P077654 | $0.00 | | |
| 26 | 125EA | E-TICKET TO BE SENT FOR CERTIFIED ELECTRONIC MAILING | 01/22/2026 | 01/22/2026 | 01/23/2026 | P077653 | $500.00 | | System Added due to electronic ticket issue. |
| 27 | 125EA | E-TICKET TO BE SENT FOR CERTIFIED ELECTRONIC MAILING | 01/22/2026 | 01/22/2026 | 01/23/2026 | P077654 | $500.00 | | System Added due to electronic ticket issue. |
| 28 | 125EA | E-TICKET TO BE SENT FOR CERTIFIED ELECTRONIC MAILING | 01/22/2026 | 01/22/2026 | 01/23/2026 | P077655 | $500.00 | | System Added due to electronic ticket issue. |
| 29 | 126 | TICKET POSTED | 01/22/2026 | 01/22/2026 | 03/13/2026 | P077653 | $500.00 | | System Added due to electronic ticket issue. |
| 30 | 126 | TICKET POSTED | 01/22/2026 | 01/22/2026 | 03/13/2026 | P077654 | $500.00 | | System Added due to electronic ticket issue. |
| 31 | 126 | TICKET POSTED | 01/22/2026 | 01/22/2026 | 03/13/2026 | P077655 | $500.00 | | System Added due to electronic ticket issue. |
| 32 | 124A | TICKET TO BE MAILED | 01/22/2026 | 01/22/2026 | 01/22/2026 | P077653 | $500.00 | | System Added due to electronic ticket issue. |
| 33 | 124A | TICKET TO BE MAILED | 01/22/2026 | 01/22/2026 | 01/22/2026 | P077654 | $500.00 | | System Added due to electronic ticket issue. |
| 34 | 124A | TICKET TO BE MAILED | 01/22/2026 | 01/22/2026 | 01/22/2026 | P077655 | $500.00 | | System Added due to electronic ticket issue. |
| 35 | 125E | E-TICKET CREATED | 01/22/2026 | 01/22/2026 | 01/23/2026 | P077653 | $0.00 | | 105.1 Violation(s): Attached structure at the front and rear. |
| 36 | 125E | E-TICKET CREATED | 01/22/2026 | 01/22/2026 | 01/23/2026 | P077654 | $0.00 | | 105.1 Violation: Detached structure at the rear. |

| COUNT | ACTIVITY CODE | DESCRIPTION | ISSUE DATE | ENTRY DATE | FOLLOW UP DATE | TICKET NUMBER | TICKET AMOUNT | SMA DATE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 37 | 125E | E-TICKET CREATED | 01/22/2026 | 01/22/2026 | 01/23/2026 | P077655 | $0.00 | | 105.1 Violation: Wind-resistant material on chain-link fence at rear. |
| 38 | 127 | PICTURES TAKEN | 01/22/2026 | 01/22/2026 | 01/22/2026 | | $0.00 | | System Added due to electronic ticket issue for posting. Inspector is required to take a photo of the posted ticket. |
| 39 | 120 | COMPLIANCE INSPECTION FOR N.O.V. REQUESTED | 12/17/2025 | 12/17/2025 | 01/16/2026 | | $0.00 | | |
| 40 | 116ER | ELECTRONIC RECORDING OF NOV COMPLETED BY CLERK OF COURTS | 09/16/2025 | | | | $0.00 | | Recorded on Book: 34942 Page: 3223 TotalPages: 1 |
| 41 | 112CB | N.O.V. SENT FOR MAILING | 09/12/2025 | 09/12/2025 | | | $0.00 | | |
| 42 | 119 | N.O.V. MAILED | 09/12/2025 | 09/12/2025 | | | $0.00 | | |
| 43 | 105 | COMPLAINT RECEIVED BY INSPECTOR | 09/11/2025 | 09/11/2025 | | | $0.00 | | 105.1 violation (s) A) Front terrace, B) Rear Terrace, C) Sheds, and D) Wood terrace. |
| 44 | 110 | FIRST INITIAL INSPECTION REQUESTED | 09/11/2025 | 09/11/2025 | | | $0.00 | | |
| 45 | 127 | PICTURES TAKEN | 09/11/2025 | 09/11/2025 | | | $0.00 | | Photos taken from rear common area, front yard and aerial photos from Property Appraiser. |
| 46 | 114A | WRITTEN COMMUNICATION | 09/11/2025 | 09/11/2025 | | | $0.00 | | Shed appeared in 2015 and additional shed afterward. 2nd shed and wood fence in April 2016. Property Appraiser aerial photos. |
| 47 | 114A | WRITTEN COMMUNICATION | 09/11/2025 | 09/11/2025 | | | $0.00 | | BWC USED. |
| 48 | 119A | N.O.V. TO BE MAILED | 09/11/2025 | 09/11/2025 | 09/11/2025 | | $0.00 | | System Added due to NOV issue. |
| 49 | 116EC | NOV ELECTRONIC RECORDING REQUESTED | 09/11/2025 | 09/11/2025 | 09/12/2025 | | $0.00 | | NOV sent to COC for recording electronically. |
| 50 | 112C | N.O.V. CREATED | 09/11/2025 | 09/11/2025 | 09/12/2025 | | $0.00 | | A) Front terrace, B) Rear Terrace, C) Sheds, and D) Wood Fence. |
| 51 | 112CA | N.O.V. TO BE SENT FOR ELECTRONIC MAILING | 09/11/2025 | 09/11/2025 | 09/13/2025 | | $0.00 | | System Added due to NOV issue for electronic mailing. |



© 2026 Miami-Dade County.
All rights reserved.

# Case Information

As of Thursday, May 28, 2026

**Case Number**
20260247013

**Case Type**
All Other Code Violations

**Open Date**
04/02/2026

**Property Address**
28152 SW 142 CT

**Folio Number**
30-7903-013-1060

**Legal Description**
SEAPINES' LOT 12 BLK 4 PB 100-6' PROP INT COMMON ELEMENTS' LOT SIZE 7413 SQ FT' OR 21367-3380 06/2003 1' COC 25973-1589 09 2007 1'

**Date Closed**

**Permit Number**

**Inspector**
Julio Ariza

**Violator**
CITI TRUST INVESTMENT INC

**Owner Name**
CITI TRUST INVESTMENT INC

**Owner Address**
30332 SW 152ND PL , HOMESTEAD FL 33033

**Building Code**
Florida Building Code

**Alleged Violation**

**Comments**
New case created from Case: 20250241733



© 2026 Miami-Dade County.
All rights reserved.

# Activities History for Case Number 20260247013

As of Thursday, May 28, 2026

| COUNT | ACTIVITY CODE | DESCRIPTION | ISSUE DATE | ENTRY DATE | FOLLOW UP DATE | TICKET NUMBER | TICKET AMOUNT | SMA DATE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 130 | COMPLIANCE INSPECTION TICKET REQUESTED | 05/25/2026 | 05/25/2026 | 06/23/2026 | | $0.00 | | |
| 2 | 124 | TICKET MAILED | 04/03/2026 | 04/03/2026 | | P078834 | $0.00 | | USPS Tracking: 9414814902948160072724 |
| 3 | 124 | TICKET MAILED | 04/03/2026 | 04/03/2026 | | P078833 | $0.00 | | USPS Tracking: 9414814902948160072953 |
| 4 | 125EM | E-TICKET ELECTRONICALLY MAILED CERTIFIED | 04/03/2026 | 04/03/2026 | | P078834 | $0.00 | | USPS Tracking: 9414814902948160072724 |
| 5 | 125EM | E-TICKET ELECTRONICALLY MAILED CERTIFIED | 04/03/2026 | 04/03/2026 | | P078833 | $0.00 | | USPS Tracking: 9414814902948160072953 |
| 6 | 125ES | E-TICKET ELECTRONICALLY SENT TO COC | 04/02/2026 | | | P078834 | $0.00 | | |
| 7 | 125ES | E-TICKET ELECTRONICALLY SENT TO COC | 04/02/2026 | | | P078833 | $0.00 | | |
| 8 | 126 | TICKET POSTED | 04/02/2026 | 04/02/2026 | 05/22/2026 | P078833 | $500.00 | | System Added due to electronic ticket issue. |
| 9 | 126 | TICKET POSTED | 04/02/2026 | 04/02/2026 | 05/22/2026 | P078834 | $500.00 | | System Added due to electronic ticket issue. |
| 10 | 127 | PICTURES TAKEN | 04/02/2026 | 04/02/2026 | | | $0.00 | | Compliance Inspection. |
| 11 | 102 | COMPLAINT RECEIVED | 04/02/2026 | 04/02/2026 | | | $0.00 | | New case created from Case 20250241733 |
| 12 | 105F | NP PREVIOUS CASE | 04/02/2026 | 04/02/2026 | | | $0.00 | | New case created from Case 20250241733 |
| 13 | 110 | FIRST INITIAL INSPECTION REQUESTED | 04/02/2026 | 04/02/2026 | 04/07/2026 | | $0.00 | | New case created from Case 20250241733 |
| 14 | 114A | WRITTEN COMMUNICATION | 04/02/2026 | 04/02/2026 | | | $0.00 | | Corporation and/or RA information in Sunbiz not located. |
| 15 | 124A | TICKET TO BE MAILED | 04/02/2026 | 04/02/2026 | 04/02/2026 | P078833 | $500.00 | | System Added due to electronic ticket issue. |
| 16 | 124A | TICKET TO BE MAILED | 04/02/2026 | 04/02/2026 | 04/02/2026 | P078834 | $500.00 | | System Added due to electronic ticket issue. |
| 17 | 125E | E-TICKET CREATED | 04/02/2026 | 04/02/2026 | 04/03/2026 | P078833 | $0.00 | | 105.1 violation(s): Detached structure (container) on the NW side of the property. |
| 18 | 125E | E-TICKET CREATED | 04/02/2026 | 04/02/2026 | 04/03/2026 | P078834 | $0.00 | | 105.1 violation(s): AC changeout at front of the property. |
| 19 | 125EA | E-TICKET TO BE SENT FOR CERTIFIED ELECTRONIC MAILING | 04/02/2026 | 04/02/2026 | 04/03/2026 | P078834 | $500.00 | | System Added due to electronic ticket issue. |
| 20 | 125EA | E-TICKET TO BE SENT FOR CERTIFIED ELECTRONIC MAILING | 04/02/2026 | 04/02/2026 | 04/03/2026 | P078833 | $500.00 | | System Added due to electronic ticket issue. |

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# CODE SEARCH REPORT

TO: LINDSEY ROUSE
FROM: George LP
DATE: 5/27/2026
ADDRESS: 28152 SW 142 CT
FOLIO: 30-7903-013-1060

An online search was conducted with the Miami Dade Code Research on the above address / folio and 8 issues has been found:

| | |
|---|---|
| 2025 - T133088 | w/ fine; see attached. |
| 2025 - T133089 | w/ fine; see attached. |
| 2025 - T133831 | w/ fine; see attached. |
| 2026 - P077653 | w/ fine; see attached. |
| 2026 - P077654 | w/ fine; see attached. |
| 2026 - P077655 | w/ fine; see attached. |
| 2026 - P078833 | w/ fine; see attached. |
| 2026 - P078834 | w/ fine; see attached. |

For information on how to have these issues closed (fees and inspections may apply), call the Miami Dade Code Research at:

CREDIT & COLLECTIONS: 786-469-5200
CODE COMPLIANCE: 786-469-2900, FL
LIEN SECTION: 786-315-2777 ext. 2

***Commercial Property Disclaimer: Please note there could be possible code or permit issues under additional addresses with the same folio.Check the invoice summary page for any confirmed additional addresses that were not included in this invoice.If you would like for us to include this information please let us know in writing.Additional fees may apply.***

## CITATION INFORMATION

**Citation No.:** 2025 - T133088
**Issue Date:** 10/ 1/2025
**Status:** ** OPEN **
**Total Due:** $110.00

**Violator:** CITI TRUST INVESTMENT INC **Folio:** 30-7903-013-1060

**Mailing Address:** 30332 SW 152 PL **City:** HOMESTEAD **State:** FL **Zip:** 33033

**Code Section:** 19-13(D)

**Description:** OPEN-AIR STORAGE OF PROHIBITED ITEMS

**Issuing Department:** 652 RER - NEIGHBORHOOD COMPLIANCE - SOUTH (786) 315-2552

## VIOLATION INFORMATION

| | | | |
|---|---|---|---|
| **Violation Date:** | 10/ 1/2025 | **Repeat Violation:** | NO |
| **Violation Time:** | 06:55 P M | **Comply Due Date:** | 1/29/2026 |
| **Violation Location:** | 28152 SW 142 CT | **Complied Date:** | 3/25/2026 |
| **Inspector:** | 147 RICHARD GARZA | **Appeal Filed:** | |
| **Serve Method:** | POSTED | **Appeal Due Date:** | 1/22/2026 |
| **Serve Date:** | 1/16/2026 | **Lien Placed:** | |
| **Penalty Must be Paid by:** | 2/14/2026 | **Lien Satisfied:** | |

## PARTIES

| Name | Type | Address |
|---|---|---|
| CITI TRUST INVESTMENT INC | VIOLATOR | 30332 SW 152 PL<br>HOMESTEAD FL 33033 |

## CITATION INFORMATION

**Citation No.:** 2025 - T133089
**Issue Date:** 10/ 1/2025
**Status:** ** OPEN **
**Total Due:** $5,260.00

**Violator:** CITI TRUST INVESTMENT INC **Folio:** 30-7903-013-1060

**Mailing Address:** 30332 SW 152 PL **City:** HOMESTEAD **State:** FL **Zip:** 33033

**Code Section:** 19-13(A)

**Description:** FAILURE TO PERFORM LOT MAINTENANCE IN RESIDENTIAL DISTRICT

**Issuing Department:** 652 RER - NEIGHBORHOOD COMPLIANCE - SOUTH (786) 315-2552

## VIOLATION INFORMATION

| | | | |
|---|---|---|---|
| **Violation Date:** | 10/ 1/2025 | **Repeat Violation:** | NO |
| **Violation Time:** | 06:58 P M | **Comply Due Date:** | 1/29/2026 |
| **Violation Location:** | 28152 SW 142 CT | **Complied Date:** | |
| **Inspector:** | 147 RICHARD GARZA | **Appeal Filed:** | |
| **Serve Method:** | POSTED | **Appeal Due Date:** | 1/22/2026 |
| **Serve Date:** | 1/16/2026 | **Lien Placed:** | |
| **Penalty Must be Paid by:** | 2/14/2026 | **Lien Satisfied:** | |

## PARTIES

| Name | Type | Address |
|---|---|---|
| CITI TRUST INVESTMENT INC | VIOLATOR | 30332 SW 152 PL<br>HOMESTEAD FL 33033 |

## CITATION INFORMATION

**Citation No.:** 2025 - T133831
**Issue Date:** 10/28/2025
**Status:** ** OPEN **
**Total Due:** $10,510.00

**Violator:** CITI TRUST INVESTMENT INC REGISTER AG. L **Folio:** 30-7903-013-1060

**Mailing Address:** 30332 SW 152 PL **City:** HOMESTEAD **State:** FL **Zip:** 33033

**Code Section:** 33-202.3

**Description:** UNAUTHORIZED USE IN A TOWNHOUSE DISTRICT

**Issuing Department:** 652 RER - NEIGHBORHOOD COMPLIANCE - SOUTH (786) 315-2552

## VIOLATION INFORMATION

| | | | |
|---|---|---|---|
| **Violation Date:** | 10/28/2025 | **Repeat Violation:** | REPEAT VIOLA |
| **Violation Time:** | 10:53 A M | **Comply Due Date:** | 11/17/2025 |
| **Violation Location:** | 28152 SW 142 CT | **Complied Date:** | |
| **Inspector:** | 974 DE OLIVEIRA, EDER | **Appeal Filed:** | |
| **Serve Method:** | POSTED | **Appeal Due Date:** | 11/17/2025 |
| **Serve Date:** | | **Lien Placed:** | |
| **Penalty Must be Paid by:** | 11/27/2025 | **Lien Satisfied:** | |

## PARTIES

| Name | Type | Address |
|---|---|---|
| CITI TRUST INVESTMENT INC REGISTER AG. L | VIOLATOR | 30332 SW 152 PL HOMESTEAD FL 33033 |

## CITATION INFORMATION

**Citation No.:** 2026 - P077653
**Issue Date:** 1/22/2026
**Status:** ** OPEN **
**Total Due:** $10,510.00

**Violator:** CITI TRUST INVESTMENT INC C/O SANCHEZ, G **Folio:** 30-7903-013-1060

**Mailing Address:** 1717 N. BAYSHORE DRIVE, **City:** MIAMI **State:** FL **Zip:** 33132

**Code Section:** 8-1

**Description:** 2007 FBC 105.1: FAILURE OF OWNER-BUILDER OR CONTRACTOR OF OBTAIN A PERMIT

**Issuing Department:** 20 BUILDING AND NEIGHBORHOOD COMPLIANCE (786) 315-2424

## VIOLATION INFORMATION

| | | | |
|---|---|---|---|
| **Violation Date:** | 1/22/2026 | **Repeat Violation:** | NO |
| **Violation Time:** | 10:45 A M | **Comply Due Date:** | 2/23/2026 |
| **Violation Location:** | 28152 SW 142 CT | **Complied Date:** | |
| **Inspector:** | 1013 BORIS, LUIS | **Appeal Filed:** | |
| **Serve Method:** | POSTED | **Appeal Due Date:** | |
| **Serve Date:** | | **Lien Placed:** | |
| **Penalty Must be Paid by:** | 2/23/2026 | **Lien Satisfied:** | |

## PARTIES

| Name | Type | Address |
|---|---|---|
| CITI TRUST INVESTMENT INC C/O SANCHEZ, G | VIOLATOR | 1717 N. BAYSHORE DRIVE, SUITE 302 MIAMI FL 33132 |

## CITATION INFORMATION

**Citation No.:** 2026 - P077654
**Issue Date:** 1/22/2026
**Status:** ** OPEN **
**Total Due:** $10,510.00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Violator:** | CITI TRUST INVESTMENT INC C/O SANCHEZ, G | | | **Folio:** | 30-7903-013-1060 | | |
| **Mailing Address:** | 1717 N. BAYSHORE DRIVE, | **City:** | MIAMI | **State:** | FL | **Zip:** | 33132 |
| **Code Section:** | 8-1 | | | | | | |
| **Description:** | 2007 FBC 105.1: FAILURE OF OWNER-BUILDER OR CONTRACTOR OF OBTAIN A PERMIT | | | | | | |
| **Issuing Department:** | 20 BUILDING AND NEIGHBORHOOD COMPLIANCE (786) 315-2424 | | | | | | |

## VIOLATION INFORMATION

| | | | |
|---|---|---|---|
| **Violation Date:** | 1/22/2026 | **Repeat Violation:** | NO |
| **Violation Time:** | 10:48 A M | **Comply Due Date:** | 2/23/2026 |
| **Violation Location:** | 28152 SW 142 CT | **Complied Date:** | |
| **Inspector:** | 1013 BORIS, LUIS | **Appeal Filed:** | |
| **Serve Method:** | POSTED | **Appeal Due Date:** | |
| **Serve Date:** | | **Lien Placed:** | |
| **Penalty Must be Paid by:** | 2/23/2026 | **Lien Satisfied:** | |

## PARTIES

| Name | Type | Address |
|---|---|---|
| CITI TRUST INVESTMENT INC C/O SANCHEZ, G | VIOLATOR | 1717 N. BAYSHORE DRIVE, SUITE 302 MIAMI FL 33132 |

## CITATION INFORMATION

**Citation No.:** 2026 - P077655
**Issue Date:** 1/22/2026
**Status:** ** OPEN **
**Total Due:** $10,510.00

**Violator:** CITI TRUST INVESTMENT INC C/O SANCHEZ, G **Folio:** 30-7903-013-1060

**Mailing Address:** 1717 N. BAYSHORE DRIVE, **City:** MIAMI **State:** FL **Zip:** 33132

**Code Section:** 8-1

**Description:** 2007 FBC 105.1: FAILURE OF OWNER-BUILDER OR CONTRACTOR OF OBTAIN A PERMIT

**Issuing Department:** 20 BUILDING AND NEIGHBORHOOD COMPLIANCE (786) 315-2424

## VIOLATION INFORMATION

| | | | |
|---|---|---|---|
| **Violation Date:** | 1/22/2026 | **Repeat Violation:** | NO |
| **Violation Time:** | 10:49 A M | **Comply Due Date:** | 2/23/2026 |
| **Violation Location:** | 28152 SW 142 CT | **Complied Date:** | |
| **Inspector:** | 1013 BORIS, LUIS | **Appeal Filed:** | |
| **Serve Method:** | POSTED | **Appeal Due Date:** | |
| **Serve Date:** | | **Lien Placed:** | |
| **Penalty Must be Paid by:** | 2/23/2026 | **Lien Satisfied:** | |

## PARTIES

| Name | Type | Address |
|---|---|---|
| CITI TRUST INVESTMENT INC C/O SANCHEZ, G | VIOLATOR | 1717 N. BAYSHORE DRIVE, SUITE 302 MIAMI FL 33132 |

## CITATION INFORMATION

**Citation No.:** 2026 - P078833
**Issue Date:** 4/ 2/2026
**Status:** ** OPEN **
**Total Due:** $510.00

**Violator:** CITI TRUST INVESTMENT INC **Folio:** 30-7903-013-1060

**Mailing Address:** 30332 SW 152 PL **City:** HOMESTEAD **State:** FL **Zip:** 33033

**Code Section:** 8-1

**Description:** 2007 FBC 105.1: FAILURE OF OWNER-BUILDER OR CONTRACTOR OF OBTAIN A PERMIT

**Issuing Department:** 20 BUILDING AND NEIGHBORHOOD COMPLIANCE (786) 315-2424

## VIOLATION INFORMATION

| | | | |
|---|---|---|---|
| **Violation Date:** | 4/ 2/2026 | **Repeat Violation:** | NO |
| **Violation Time:** | 11:12 A M | **Comply Due Date:** | 5/ 4/2026 |
| **Violation Location:** | 28152 SW 142 CT | **Complied Date:** | |
| **Inspector:** | 1028 ARIZA, JULIO | **Appeal Filed:** | |
| **Serve Method:** | POSTED | **Appeal Due Date:** | |
| **Serve Date:** | | **Lien Placed:** | |
| **Penalty Must be Paid by:** | 5/ 4/2026 | **Lien Satisfied:** | |

## PARTIES

| Name | Type | Address |
|---|---|---|
| CITI TRUST INVESTMENT INC | VIOLATOR | 30332 SW 152 PL<br>HOMESTEAD FL 33033 |

## CITATION INFORMATION

**Citation No.:** 2026 - P078834
**Issue Date:** 4/ 2/2026
**Status:** ** OPEN **
**Total Due:** $510.00

**Violator:** CITI TRUST INVESTMENT INC **Folio:** 30-7903-013-1060

**Mailing Address:** 30332 SW 152 PL **City:** HOMESTEAD **State:** FL **Zip:** 33033

**Code Section:** 8-1

**Description:** 2007 FBC 105.1: FAILURE OF OWNER-BUILDER OR CONTRACTOR OF OBTAIN A PERMIT

**Issuing Department:** 20 BUILDING AND NEIGHBORHOOD COMPLIANCE (786) 315-2424

## VIOLATION INFORMATION

| | | | |
|---|---|---|---|
| **Violation Date:** | 4/ 2/2026 | **Repeat Violation:** | NO |
| **Violation Time:** | 11:13 A M | **Comply Due Date:** | 5/ 4/2026 |
| **Violation Location:** | 28152 SW 142 CT | **Complied Date:** | |
| **Inspector:** | 1028 ARIZA, JULIO | **Appeal Filed:** | |
| **Serve Method:** | POSTED | **Appeal Due Date:** | |
| **Serve Date:** | | **Lien Placed:** | |
| **Penalty Must be Paid by:** | 5/ 4/2026 | **Lien Satisfied:** | |

## PARTIES

| Name | Type | Address |
|---|---|---|
| CITI TRUST INVESTMENT INC | VIOLATOR | 30332 SW 152 PL<br>HOMESTEAD FL 33033 |

6801 Palisades Park Ct, Suite #2
Fort Myers, FL 33912
Phone: 877-543-6669 / Fax: 877-329-5436

# Permit

**MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS**

11805 SW 26 ST

Miami, FL 33175-2474

786-315-2000

MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS

PERMIT INFORMATION

Date: 5/28/2026

An online permit search was conducted with the MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS on the following address/folio and no open or expired permits were found:

Address: 28152 SW 142 CT

Folio: 30-7903-013-1060

For more information please contact the MIAMI - DADE COUNTY BUILDING DEPARTMENT PERMITS at:

BUILDING DEPT
11805 SW 26 ST
MIAMI FL 33175-2474
786-315-2000

***Commercial Property Disclaimer: Please note there could be possible issues under additional addresses with the same folio. Check the invoice summary page for any issues against additional addresses found. If you would like for us to include this information please let us know in writing. Additional fees may apply.***

Form **W-9** (Rev. August 2013) Department of the Treasury Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

Print or type See Specific Instructions on page 2.

Name (as shown on your income tax return)
Miami-Dade County Florida

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate
☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶
☑ Other (see instructions) ▶ Government

Exemptions (see instructions):
Exempt payee code (if any)
Exemption from FATCA reporting code (if any)

Address (number, street, and apt. or suite no.)
111 N.W. 1 Street - Suite 2550

City, state, and ZIP code
Miami, Florida 33128

Requester's name and address (optional)

List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number
___ – __ – ____

Employer identification number
59 – 6000573

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** Signature of U.S. person ▶ [signature] Date ▶ 12/5/13

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and
4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

# EXHIBIT "E"

# *AMERICAN LAND TITLE ASSOCIATION COMMITMENT*

## (With Florida Modifications)

*ISSUED BY OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY*

**Transaction Identification Data, for which the Company assumes no liability as set forth in Commitment Condition 5.e.:**

| | | | |
|---|---|---|---|
| **Commitment Number:**<br>1755115 | **Revision Number:** | **Issuing Office File Number:**<br>8524.003 | **Issuing Agent:**<br>Lorium PLLC |
| **Property Address:**<br>28152 SW 142nd Court,<br>Homestead, FL 33033 | **Loan ID Number:** | **Issuing Office's ALTA® Registry ID:** | **Issuing Office:**<br>100 NE 3rd Avenue,<br>Suite 700, Fort<br>Lauderdale FL 33301 |

**SCHEDULE A**

1. Commitment Date: **June 16, 2026 at 11:00 PM**

2. Policy to be issued: Proposed Amount of Insurance:
   a. OWNER'S: 2021 ALTA® Owner's Policy with Florida Modifications **$1,000,000.00**
   Proposed Insured: **BAAD Homes LLC**
   The estate or interest to be insured: **Fee Simple as shown by instrument to be recorded in the Public Records of Miami-Dade County, Florida.**

   b. MORTGAGEE: 2021 ALTA® Loan Policy with Florida Modifications
   Proposed Insured:
   The estate or interest to be insured: **Fee Simple**

3. The estate or interest in the Land at the Commitment Date is: *(Identify each estate or interest covered, i.e., fee, leasehold, etc.)* **Fee Simple**

4. The Title is, at the Commitment Date, vested in: *(Identify vesting for each estate or interest identified in Item 3 above)* **Marcia T. Dunn, solely in her capacity as Ch. 7 Trustee for City Trust Investments, LLC Case No. 24-14100-LMI**

5. The Land is described as follows:
   **See Exhibit "A" attached hereto and made a part hereof.**

Old Republic National Title Insurance Company
1408 N. Westshore Blvd., Ste. 900, Tampa, FL 32607, (612) 371-1111

AUTHORIZED SIGNATORY
Jason Slatkin

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Old Republic National Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; and Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

# *AMERICAN LAND TITLE ASSOCIATION COMMITMENT*

## (With Florida Modifications)

*ISSUED BY OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY*

Commitment Number: 1755115

**Schedule B-I**

Issuing Office File Number: 8524.003

**REQUIREMENTS**

All of the following Requirements must be met:

1. The Proposed Insured must notify the Company in writing of the name of any party not referred to in this Commitment who will obtain an interest in the Land or who will make a loan on the Land. The Company may then make additional Requirements or Exceptions.

2. Pay the agreed amount for the estate or interest to be insured.

3. Pay the premiums, fees, and charges for the Policy to the Company.

4. Documents satisfactory to the Company that convey the Title or create the Mortgage to be insured, or both, must be properly authorized, executed, delivered, and recorded in the Public Records.

   A. Deed from the individual indicated in the bankruptcy court order to the proposed insured. The deed conveying title should recite: 1) the bankruptcy case number, and 2) the court location.

5. Proof of redemption of Tax Sale Certificate No. 26995 for taxes for the year 2025 must be furnished for Parcel ID # 30-7903-013-1060. (As to Parcel 1)

6. Proof of redemption of Tax Sale Certificate No. 27001 for taxes for the year 2025 must be furnished for Parcel ID # 30-7903-013-1790. (As to Parcel 2)

7. Proof of redemption of Tax Sale Certificate No. 26980 for taxes for the year 2025 must be furnished for Parcel ID # 30-7903-013-0220. (As to Parcel 3)

8. Proof of redemption of Tax Sale Certificate No. 26976 for taxes for the year 2025 must be furnished for Parcel ID # 30-7903-013-0060. (As to Parcel 4)

9. Proof of redemption of Tax Sale Certificate No. 26979 for taxes for the year 2025 must be furnished for Parcel ID # 30-7903-013-0210. (As to Parcel 5)

10. Proof of redemption of Tax Sale Certificate No. 26994 for taxes for the year 2025 must be furnished for Parcel ID # 30-7903-013-0970. (As to Parcel 6)

11. Proof of redemption of Tax Sale Certificate No. 26985 for taxes for the year 2025 must be furnished for Parcel ID # 30-7903-013-0610. (As to Parcel 7)

12. Record satisfaction of the mortgage from City Trust Investments LLC, a Florida limited liability company to Harry Payton for Payton and Associates, LLC, a Florida limited liability company recorded in O.R. Book 34084, Page 3573, Public Records of

# *AMERICAN LAND TITLE ASSOCIATION COMMITMENT*
## (With Florida Modifications)

*ISSUED BY OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY*

Commitment Number: 1755115

**Schedule B-I**
**(Continued)**

Miami-Dade County, Florida. (As to Parcels 1, 2, 3, 4, 5 and 6)

13. Record satisfaction of the mortgage from City Trust Investments LLC, a Florida limited liability company to Polonio LLC, a Florida limited liability company recorded in O.R. Book 33432, Page 2950, Public Records of Miami-Dade County, Florida. (As to Parcels 1 and 2)

14. Record release or reassignment of the Assignment of Leases and Rents recorded October 21, 2022, in O.R. Book 33432, Page 2968, Public Records of Miami-Dade County, Florida. (As to Parcels 1 and 2)

15. Dismissal of court action with prejudice and discharge of Lis Pendens recorded in O.R. Book 34138, Page 4548, Public Records of Miami-Dade County, Florida, in that certain Case No. 2024-004715-CA-01 in the Circuit Court of Miami-Dade County, Florida. For involuntary dismissal, the appeal period must expire. (As to Parcels 1 and 2)

16. Recordation of evidence that the violation recorded at O.R. Book 34942, Page 3223, Public Records of Miami-Dade, Florida has been brought to compliance. (As to Parcel 1)

17. Record satisfaction of the mortgage from City Trust Investments, LLC, a Florida limited liability company to Gira Property LLC, a Delaware limited liability company recorded in O.R. Book 33363, Page 2445, Public Records of Miami-Dade County, Florida. (As to Parcel 3)

18. Record release or reassignment of the Assignment of Leases and Rents recorded September 1, 2022, in O.R. Book 33363, Page 2461, Public Records of Miami-Dade County, Florida. (As to Parcel 3)

19. Record satisfaction of the mortgage from City Trust Investments, LLC, a Florida limited liability company to LONS, LLC, a Florida limited liability company recorded in O.R. Book 33383, Page 441, Public Records of Miami-Dade County, Florida. (As to Parcels 4 and 5)

20. Record release or reassignment of the Assignment of Leases and Rents recorded September 14, 2022, in O.R. Book 33383, Page 457, Public Records of Miami-Dade County, Florida. (As to Parcels 4 and 5)

21. Dismissal of court action with prejudice and discharge of Lis Pendens recorded in O.R. Book 34220, Page 3636, Public Records of Miami-Dade County, Florida, in that certain Case No. 2024-008386-CA-01 in the Circuit Court of Miami-Dade County, Florida. For involuntary dismissal, the appeal period must expire. (As to Parcels 4 and 5)

22. Recordation of evidence that the violation recorded at O.R. Book 34835, Page 2758, Public Records of Miami-Dade, Florida has been brought to compliance. (As to Parcel 5)

23. Record satisfaction of the mortgage from City Trust Investments LLC, a Florida limited liability company to H2ML LLC, a Florida limited liability company recorded in O.R. Book 33383, Page 915, as affected by Security Agreement recorded in O.R. Book 33383, Page 936, Public Records of Miami-Dade County, Florida. (As to Parcel 6)

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Old Republic National Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; and Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

# *AMERICAN LAND TITLE ASSOCIATION COMMITMENT*

**(With Florida Modifications)**

*ISSUED BY OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY*

Commitment Number: 1755115

**Schedule B-I**
**(Continued)**

24. Record release or reassignment of the Assignment of Rents and Leases recorded September 14, 2022, in O.R. Book 33383, Page 931, Public Records of Miami-Dade County, Florida. (As to Parcel 6)

25. Recording of a termination (or release as to the subject property) of the UCC-1 Financing Statement recorded September 14, 2022, in O.R. Book 33383, Page 943, Public Records of Miami-Dade County, Florida. (As to Parcel 6)

26. Recordation of evidence that the violation recorded at O.R. Book 27645, Page 3403, Public Records of Miami-Dade, Florida has been brought to compliance. (As to Parcel 6)

27. Record satisfaction or release of that certain Code Enforcement Lien duly recorded August 19, 2011, in O.R. Book 27797, Page 1719, Public Records of Miami-Dade County, Florida. (As to Parcel 6)

28. Record satisfaction or release of that certain Claim of Lien duly recorded September 1, 2011, in O.R. Book 27812, Page 594, Public Records of Miami-Dade County, Florida. (As to Parcel 6)

29. Record satisfaction or release of that certain Code Enforcement Lien duly recorded September 1, 2011, in O.R. Book 27811, Page 2088, Public Records of Miami-Dade County, Florida. (As to Parcel 6)

30. Record satisfaction of the mortgage from City Trust Investments LLC, a Florida limited liability company to Jeffrey Mills recorded in O.R. Book 33302, Page 418, as affected by Security Agreement recorded in O.R. Book 3302, Page 439, Public Records of Miami-Dade County, Florida.(As to Parcel 7)

31. Record release or reassignment of the Collateral Assignment of Rents and Leases recorded July 22, 2022, in O.R. Book 33302, Page 434, Public Records of Miami-Dade County, Florida. (As to Parcel 7)

32. Recording of a termination (or release as to the subject property) of the UCC-1 Financing Statement recorded July 22, 2022, in O.R. Book 33302, Page 446, Public Records of Miami-Dade County, Florida. (As to Parcel 7)

33. Record satisfaction of the mortgage from Santos Gonzalez to Pavilla Properties LLC recorded in O.R. Book 30404, Page 685, Public Records of Miami-Dade County, Florida. (As to Parcel 7)

34. Record satisfaction or release of that certain Final Judgment duly recorded May 19, 2026, in O.R. Book 35307, Page 3510, Public Records of Miami-Dade County, Florida.

35. Record satisfaction, release, or credible proof of non-identity relating to the following certified judgment(s) and/or other liens against the name of Hector Serrano recorded in the following Official Records: O.R. Book 26932, Page 1403, Public Records of Miami-Dade County, Florida.

36. Property Owners' or Homeowners' Association estoppel letter from community association(s) organized pursuant to the declaration(s) shown in Schedule B-II must be furnished showing that the assessments are current and that there are no unpaid special assessments.

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Old Republic National Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; and Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

# *AMERICAN LAND TITLE ASSOCIATION COMMITMENT*

**(With Florida Modifications)**

*ISSUED BY OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY*

Commitment Number: 1755115

**Schedule B-I**
**(Continued)**

37. Satisfactory evidence must be furnished establishing that BAAD Homes LLC, a Florida limited liability company is duly organized, validly existing, and in good standing under the laws of the jurisdiction of formation from the date of acquisition through the date of transfer.

38. An update of the title search must be completed just prior to the closing and the commitment must be endorsed to require clearance of, or take exception for, any additional title defects or adverse matters found.

39. Confirmation as to the nature of the rights of all parties in possession for purposes of making specific exceptions(s) in the policy, if any.

40. Execution of closing affidavit by appropriate parties representing possession and no adverse matters, including actions taken by owner or others that would give rise to litigation or lien.

41. Closing funds must be disbursed by or at the direction of the Title Agent issuing this policy.

42. A survey meeting the Company's requirements and an affidavit of the owner, or other person with actual knowledge, establishing that there are no unrecorded easements or claims of easements in existence, must be furnished. If the survey reveals any encroachments, encumbrances, violations, variations, or adverse circumstances, including but not limited to easements, they will appear as exceptions in the policy.

43. The Company has no liability under this commitment until an endorsement is issued stating the names of the proposed Insured and/or stating the amount of the proposed policy. The Company reserves the right to amend this commitment. No title policy may be issued in an amount greater than $1,000,000.00 without specific Underwriting approval.

44. Record certified copy of court order, confirm that appeal period has lapsed, and confirm that the proposed sale complies with Bankruptcy Rule 6004.

45. The company reserves the right to add additional requirements upon review of the bankruptcy proceedings under Case No. 24-14100-PDR in the Bankruptcy Court for the Southern District of Florida.

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Old Republic National Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; and Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

# *AMERICAN LAND TITLE ASSOCIATION COMMITMENT*
**(With Florida Modifications)**

*ISSUED BY OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY*

**Schedule B-II**

Issuing Office File Number: 8524.003

**EXCEPTIONS FROM COVERAGE**

**SOME HISTORICAL LAND RECORDS CONTAIN DISCRIMINATORY COVENANTS THAT ARE ILLEGAL AND UNENFORCEABLE BY LAW. THIS COMMITMENT AND THE POLICY TREAT ANY DISCRIMINATORY COVENANT IN A DOCUMENT REFERENCED IN SCHEDULE B AS IF EACH DISCRIMINATORY COVENANT IS REDACTED, REPUDIATED, REMOVED, AND NOT REPUBLISHED OR RECIRCULATED. ONLY THE REMAINING PROVISIONS OF THE DOCUMENT WILL BE EXCEPTED FROM COVERAGE.**

The Policy will not insure against loss or damage resulting from the terms and conditions of any lease or easement identified in Schedule A, and will include the following Exceptions unless cleared to the satisfaction of the Company:

1. Any defect, lien, encumbrance, adverse claim, or other matter that appears for the first time in the Public Records or is created, attaches, or is disclosed between the Commitment Date and the date on which all of the Schedule B, Part I - Requirements are met.

2. a. General or special taxes and assessments required to be paid in the year 2026 and subsequent years.

   b. Rights or claims of parties in possession not recorded in the Public Records.

   c. Any encroachment, encumbrance, violation, variation or adverse circumstance that would be disclosed by an inspection or an accurate and complete land survey of the Land and inspection of the Land.

   d. Easements or claims of easements not recorded in the Public Records.

   e. Any lien, or right to a lien, for services, labor or material furnished, imposed by law and not recorded in the Public Records.

3. Any Owner's Policy issued pursuant hereto will contain under Schedule B the following exception: Any adverse ownership claim by the State of Florida by right of sovereignty to any portion of the Land insured hereunder, including submerged, filled and artificially exposed lands, and lands accreted to such lands.

4. Any lien provided by County Ordinance or by Chapter 159, F.S., in favor of any city, town, village or port authority, for unpaid service charges for services by any water systems, sewer systems or gas systems serving the land described herein; and any lien for waste fees in favor of any county or municipality.

5. All matters contained on the Plat of SEAPINES, as recorded in Plat Book 100, Page 6, Public Records of Miami-Dade County, Florida.

6. Covenants, conditions, and restrictions recorded in Official Records Book 9837, Page 1579, as amended in Official Records Book 16541, Page 2738, Official Records Book 20265 Page 2161 and Official Records Book 25582, Page 524 and Notice Pursuant to F.S. 712.05 recorded in Official Records 25582, Page 524, Public Records of Miami-Dade County, Florida, which contain provisions creating easements and/or assessments.

7. Agreement with Dade County recorded in Official Records Book 11740, Page 1751, Public Records of Miami-Dade County,

# *AMERICAN LAND TITLE ASSOCIATION COMMITMENT*
**(With Florida Modifications)**

*ISSUED BY OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY*

**Schedule B-II**

Florida.

8. Resolution No. R-93-66 recorded in Clerk's File Number 66R29539, Public Records of Miami-Dade County, Florida.

9. Agreement Governing land Development recorded in Clerk's File Number 73R56276, Public Records of Miami-Dade County, Florida.

10. Notice to Purchase recorded in Official Records Book 11742, Page 741, Public Records of Miami-Dade County, Florida.

11. Resolution # R-1462-04 recorded in Official Records Book 23235, Page 3545, Public Records of Miami-Dade County, Florida.

12. Rights of the lessees under unrecorded leases.

Commitment Number: 1755115

# “Exhibit A”

Parcel 1:
Lot 12, Block 4, SEAPINES, according to the plat thereof as recorded in Plat Book 100, Page 6, Public Records of Miami-Dade County, Florida.
Parcel 2:
Lot 25, Block 8, SEAPINES, according to the plat thereof as recorded in Plat Book 100, Page 6, Public Records of Miami-Dade County, Florida.
Parcel 3:
Lot 22, Block 1, SEAPINES, according to the plat thereof as recorded in Plat Book 100, Page 6, Public Records of Miami-Dade County, Florida.
Parcel 4:
Lot 6, Block 1, SEAPINES, according to the plat thereof as recorded in Plat Book 100, Page 6, Public Records of Miami-Dade County, Florida.
Parcel 5:
Lot 21, Block 1, SEAPINES, according to the plat thereof as recorded in Plat Book 100, Page 6, Public Records of Miami-Dade County, Florida.
Parcel 6:
Lot 3, Block 4, SEAPINES, according to the plat thereof as recorded in Plat Book 100, Page 6, Public Records of Miami-Dade County, Florida.
Parcel 7:
Lot 61, Block 1, SEAPINES, according to the plat thereof as recorded in Plat Book 100, Page 6, Public Records of Miami-Dade County, Florida.

# EXHIBIT “F”

***Proposed Order***

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

| | |
|---|---|
| CITY TRUST INVESTMENTS LLC, LORETA INVESTMENTS, LLC, GAIN 11 INVESTMENTS, LLC, 14445 SW 289 ST LLC; AND CITYWIDE PROPERTY MANAGEMENT LLC, | Case No.: 24-14100-LMI (substantively consolidated) |
| | Chapter 7 |
| Debtors. ____________________________/ | |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF ORDER (I) APPROVING BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF CERTAIN REAL PROPERTIES OF THE ESTATE, (II) APPROVING THE STALKING HORSE PURCHASER AND RELATED PURCHASE AND SALE AGREEMENT, (III) SCHEDULING AN AUCTION, IF NECESSARY, (IV) SETTING A FINAL SALE HEARING, AND (V) GRANTING RELATED RELIEF**

**THIS CAUSE** came before the Court for hearing on _________, 2026 (the "Hearing") upon Chapter 7 Trustee, Marcia T. Dunn's (the "Trustee") *Motion for Entry of Order (I) Approving Bidding Procedures in Connection with the Sale of Certain Real Properties of the Estate, (II) Approving the Stalking Horse Purchaser and Related Purchase and Sale Agreement, (III)*

*Scheduling an Auction, if Necessary, (IV) Setting a Final Sale Hearing, (V) Approving the Sale of the Properties Free and Clear of All Liens, Claims, Encumbrances, and Interests, with Such Liens to Attach to Sale Proceeds, and (VI) Granting Related Relief* (the "Sale Motion") [D.E. __], for the real properties located at **28152 SW 142nd Court, Homestead, FL 33033, Folio 30-7903-013-1060; 28091 SW 143rd Court, Homestead, FL 33033, Folio 30-7903-013-1790; 28133 SW 142nd Court, Homestead, FL 33033 Folio 30-7903-013-0220; 28025 SW 142nd Court, Homestead, FL 33033 Folio 30-7903-013-0060; 28131 SW 142nd Court, Homestead, FL 33033 Folio 30-7903-013-0210; 28124 SW 142nd Court, Homestead, FL 33033 Folio 30-7903-013-0970; 14266 SW 283rd Street, Homestead, FL 33033 Folio 30-7903-013-0610** (the "Properties") owned by the Debtor as of the Petition Date.[1]

The Sale Motion concerns the proposed sale of the following real properties (collectively, the "Properties"):

28152 SW 142nd Court, Homestead, FL 33033:

**Lot 12, Block 4, Seapines, according to the Plat thereof as recorded in Plat Book 100, page 6, of the Public Records of Miami-Dade County, Florida.**

Parcel Identification No: **30-7903-013-1060**

28091 SW 143rd Court, Homestead, FL 33033:

**Lot 25, Block 8, Seapines, according to the Plat thereof as recorded in Plat Book 100, page 6, of the Public Records of Miami-Dade County, Florida.**

Parcel Identification No: **30-7903-013-1790**

[1] All capitalized terms not otherwise defined herein shall have the meaning as ascribed to them in the Sale Motion [D.E. _].

28133 SW 142nd Court, Homestead, FL 33033:

**Lot 22, Block 1, of Seapines, as per Plat thereof, recorded in Plat Book 100, Page 6 of the Public records of Miami Dade County, Florida.**

Parcel Identification No: **30-7903-013-0220**

28025 SW 142nd Court, Homestead, FL 33033:

**LOT 6, BLOCK 1, SEAPINES.ACCORDING TO THE PLAT THEREOF,AS RECORDED IN PLAT BOOK 100, PAGE 6, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY,FLORIDA**

Parcel Identification No: **30-7903-013-0060**

28131 SW 142nd Court, Homestead, FL 33033:

**LOT 21, BLOCK 1, SEAPINES.ACCORDING TO THE PLAT THEREOF,AS RECORDED IN PLAT BOOK 100, PAGE 6, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY,FLORIDA**

Parcel Identification No: **30-7903-013-0210**

28124 SW 142nd Court, Homestead, FL 33033:

**LOT 3 BLOCK 4, SEAPINES, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 100 PAGE 6 OF THE PUBLIC RECORDS OF MIAMI DADE COUNTY FLORIDA./ ALONG WITH GRANTORS PROPOTIONAL SHARE OF THE COMMON ELEMENTS.**

Parcel Identification No: **30-7903-013-0970**

14266 SW 283rd Street, Homestead, FL 33033:

LOT 61, BLOCK 1, SEAPINES, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 100. PAGE 6. OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Parcel Identification No: **30-7903-013-0610**

The Court, having reviewed and considered the Sale Motion, the declarations filed in support thereof, the record in this case, the representations of counsel at the Hearing, and any objections thereto; having found that proper and adequate notice of the Sale Motion and Hearing was provided under the circumstances; having determined that the relief granted herein is in the best interests of the Estate, its creditors, and other parties in interest; and good and sufficient cause

appearing therefor,

it is **HEREBY ORDERED and ADJUDGED THAT**:

1. The Sale Motion is **GRANTED.**

2. The bidding procedures set forth in the Sale Motion (the "Bid Procedures") are **APPROVED** and shall govern the submission, consideration, and acceptance of competing bids for the Properties.

3. The "As Is" Purchase and Sale Agreement for the Properties and all addenda thereto between the Trustee and BAAD Homes LLC (collectively, the "Sale Contract") is approved for purposes of establishing BAAD Homes LLC as the stalking horse purchaser (the "Stalking Horse Purchaser") and establishing the initial stalking horse bid for the Properties.

4. The Stalking Horse Purchaser's purchase price of $1,000,000.00 (the "Stalking Horse Bid") is approved as the initial bid for purposes of the Bid Procedures, subject to higher and better offers and final approval by this Court at the Sale Hearing. The Sale Motion identifies BAAD Homes LLC as the proposed purchaser and the $1,000,000 purchase price as the stalking horse bid.

5. The Break-Up Fee equal to one percent (1%) of the Purchase Price, or $10,000.00, is **APPROVED** and shall be payable to the Stalking Horse Purchaser only in the event that the Stalking Horse Purchaser is not the Successful Bidder and a sale of the Properties is consummated with another purchaser, in accordance with the Sale Contract.

6. The Trustee and her retained real estate broker are authorized to continue marketing and advertising the Properties, soliciting higher and better offers, and providing prospective purchasers with information concerning the Properties through the Bid Deadline.

7. To constitute a "Qualified Bid," a competing bid shall comply with all requirements

set forth in the Sale Motion and the Bid Procedures, including, without limitation:

a. the initial competing bid shall exceed the Stalking Horse Bid by at least $50,000.00;

b. the prospective purchaser shall submit a written offer for the Properties in the form of a purchase and sale agreement approved by or otherwise acceptable to the Trustee;

c. the prospective purchaser shall tender an escrow deposit in the amount of $50,000.00 in cleared funds in accordance with the Bid Procedures;

d. the prospective purchaser shall provide evidence reasonably satisfactory to the Trustee demonstrating its financial ability to consummate the purchase of the Properties;

e. the prospective purchaser shall disclose any relationship with the Debtors, any creditor, or any principal of such parties; and

f. the prospective purchaser shall otherwise comply with the terms and requirements of the Bid Procedures.

8. All Qualified Bids, together with the required escrow deposit, executed purchase and sale agreement, proof of financial ability, and all other supporting documentation required by the Bid Procedures, must be actually received by the Trustee no later than 5:00 p.m. prevailing Eastern Time on September 25, 2026 (the "<u>Bid Deadline</u>").

9. The Trustee shall have the authority, in the exercise of her reasonable business judgment, to determine whether any submitted bid constitutes a Qualified Bid in accordance with the Bid Procedures.

10. In the event that one or more Qualified Bids are timely received by the Bid

Deadline, the Trustee is authorized to conduct an auction (the "Auction") for the Properties on September 30, 2026, commencing at 10:00 a.m. prevailing Eastern Time, at the offices of Dunn Law, P.A., 66 West Flagler Street, Suite 400, Miami, Florida 33130, or at such other location, including by video conference, as the Trustee may designate upon notice to the Stalking Horse Purchaser and all Qualified Purchasers.

11. Only the Stalking Horse Purchaser and those prospective purchasers determined by the Trustee to have submitted Qualified Bids shall be permitted to participate in the Auction.

12. Following the initial Qualified Bid, bidding at the Auction shall proceed in minimum increments of $20,000.00, consistent with the Bid Procedures.

13. At the Auction, the Trustee shall be authorized to determine, in the exercise of her reasonable business judgment, which Qualified Bid constitutes the highest and best offer for the Properties (the "Successful Bid") and to designate the purchaser submitting such bid as the "Successful Bidder," subject to final approval by this Court at the Sale Hearing.

14. The Trustee may also designate the next highest or otherwise best Qualified Bid as a backup bid (the "Backup Bid") and the party submitting such bid as the "Backup Bidder," subject to such terms as the Trustee determines appropriate and consistent with the Sale Motion and the Bid Procedures.

15. If no Qualified Bid is timely received by the Bid Deadline, no Auction shall be conducted, and the Stalking Horse Purchaser shall be deemed the Successful Bidder, subject to final approval of the sale by this Court at the Sale Hearing.

16. A final hearing to consider approval of the sale of the Properties to the Successful Bidder, or to the Stalking Horse Purchaser if no Auction is conducted (the "Sale Hearing"), shall be held on ____________________, 2026, at ______ _.m. prevailing Eastern Time, before the

Honorable Peter D. Russin, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128, Courtroom 8.

17. At the Sale Hearing, the Trustee may seek entry of a final Sale Order approving the sale of the Properties to the Successful Bidder, or the Stalking Horse Purchaser if no Auction is conducted, pursuant to 11 U.S.C. § 363(b) and (f), free and clear of all liens, claims, encumbrances, and interests, with all valid liens, claims, encumbrances, and interests attaching to the applicable sale proceeds in the same validity, priority, and extent as existed immediately prior to closing, subject to the Trustee's rights under 11 U.S.C. § 506(c) and further order of this Court.

18. The Trustee shall be authorized to serve notice of the Bid Deadline, Auction, if necessary, and Sale Hearing in accordance with Bankruptcy Rules 2002 and 6004 and the Local Rules of this Court. The form and manner of notice proposed in the Sale Motion are **APPROVED**.

19. The Trustee is authorized to take such actions as are reasonable and necessary to implement the Bid Procedures, conduct the Auction, select the Successful Bidder, and otherwise effectuate the terms of this Order.

20. The Trustee shall have the right, in the exercise of her reasonable business judgment and consistent with the Bid Procedures, to reject any bid that does not comply with the Bid Procedures, adjourn or continue the Auction or sale process, and withdraw the Properties from the market at any time prior to the Sale Hearing. The Motion expressly reserves these rights to the Trustee.

21. Nothing contained in this Order shall constitute final approval of the sale of the Properties to the Stalking Horse Purchaser or any other prospective purchaser. Final approval of the Successful Bidder and the sale of the Properties, including any findings under 11 U.S.C. §§ 363(f) and 363(m), shall be determined by the Court at the Sale Hearing.

22. Nothing contained in this Order shall constitute a determination of the validity, priority, extent, enforceability, or amount of any asserted lien, claim, encumbrance, or interest against the Properties or any proceeds thereof.

23. The Trustee expressly reserves all rights under 11 U.S.C. § 506(c), including the right to seek recovery or surcharge of costs and expenses incurred in preserving, protecting, administering, marketing, and facilitating the sale of the Properties. Any determination concerning the Trustee's § 506(c) rights or distribution of the sale proceeds is reserved for further order of this Court. The Sale Motion specifically provides that the net proceeds remaining after approved closing costs are to be held pending resolution of the surcharge and distribution issues.

24. The Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order and to resolve any disputes arising under or relating to the Bid Procedures, the Auction, or the relief authorized herein.

# # #

Submitted by:

Amrit S. Kapai, Esq.
DUNN LAW, P.A.
*Counsel for Marcia t. Dunn, as Chapter 7 Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Phone: 786-433-3866 | Fax: 786-260-0269
akapai@dunnlawpa.com

Copies furnished to Amrit S. Kapai, Esq., who will serve a copy of the Order on all interested parties and file a certificate of service conforming with Local Rule 2002-1(F).