**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

City Trust Investments, LLC

CASE NO: 24-14100-PDR
Chapter 7

Debtor(s)

---

**SECURED CREDITOR, POLONIO, LLC'S LIMITED OBJECTION TO CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF ORDER (I) APPROVING BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF CERTAIN REAL PROPERTIES OF THE ESTATE, (II) APPROVING THE STALKING HORSE PURCHASER AND RELATED PURCHASE AND SALE AGREEMENT, (III) SCHEDULING AN AUCTION, IF NECESSARY, (IV) SETTING A FINAL SALE HEARING, (V) APPROVING THE SALE OF THE PROPERTIES FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, WITH SUCH LIENS TO ATTACH TO SALE PROCEEDS, AND (VI) GRANTING RELATED RELIEF [DOC. NO. 764]**

**COMES NOW, SECURED CREDITOR**, POLONIO, LLC ("Secured Creditor"), by and through its undersigned counsel, and hereby files this LIMITED OBJECTION TO CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF ORDER (I) APPROVING BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF CERTAIN REAL PROPERTIES OF THE ESTATE, (II) APPROVING THE STALKING HORSE PURCHASER AND RELATED PURCHASE AND SALE AGREEMENT, (III) SCHEDULING AN AUCTION, IF NECESSARY, (IV) SETTING A FINAL SALE HEARING, (V) APPROVING THE SALE OF THE PROPERTIES FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, WITH SUCH LIENS TO ATTACH TO SALE PROCEEDS, AND (VI) GRANTING RELATED RELIEF [DOC. NO. 764] (the "Motion") and states as grounds the following:

1. On or about April 26, 2024, the Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code.
2. On or about September 3, 2024, the instant case was converted to one under Chapter 7 of

the Bankruptcy Code.

3. On about August 3, 2026, the Trustee filed the instant Motion.

4. Secured Creditor holds a valid and perfected first mortgage on the property located at 28152 SW 142nd Court, Homestead, FL 33033 and 28091 SW 143rd Court, Homestead, FL 33033 (collectively the "Property"), which is a property included in a bulk sale of properties, as stated in the Motion.

5. Secured Creditor hereby files this limited objection to the Motion as it holds a valid and perfected first mortgage on the Property and must be fully paid off at closing, plus all additional interest, loan charges and advances, fees, etc.

6. Therefore, Secured Creditor does not object to the sale of the Property, so long as:

   a. Secured Creditor's Claim is paid in full (including plus all additional interest, loan charges and advances, fees, etc.), pursuant to an updated payoff statement provided by Secured Creditor at the time of closing; and

   b. Secured Creditor is not surcharged in any way with the costs of the sale, broker commissions, attorneys' fees or any other administrative claims, costs or expenses in connection with the sale of the Property.

**WHEREFORE, PREMISES CONSIDERED,** Secured Creditor respectfully requests that this Honorable Court deny the Motion unless the sale of the Property accounts for a full and complete payoff of Secured Creditor's claim, plus all additional interest, loan charges and advances, fees, etc., and for any other relief this Honorable Court deems Secured Creditor is entitled.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list, on August

5, 2026.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

/s/ Damian G. Waldman
Damian G. Waldman, Esquire
Florida Bar No.: 090502
**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Boulevard, Unit 1 & 2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email: service@dwaldmanlaw.com
Email 2: damian@dwaldmanlaw.com
*Attorneys for Secured Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 5, 2026, I served a copy of the foregoing by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

**SERVICE LIST**

*Debtor*
City Trust Investments LLC
27581 South Dixie Hwy, Suite 2
Homestead, FL 33032

*Trustee*
Marcia T Dunn
66 West Flagler Street, Ste 400
Miami, FL 33130

David Blansky
Dunn Law, P.A.
66 West Flagler Street, Suite 400
Miami, FL 33130
*Attorney for Trustee*

Michael P Dunn
66 West Flagler St., Ste. 400
Miami, FL 33130
*Attorney for Trustee*

Amrit S Kapai
66 West Flagler Street
Ste 400
Miami, FL 33130
*Attorney for Trustee*

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Dan L Gold
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130
*Attorney for US Trustee*

**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Blvd., Units 1&2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email:**damian@dwaldmanlaw.com**
Attorneys for Secured Creditor

By: /s/ Damian Waldman, Esq.
Damian Waldman, Esq.
Florida Bar No.: 090502