**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

City Trust Investments, LLC

CASE NO: 24-14100-PDR
Chapter 7

Debtor(s)

---

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

JEFFEREY MILLS (hereinafter referred to as "MOVANT" or "SECURED CREDITOR"), by and through its undersigned attorney, hereby moves for relief from the automatic stay pursuant to 11 USC §362(d), and in support thereof states as follows:

1. On or about April 26, 2024, the above referenced Debtors filed a Voluntary Petition for Relief pursuant to Chapter 11 of the United States Bankruptcy Code.

2. Jurisdiction in this cause is granted to the Bankruptcy Court pursuant to 28 USC §1334 and 11 USC §362, and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Court generally.

3. On or about July 13, 2022, the Debtor executed and delivered a Note as well as a Mortgage securing payment of the Note to SECURED CREDITOR. The property described in the Mortgage was and is now owned by, and in possession of, the Mortgagors. The Mortgage was recorded on July 22, 2022, in Official Records of Miami-Dade County, Florida at Book 33302, at Page 418. See a copy of the Mortgage and Note attached hereto, and incorporated herein as composite Exhibit "A."

4. The Mortgage secures the following real property located in Miami-Dade County, Florida, to wit:

   LOT 61 , BLOCK 1, SEAPINES, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 100, PAGE 6, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

   Parcel Identification Number: 30-7903-013-0610

   **a/k/a 14266 SW 283rd St., Homestead, FL 33033**

5. The MOVANT respectfully requests that this Court grant it relief from the automatic stay in this case pursuant to §362(d)(1) of the Bankruptcy Code, for cause, namely the lack of adequate protection to MOVANT for its interest in the above stated collateral. The value of the collateral is insufficient in and of itself to provide adequate protection which the Bankruptcy Code requires to be provided to the MOVANT taking into account the value of the property and the amount of the MOVANT's first Mortgage including all arrearages and attorney's fees and costs.

6. In support of this Motion for Relief from Automatic Stay, under §362(d) of the Bankruptcy Code, MOVANT would show that it would be inequitable to permit the Debtors to retain the collateral, that there is no equity in the collateral and that said collateral is not necessary for an effective reorganization by the Debtors.

7. MOVANT submits that lack of adequate protection is the appropriate ground for relief which MOVANT seeks under §362(d), and that the possible existence of equity over and above the indebtedness, which MOVANT denies exists, would not, even if it did exist, constitute adequate protection as contemplated by the Bankruptcy Code. Additionally, MOVANT would show that its indebtedness continues to accrue interest while the Debtors enjoy the benefit of the collateral without following the requirements of the Bankruptcy Code.

8. If MOVANT is not permitted to enforce its security interest in the collateral or provided with adequate protection, it will suffer irreparable injury, loss and damage.

9. Additionally, the subject loan matures on or about August 1, 2023, whereby all outstanding amounts owed become due.

10. The unpaid principal balance due is in the amount of $130,000.00.

11. As of August 12, 2026, the total amount owed under the Note is approximately $345,743.71. Please see attached Affidavit in Support of Motion for Relief incorporated herein as Exhibit "B."

12. The subject loan is contractually due for the date of June 1, 2023 and the post-petition payment address is 2033 NE 14th Ct., Fort Lauderdale, FL 33304.

13. The value pursuant to a recent BPO is $165,000.00, making MOVANT a secured creditor that is not adequately protected pursuant to the Bankruptcy Code. Please see a copy of the BPO attached hereto and incorporated herein as Exhibit "C."

**WHEREFORE, PREMISES CONSIDERED,** MOVANT prays that the Debtor be cited to appear herein; that upon Final Hearing (if necessary) this Court enter an Order granting relief from the automatic stay under 11 USC §362(d) to allow the MOVANT to continue its in rem foreclosure, to permit MOVANT to take any and all steps necessary to exercise any and all rights it may have in the collateral described herein, to gain possession of said collateral, and to waive the 14-day day stay as permitted by Fed. R. Bk. Pr. 4001(a)(3), together with such further relief as this Honorable Court deems that MOVANT is entitled.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in the Local Rules.

**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Blvd, Units 1&2
Largo, Florida 33778
(727) 538-4160 – Telephone
(727) 240-4972 – Facsimile
Email: **damian@dwaldmanlaw.com**
Attorneys for Secured Creditor

*/s/ Damian G. Waldman*
Damian G. Waldman, Esq.
Florida Bar No.: 0090502

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 17, 2026, I served a copy of the foregoing by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

**SERVICE LIST**

*Debtor*
City Trust Investments LLC
27581 South Dixie Hwy, Suite 2
Homestead, FL 33032

*Trustee*
Marcia T Dunn
66 West Flagler Street, Ste 400
Miami, FL 33130

David Blansky
Dunn Law, P.A.
66 West Flagler Street, Suite 400
Miami, FL 33130
*Attorney for Trustee*

Michael P Dunn
66 West Flagler St., Ste. 400
Miami, FL 33130
*Attorney for Trustee*

Amrit S Kapai
66 West Flagler Street
Ste 400
Miami, FL 33130
*Attorney for Trustee*

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Dan L Gold
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130
*Attorney for US Trustee*

**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Blvd., Units 1&2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email:**damian@dwaldmanlaw.com**
Attorneys for Secured Creditor

By: /s/ Damian Waldman, Esq.
Damian Waldman, Esq.
Florida Bar No.: 090502