**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

City Trust Investments, LLC

CASE NO: 24-14100-PDR
Chapter 7

Debtor(s)

---

STATE OF FLORIDA

BROWARD COUNTY

**AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I, Daniel Zejerman, declare:

1. I am sover the age of eighteen years of age and am presently employed by POLONIO, LLC as its Authorized Member. I am making this affidavit regarding the loan described below (the "Loan"). I am making this Affidavit in connection with, and in support of, the Motion to which this Affidavit is attached.
2. In this position, my responsibilities include ascertaining and verifying amounts due and payable as to delinquent bankruptcy accounts.
3. The facts stated in this affidavit are based upon records maintained in the ordinary course of POLONIO, LLC's business, as part of regular conducted business activity, by or from information transmitted by person(s) with knowledge of the events described therein, at or near the time of the event described. These records are POLONIO, LLC's own records. I have personal knowledge of the procedures by which these records were prepared and kept.
4. According to POLONIO, LLC's books and records, the Loan is evidenced by a promissory note executed by Santos Gonzalez, on behalf of City Trust Investments, LLC, dated October 7, 2022, in the principal amount of $220,000.00.
5. The note is secured by a Mortgage (the "Mortgage") relating to the real properties commonly known as 28152 SW 142nd Ct., Homestead, FL 33033 and 28091 SW 143rd Ct., Homestead, FL 33033. The Mortgage was recorded on October 21, 2020, in Official Records of Miami-

Dade County, Florida at Book 33432, at Page 2950. True and correct copies of the Note with allonge, Mortgage, and Riders are attached here as Exhibit "A".

6. According to POLONIO, LLC's books and records, a default exists under the Loan for failure to make payments due and owing under the Note and Mortgage beginning with the payment due on November 1, 2023.
7. Additionally, the subject loan matures on or about November 1, 2024, whereby all outstanding amounts owed become due.
8. As of August 12, 2026, the total amount owed under the Note is approximately **$433,680.19**, itemized as follows:

| | Amount |
|---|---|
| Principal Balance | $220,000.00 |
| Accrued Interest | $112,281.91 |
| Pre-Accelerated Late Charges | $605.01 |
| Corporate Advances | $31,077.79 |
| Attorney's Fees and Costs Total | $69,715.48 |
| | |
| **Total** | **$433,680.19** |

[remainder of page left intentionally blank]

9. I declare under penalty of perjury that the foregoing facts are true and correct based on personal knowledge derived from Movant's books and business records, as I have detailed heretofore.

FURTHER AFFIANT SAYETH NOT.

Daniel Zejerman
Authorized Member
and authorized agent for POLONIO, LLC

**THE FOREGOING INSTRUMENT WAS SWORN TO AND SUBSCRIBED before me personally this** 15 day of August, 2026 by Daniel Zejerman, Authorized Member, and authorized agent for POLONIO, LLC, who produced Florida Driver License **AS IDENTIFICATION TO ME IN TESTIMONY WHEREOF**, I have hereunto subscribed my name and affixed my seal of office the day and year last above written.

NOTARY PUBLIC, STATE OF FLORIDA
SISLEY VARGAS
MY COMMISSION # HH 434842
EXPIRES: September 20, 2027

**NOTARY PUBLIC**

**My Commission Expires:** September 20, 2027

**INDEBTEDNESS WORKSHEET DEBT AS OF THE PETITION DATE**

A. Total pre-petition indebtedness of debtor(s) to movant (if movant is not the lender, this refers to the indebtedness owed to the lender) as of April 26, 2024: $256,061.79

| | |
|---|---|
| 1. Amount of principal: | $220,000.00 |
| 2. Amount of interest: | $22,674.41 |
| 3. Amount of escrow (taxes and insurance): | $0.00 |
| 4. Amount of forced placed insurance and tax advances expended by movant: | $0.00 |
| 5. Amount of attorneys' fees/costs billed to debtor(s) pre-petition: | $13,387.38 |
| 6. Amount of Advances by Investor: | $0.00 |
| 7. Any additional pre-petition fees, charges or amounts charged to debtors/debtors account and not listed above | $0.00 |
| 8. Accrued Late Charges: | $0.00 |
| 9. Title Search Expenses | $0.00 |
| 10. Escrow Deficiency | $0.00 |

(If additional space is needed, list the amounts on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here:

B. Contractual interest rate: 18.00%

**AMOUNT OF ALLEGED POST-PETITION DEFAULT**
**(AS OF August 12, 2026)**

C. Date last payment was received: November 1, 2023

D. Alleged total number of payments due post-petition from filing of petition through payment due on: 1

E. All post-petition payments alleged to be in default:

| Alleged Amount Due Date | Alleged Amount Due | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Amount Applied to Escrow | Late fee Charged, if any |
|---|---|---|---|---|---|---|
| 08/12/2026 | $433,680.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| Totals: | $433,680.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| G. Amount of movant's filing fee for this motion: | $199.00 |
| H. Other attorneys' fees billed to debtor post-petition: | $0.00 |
| I. Amount of movant's post-petition inspection fees: | $0.00 |
| J. Amount of movant's post-petition appraisal: | $0.00 |
| K. Amount of forced placed insurance or insurance provided by the movant post-petition: | $0.00 |
| L. Sum held in suspense by movant in connection with this contract, if applicable: | $0.00 |
| M. Amount of other post-petition advances or charges, for example taxes, insurance incurred by debtor etc (itemize each charge): | $0.00 |