**BROKER PRICE OPINION REPORT**
**CONFIDENTIAL – PREPARED FOR LEGAL PROCEEDINGS**

**Subject Property**
Property Address: 28091 SW 143 Ct, HOMESTEAD, FL 33033-1716

**Prepared For**
Polonio LLC
(Client)

**Prepared By**
Valeria Angenscheidt
Florida Licensed Sales Associate

**Report Date**
5/12/2026

**EXECUTIVE SUMMARY**

Pursuant to the request of the above-referenced client, the undersigned real estate professional has prepared a Broker Price Opinion ("BPO") for the subject property located in Homestead, Florida.

The purpose of this report is to provide an independent opinion of the current estimated market value of the subject property based on current market conditions, comparable sales activity, observed property condition, neighborhood characteristics, and overall market trends within Miami-Dade County, Florida.

This report is intended solely for use in connection with legal proceedings, settlement negotiations, foreclosure actions, probate matters, asset evaluation, or related litigation purposes.

This BPO is not an appraisal and should not be considered an appraisal as defined under the Uniform Standards of Professional Appraisal Practice ("USPAP").

**1. PROPERTY IDENTIFICATION**

Property Address: 28091 SW 143 Ct., HOMESTEAD, FL 33033-1716
Folio / Parcel ID: 30-7903-013-1060
Property Type: Townhouse Condo
Living Area: 920 Sq. Ft.
Lot Size: 1,843 Sq. Ft.
Bedrooms: 1
Bathrooms: 1.5
Year Built: 1978
Garage / Parking: 0
Pool: ☐ Yes X No
Occupancy Status: Unknown
Zoning: Residential

## 2. PROPERTY CONDITION ANALYSIS

**Inspection Type**:
**X** Exterior Drive-By Inspection Only
☐ Interior and Exterior Inspection

**General Condition Rating**:
☐ Excellent
☐ Good
☐ Average
☐ Fair
**X** Poor

**Condition Narrative**:
The subject property appears to be in significantly below-average condition with visible signs of severe deferred maintenance, neglect, and adverse site conditions.

Exterior observations indicate excessive accumulation of debris, scrap materials, discarded wood, and miscellaneous items throughout the lot, consistent with hoarding-related conditions and prolonged lack of property maintenance.

The overall exterior presentation substantially diminishes curb appeal, negatively impacts marketability, and may create health, safety, and code compliance concerns.

Based on observed conditions at comparable properties associated with the same ownership group located at 15400 SW 305th St, Homestead, FL 33033, which exhibited substantial interior deterioration affecting bathroom areas, kitchen improvements, and bedroom conditions, it is believed that the interior condition of the subject property may be similarly impacted. Interior access was not available, and interior condition could not be independently verified at the time of inspection.

**Deferred Maintenance / Functional Obsolescence:**

Observed deferred exterior maintenance includes visible cosmetic deterioration, aged finishes, possible roofing deteroration, exterior clutter, and overall lack of regular upkeep. Based on observed conditions at comparable properties associated with the same ownership group, substantial interior renovations and rehabilitation may be necessary to restore the property to average market standards.

Functional obsolescence may also be attributable to excessive exterior clutter, debris accumulation, improper storage conditions, and overall site disorganization consistent with prolonged deferred maintenance, all of which adversely affect buyer perception, marketability, and financing potential.

**Estimated Immediate Repairs:**

The property may require significant repairs and renovations, including but not limited to debris removal and disposal, kitchen and bathroom rehabilitation, flooring replacement, cosmetic interior repairs, exterior clean-up, landscaping restoration, and potential roofing and mechanical system evaluation. Repair costs were not independently estimated as part of this BPO.

## 3. MARKET CONDITIONS

### ANALYSIS

**Neighborhood Overview**:
The subject property is located within the Homestead submarket of Miami-Dade County, Florida, an area primarily characterized by residential single-family developments, agricultural land, and expanding suburban communities. The neighborhood includes a mix of older homes and newer residential construction, with varying levels of property maintenance and condition.

The area benefits from accessibility to major transportation corridors including the Florida Turnpike, US-1, and nearby commercial amenities, schools, and retail centers. Market activity within the submarket has remained active due to continued population growth and demand for affordable housing alternatives within South Florida.

Overall marketability of properties within the immediate area is influenced by property condition, location, age of improvements, and current inventory levels. Several nearby properties exhibit inconsistent exterior maintenance, visible deterioration, outdoor storage issues, and overall inferior curb appeal, contributing negatively to neighborhood perception and surrounding property desirability.

**Current Market Trend**:
☐ Appreciating
**X** Stable
☐ Declining

**Estimated Marketing Time**: 90-180 Days

**Supply and Demand Conditions**:
☐ Low Inventory
☐ Balanced Market
**X** Oversupply

**Market Commentary**:
The subject property is currently competing within a highly competitive residential market, with approximately 51 active Townhouse Condo listings located within a one-mile radius of the property. Current inventory levels contribute to increased competition among sellers and may place downward pressure on pricing and extended marketing times, particularly for properties requiring repairs or exhibiting deferred maintenance.

Properties requiring substantial rehabilitation and clean-up are currently experiencing extended exposure times and reduced buyer demand compared to renovated or market-ready properties within the same submarket.

## 4. COMPARABLE SALES ANALYSIS

Closed Comparable Sales

Comp #1: 28156 SW 142ND CT, HOMESTEAD FL 33033
Comp #2: 14276 SW 283RD ST, HOMESTEAD, FL 33033
Comp #3: 14222 SW 283RD ST, HOMESTEAD, FL 33033
Comp #4: 28185 SW 143RD CT, HOMESTEAD, FL 33033

Listing #1: 14316 SW 283rd St # 14316, HOMESTEAD FL 33033
Listing #2: 28311 SW 141st Pl, HOMESTEAD FL 33033

## 5. VALUATION METHODOLOGY

The estimated market value opinion contained herein was derived utilizing a comparative market analysis approach, taking into consideration closed comparable sales, active and pending listings, property size, age, physical condition, lot characteristics, and prevailing market conditions within South Florida.

## 6. OPINION OF MARKET VALUE

**Estimated As-Is Market Value**: USD 135,000.00

**Estimated Market Value Range**: USD 128,000.00 to USD 142,000.00

**Estimated After Repair Value ("ARV")**: USD 202,000.00

**Estimated Quick Sale / Liquidation Value**: USD 118,000.00 – USD128,000.00

The significant variance between the estimated As-Is value and estimated ARV reflects the apparent extent of deferred maintenance, adverse-occupancy related conditions, clean-up requirements, and anticipated rehabilitation costs necessary to restore the property to typical market standards.

**STATISTICS ABOUT COMPARABLE PROPERTIES**

| | Sale Price | Living SF | Market Value | $/SF | MV Ratio |
|---|---|---|---|---|---|
| **High:** | $241,000 | 964 sf | $229,690 | $255 | 1.124 |
| **Low:** | $90,000 | 920 sf | $209,000 | $97 | 0.430 |
| **Median:** | $231,000 | 920 sf | $209,000 | $250 | 1.050 |
| **Average:** | $203,300 | 928 sf | $213,238 | $218 | 0.952 |

**COMPARABLE PROPERTIES** — Order by Overall Similarity

| # | Property | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 28156 SW 142ND CT | Parcel ID # | 30-7903-013-1080 | | | Living Area: | 920 sf | Beds: | 1 |
| | HOMESTEAD, FL 33033-1716 | Last Sale: | $235,000 on 03/10/2026 | | | Market Value: | $209,000 | Baths: | 1.5 |
| | Pool: No Distance: 0.1 mi | Price / sf: | $255.43/sf | Value Ratio: | 1.124 | Assessed Value: | $53,280 | Stories: | 1 |
| | #A11961562 DOM: 30 SP/LP: 100% | Garage: | No | Waterfront: | No | Lot Size: | 1,843 sf | Year Built: | 1978 |
| 2. | 14276 SW 283RD ST | Parcel ID # | 30-7903-013-1290 | | | Living Area: | 920 sf | Beds: | 1 |
| | HOMESTEAD, FL 33033-1711 | Last Sale: | $219,500 on 03/02/2026 | | | Market Value: | $209,000 | Baths: | 1.5 |
| | Pool: No Distance: 0.15 mi | Price / sf: | $238.59/sf | Value Ratio: | 1.050 | Assessed Value: | $117,128 | Stories: | 1 |
| | #A11896519 DOM: 139 SP/LP: 96% | Garage: | No | Waterfront: | No | Lot Size: | 1,843 sf | Year Built: | 1978 |
| 3. | 14222 SW 283RD ST | Parcel ID # | 30-7903-013-0440 | | | Living Area: | 920 sf | Beds: | 1 |
| | HOMESTEAD, FL 33033-1713 | Last Sale: | $90,000 on 01/29/2026 | | | Market Value: | $209,500 | Baths: | 1.5 |
| | Pool: No Distance: 0.17 mi | Price / sf: | $97.83/sf | Value Ratio: | 0.430 | Assessed Value: | $133,765 | Stories: | 1 |
| | #D1389580 DOM: 181 SP/LP: 40% | Garage: | No | Waterfront: | No | Lot Size: | 1,843 sf | Year Built: | 1978 |
| 4. | 28185 SW 143RD CT | Parcel ID # | 30-7903-013-2330 | | | Living Area: | 920 sf | Beds: | 1 |
| | HOMESTEAD, FL 33033-1707 | Last Sale: | $231,000 on 11/24/2025 | | | Market Value: | $209,000 | Baths: | 1.5 |
| | Pool: No Distance: 0.11 mi | Price / sf: | $251.09/sf | Value Ratio: | 1.105 | Assessed Value: | $163,350 | Stories: | 1 |
| | #A11863953 DOM: 94 SP/LP: 98% | Garage: | No | Waterfront: | No | Lot Size: | 1,843 sf | Year Built: | 1978 |
| 5. | 28322 SW 141ST CT | Parcel ID # | 30-7903-020-0230 | | | Living Area: | 964 sf | Beds: | 2 |
| | HOMESTEAD, FL 33033-1850 | Last Sale: | $241,000 on 01/06/2026 | | | Market Value: | $229,690 | Baths: | 2 |
| | Pool: No Distance: 0.21 mi | Price / sf: | $250.00/sf | Value Ratio: | 1.049 | Assessed Value: | $129,683 | Stories: | 1 |
| | | Garage: | Yes | Waterfront: | No | Lot Size: | 2,593 sf | Year Built: | 1989 |

## 7. EXTRAORDINARY ASSUMPTIONS & LIMITING CONDITIONS

Information utilized in this report was obtained from sources considered reliable, including MLS data, public records, and market participants; however, no warranty or guarantee is made as to the accuracy of such information.

This report does not constitute a home inspection, engineering report, or formal appraisal.

This report is intended solely for the use of the requesting party and may not be relied upon by third parties without prior written authorization.

## 8. CERTIFICATION

I hereby certify that I am currently licensed in the State of Florida and that this Broker Price Opinion has been prepared in a professional manner consistent with customary real estate practices within the State of Florida.



**Prepared By**


Valeria Angenscheidt

Florida License Number: 3434328

Company Name: URBAN KEY REALTY

Phone: 754-317-1374

Email: valeria@urbankeyrealty.com


Date: 05/12/2026

**• Exhibit A – Property Photographs**










- **Exhibit B – Tax Record Information**

# PROPERTY APPRAISER OF MIAMI-DADE COUNTY

Detailed Report

Generated On: 05/14/2026

## PROPERTY INFORMATION

| | |
|---|---|
| **Folio** | 30-7903-013-1790 |
| **Property Address** | 28091 SW 143 CT<br>MIAMI, FL 33033-0000 |
| **Owner** | CITI TRUST INVESTMENT INC |
| **Mailing Address** | 30332 SW 152 PL<br>HOMESTEAD, FL 33033 |
| **Primary Zone** | 2800 TOWNHOUSE |
| **Primary Land Use** | 0410 RESIDENTIAL - TOTAL VALUE : TOWNHOUSE |
| **Beds / Baths /Half** | 1 / 1 / 1 |
| **Floors** | 1 |
| **Living Units** | 1 |
| **Actual Area** | 920 Sq.Ft |
| **Living Area** | 920 Sq.Ft |
| **Adjusted Area** | 920 Sq.Ft |
| **Lot Size** | 1,843 Sq.Ft |
| **Year Built** | 1978 |

2025 Aerial Photography

200 ft

## ASSESSMENT INFORMATION

| Year | 2025 | 2024 | 2023 |
|---|---|---|---|
| **Land Value** | $0 | $0 | $0 |
| **Building Value** | $0 | $0 | $0 |
| **Extra Feature Value** | $0 | $0 | $0 |
| **Market Value** | $209,000 | $200,000 | $135,000 |
| **Assessed Value** | $117,128 | $106,480 | $96,800 |

## BENEFITS INFORMATION

| Benefit | Type | 2025 | 2024 | 2023 |
|---|---|---|---|---|
| **Non-Homestead Cap** | Assessment Reduction | $91,872 | $93,520 | $38,200 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## TAXABLE VALUE INFORMATION

| Year | 2025 | 2024 | 2023 |
|---|---|---|---|
| **COUNTY** | | | |
| **Exemption Value** | $0 | $0 | $0 |
| **Taxable Value** | $117,128 | $106,480 | $96,800 |
| **SCHOOL BOARD** | | | |
| **Exemption Value** | $0 | $0 | $0 |
| **Taxable Value** | $209,000 | $200,000 | $135,000 |
| **CITY** | | | |
| **Exemption Value** | $0 | $0 | $0 |
| **Taxable Value** | $0 | $0 | $0 |
| **REGIONAL** | | | |
| **Exemption Value** | $0 | $0 | $0 |
| **Taxable Value** | $117,128 | $106,480 | $96,800 |

The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser of Miami-Dade County is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser of Miami-Dade County and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at https://www.miamidadepa.gov/pa/disclaimer.page

# PROPERTY APPRAISER OF MIAMI-DADE COUNTY

Generated On: 05/14/2026

**Property Information**

**Folio:** 30-7903-013-1790

**Property Address:** 28091 SW 143 CT

## Roll Year 2025 Land, Building and Extra-Feature Details

| | LAND INFORMATION | | | | |
|---|---|---|---|---|---|
| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |

The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser of Miami-Dade County is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser of Miami-Dade County and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at https://www.miamidadepa.gov/pa/disclaimer.page

# PROPERTY APPRAISER OF MIAMI-DADE COUNTY

Generated On: 05/14/2026

**Property Information**

**Folio:** 30-7903-013-1790

**Property Address:** 28091 SW 143 CT

## Roll Year 2024 Land, Building and Extra-Feature Details

LAND INFORMATION

| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |
|---|---|---|---|---|---|

The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser of Miami-Dade County is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser of Miami-Dade County and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at https://www.miamidadepa.gov/pa/disclaimer.page

# PROPERTY APPRAISER OF MIAMI-DADE COUNTY

Generated On: 05/14/2026

**Property Information**

**Folio:** 30-7903-013-1790

**Property Address:** 28091 SW 143 CT

## Roll Year 2023 Land, Building and Extra-Feature Details

| | LAND INFORMATION | | | | |
|---|---|---|---|---|---|
| **Land Use** | **Muni Zone** | **PA Zone** | **Unit Type** | **Units** | **Calc Value** |

The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser of Miami-Dade County is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser of Miami-Dade County and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at https://www.miamidadepa.gov/pa/disclaimer.page

# PROPERTY APPRAISER OF MIAMI-DADE COUNTY

Generated On: 05/14/2026

## Property Information

**Folio:** 30-7903-013-1790

**Property Address:** 28091 SW 143 CT

### FULL LEGAL DESCRIPTION

| |
|---|
| SEAPINES |
| LOT 25 BLK 8 PB 100-6 |
| PROP INT IN & TO COMMON ELEMENTS |
| LOT SIZE 1843 SQ FT |
| OR 20925-2343 12/2002 5 |
| COC 24504-3304 05 2006 1 |

### SALES INFORMATION

| Previous Sale | Price | OR Book-Page | Qualification Description |
|---|---|---|---|
| 11/03/2017 | $100 | 30755-2497 | Corrective, tax or QCD; min consideration |
| 04/05/2016 | $100 | 30095-4136 | Corrective, tax or QCD; min consideration |
| 02/26/2014 | $15,200 | 29047-4588 | Corrective, tax or QCD; min consideration |
| 05/01/2006 | $131,500 | 24504-3304 | Sales which are qualified |
| 03/01/2005 | $76,000 | 23198-4750 | Sales which are qualified |
| 12/01/2002 | $0 | 20925-2343 | Sales which are disqualified as a result of examination of the deed |
| 03/01/1999 | $0 | 18768-2388 | Sales which are disqualified as a result of examination of the deed |
| 12/01/1995 | $0 | 17249-3546 | Sales which are disqualified as a result of examination of the deed |
| 01/01/1994 | $18,000 | 16222-1836 | Sales which are qualified |
| 05/01/1993 | $4,000 | 15951-4714 | Sales which are qualified |
| 04/01/1978 | $19,500 | 10018-1702 | Sales which are qualified |
| 10/01/1977 | $1 | 09837-1575 | Sales which are disqualified as a result of examination of the deed |
| 10/01/1977 | $950,000 | 09827-1481 | Deeds that include more than one parcel |

The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser of Miami-Dade County is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser of Miami-Dade County and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at https://www.miamidadepa.gov/pa/disclaimer.page

- **Exhibit C – Market Area Map**



# IMAPP - Miami REALTORS®

MLS Listing Details - 28185 SW 143RD CT, HOMESTEAD, FL 33033-1707

## LISTING OVERVIEW

| | | | |
|---|---|---|---|
| **MLS #** | A11863953 | **Status:** | Closed |
| **Listing Type:** | Condo/Co-Op/Villa/Townhouse | | |

28185 SW 143RD CT
Homestead, FL 33033

| | | | |
|---|---|---|---|
| **Listing Date:** | 08/22/2025 | **Listing Price:** | $234,900 |
| **Sale Date:** | 11/24/2025 | **Sale Price:** | $231,000 |
| **Tax ID:** | 30-7903-013-2330 | **County:** | Miami-Dade County |
| **REO:** | No | **Short Sale:** | No |

☐ city ☑ neighborhood ☐ block ☐ satellite






## PROPERTY DETAILS

| | | | | | |
|---|---|---|---|---|---|
| **Development Name:** | | **Type of Property:** | | Townhouse | |
| **Property SF:** | 0 sf | **Property Type:** | Condo/Co-Op/Villa/Townhouse | **Property Detached:** | false |
| **Waterfront Property:** | n/a | **Water Access:** | | **Waterfront Description:** | |

**Legal Description:** SEAPINES LOT 5 BLK 9 PB 100-6 PROP INT IN & TO COMMON ELEMENTS LOT SIZE 1843 SQ FT OR 19413-3247 1200 1 COC 24494-3004 04 2006 1

| | | | | | |
|---|---|---|---|---|---|
| **Township/Range:** | 79 | **Section:** | 3 | **Subdivision #:** | 13 |
| **Map Coordinates:** | | **Geographic Area:** | | | |

© PropertyKey, Inc, 2026 | Terms and Conditions | **Information is believed accurate but not guaranteed and should be independently verified.**

## BUILDING DETAILS

| | | | | | |
|---|---|---|---|---|---|
| **Amenities:** | No Amenities | **Complex Name:** | SEAPINES | **Style:** | Townhouse Fee Simple |
| **Model Name:** | | **Approx Total SF:** | 0 | **Living Area:** | 920 |
| **# of BRs:** | 2 | **Half Baths:** | 1 | **Full Baths:** | 1 |
| **Rooms:** | | **Main Living Area:** | | **Balcony/Porch/Patio:** | true |
| **Bedroom Desc:** | Entry Level | **Convertible Bedrooms:** | | **Cooling:** | Central Cooling |
| **Dining Desc:** | Dining/Living Room | **Efficiency:** | false | **Equipment/Appliances:** | Dryer, Electric Water Heater, Electric Range, Refrigerator, Washer |
| **Ext Features:** | Patio | **Floor:** | Tile Floors | **Furnished (list):** | Unfurnished |
| **Furnished (sold):** | | **Heating Desc:** | Central Heat, Electric Heat | **Int Features:** | First Floor Entry, Walk-In Closets |
| **Ceiling Fans:** | 0 | **Interior Levels:** | 1 | **Patio/Balcony:** | |
| **Room Dimensions:** | | | | | |
| **Den:** | **DR:** | **Dining Area:** | **Family:** | **Florida:** | **Kitchen:** |
| **Living:** | **2nd BR:** | **3rd BR:** | **4th BR:** | **Porch:** | **Utility:** |
| **Floors In Building:** | 1 | **Units In Building:** | 0 | **Units In Complex:** | 0 |
| **Unit View:** | Other View | **Year Built:** | 1978 / Resale | **Construction:** | CBS Construction |
| **Carport Spaces:** | 0 | **Carport:** | | | |
| **Garage Spaces:** | 0 | **Garage Desc:** | | | |
| **Parking Descriptions:** | 2 Or More Spaces | **Parking Restrictions:** | | **Pets Allowed:** | true Restrictions Or Possible Restrictions |

## ADDITIONAL NOTES

**Remarks:** YOU'VE FOUND YOUR NEW TOWNHOME IN SEAPINES! BUY TENANT OCCUPIED OR VACANT! CAN BUY WITH A REGULAR LOAN! INVESTORS, ASK US ABOUT 20% DOWN, NO DOC INVESTMENT LOAN! 2020 Roof, 2024 AC! This comfortable home is exactly what you've been looking for! Features include 2 bedrooms, 1.5 updated bathrooms, well laid-out floor plan, tile throughout, and a comfortable open kitchen with stainless steel appliances! Come enjoy a cozy living/dining area, spacious master bedroom with walk-in closet, washer/dryer in the utility room, central A/C, spacious patio in the rear, and parking spaces right in front! Minutes to great schools, parks, shopping, hospitals, expressways & more! Won't last! **Tenant occupied Section 8 month to month for $1,884/mo** Call now! Watch Full Video Walk-Thru in Virtual Tour!

**Broker Directions:** From East: Take 137 Ave to SW 272 St, head west until road becomes 280 St, make left at SW 143 Ct, make left at 3rd st and find property on right side.

**Showing Instructions:**

| | | | | | |
|---|---|---|---|---|---|
| **Application Fee:** | 150 | **Approval:** | Application Fee Required, Association Approval Required | **Association Fee:** | 180 / Quarterly |
| **Membership Purchase:** | | **Membership Fee:** | 0 | **Type of Association:** | |
| **Maintenance:** | 0 | **Maint Includes:** | No Maintenance Included | **Governing Bodies:** | Other |
| **Min Lease Days:** | 365 | **Leases/Year:** | 1 | **Occupancy:** | Tenant Occupied |
| **Tax Amount:** | $3,553.00 | **Tax Information:** | Tax Reflects No Exemptions | **Tax Year:** | 2025 |

## LISTING DETAILS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **List Date:** | 08/22/2025 | **List Price:** | $234,900 | **Sold Date:** | 11/24/2025 | **Sold Price:** | $231,000 |
| **Listing Agent:** | Juan Rojas | | | **Selling Agent:** | Yosvany Santiesteban | | |
| **Listing Firm:** | JPR International Real Estate | | | **Selling Firm:** | | | |
| **Agent Phone:** | 786-344-3748 | | | **Pending Date:** | | **Withdrawn Date:** | |
| **Agent E-Mail:** | juan.rojas@jprrealestate.com | | | **Expiration Date:** | | | |

© PropertyKey, Inc, 2026 | Terms and Conditions | **Information is believed accurate but not guaranteed and should be independently verified.**

# IMAPP - Miami REALTORS®

**MLS Listing Details - 14276 SW 283RD ST, HOMESTEAD, FL 33033-1711**

## LISTING OVERVIEW

| | | | |
|---|---|---|---|
| **MLS #** | A11896519 | **Status:** | Closed |
| **Listing Type:** | Condo/Co-Op/Villa/Townhouse | | |

14276 SW 283RD ST
Homestead, FL 33033

| | | | |
|---|---|---|---|
| **Listing Date:** | 10/14/2025 | **Listing Price:** | $229,000 |
| **Sale Date:** | 03/02/2026 | **Sale Price:** | $219,500 |
| **Tax ID:** | 30-7903-013-1290 | **County:** | Miami-Dade County |
| **REO:** | No | **Short Sale:** | No |

☐ city ☑ neighborhood ☐ block ☐ satellite





## PROPERTY DETAILS

| | | | | | |
|---|---|---|---|---|---|
| **Development Name:** | | | **Type of Property:** | | Townhouse |
| **Property SF:** | 0 sf | **Property Type:** | Condo/Co-Op/Villa/Townhouse | **Property Detached:** | false |
| **Waterfront Property:** | n/a | **Water Access:** | | **Waterfront Description:** | |

**Legal Description:** SEAPINES LOT 9 BLK 5 PB 100-6 PROP INT IN & TO COMMON ELEMENTS LOT SIZE 1843 SQ FT OR 20927-2921 1202 1 COC 25878-0425 08 2007 3

| | | | | | |
|---|---|---|---|---|---|
| **Township/Range:** | 79 | **Section:** | 3 | **Subdivision #:** | 13 |
| **Map Coordinates:** | | **Geographic Area:** | | | |

© PropertyKey, Inc, 2026 | Terms and Conditions | **Information is believed accurate but not guaranteed and should be independently verified.**

## BUILDING DETAILS

| | | | | | |
|---|---|---|---|---|---|
| **Amenities:** | No Amenities | **Complex Name:** | SEAPINES | **Style:** | Townhouse Fee Simple |
| **Model Name:** | | **Approx Total SF:** | 0 | **Living Area:** | 920 |
| **# of BRs:** | 2 | **Half Baths:** | 1 | **Full Baths:** | 2 |
| **Rooms:** | | **Main Living Area:** | | **Balcony/Porch/Patio:** | |
| **Bedroom Desc:** | At Least 1 Bedroom Ground Level | **Convertible Bedrooms:** | | **Cooling:** | Central Cooling |
| **Dining Desc:** | | **Efficiency:** | | **Equipment/Appliances:** | Dishwasher, Microwave |
| **Ext Features:** | Fence | **Floor:** | Ceramic Floor | **Furnished (list):** | |
| **Furnished (sold):** | | **Heating Desc:** | Central Heat | **Int Features:** | First Floor Entry |
| **Ceiling Fans:** | 0 | **Interior Levels:** | 0 | **Patio/Balcony:** | |

**Room Dimensions:**

| | | | | | |
|---|---|---|---|---|---|
| **Den:** | **DR:** | **Dining Area:** | **Family:** | **Florida:** | **Kitchen:** |
| **Living:** | **2nd BR:** | **3rd BR:** | **4th BR:** | **Porch:** | **Utility:** |

| | | | | | |
|---|---|---|---|---|---|
| **Floors In Building:** | 1 | **Units In Building:** | 0 | **Units In Complex:** | 0 |
| **Unit View:** | Other View | **Year Built:** | 1978 / Resale | **Construction:** | Brick Exterior Construction |
| **Carport Spaces:** | 0 | **Carport:** | | | |
| **Garage Spaces:** | 0 | **Garage Desc:** | | | |
| **Parking Descriptions:** | 2 Or More Spaces, Guest Parking | **Parking Restrictions:** | | **Pets Allowed:** | true More Than 20 Lbs |

## ADDITIONAL NOTES

**Remarks:** Great deal, very well maintained 2 bedrooms 2 bathrooms townhome/villa style, currently rented month to month at $1650

**Broker Directions:**

**Showing Instructions:**

| | | | | | |
|---|---|---|---|---|---|
| **Application Fee:** | 100 | **Approval:** | 1-2 Weeks Approval | **Association Fee:** | 60 / Monthly |
| **Membership Purchase:** | | **Membership Fee:** | 0 | **Type of Association:** | |
| **Maintenance:** | 0 | **Maint Includes:** | Common Area | **Governing Bodies:** | Homeowner Association |
| **Min Lease Days:** | 180 | **Leases/Year:** | 2 | **Occupancy:** | Tenant Occupied |
| **Tax Amount:** | $3,119.00 | **Tax Information:** | Tax Reflects City & County Tax | **Tax Year:** | 2024 |

## LISTING DETAILS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **List Date:** | 10/14/2025 | **List Price:** | $229,000 | **Sold Date:** | 03/02/2026 | **Sold Price:** | $219,500 |
| **Listing Agent:** | Jaime Arana | | | **Selling Agent:** | Vanessa Monsalve | | |
| **Listing Firm:** | Century 21 World Connection | | | **Selling Firm:** | | | |
| **Agent Phone:** | 305-613-8463 | | | **Pending Date:** | | **Withdrawn Date:** | |
| **Agent E-Mail:** | Miamirealestatemagic@gmail.com | | | **Expiration Date:** | | | |

© PropertyKey, Inc, 2026 | Terms and Conditions | **Information is believed accurate but not guaranteed and should be independently verified.**

# IMAPP - Miami REALTORS®

**MLS Listing Details - 28156 SW 142ND CT, HOMESTEAD, FL 33033-1716**

## LISTING OVERVIEW

| | | | |
|---|---|---|---|
| **MLS #** | A11961562 | **Status:** | Closed |
| **Listing Type:** | Condo/Co-Op/Villa/Townhouse | | |

28156 SW 142ND CT
Homestead, FL 33033

| | | | |
|---|---|---|---|
| **Listing Date:** | 02/08/2026 | **Listing Price:** | $235,900 |
| **Sale Date:** | 03/10/2026 | **Sale Price:** | $235,000 |
| **Tax ID:** | 30-7903-013-1080 | **County:** | Miami-Dade County |
| **REO:** | No | **Short Sale:** | No |

☐ city ☑ neighborhood ☐ block ☐ satellite









## PROPERTY DETAILS

| | | | | | |
|---|---|---|---|---|---|
| **Development Name:** | | **Type of Property:** | | Townhouse | |
| **Property SF:** | 0 sf | **Property Type:** | Condo/Co-Op/Villa/Townhouse | **Property Detached:** | true |
| **Waterfront Property:** | n/a | **Water Access:** | | **Waterfront Description:** | |
| **Legal Description:** | SEAPINES LOT 14 BLK 4 PB 100-6 PROP INT IN & TO COMMON ELEMENTS LOT SIZE 1843 SQ FT OR 20664-4809 0902 1 COC 21631-2127 08 2003 1 | | | | |
| **Township/Range:** | 79 | **Section:** | 3 | **Subdivision #:** | 13 |
| **Map Coordinates:** | | **Geographic Area:** | | | |

© PropertyKey, Inc, 2026 | Terms and Conditions | **Information is believed accurate but not guaranteed and should be independently verified.**

## BUILDING DETAILS

| | | | | | |
|---|---|---|---|---|---|
| **Amenities:** | No Amenities, Other Amenities | **Complex Name:** | SEAPINES | **Style:** | Townhouse Condo |
| **Model Name:** | | **Approx Total SF:** | 0 | **Living Area:** | 920 |
| **# of BRs:** | 1 | **Half Baths:** | 1 | **Full Baths:** | 1 |
| **Rooms:** | | **Main Living Area:** | | **Balcony/Porch/Patio:** | |
| **Bedroom Desc:** | Entry Level,Other | **Convertible Bedrooms:** | | **Cooling:** | Central Cooling |
| **Dining Desc:** | | **Efficiency:** | | **Equipment/Appliances:** | Dryer, Microwave, Electric Range, Refrigerator, Washer |
| **Ext Features:** | Other, Patio | **Floor:** | Ceramic Floor | **Furnished (list):** | |
| **Furnished (sold):** | | **Heating Desc:** | Central Heat | **Int Features:** | First Floor Entry, Walk-In Closets |
| **Ceiling Fans:** | 0 | **Interior Levels:** | 0 | **Patio/Balcony:** | |

**Room Dimensions:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Den:** | **DR:** | **Dining Area:** | **Family:** | **Florida:** | | **Kitchen:** | |
| **Living:** | **2nd BR:** | **3rd BR:** | **4th BR:** | **Porch:** | | **Utility:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Floors In Building:** | 1 | **Units In Building:** | 0 | **Units In Complex:** | 0 |
| **Unit View:** | Other View, None | **Year Built:** | 1978 / Resale | **Construction:** | Concrete Block Construction, CBS Construction |
| **Carport Spaces:** | 0 | **Carport:** | | | |
| **Garage Spaces:** | 2 | **Garage Desc:** | | | |
| **Parking Descriptions:** | 2 Or More Spaces, Guest Parking | **Parking Restrictions:** | | **Pets Allowed:** | true None |

## ADDITIONAL NOTES

**Remarks:** Remodeled Townhouse 1/1.5 bath in Homestead. IMAPP said 1/1.5, but it came with a room with a double door (like French doors, owner closed it) The half bath has space to add a small shower. One story townhouse. Remodeled. Oversize walking closet and a backyard. Easy to show on lockbox.

**Broker Directions:**

**Showing Instructions:**

| | | | | | |
|---|---|---|---|---|---|
| **Application Fee:** | 100 | **Approval:** | 1-2 Weeks Approval | **Association Fee:** | 189 / Quarterly |
| **Membership Purchase:** | | **Membership Fee:** | 0 | **Type of Association:** | |
| **Maintenance:** | 0 | **Maint Includes:** | Other Maintenance Includes, Parking | **Governing Bodies:** | Condominium |
| **Min Lease Days:** | 6 | **Leases/Year:** | 2 | **Occupancy:** | Vacant |
| **Tax Amount:** | $2,637.00 | **Tax Information:** | Tax Reflects No Exemptions | **Tax Year:** | 2025 |

## LISTING DETAILS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **List Date:** | 02/08/2026 | **List Price:** | $235,900 | **Sold Date:** | 03/10/2026 | **Sold Price:** | $235,000 |
| **Listing Agent:** | Ivania Alvarado | | | **Selling Agent:** | Lorena Estrada | | |
| **Listing Firm:** | Net Realty Services | | | **Selling Firm:** | | | |
| **Agent Phone:** | 305-401-4516 | | | **Pending Date:** | | **Withdrawn Date:** | |
| **Agent E-Mail:** | ivaniarealtor@gmail.com | | | **Expiration Date:** | | | |

# BROKER PRICE OPINION REPORT
# CONFIDENTIAL – PREPARED FOR LEGAL PROCEEDINGS

**Subject Property**
Property Address: 28152 SW 142ND CT, HOMESTEAD, FL 33033-1716

**Prepared For**
Polonio LLC
(Client)

**Prepared By**
Valeria Angenscheidt
Florida Licensed Sales Associate

**Report Date**
5/14/2026

## EXECUTIVE SUMMARY

Pursuant to the request of the above-referenced client, the undersigned real estate professional has prepared a Broker Price Opinion ("BPO") for the subject property located in Homestead, Florida.

The purpose of this report is to provide an independent opinion of the current estimated market value of the subject property based on current market conditions, comparable sales activity, observed property condition, neighborhood characteristics, and overall market trends within Miami-Dade County, Florida.

This report is intended solely for use in connection with legal proceedings, settlement negotiations, foreclosure actions, probate matters, asset evaluation, or related litigation purposes.

This BPO is not an appraisal and should not be considered an appraisal as defined under the Uniform Standards of Professional Appraisal Practice ("USPAP").

## 1. PROPERTY IDENTIFICATION

Property Address: 28152 SW 142nd Ct., HOMESTEAD, FL 33033-1716
Folio / Parcel ID: 30-7903-013-1060
Property Type: Townhouse Condo
Living Area: 1,200 Sq. Ft.
Lot Size:  7,413 Sq. Ft.
Bedrooms: 3
Bathrooms: 2
Year Built: 1978
Garage / Parking: 0
Pool: ☐ Yes X No
Occupancy Status: Tenant-occupied with reported rental income of approximately USD 1,300 per month, as reflected in MLS documentation
Zoning: Residential

## 2. PROPERTY CONDITION ANALYSIS

**Inspection Type**:
X Exterior Drive-By Inspection Only
☐ Interior and Exterior Inspection

**General Condition Rating**:
☐ Excellent
☐ Good
☐ Average
☐ Fair
X Poor

**Condition Narrative**:
The subject property appears to be in significantly below-average condition with visible signs of severe deferred maintenance, neglect, and adverse site conditions.

Exterior observations indicate excessive accumulation of debris, abandoned vehicles, obsolete appliances, scrap materials, discarded wood, and miscellaneous items throughout the lot, consistent with hoarding-related conditions and prolonged lack of property maintenance.

The overall exterior presentation substantially diminishes curb appeal, negatively impacts marketability, and may create health, safety, and code compliance concerns.

Based on prior experience with another property owned by the same ownership group located at 15400 SW 305th St, Homestead, FL 33033, which exhibited substantial interior deterioration affecting bathroom areas, kitchen improvements, and bedroom conditions, it is believed that the interior condition of the subject property may be similarly impacted. Interior access was not available, and interior condition could not be independently verified at the time of inspection.

Additionally, MLS documentation associated with the property indicates current rental income of approximately USD 1,300 per month. Such rental amount appears materially below prevailing market rental rates for comparable three-bedroom residential properties within the Homestead submarket and may further support the conclusion that the property suffers from significant deferred maintenance, inferior overall condition, adverse occupancy factors, or diminished functional utility.

**Deferred Maintenance / Functional Obsolescence:**
Observed deferred maintenance may include exterior deterioration, overgrown landscaping, aged finishes, possible roof wear, and general cosmetic and functional obsolescence. Based on comparable property conditions associated with the same ownership group, substantial interior updating and rehabilitation may be necessary to restore the property to average market standards.

Functional obsolescence may also be attributable to excessive clutter, exterior debris accumulation, improper storage conditions, and overall site disorganization, all of which adversely affect buyer perception and financing marketability.

**Estimated Immediate Repairs:**

The property may require significant repairs and renovations, including but not limited to debris removal and disposal, kitchen and bathroom rehabilitation, flooring replacement, cosmetic interior

repairs, exterior clean-up, landscaping restoration, and potential roofing and mechanical system evaluation. Repair costs were not independently estimated as part of this BPO.

**3. MARKET CONDITIONS**

**ANALYSIS**

**Neighborhood Overview**:
The subject property is located within the Homestead submarket of Miami-Dade County, Florida, an area primarily characterized by residential single-family developments, agricultural land, and expanding suburban communities. The neighborhood includes a mix of older homes and newer residential construction, with varying levels of property maintenance and condition.

The area benefits from accessibility to major transportation corridors including the Florida Turnpike, US-1, and nearby commercial amenities, schools, and retail centers. Market activity within the submarket has remained active due to continued population growth and demand for affordable housing alternatives within South Florida.

Overall marketability of properties within the immediate area is influenced by property condition, location, age of improvements, and current inventory levels. Several nearby properties exhibit inconsistent exterior maintenance, visible deterioration, outdoor storage issues, and overall inferior curb appeal, contributing negatively to neighborhood perception and surrounding property desirability.

**Current Market Trend**:

☐ Appreciating

X Stable

☐ Declining

**Estimated Marketing Time**: 90-180 Days

**Supply and Demand Conditions**:

☐ Low Inventory

☐ Balanced Market

X Oversupply

**Market Commentary**:
The subject property is currently competing within a highly competitive residential market, with approximately 51 active Townhouse Condo listings located within a one-mile radius of the property. Current inventory levels contribute to increased competition among sellers and may place downward pressure on pricing and extended marketing times, particularly for properties requiring repairs or exhibiting deferred maintenance.

Properties requiring substantial rehabilitation and clean-up are currently experiencing extended exposure times and reduced buyer demand compared to renovated or market-ready properties within the same submarket.

## 4. COMPARABLE SALES ANALYSIS

Closed Comparable Sales

Comp #1: 28156 SW 142ND CT, HOMESTEAD FL 33033
Comp #2: 14276 SW 283RD ST, HOMESTEAD, FL 33033
Comp #3: 14222 SW 283RD ST, HOMESTEAD, FL 33033
Comp #4: 28185 SW 143RD CT, HOMESTEAD, FL 33033

Listing #1: 14316 SW 283rd St # 14316, HOMESTEAD FL 33033
Listing #2: 28311 SW 141st Pl, HOMESTEAD FL 33033

## 5. VALUATION METHODOLOGY

The estimated market value opinion contained herein was derived utilizing a comparative market analysis approach, taking into consideration closed comparable sales, active and pending listings, property size, age, physical condition, lot characteristics, and prevailing market conditions within South Florida.

## 6. OPINION OF MARKET VALUE

**Estimated As-Is Market Value**: USD 157,000.00

**Estimated Market Value Range**: USD 150,000.00 to USD 164,000.00

**Estimated After Repair Value ("ARV")**: USD 260,000.00

**Estimated Quick Sale / Liquidation Value**: USD 135,000.00 – USD147,000.00

The significant variance between the estimated As-Is value and estimated ARV reflects the apparent extent of deferred maintenance, adverse-occupancy related conditions, clean-up requirements, and anticipated rehabilitation costs necessary to restore the property to typical market standards.

**STATISTICS ABOUT COMPARABLE PROPERTIES**

| | Sale Price | Living SF | Market Value | $/SF | MV Ratio |
|---|---|---|---|---|---|
| **High:** | $265,000 | 998 sf | $230,720 | $265 | 1.149 |
| **Low:** | $90,000 | 920 sf | $209,000 | $97 | 0.430 |
| **Median:** | $233,000 | 920 sf | $209,250 | $250 | 1.078 |
| **Average:** | $213,583 | 940 sf | $216,151 | $226 | 0.985 |

**COMPARABLE PROPERTIES**

Order by Overall Similarity

| # | Property | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 28156 SW 142ND CT | Parcel ID # | | | | 30-7903-013-1080 | Living Area: | 920 sf | Beds: | 1 |
| ☑ | HOMESTEAD, FL 33033-1716 | Last Sale: | | | | $235,000 on 03/10/2026 | Market Value: | $209,000 | Baths: | 1.5 |
| | Pool: No Distance: 0.1 mi | Price / sf: | $255.43/sf | Value Ratio: | | 1.124 | Assessed Value: | $53,280 | Stories: | 1 |
| | #A11961562 DOM: 30 SP/LP: 100% | Garage: | No | Waterfront: | | No | Lot Size: | 1,843 sf | Year Built: | 1978 |
| 2. | 14276 SW 283RD ST | Parcel ID # | | | | 30-7903-013-1290 | Living Area: | 920 sf | Beds: | 1 |
| ☑ | HOMESTEAD, FL 33033-1711 | Last Sale: | | | | $219,500 on 03/02/2026 | Market Value: | $209,000 | Baths: | 1.5 |
| | Pool: No Distance: 0.15 mi | Price / sf: | $238.59/sf | Value Ratio: | | 1.050 | Assessed Value: | $117,128 | Stories: | 1 |
| | #A11896519 DOM: 139 SP/LP: 96% | Garage: | No | Waterfront: | | No | Lot Size: | 1,843 sf | Year Built: | 1978 |
| 3. | 14222 SW 283RD ST | Parcel ID # | | | | 30-7903-013-0440 | Living Area: | 920 sf | Beds: | 1 |
| ☑ | HOMESTEAD, FL 33033-1713 | Last Sale: | | | | $90,000 on 01/29/2026 | Market Value: | $209,500 | Baths: | 1.5 |
| | Pool: No Distance: 0.17 mi | Price / sf: | $97.83/sf | Value Ratio: | | 0.430 | Assessed Value: | $133,765 | Stories: | 1 |
| | #D1389580 DOM: 181 SP/LP: 40% | Garage: | No | Waterfront: | | No | Lot Size: | 1,843 sf | Year Built: | 1978 |
| 4. | 28185 SW 143RD CT | Parcel ID # | | | | 30-7903-013-2330 | Living Area: | 920 sf | Beds: | 1 |
| ☑ | HOMESTEAD, FL 33033-1707 | Last Sale: | | | | $231,000 on 11/24/2025 | Market Value: | $209,000 | Baths: | 1.5 |
| | Pool: No Distance: 0.11 mi | Price / sf: | $251.09/sf | Value Ratio: | | 1.105 | Assessed Value: | $163,350 | Stories: | 1 |
| | #A11863953 DOM: 94 SP/LP: 98% | Garage: | No | Waterfront: | | No | Lot Size: | 1,843 sf | Year Built: | 1978 |

## 7. EXTRAORDINARY ASSUMPTIONS & LIMITING CONDITIONS

Information utilized in this report was obtained from sources considered reliable, including MLS data, public records, and market participants; however, no warranty or guarantee is made as to the accuracy of such information.

This report does not constitute a home inspection, engineering report, or formal appraisal.

This report is intended solely for the use of the requesting party and may not be relied upon by third parties without prior written authorization.

## 8. CERTIFICATION

I hereby certify that I am currently licensed in the State of Florida and that this Broker Price Opinion has been prepared in a professional manner consistent with customary real estate practices within the State of Florida.

**Prepared By**

Valeria Angenscheidt

Florida License Number: 3434328

Company Name: URBAN KEY REALTY

Phone: 754-317-1374

Email: valeria@urbankeyrealty.com

Date: 05/14/2026

- **Exhibit A – Property Photographs**
















- **Exhibit B – Tax Record Information**

# PROPERTY APPRAISER OF MIAMI-DADE COUNTY

Detailed Report

Generated On: 05/14/2026

| PROPERTY INFORMATION | |
|---|---|
| Folio | 30-7903-013-1060 |
| Property Address | 28152 SW 142 CT<br>MIAMI, FL 33033-0000 |
| Owner | CITI TRUST INVESTMENT INC |
| Mailing Address | 30332 SW 152 PL<br>HOMESTEAD, FL 33033 |
| Primary Zone | 2800 TOWNHOUSE |
| Primary Land Use | 0410 RESIDENTIAL - TOTAL VALUE : TOWNHOUSE |
| Beds / Baths /Half | 3 / 2 / 0 |
| Floors | 1 |
| Living Units | 1 |
| Actual Area | 1,200 Sq.Ft |
| Living Area | 1,200 Sq.Ft |
| Adjusted Area | 1,200 Sq.Ft |
| Lot Size | 7,413 Sq.Ft |
| Year Built | 1978 |

2025 Aerial Photography

200 ft

## ASSESSMENT INFORMATION

| Year | 2025 | 2024 | 2023 |
|---|---|---|---|
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| Extra Feature Value | $0 | $0 | $0 |
| Market Value | $235,000 | $222,000 | $155,000 |
| Assessed Value | $168,296 | $152,997 | $139,089 |

## BENEFITS INFORMATION

| Benefit | Type | 2025 | 2024 | 2023 |
|---|---|---|---|---|
| Non-Homestead Cap | Assessment Reduction | $66,704 | $69,003 | $15,911 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## TAXABLE VALUE INFORMATION

| Year | 2025 | 2024 | 2023 |
|---|---|---|---|
| COUNTY | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $168,296 | $152,997 | $139,089 |
| SCHOOL BOARD | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $235,000 | $222,000 | $155,000 |
| CITY | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $0 | $0 | $0 |
| REGIONAL | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $168,296 | $152,997 | $139,089 |

The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser of Miami-Dade County is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser of Miami-Dade County and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at https://www.miamidadepa.gov/pa/disclaimer.page

# PROPERTY APPRAISER OF MIAMI-DADE COUNTY

Generated On: 05/14/2026

**Property Information**

**Folio:** 30-7903-013-1060

**Property Address:** 28152 SW 142 CT

## Roll Year 2025 Land, Building and Extra-Feature Details

| | LAND INFORMATION | | | | |
|---|---|---|---|---|---|
| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |

The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser of Miami-Dade County is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser of Miami-Dade County and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at https://www.miamidadepa.gov/pa/disclaimer.page

# PROPERTY APPRAISER OF MIAMI-DADE COUNTY

Generated On: 05/14/2026

### Property Information

**Folio:** 30-7903-013-1060

**Property Address:** 28152 SW 142 CT

## Roll Year **2024** Land, Building and Extra-Feature Details

| LAND INFORMATION | | | | | |
|---|---|---|---|---|---|
| **Land Use** | **Muni Zone** | **PA Zone** | **Unit Type** | **Units** | **Calc Value** |

The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser of Miami-Dade County is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser of Miami-Dade County and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at https://www.miamidadepa.gov/pa/disclaimer.page

# PROPERTY APPRAISER OF MIAMI-DADE COUNTY

Generated On: 05/14/2026

**Property Information**

**Folio:** 30-7903-013-1060

**Property Address:** 28152 SW 142 CT

## Roll Year **2023** Land, Building and Extra-Feature Details

| | LAND INFORMATION | | | | |
|---|---|---|---|---|---|
| **Land Use** | **Muni Zone** | **PA Zone** | **Unit Type** | **Units** | **Calc Value** |

The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser of Miami-Dade County is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser of Miami-Dade County and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at https://www.miamidadepa.gov/pa/disclaimer.page

# PROPERTY APPRAISER OF MIAMI-DADE COUNTY

Generated On: 05/14/2026

## Property Information

**Folio:** 30-7903-013-1060

**Property Address:** 28152 SW 142 CT

### FULL LEGAL DESCRIPTION

| |
|---|
| SEAPINES |
| LOT 12 BLK 4 PB 100-6 |
| PROP INT COMMON ELEMENTS |
| LOT SIZE 7413 SQ FT |
| OR 21367-3380 06/2003 1 |
| COC 25973-1589 09 2007 1 |

### SALES INFORMATION

| Previous Sale | Price | OR Book-Page | Qualification Description |
|---|---|---|---|
| 11/03/2017 | $100 | 30755-2499 | Corrective, tax or QCD; min consideration |
| 04/05/2016 | $100 | 30095-4141 | Corrective, tax or QCD; min consideration |
| 02/05/2014 | $27,100 | 29023-1777 | Corrective, tax or QCD; min consideration |
| 09/01/2007 | $154,000 | 25973-1589 | Sales which are qualified |
| 06/01/2003 | $60,000 | 21367-3380 | Sales which are qualified |
| 05/01/1984 | $41,500 | 12168-0934 | Sales which are qualified |
| 09/01/1980 | $39,500 | 10864-2608 | Other disqualified |
| 06/01/1978 | $24,550 | 10089-0596 | Sales which are qualified |

The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser of Miami-Dade County is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser of Miami-Dade County and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at https://www.miamidadepa.gov/pa/disclaimer.page

- **Exhibit C – Market Area Map**



- **Exhibit D – Comparable Sales Sheets**

# IMAPP - Miami REALTORS®

**MLS Listing Details - 28185 SW 143RD CT, HOMESTEAD, FL 33033-1707**

## LISTING OVERVIEW

| | | | |
|---|---|---|---|
| **MLS #** | A11863953 | **Status:** | Closed |
| **Listing Type:** | Condo/Co-Op/Villa/Townhouse | | |

28185 SW 143RD CT
Homestead, FL 33033

| | | | |
|---|---|---|---|
| **Listing Date:** | 08/22/2025 | **Listing Price:** | $234,900 |
| **Sale Date:** | 11/24/2025 | **Sale Price:** | $231,000 |
| **Tax ID:** | 30-7903-013-2330 | **County:** | Miami-Dade County |
| **REO:** | No | **Short Sale:** | No |

☐ city ☑ neighborhood ☐ block ☐ satellite









## PROPERTY DETAILS

| | | | | | |
|---|---|---|---|---|---|
| **Development Name:** | | **Type of Property:** | Townhouse | | |
| **Property SF:** | 0 sf | **Property Type:** | Condo/Co-Op/Villa/Townhouse | **Property Detached:** | false |
| **Waterfront Property:** | n/a | **Water Access:** | | **Waterfront Description:** | |
| **Legal Description:** | SEAPINES LOT 5 BLK 9 PB 100-6 PROP INT IN & TO COMMON ELEMENTS LOT SIZE 1843 SQ FT OR 19413-3247 1200 1 COC 24494-3004 04 2006 1 | | | | |
| **Township/Range:** | 79 | **Section:** | 3 | **Subdivision #:** | 13 |
| **Map Coordinates:** | | **Geographic Area:** | | | |

© PropertyKey, Inc, 2026 | Terms and Conditions | **Information is believed accurate but not guaranteed and should be independently verified.**

## BUILDING DETAILS

| | | | | | |
|---|---|---|---|---|---|
| **Amenities:** | No Amenities | **Complex Name:** | SEAPINES | **Style:** | Townhouse Fee Simple |
| **Model Name:** | | **Approx Total SF:** | 0 | **Living Area:** | 920 |
| **# of BRs:** | 2 | **Half Baths:** | 1 | **Full Baths:** | 1 |
| **Rooms:** | | **Main Living Area:** | | **Balcony/Porch/Patio:** | true |
| **Bedroom Desc:** | Entry Level | **Convertible Bedrooms:** | | **Cooling:** | Central Cooling |
| **Dining Desc:** | Dining/Living Room | **Efficiency:** | false | **Equipment/Appliances:** | Dryer, Electric Water Heater, Electric Range, Refrigerator, Washer |
| **Ext Features:** | Patio | **Floor:** | Tile Floors | **Furnished (list):** | Unfurnished |
| **Furnished (sold):** | | **Heating Desc:** | Central Heat, Electric Heat | **Int Features:** | First Floor Entry, Walk-In Closets |
| **Ceiling Fans:** | 0 | **Interior Levels:** | 1 | **Patio/Balcony:** | |
| **Room Dimensions:** | | | | | |
| **Den:** | **DR:** | **Dining Area:** | **Family:** | **Florida:** | **Kitchen:** |
| **Living:** | **2nd BR:** | **3rd BR:** | **4th BR:** | **Porch:** | **Utility:** |
| **Floors In Building:** | 1 | **Units In Building:** | 0 | **Units In Complex:** | 0 |
| **Unit View:** | Other View | **Year Built:** | 1978 / Resale | **Construction:** | CBS Construction |
| **Carport Spaces:** | 0 | **Carport:** | | | |
| **Garage Spaces:** | 0 | **Garage Desc:** | | | |
| **Parking Descriptions:** | 2 Or More Spaces | **Parking Restrictions:** | | **Pets Allowed:** | true Restrictions Or Possible Restrictions |

## ADDITIONAL NOTES

**Remarks:** YOU'VE FOUND YOUR NEW TOWNHOME IN SEAPINES! BUY TENANT OCCUPIED OR VACANT! CAN BUY WITH A REGULAR LOAN! INVESTORS, ASK US ABOUT 20% DOWN, NO DOC INVESTMENT LOAN! 2020 Roof, 2024 AC! This comfortable home is exactly what you've been looking for! Features include 2 bedrooms, 1.5 updated bathrooms, well laid-out floor plan, tile throughout, and a comfortable open kitchen with stainless steel appliances! Come enjoy a cozy living/dining area, spacious master bedroom with walk-in closet, washer/dryer in the utility room, central A/C, spacious patio in the rear, and parking spaces right in front! Minutes to great schools, parks, shopping, hospitals, expressways & more! Won't last! **Tenant occupied Section 8 month to month for $1,884/mo** Call now! Watch Full Video Walk-Thru in Virtual Tour!

**Broker Directions:** From East: Take 137 Ave to SW 272 St, head west until road becomes 280 St, make left at SW 143 Ct, make left at 3rd st and find property on right side.

**Showing Instructions:**

| | | | | | |
|---|---|---|---|---|---|
| **Application Fee:** | 150 | **Approval:** | Application Fee Required, Association Approval Required | **Association Fee:** | 180 / Quarterly |
| **Membership Purchase:** | | **Membership Fee:** | 0 | **Type of Association:** | |
| **Maintenance:** | 0 | **Maint Includes:** | No Maintenance Included | **Governing Bodies:** | Other |
| **Min Lease Days:** | 365 | **Leases/Year:** | 1 | **Occupancy:** | Tenant Occupied |
| **Tax Amount:** | $3,553.00 | **Tax Information:** | Tax Reflects No Exemptions | **Tax Year:** | 2025 |

## LISTING DETAILS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **List Date:** | 08/22/2025 | **List Price:** | $234,900 | **Sold Date:** | 11/24/2025 | **Sold Price:** | $231,000 |
| **Listing Agent:** | Juan Rojas | | | **Selling Agent:** | Yosvany Santiesteban | | |
| **Listing Firm:** | JPR International Real Estate | | | **Selling Firm:** | | | |
| **Agent Phone:** | 786-344-3748 | | | **Pending Date:** | | **Withdrawn Date:** | |
| **Agent E-Mail:** | juan.rojas@jprrealestate.com | | | **Expiration Date:** | | | |

© PropertyKey, Inc, 2026 | Terms and Conditions | **Information is believed accurate but not guaranteed and should be independently verified.**

# IMAPP - Miami REALTORS®

**MLS Listing Details - 14276 SW 283RD ST, HOMESTEAD, FL 33033-1711**

## LISTING OVERVIEW

**MLS #** A11896519 **Status:** Closed

**Listing Type:** Condo/Co-Op/Villa/Townhouse

14276 SW 283RD ST
Homestead, FL 33033

| | | | |
|---|---|---|---|
| **Listing Date:** | 10/14/2025 | **Listing Price:** | $229,000 |
| **Sale Date:** | 03/02/2026 | **Sale Price:** | $219,500 |
| **Tax ID:** | 30-7903-013-1290 | **County:** | Miami-Dade County |
| **REO:** | No | **Short Sale:** | No |

☐ city ☑ neighborhood ☐ block ☐ satellite





## PROPERTY DETAILS

**Development Name:**

**Type of Property:** Townhouse

**Property SF:** 0 sf

**Property Type:** Condo/Co-Op/Villa/Townhouse

**Property Detached:** false

**Waterfront Property:** n/a

**Water Access:**

**Waterfront Description:**

**Legal Description:** SEAPINES LOT 9 BLK 5 PB 100-6 PROP INT IN & TO COMMON ELEMENTS LOT SIZE 1843 SQ FT OR 20927-2921 1202 1 COC 25878-0425 08 2007 3

**Township/Range:** 79

**Section:** 3

**Subdivision #:** 13

**Map Coordinates:**

**Geographic Area:**

© PropertyKey, Inc, 2026 | Terms and Conditions | **Information is believed accurate but not guaranteed and should be independently verified.**

## BUILDING DETAILS

| | | | | | |
|---|---|---|---|---|---|
| **Amenities:** | No Amenities | **Complex Name:** | SEAPINES | **Style:** | Townhouse Fee Simple |
| **Model Name:** | | **Approx Total SF:** | 0 | **Living Area:** | 920 |
| **# of BRs:** | 2 | **Half Baths:** | 1 | **Full Baths:** | 2 |
| **Rooms:** | | **Main Living Area:** | | **Balcony/Porch/Patio:** | |
| **Bedroom Desc:** | At Least 1 Bedroom Ground Level | **Convertible Bedrooms:** | | **Cooling:** | Central Cooling |
| **Dining Desc:** | | **Efficiency:** | | **Equipment/Appliances:** | Dishwasher, Microwave |
| **Ext Features:** | Fence | **Floor:** | Ceramic Floor | **Furnished (list):** | |
| **Furnished (sold):** | | **Heating Desc:** | Central Heat | **Int Features:** | First Floor Entry |
| **Ceiling Fans:** | 0 | **Interior Levels:** | 0 | **Patio/Balcony:** | |
| **Room Dimensions:** | | | | | |
| **Den:** | **DR:** | **Dining Area:** | **Family:** | **Florida:** | **Kitchen:** |
| **Living:** | **2nd BR:** | **3rd BR:** | **4th BR:** | **Porch:** | **Utility:** |
| **Floors In Building:** | 1 | **Units In Building:** | 0 | **Units In Complex:** | 0 |
| **Unit View:** | Other View | **Year Built:** | 1978 / Resale | **Construction:** | Brick Exterior Construction |
| **Carport Spaces:** | 0 | **Carport:** | | | |
| **Garage Spaces:** | 0 | **Garage Desc:** | | | |
| **Parking Descriptions:** | 2 Or More Spaces, Guest Parking | **Parking Restrictions:** | | **Pets Allowed:** | true More Than 20 Lbs |

## ADDITIONAL NOTES

**Remarks:** Great deal, very well maintained 2 bedrooms 2 bathrooms townhome/villa style, currently rented month to month at $1650

**Broker Directions:**

**Showing Instructions:**

| | | | | | |
|---|---|---|---|---|---|
| **Application Fee:** | 100 | **Approval:** | 1-2 Weeks Approval | **Association Fee:** | 60 / Monthly |
| **Membership Purchase:** | | **Membership Fee:** | 0 | **Type of Association:** | |
| **Maintenance:** | 0 | **Maint Includes:** | Common Area | **Governing Bodies:** | Homeowner Association |
| **Min Lease Days:** | 180 | **Leases/Year:** | 2 | **Occupancy:** | Tenant Occupied |
| **Tax Amount:** | $3,119.00 | **Tax Information:** | Tax Reflects City & County Tax | **Tax Year:** | 2024 |

## LISTING DETAILS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **List Date:** | 10/14/2025 | **List Price:** | $229,000 | **Sold Date:** | 03/02/2026 | **Sold Price:** | $219,500 |
| **Listing Agent:** | Jaime Arana | | | **Selling Agent:** | Vanessa Monsalve | | |
| **Listing Firm:** | Century 21 World Connection | | | **Selling Firm:** | | | |
| **Agent Phone:** | 305-613-8463 | | | **Pending Date:** | | **Withdrawn Date:** | |
| **Agent E-Mail:** | Miamirealestatemagic@gmail.com | | | **Expiration Date:** | | | |

© PropertyKey, Inc, 2026 | Terms and Conditions | **Information is believed accurate but not guaranteed and should be independently verified.**

# IMAPP - Miami REALTORS®

**MLS Listing Details - 28156 SW 142ND CT, HOMESTEAD, FL 33033-1716**

## LISTING OVERVIEW

| | | | |
|---|---|---|---|
| **MLS #** | A11961562 | **Status:** | Closed |
| **Listing Type:** | Condo/Co-Op/Villa/Townhouse | | |

28156 SW 142ND CT
Homestead, FL 33033

| | | | |
|---|---|---|---|
| **Listing Date:** | 02/08/2026 | **Listing Price:** | $235,900 |
| **Sale Date:** | 03/10/2026 | **Sale Price:** | $235,000 |
| **Tax ID:** | 30-7903-013-1080 | **County:** | Miami-Dade County |
| **REO:** | No | **Short Sale:** | No |

☐ city ☑ neighborhood ☐ block ☐ satellite









## PROPERTY DETAILS

| | | | | | |
|---|---|---|---|---|---|
| **Development Name:** | | **Type of Property:** | | Townhouse | |
| **Property SF:** | 0 sf | **Property Type:** | Condo/Co-Op/Villa/Townhouse | **Property Detached:** | true |
| **Waterfront Property:** | n/a | **Water Access:** | | **Waterfront Description:** | |
| **Legal Description:** | SEAPINES LOT 14 BLK 4 PB 100-6 PROP INT IN & TO COMMON ELEMENTS LOT SIZE 1843 SQ FT OR 20664-4809 0902 1 COC 21631-2127 08 2003 1 | | | | |
| **Township/Range:** | 79 | **Section:** | 3 | **Subdivision #:** | 13 |
| **Map Coordinates:** | | **Geographic Area:** | | | |

© PropertyKey, Inc, 2026 | Terms and Conditions | **Information is believed accurate but not guaranteed and should be independently verified.**

## BUILDING DETAILS

| | | | | | |
|---|---|---|---|---|---|
| **Amenities:** | No Amenities, Other Amenities | **Complex Name:** | SEAPINES | **Style:** | Townhouse Condo |
| **Model Name:** | | **Approx Total SF:** | 0 | **Living Area:** | 920 |
| **# of BRs:** | 1 | **Half Baths:** | 1 | **Full Baths:** | 1 |
| **Rooms:** | | **Main Living Area:** | | **Balcony/Porch/Patio:** | |
| **Bedroom Desc:** | Entry Level,Other | **Convertible Bedrooms:** | | **Cooling:** | Central Cooling |
| **Dining Desc:** | | **Efficiency:** | | **Equipment/Appliances:** | Dryer, Microwave, Electric Range, Refrigerator, Washer |
| **Ext Features:** | Other, Patio | **Floor:** | Ceramic Floor | **Furnished (list):** | |
| **Furnished (sold):** | | **Heating Desc:** | Central Heat | **Int Features:** | First Floor Entry, Walk-In Closets |
| **Ceiling Fans:** | 0 | **Interior Levels:** | 0 | **Patio/Balcony:** | |
| **Room Dimensions:** | | | | | |
| **Den:** | **DR:** | **Dining Area:** | **Family:** | **Florida:** | **Kitchen:** |
| **Living:** | **2nd BR:** | **3rd BR:** | **4th BR:** | **Porch:** | **Utility:** |
| **Floors In Building:** | 1 | **Units In Building:** | 0 | **Units In Complex:** | 0 |
| **Unit View:** | Other View, None | **Year Built:** | 1978 / Resale | **Construction:** | Concrete Block Construction, CBS Construction |
| **Carport Spaces:** | 0 | **Carport:** | | | |
| **Garage Spaces:** | 2 | **Garage Desc:** | | | |
| **Parking Descriptions:** | 2 Or More Spaces, Guest Parking | **Parking Restrictions:** | | **Pets Allowed:** | true None |

## ADDITIONAL NOTES

**Remarks:** Remodeled Townhouse 1/1.5 bath in Homestead. IMAPP said 1/1.5, but it came with a room with a double door (like French doors, owner closed it) The half bath has space to add a small shower. One story townhouse. Remodeled. Oversize walking closet and a backyard. Easy to show on lockbox.

**Broker Directions:**

**Showing Instructions:**

| | | | | | |
|---|---|---|---|---|---|
| **Application Fee:** | 100 | **Approval:** | 1-2 Weeks Approval | **Association Fee:** | 189 / Quarterly |
| **Membership Purchase:** | | **Membership Fee:** | 0 | **Type of Association:** | |
| **Maintenance:** | 0 | **Maint Includes:** | Other Maintenance Includes, Parking | **Governing Bodies:** | Condominium |
| **Min Lease Days:** | 6 | **Leases/Year:** | 2 | **Occupancy:** | Vacant |
| **Tax Amount:** | $2,637.00 | **Tax Information:** | Tax Reflects No Exemptions | **Tax Year:** | 2025 |

## LISTING DETAILS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **List Date:** | 02/08/2026 | **List Price:** | $235,900 | **Sold Date:** | 03/10/2026 | **Sold Price:** | $235,000 |
| **Listing Agent:** | Ivania Alvarado | | | **Selling Agent:** | Lorena Estrada | | |
| **Listing Firm:** | Net Realty Services | | | **Selling Firm:** | | | |
| **Agent Phone:** | 305-401-4516 | | | **Pending Date:** | | **Withdrawn Date:** | |
| **Agent E-Mail:** | ivaniarealtor@gmail.com | | | **Expiration Date:** | | | |

© PropertyKey, Inc, 2026 | Terms and Conditions | **Information is believed accurate but not guaranteed and should be independently verified.**