**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

City Trust Investments, LLC

Debtor(s)

CASE NO: 24-14100-PDR
Chapter 7

---

**ORDER GRANTING**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**THIS CAUSE** came on before the Court upon Secured Creditor, LALA RAM CORPORATION's Motion for Relief from Automatic Stay [Doc. No. _____] (the "Motion"). This Court, (i) having reviewed the Motion and any objection or response thereto, (ii) having examined the court record, and (iii) being fully advised in the premises determined the motion is GRANTED. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Secured Creditor's Motion for Relief from the Automatic Stay is **GRANTED**.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated with respect to LALA RAM CORPORATION and with respect to real property located legally described as:

Lot 2, Block 5, SEAPINES, according to the Plat thereof, as recorded in Plat Book 100, Page 6, of the Public Records of Miami-Dade County Florida.

aka: 14228 SW 283 St. Homestead, FL 33033

3. This Order is entered for the sole purpose of allowing Secured Creditor to pursue all available rights and remedies in its foreclosure action and to seek an *in rem* judgment against the property, to have a judicial foreclosure sale of the property conducted, for certificates of sale and title to be issued to the successful purchaser at sale, and to gain possession of the property. Said creditor shall neither seek nor obtain an *in personam* judgment against the Debtor.

1. Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is **GRANTED**.

###

**Order submitted by:**

Damian G. Waldman, Esq.
**Law Offices of Damian G. Waldman, P.A.**
P.O. Box 5162
Largo, FL 33779
Phone: (727) 538-4160
Facsimile: (727) 240-4972
Email Service: damian@dwaldmanlaw.com
*Attorneys for Secured Creditor*

**Damian G. Waldman is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.**