**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

City Trust Investments, LLC

Debtor(s)

CASE NO: 24-14100-PDR
Chapter 7

---

**EX PARTE MOTION TO REQUEST REMOTE APPERANCE**

**THIS CAUSE** came on before the Court on upon Secured Creditor, POLONIO LLC, H2ML LLC, and JEFFREY MILLS's (collectively "Secured Creditor") EX PARTE MOTION TO REQUEST REMOTE APPERANCE [Doc. No. 798] (the "Motion"). This Court, (i) having reviewed the Motion, (ii) having examined the court record, and (iii) being fully advised in the premises determined the motion is GRANTED. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Secured Creditor's EX PARTE MOTION TO REQUEST REMOTE APPERANCE is **GRANTED**.

2. Secured Creditor and/or its counsel shall be permitted to appear via Zoom or other remote appearance technology for the hearing on the Motion for Entry of Order Determining and Allowing Surcharge Against Sale Proceeds Under 11 U.S.C. § 506(c), and Granting Related Relief [Doc. No. 791] currently set for an in-person hearing on September 9, 2026 at 10:00 AM.

###

**Order submitted by:**

Damian G. Waldman, Esq.
**Law Offices of Damian G. Waldman, P.A.**
P.O. Box 5162
Largo, FL 33779
Phone: (727) 538-4160
Facsimile: (727) 240-4972
Email Service: damian@dwaldmanlaw.com
*Attorneys for Secured Creditor*

**Damian G. Waldman is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.**