**ORDERED in the Southern District of Florida on August 25, 2026.**

**Peter D. Russin, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

City Trust Investments, LLC

Debtor(s)

CASE NO: 24-14100-PDR
Chapter 7

---

**EX PARTE MOTION TO REQUEST REMOTE APPERANCE**

**THIS CAUSE** came on before the Court on upon Secured Creditor, POLONIO LLC, H2ML LLC, and JEFFREY MILLS's (collectively "Secured Creditor") EX PARTE MOTION TO REQUEST REMOTE APPERANCE [Doc. No. 773] (the "Motion"). This Court, (i) having reviewed the Motion, (ii) having examined the court record, and (iii) being fully advised in the premises determined the motion is GRANTED. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Secured Creditor's EX PARTE MOTION TO REQUEST REMOTE APPERANCE is **GRANTED**.

2. Secured Creditor and/or its counsel shall be permitted to appear via Zoom or other remote appearance technology for the hearing on the Motion to Approve *Bidding Procedures In Connection With The Sale Of Certain Real Properties Of The Estate, Approving The Stalking Horse Purchaser And Related Purchase And Sale Agreement, Scheduling An Auction, If Necessary, Setting A Final Sale Hearing*, in addition to Motion to Sell Free and Clear of Liens (Certain Real Properties of the Estate) pursuant to 11 USC 363 f [Doc. No. 764] currently set for an in-person hearing on August 26, 2026 at 9:30 AM.

###

**Order submitted by:**

Damian G. Waldman, Esq.
**Law Offices of Damian G. Waldman, P.A.**
P.O. Box 5162
Largo, FL 33779
Phone: (727) 538-4160
Facsimile: (727) 240-4972
Email Service: damian@dwaldmanlaw.com
*Attorneys for Secured Creditor*

**Damian G. Waldman is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.**