**ORDERED in the Southern District of Florida on August 25, 2026.**

**Peter D. Russin, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

CITY TRUST INVESTMENTS, LLC. CASE NO. 24-14100 PDR

CHAPTER 11

Debtor.
_________________________________/

**ORDER GRANTING HECTOR S. SERRANO AND MARIAN SERRANO'S MOTION FOR PERMISSION TO APPEAR VIA ZOOM**

THIS CAUSE having come before the Court on Creditors, HECTOR S. SERRANO and MIRIAN SERRANO's ("***Moving Creditors***"), Motion to Continue Hearing on Trustee's Motion for Entry of Final Judgment in Garnishment Against JPMorgan Chase Bank, N.A. [Doc 761] on in the Alternative for Permission to Appear Via Zoom (the "***Motion***") [Doc 789], and the Court having reviewed the Motion and being otherwise duly advised, does hereby:

**ORDER** as follows:

1. Moving Creditor's Motion as it relates to permission to appear via Zoom is **GRANTED**.

2. Counsel for Moving Creditors, Zachary Hyman, Esq., is authorized to appear remotely at the August 26, 2026 hearings.

3. All other relief requested in the Motion will be addressed during the hearing.

# # #

Submitted by:

Zachary Hyman, Esq.
Florida Bar No.: 98581
320 SE 11th Street
Fort Lauderdale Fl 333161
Phone: 954-271-2719
zach@millenniallaw.com
millenniallawforms@gmail.com
jessica@millenniallaw.com
assistant@millenniallaw.com

*Attorney Hyman must immediately serve this Order upon all interested parties who have not received service via CM/ECF and file a certificate of service with the Court that conforms with Local Rule 2002-1(F).*