**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**Case No. 24-14100-LMI**

IN RE: CITY TRUST INVESTMENTS
LLC, LORETA INVESTMENTS, LLC,
GAIN 11 INVESTMENTS, LLC, 14445 SW
289 ST LLC; AND CITYWIDE
PROPERTY MANAGEMENT LLC,

Debtors.
_____________________________________/

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICE AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned adversary case as counsel of record for Garnishee Merrill Lynch, Pierce, Fenner & Smith Incorporated and, pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in this proceeding be delivered and served upon the party identified below at the following address:

Kimberly T. Mydock, Esq.
McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-3236| Facsimile: (904) 798-3271
Email: kmydock@mcguirewoods.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated: August 27, 2026

Respectfully submitted,

**McGUIREWOODS LLP**

By *_/s/ Kimberly T. Mydock_*
Emily Y. Rottmann
Florida Bar No. 0093154
Primary Email: erottmann@mcguirewoods.com
Secondary Email: clambert@mcguirewoods.com
Kimberly T. Mydock
Florida Bar No. 100571
Primary Email: kmydock@mcguirewoods.com
Secondary Email: flservice@mcguirewoods.com
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3200
(904) 798-3207 (fax)

*Attorneys for Garnishee Merrill Lynch, Pierce, Fenner & Smith Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 27, 2026 I electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Amrit S. Kapai, Esq.
Florida Bar No. l 032794
DUNN LAW, P.A.
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: (786) 433-3866
Fax: (786) 260-0269
akapai@dunnlawpa.com

*Counsel for Judgment Creditor*

*/s/Kimberly T. Mydock*
Attorney