**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

City Trust Investments, LLC

Debtor(s)

CASE NO: 24-14100-PDR
Chapter 7

---

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the Order Granting Motion To Appear at Hearing Remotely entered by this Court on August 27, 2026 [Doc. No. 804], was served by regular U.S. Mail or the Court's CM/ECF system to the following parties listed below on August 27, 2026.

**SERVICE LIST**

*Debtor*
City Trust Investments LLC
27581 South Dixie Hwy, Suite 2
Homestead, FL 33032

*Trustee*
Marcia T Dunn
66 West Flagler Street, Ste 400
Miami, FL 33130

David Blansky
Dunn Law, P.A.
66 West Flagler Street, Suite 400
Miami, FL 33130
*Attorney for Trustee*

Michael P Dunn
66 West Flagler St., Ste. 400
Miami, FL 33130
*Attorney for Trustee*

Amrit S Kapai
66 West Flagler Street
Ste 400
Miami, FL 33130
*Attorney for Trustee*

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Dan L Gold
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130
*Attorney for US Trustee*

**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Blvd., Units 1&2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email:**damian@dwaldmanlaw.com**
Attorneys for Secured Creditor

By: /s/ Damian Waldman, Esq.
Damian Waldman, Esq.
Florida Bar No.: 090502