**ORDERED in the Southern District of Florida on September 2, 2026.**

**Peter D. Russin, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

CITY TRUST INVESTMENTS LLC, *et al.*

Debtors.
_______________________________________/

Case No.: 24-14100-PDR
(substantively consolidated)

Chapter 7

**ORDER GRANTING MOTION TO SET CLAIMS**
**BAR DATE FOR CONSOLIDATED DEBTORS**

THIS MATTER came before the Court on August 26, 2026, upon Marcia T. Dunn, as Chapter 7 Trustee's (the "Trustee") *Motion to Set Claims Bar Date for Consolidated Debtors* (the "Motion") [D.E. 756], as authorized by the Court's Order granting substantive consolidation of LORETA INVESTMENTS, LLC, GAIN 11 INVESTMENTS, LLC, 14445 SW 289 ST LLC; AND CITYWIDE PROPERTY MANAGEMENT LLC (the "Consolidated Debtors") in the Chapter 7 estate of the Debtor City Trust Investments LLC (the "Debtor") [D.E. 623]. The Court, having reviewed the Motion, and being otherwise duly advised in the premises, **ORDERS** and **ADJUDGES** as follows:

1. The Motion is **GRANTED**.

2. September 23, 2025, shall constitute the petition date for the Consolidated Debtors for the purposes of filing proofs of claim.

3. **October 23, 2026,** is established as the deadline for creditors or interested parties of the Consolidated Debtors identified on the service list to file proofs of claim against the Consolidated Debtors. This deadline applies solely to those parties and does not extend or reopen the claims bar date for any party not identified on the service list.

4. Nothing contained in this Order should be construed as an extension of the deadline stated in the Notice of Chapter 7 Bankruptcy Case [D.E. 154] for any party to file a proof of claim against the Debtor, City Trust Investments LLC.

5. The Trustee is authorized to execute such documents and incur those costs necessary to serve this Order on interested parties and known prospective creditors of the Consolidated Debtors.

# # #

**Submitted by:**
Amrit S. Kapai, Esq.
Dunn Law, P.A.
*Counsel for Marcia T. Dunn, as Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
akapai@dunnlawpa.com

*Attorney Kapai is directed to serve a copy of this Order upon all interested parties, and to file a Certificate of Service.*