**ORDERED in the Southern District of Florida on September 3, 2026.**

Peter D. Russin, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

CITY TRUST INVESTMENTS LLC, *et al.* Case No.: 24-14100-PDR (substantively consolidated)

Debtors.
_____________________________/ Chapter 7

**ORDER CONTINUING HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF ORDER (I) APPROVING BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF CERTAIN REAL PROPERTIES OF THE ESTATE, (II) APPROVING THE STALKING HORSE PURCHASER AND RELATED PURCHASE AND SALE AGREEMENT, (III) SCHEDULING AN AUCTION, IF NECESSARY, (IV) APPROVING THE SALE OF THE PROPERTIES FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, WITH SUCH LIENS TO ATTACH TO SALE PROCEEDS, AND (V) GRANTING RELATED RELIEF**

**THIS CAUSE** came before the Court on August 26, 2026, upon Chapter 7 Trustee, Marcia T. Dunn's (the "Trustee") *Motion For Entry Of Order (I) Approving Bidding Procedures In Connection With The Sale Of Certain Real Properties Of The Estate, (II) Approving The Stalking Horse Purchaser And Related Purchase And Sale Agreement, (III) Scheduling An Auction, If Necessary, (IV) Approving The Sale Of The Properties Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With Such Liens To Attach To Sale Proceeds, And (V) Granting*

*Related Relief* (the "Motion") [D.E. 764], and the Court, having reviewed the Motion, the record, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED**:

1. The hearing on the Motion is **CONTINUED** to September 9, 2026, at 11:00 a.m., at the C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Courtroom 8, Miami, FL 33128.

2. The Trustee is granted leave to file, prior to the continued hearing, a legal brief outlining the Trustee's entitlement to the relief requested in the Motion pursuant to 11 U.S.C. § 363(f).

# # #

**Submitted by:**
Amrit S. Kapai, Esq.
Dunn Law, P.A.
*Counsel for Marcia T. Dunn, as Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
akapai@dunnlawpa.com

*Attorney Kapai is directed to serve a conformed copy of this Order upon all interested parties and shall file a Certificate of Service with the Court confirming such service.*