UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

CITY TRUST INVESTMENTS LLC, et al

CASE NO: 24-14100-PDR

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 811

On 9/4/2026, I did cause a copy of the following documents, described below,

Order Continuing Hearing on Motion for Sale of Certain Real Properties ECF Docket Reference No. 811

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/4/2026

/s/ Amrit Kapai
Amrit Kapai 1032794

Dunn Law, P.A.
66 West Flagler Street, Suite 400
Miami, FL 33130
786-433-3866
rbasnueva@dunnlawpa.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

CITY TRUST INVESTMENTS LLC, et al

CASE NO: 24-14100-PDR

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 811

On 9/4/2026, a copy of the following documents, described below,

Order Continuing Hearing on Motion for Sale of Certain Real Properties ECF Docket Reference No. 811

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/4/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Amrit Kapai
Dunn Law, P.A.
66 West Flagler Street, Suite 400
Miami, FL 33130

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
113C-1
CASE 240-LMI
SOUTHERN DISTRICT OF FLORIDA
MIAMI
TUE FEB 25 12:23:08 EST 2026

(P)MIAMI DADE COUNTY TAX COLLECTOR
ATTN WENDY MONTOYA
200 NW 2ND AVENUE
MIAMI FL 33128

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101

KEYS FUNDING LLC - 8023
PO BOX 71540
PHILADELPHIA, PA 19176

PAYTON & ASSOCIATES, LLC
REGISTERED AGENT HARRY PAYTON, ESQ.
50 ALHAMBRA CIR, SUITE 106
CORAL GABLES, FL 33134

ASSEMBLY TAX 36 LLC FBO SEC PTY
PO BOX 12225
NEWARK, NJ 07101

GIRA PROPERTY LLC
AGENTS AND CORPORATIONS, INC.
1201 ORANGE ST STE 600 ONE COMMERCE CENT
WILMINGTON, DE 19801

KEYS FUNDING LLC - 9024
PO BOX 71540
PHILADELPHIA, PA 19176

ROBERT S. SINGER
21 EDGEWATER DRIVE, #108
CORAL GABLES, FL 33133

TLGFY, LLC
PO BOX 669139
DALLAS, TX 75266

ROBERT N. ROSENBERG
C/O SILVIO AMICO, ESQ
9990 S.W. 77TH AVE. STE. 211
MIAMI, FL 33156

MIAMI-DADE COUNTY
BUILDING DEPARTMENT PERMITS
11805 SW 26 ST
MIAMI, FL 33175

MIAMI-DADE COUNTY TAX COLLECTOR
200 NW 2ND AVE
MIAMI, FL 33128

MIAMI-DADE COUNTY SOLID WASTE
2525 NW 62 ST, 5TH FLOOR
MIAMI, FL 33147

UNINC. DAD-COU
MIAMI-DADE PERMITTING AND INSPECTION
CENTER ZONING PERMIT SECTION
11805 SW 26 ST
MIAMI, FL 33175

PAVILA PROPERTIES LLC
C/O ANNAKAYE WILLIAMS, IT'S REGISTERED
AGENT
16500 SW 272 STREET
HOMESTEAD, FL 33031

CURRENT RESIDENT/TENANT
28091 SW 143RD COURT
HOMESTEAD, FL 33033

CURRENT RESIDENT/TENANT
28025 SW 142ND COURT
HOMESTEAD, FL 33033

CURRENT RESIDENT/TENANT
28124 SW 142ND COURT
HOMESTEAD, FL 33033

MIAMI-DADE COUNTY BUILDING CODE
11805 SW 26 ST, ROOM 230
MIAMI, FL 33175

MIAMI-DADE COUNTY WATER & SEWER
PO BOX 026055
MIAMI, FL 33128

MIAMI-DADE COUNTY UTILITY SERVICE AREA
VERIFICATION
PO BOX 026055
MIAMI, FL 33102

LISANDO VALLE
C/O CLAUDIA COBREIRO, ESQ.
999 PONCE DE LEON BLVD, SUITE 945
CORAL GABLES, FL 33134

CURRENT RESIDENT/TENANT
28152 SW 142ND COURT
HOMESTEAD, FL 33033

CURRENT RESIDENT/TENANT
28133 SW 142ND COURT
HOMESTEAD, FL 33033

CURRENT RESIDENT/TENANT
28131 SW 142ND COURT
HOMESTEAD, FL 33033

CURRENT RESIDENT/TENANT
14266 SW 283RD STREET
HOMESTEAD, FL 33033