**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

City Trust Investments, LLC

Debtor(s)

CASE NO: 24-14100-LMI
Chapter 11

---

**LAW OFFICES OF DAMIAN G. WALDMAN, P.A.'S MOTION FOR PROTECTIVE ORDER**

**COMES NOW, LAW OFFICES OF DAMIAN G. WALDMAN, P.A. ("Movant"),** attorneys for Secured Creditors, Polonio, LLC, Jefferey Mills, and H2ML, LLC, by and through undersigned counsel, hereby files this Motion for Protective Order, pursuant to Federal Rule of Civil Procedure 26(c), as incorporated by Federal Rule of Bankruptcy Procedure 7026, and Local Rule 7026-1, and states as follows:

1. On or about August 21, 2026, the Trustee served and filed a Notice of Rule 2004 Examination Duces Tecum and Intent to Serve Subpoena upon Movant.
2. The Notice was served pursuant to Federal Rule of Civil Procedure 34 and 35, as well as Federal Rule of Bankruptcy Procedure 2004, 7030, 7034, and 9016, and requires the Movant to produce documents listed in Schedule "A" of Exhibit "1" attached to the Notice.
3. Movant now files this Motion for Protective Order on that basis that it is unnecessary and amounts to a fishing expedition, particularly in light of the fact that Secured Creditors have filed Motions for Relief from Stay (DE #777; #779; #780) asserting that there is no equity in the subject properties. This zero-equity calculation is solely based on what is owed to Secured Creditors and exclusive of

Movant's attorneys' fees and costs, thereby making the documentation associated with said fees and costs irrelevant to this analysis.

4. Pursuant to Federal Rule of Civil Procedure 26(c), the Court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including forbidding the discovery, specifying its terms (such as time or place), or limiting its scope. *Fed. R. Civ. P.* 26(c).

5. Rule 2004 examinations "may not be used for purposes of harassment and cannot stray into matters which are not relevant to the basic inquiry." *In re No Rust Rebar, Inc.*, 2022 Bankr. LEXIS 3390, at *3 (Bankr. S.D. Fla. 2022) citing *In re Pan Am. Hosp. Corp.*, 2005 Bankr. LEXIS 734, at *2 (Bankr. S.D. Fla. 2005).

6. Furthermore, "'the granting of a Rule 2004 examination is dependent on the discretion of the court' which requires a balancing of the competing interests of the parties, weighing the relevance and necessity of the information sought." *In re No Rust*, *supra*, 2022 Bank. LEXIS, at *4 quoting *In re Millennium Lab Holdings II, LLC*, 562 B.R. 614, 626 (Bankr. D. Del. 2016). The party seeking the 2004 discovery bears the burden of proving good cause for it. *In re Defoor Centre*, 634 B.R. 630, 628 (Bankr. M.D. Fla. 2021).

7. Good cause exists here to quash the subpoena in its entirety.

8. The Trustee wants Movant to provide all documents and records concerning its fees and costs incurred with any of the subject properties. Trustee is essentially questioning the fees Movant asserts it has incurred.

9. However, given the lack of equity in the subject properties, whatever the attorneys' fees there are, those fees will not be paid at any sale - foreclosure sale or 363 sale.

10. Therefore, whatever information can be gleaned from the documents Trustee seeks from Movant, will essentially be futile given that no attorneys' fees will even be collected from either the foreclosure or 363 sale of the subject properties.

11. For Secured Creditor Jefferey Mills, the subject property is worth $165,000 and needs about $80,000 worth of repairs. Secured Creditor's unpaid principal balance is $130,000, interest to August 12, 2026, is $77,000, and escrow advances and property registration costs are $36,393.93.

12. For Secured Creditor H2ML, LLC, the subject property is worth $135,000 and needs about $40,000 worth of repairs. Secured Creditor's unpaid principal balance is $130,000, interest to August 12, 2026, is $77,000, and escrow advances and property registration costs are $26,280.41.

13. For Secured Creditor Polonio, LLC, the two (2) subject properties combined are worth $292,000 with repairs needed. Secured Creditor's unpaid principal balance is $220,000, interest to August 12, 2026, is $112,281.91, escrow advances and property registration costs are $31,077.79.

14. The Trustee operates as an arm of the court and thus should operate judiciously. Serving a subpoena upon Secured Creditors' attorneys to determine whether legal fees incurred are accurate does not serve a necessary or useful purpose.

15. At the very least, Movant requests that the subpoena be stayed until Secured Creditors' Motions for Relief from Stay are ruled upon by the Court. Pursuant to

Local Rule 7026-1(b)(2), a motion for protective order stays the response deadline until the court rules on the motion.

**WHEREFORE, PREMISES CONSIDERED,** Secured Creditor respectfully requests this Honorable Court grant Movant's Motion for Protective Order.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list, on September 4, 2026.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Blvd., Units 1&2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email:**damian@dwaldmanlaw.com**
Attorneys for Secured Creditor

By: /s/ Damian Waldman, Esq.
Damian Waldman, Esq.
Florida Bar No.: 0090502

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 4th day of September, 2026, I served a copy of the foregoing by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

**SERVICE LIST**

*Debtor*
City Trust Investments LLC
27581 South Dixie Hwy, Suite 2
Homestead, FL 33032

*Trustee*
Marcia T Dunn
66 West Flagler Street, Ste 400
Miami, FL 33130

David Blansky
Dunn Law, P.A.
66 West Flagler Street, Suite 400
Miami, FL 33130
*Attorney for Trustee*

Michael P Dunn
66 West Flagler St., Ste. 400
Miami, FL 33130
*Attorney for Trustee*

Amrit S Kapai
66 West Flagler Street
Ste 400
Miami, FL 33130
*Attorney for Trustee*

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Dan L Gold
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130
*Attorney for US Trustee*

**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Blvd., Units 1&2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email:**damian@dwaldmanlaw.com**
Attorneys for Defendant

By: /s/ Damian Waldman, Esq.
Damian Waldman, Esq.
Florida Bar No.: 0090502