UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

CITY TRUST INVESTMENTS LLC, et al.

CASE NO: 24-14100-PDR

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 810

On 9/11/2026, I did cause a copy of the following documents, described below,

ORDER GRANTING MOTION TO SET CLAIMS BAR DATE FOR CONSOLIDATED DEBTORS ECF Docket Reference No. 810

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/11/2026

/s/ Amrit S. Kapai
Amrit S. Kapai 1032794

Dunn Law, P.A.
66 West Flagler Street, Suite 400
Miami, FL 33130
786-433-3866
lrodriguez@dunnlawpa.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

CITY TRUST INVESTMENTS LLC, et al.

CASE NO: 24-14100-PDR

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 810

On 9/11/2026, a copy of the following documents, described below,

ORDER GRANTING MOTION TO SET CLAIMS BAR DATE FOR CONSOLIDATED DEBTORS ECF Docket Reference No. 810

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/11/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Amrit S. Kapai
Dunn Law, P.A.
66 West Flagler Street, Suite 400
Miami, FL 33130

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CARLOS MENENDEZ
C/O VIRGINIA G. WOLF, ESQ.
LAW OFFICES OF GILLIAM & GILLIAM, LLC
17801 NW 2ND AVE STE 211
MIAMI GARDENS, FL 33169

GREGORY EBENFELD AND GREGORY A EBENFELD PA
C/O SCOTT M. WELLIKOFF, ESQ
ADLER WLLIKOFF, PLLC
1900 GLADES RD, STE 270
BOCA RATON, FL 33431

GABRIEL GARCIA
C/O GIOVANNI V. BORGES, ESQ.
GIOVANNI V. BORGES, P.A.
12555 ORANGE DR
DAVIE, FL 33330-4304

DANIEL HALPERIN
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD STE 200
FORT LAUDERDALE, FL 33301-2254

BELAWI LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD STE 200
FORT LAUDERDALE, FL 33301-2254

SUN 1318 CORRP
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD STE 200
FORT LAUDERDALE, FL 33301-2254

ROBERT N. ROSENBERG
C/O HOWARD W MAZLOFF, ESQ.
9200 S DADELAND BLVD STE 214
MIAMI, FL 33156-2707

PLAYA VERDE LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD STE 200
FORT LAUDERDALE, FL 33301-2254

JORGE LLAGUNO
C/O PETER ANDREW COHEN, ESQ.
PETER A. COHEN, P.A.
19 W FLAGLER ST STE 810
MIAMI, FL 33130

14445 SW 289 ST LLC
C/O ROBERT F. COOKE, ESQ.
COOKE CARBONELL LLP
10720 CARIBBEAN BLVD., STE 540
CUTLER BAY, FL 33189-1237

ELIZABETH DIAZ AND FLORIDA TITLE WORX LLC
C/O MANUEL L CASABIELLE, ESQ.
BOYD RICHARDS PARKER COLONNELLI, PL
100 SE 2ND ST STE 2600
MIAMI, FL 33131-2118

LES DAUPHINOIS LLC
PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD STE 200
FORT LAUDERDALE, FL 33301-2254

JEFFREY MILLS
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD STE 200
FORT LAUDERDALE, FL 33301-2254

H2ML, LLC
C/O DAMIAN G. WALDMAN, ESQ.
LAW OFFICES OF DAMIAN G. WALDMAN, P.A.
PO BOX 5162
LARGO, FL 33779-5162

LONS LLC
C/O EDUARDO AYBAR LANDRAU, ESQ.
AYBAR LANDRAU & NIZIO, P.L.
1500 WESTON RD STE 220
WESTON, FL 33326-3265

POLONIO LLC
C/O DAMIAN G. WALDMAN, ESQ.
LAW OFFICES OF DAMIAN G. WALDMAN, P.A.
PO BOX 5162
LARGO, FL 33779-5162

HECTOR SERRANO AND MIRIAM SERRANO
C/O MANUEL J. MARI, ESQ.
MANUEL J. MARI, P.A.
11120 N KENDALL DR STE 201
MIAMI, FL 33176-1571

NATALIE HODGSON
28015 SW 143 COURT
HOMESTEAD, FL 33033

SUNNY MONDAY LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD STE 200
FORT LAUDERDALE, FL 33301-2254

HERRA LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD STE 200
FORT LAUDERDALE, FL 33301-2254

MCC GROUP LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD STE 200
FORT LAUDERDALE, FL 33301-2254

URIEL FELDMAN
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD STE 200
FORT LAUDERDALE, FL 33301-2254

ANDA TRUST
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD STE 200
FORT LAUDERDALE, FL 33301-2254

SEAPINES HOMEOWNERS ASSOCIATION, INC
C/O WILLIAM G. ESSIG ESQ.
ESSIG LAW, P.A., RA
10691 N. KENDALL DRIVE
SUITE 206
MIAMI, FL 33176

LAZARA GONZALEZ
C/O RICARDO A. RODRIGUEZ, ESQ.
RODRIGUEZ LAW, P.L.
PO BOX 820070
PEMBROKE PINES, FL 33082-0070

BARILLAS HOLDINGS LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD STE 200
FORT LAUDERDALE, FL 33301-2254

LONS LLC
C/O MONIKA NIZIO AYBAR LANDRAU, ESQ.
AYBAR LANDRAU & NIZIO, P.L.
1500 WESTON RD STE 220
WESTON, FL 33326-3265

LONS LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD STE 200
FORT LAUDERDALE, FL 33301-2254

MIAMI DADE COUNTY
C/O CHRISTOPHER ANDREW ANGELL, ESQ.
THE COUNTY ATTORNEY'S OFFICE
OFFICE OF THE MIAMI-DADE COUNTY ATTORNEY
111 NW 1ST ST
MIAMI, FL 33128-1902

CLAUNA, LLC
AGENTS AND CORPORATIONS, INC., REGISTERED AGENT
ONE COMMERCE CENTER
1201 ORANGE ST STE 600
WILMINGTON, DE 19801

LORETA INVESTMENTS LLC
6800 SW 40 ST
MIAMI, FL 33155

ROBERT BLECHA
4940 SW 92 AVENUE
MIAMI, FL 33165

KINTAY LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD STE 200
FORT LAUDERDALE, FL 33301-2254

LALA RAM CORPORATION
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD STE 200
FORT LAUDERDALE, FL 33301-2254

HARRY V
C/O HARRY A PAYTON, ESQ.
SUSAN M MOHORCIC, ESQ.
PAYTON & ASSOCIATES, LLC
50 ALHAMBRA CIR APT 106
CORAL GABLES, FL 33134-4698

PLAYA VERDE LLC
C/O DAMIAN G. WALDMAN, ESQ.
LAW OFFICES OF DAMIAN G. WALDMAN, P.A.
PO BOX 5162
LARGO, FL 33779-5162

GIRA PROPERTY LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD STE 200
FORT LAUDERDALE, FL 33301-2254

LUIS AMAYA
5350 SW 84TH AVENUE
#1909
DORAL, FL 33166

CITYWIDE PROPERTY MANAGMENT LLC
27581 SOUTH DIXIE HWY
HOMESTEAD, FL 33033

NOTARY PUBLIC UNDERWRITERS INC
C/O JACK DIESTELHORST
5524 APALACHEE PKWY
TALLAHASSEE, FL 32311

GIRA PROPERTY LLC
C/O MONIKA NIZIO AYBAR LANDRAU ESQ.
AYBAR LANDRAU & NIZIO, P.L.
1500 WESTON RD STE 220
WESTON, FL 33326-3265

LOBOS ISLAND LLC
C/O PAULA LEVY-PARKES, ESQ.
WOLFE & WYMAN LLP
301 E LAS OLAS BLVD STE 200
FORT LAUDERDALE, FL 33301-2254

GF WORLD LOGISTICS LLC
C/O JOHANNA CASTELLON VEGA, ESQ.
ALMAZAN LAW
7901 SW 67TH AVE STE 100
MIAMI, FL 33143-4538

RAUL NAVARRO
C/O JOLYON WILSON MORRIS, ESQ.
MORRIS LEGAL, LLC
2800 BISCAYNE BLVD STE 530
MIAMI, FL 33137-4523

GAIN 11 INVESTMENTS LLC
13812 SW 8 ST, #206
MIAMI, FL 33184

TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA
1 TOWER SQ 2MS
HARTFORD, CT, 06183-0001

B & B HOMESTEAD INVESTMENTS GROUP, LLC
LAZARA L. GONZALEZ A/K/A LAZARA GONZALEZ A/K/A
LAZARA GONZALEZ BELLO, REGISTERED AGENT
29363 SW 142 AVENUE
HOMESTEAD, FL 33033

BARBARA BELLO A/K/A BARBARA M. BELLO
A/K/A BARBARA MARTA BELLO
29363 SW 142 AVENUE
HOMESTEAD, FL 33033

PROSECO LLC
C/O KEVIN S. VALDES, REGISTERED AGENT
1210 SW 141 AVENUE
MIAMI, FL 33184

BULLCIRCA LLC
ATTN: ANDRES ABADI
19262 NE 6TH AVENUE
MIAMI, FL 33179

ALIOBO LLC
C/O ANDRES ABADI, ITS REGISTERED AGENT
20806 HIGHLAND LAKES BLVD
MIAMI, FL 33179

JMB INVESTMENT LLC
C/O MARY E FAWKES, ITS REGISTERED AGENT
7953 PLANTATION BLVD
MIRAMAR, FL 33023

KENT BARRY N
28020 SW 141 PL
HOMESTEAD, FL 33033

LORETA INVESTMENTS LLC
C/O LAZARA L GONZALEZ, ITS REGISTERED AGENT
6800 SW 40 ST
MIAMI, FL 33155

CITYWIDE PROPERTY MANAGMENT LLC
C/O JORGE LLAGUNO, ITS REGISTERED AGENT
27581 SOUTH DIXIE HWY
HOMESTEAD, FL 33033

AADA INC.
50 SETTING SUN LANE
TRAVELERS REST, SC 29690

KEVIN S VALDES
1210 SW 141 AVENUE
MIAMI, FL 33184

WANDA LYNETTE BEAUZIEUX
26480 SW 142ND AVENUE, #107
HOMESTEAD, FL 33032

CAPITAL OPPORTUNITY GROUP INC
C/O RALPH SERRANO, ITS RA
9425 SW 72 ST, #233
MIAMI, FL 33173

BROMELIA INVESTMENTS LLC
C/O AYBAR LANDRAU & NIZIO, PL, ITS REGISTERED AGENT
1500 WESTON RD
STE 220
WESTON, FL 33326

A A D A INC
C/O ANGEL L. ARES, ITS REGISTERED AGENT
11180 SW 58TH TER
MIAMI, FL 33173

BIMIJA LIMITED PARTNERSHIP
C/O JACLYN BILD, ITS REGISTERED AGENT
11636 N KENDALL DR.
MIAMI, FL 33176

GAIN 11 INVESTMENTS LLC
C/O LAZARA L GONZALEZ, ITS REGISTERED AGENT
13812 SW 8 ST, #206
MIAMI, FL 33184

ESTHER SANCHEZ
28864 S DIXIE HWY
HOMESTEAD, FL 33033

MIAMI-DADE INTERNAL COMPLIANCE DEPARTMENT
701 NW 1ST COURT, 8TH FLOOR
MIAMI, FL 33136

ARIS FERNANDO BENEDI
9030 SW 48TH TER
MIAMI, FL 33165

U.S. SMALL BUSINESS ADMINISTRATION
2 NORTH STREET, SUITE 320
BIRMINGHAM, AL 35203

MCC GROUP LLC
C/O JULIA MERCEDES OSPINA, ITS REGISTERED AGENT
10913 NW 30TH STREET, #100
DORAL, FL 33172

LONGREACH CAPITAL LLC
C/O LONGREACH HOLDINGS INC., ITS REGISTERED AGENT
9100 S. DADELAND BOULEVARD
SUITE 1500
MIAMI, FL 33156

CONCIERGE LENDING GROUP LLC
C/O NOBLE LAW FIRM P.A., ITS REGISTERED AGENT
6830 N FEDERAL HWY
BOCA RATON, FL 33487

MIAMI DADE CTY REGULATORY AND ECONOMIC RESOURCES DEPT
11805 SW 26TH STREET
MIAMI, FL 33175

14445 SW 289 ST LLC.
C/O LORGELEYS B LLAGUNO, ITS REGISTERED AGENT
30332 SW 152ND PL
HOMESTEAD, FL 33033-3613

MIAMI-DADE COUNTY FINANCE DEPARTMENT
STEPHEN P. CLARK CENTER
111 NW 1ST STREET, 26TH FLOOR
MIAMI, FL 33128

DURAN GAMALIEL
28020 SW 141ST PLACE
MIAMI, FL 33033

H^3 DEVELOPMENTS GROUP INC
26520 SOUTH DIXIE HIGHWAY
HOMESTEAD, FL 33032

LAZARA LLAGUNO
C/O JOEL ARESTY, ESQ.
JOEL M. ARESTY P.A
309 1ST AVE. S
TIERRA VERDE, FL 33715

MIAMI-DADE COUNTY
BUILDING DEPARTMENT PERMITS
11805 SW 26 ST
MIAMI, FL 33175

MIAMI-DADE COUNTY SOLID WASTE
2525 NW 62 ST, 5TH FLOOR
MIAMI, FL 33147

LISANDO VALLE
C/O CLAUDIA COBREIRO, ESQ.
999 PONCE DE LEON BLVD, SUITE 945
CORAL GABLES, FL 33134

14445 SW 289 ST LLC
C/O JOEL ARESTY, ESQ.
JOEL M. ARESTY P.A
309 1ST AVE. S
TIERRA VERDE, FL 33715

JORGE LLAGUNO
C/O JOEL ARESTY, ESQ.
JOEL M. ARESTY P.A
309 1ST AVE. S
TIERRA VERDE, FL 33715

MIAMI-DADE COUNTY BUILDING CODE
11805 SW 26 ST, ROOM 230
MIAMI, FL 33175

MIAMI-DADE COUNTY UTILITY SERVICE AREA
VERIFICATION
PO BOX 026055
MIAMI, FL 33102

PAVILA PROPERTIES LLC
C/O ANNAKAYE WILLIAMS, IT'S REGISTERED AGENT
16500 SW 272 STREET
HOMESTEAD, FL 33031

MIAMI-DADE WATER AND SEWER DOUGLAS OFFICE
3071 SW 38TH AVENUE
MIAMI, FL 33146

LORGELEYS LLAGUNO
C/O JOEL ARESTY, ESQ.
JOEL M. ARESTY P.A
309 1ST AVE. S
TIERRA VERDE, FL 33715

MIAMI-DADE COUNTY TAX COLLECTOR
200 NW 2ND AVE
MIAMI, FL 33128

UNINC. DAD-COU
MIAMI-DADE PERMITTING AND INSPECTION
CENTER ZONING PERMIT SECTION
11805 SW 26 ST
MIAMI, FL 33175