**ORDERED in the Southern District of Florida on September 12, 2026.**

Peter D. Russin, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

CITY TRUST INVESTMENTS LLC, LORETA INVESTMENTS, LLC, GAIN 11 INVESTMENTS, LLC, 14445 SW 289 ST LLC; AND CITYWIDE PROPERTY MANAGEMENT LLC,

Debtors.
_____________________________/

Case No.: 24-14100-PDR
(substantively consolidated)

Chapter 7

**ORDER CONTINUING HEARING ON TRUSTEE'S MOTION**
**TO ENFORCE SETTLEMENT AGREEMENT**

THIS MATTER came before the Court on September 9, 2026 at 11:00 a.m. upon the Trustee's *Motion to Enforce Settlement Agreement* (the "Motion") [D.E. 681] filed by Marcia T. Dunn, the duly appointed Chapter 7 Trustee of the substantively consolidated bankruptcy estate of City Trust Investments LLC, Loreta Investments, LLC, Gain 11 Investments, LLC, 14445 SW 289 ST LLC, and Citywide Property Management LLC, and the Court, having reviewed the Motion and the record, and for good cause shown, does hereby

**ORDER as follows:**

1. The hearing on the Motion is CONTINUED to September 23, 2026, at 2:30 p.m. (prevailing Eastern Time) before the Honorable Peter D. Russin, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128, Courtroom 8.

2. Any party wishing to file a supplemental brief in support of its position with respect to the Motion may do so no later than September 21, 2026, at 5:00 p.m. (prevailing Eastern Time).

# # #

Submitted by:

Amrit S. Kapai, Esq.
Florida Bar No. 1032794
DUNN LAW, P.A.
Counsel for Marcia T. Dunn, Trustee
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
akapai@dunnlawpa.com

*Attorney Kapai is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.*