**ORDERED in the Southern District of Florida on September 12, 2026.**

Peter D. Russin, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

CITY TRUST INVESTMENTS LLC, LORETA INVESTMENTS, LLC, GAIN 11 INVESTMENTS, LLC, 14445 SW 289 ST LLC; AND CITYWIDE PROPERTY MANAGEMENT LLC,

Debtors.
_____________________________/

Case No.: 24-14100-PDR
(substantively consolidated)

Chapter 7

**ORDER SETTING SCHEDULING CONFERENCE ON CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF ORDER DETERMINING AND ALLOWING SURCHARGE AGAINST SALE PROCEEDS UNDER 11 U.S.C. § 506(c)**

THIS MATTER came before the Court for hearing on September 9, 2026 at 11:00 a.m. (the "Hearing") upon the Chapter 7 Trustee's Motion for Entry of Order Determining and Allowing Surcharge Against Sale Proceeds Under 11 U.S.C. § 506(c), and Granting Related Relief (the "Surcharge Motion") [D.E. 791] filed by Marcia T. Dunn, the duly appointed Chapter 7 Trustee (the "Trustee") of the substantively consolidated bankruptcy estate of City Trust Investments LLC, Loreta Investments, LLC, Gain 11 Investments, LLC, 14445 SW 289 ST LLC, and Citywide Property Management LLC, and the objections filed thereto; and the Court, having reviewed the Surcharge Motion and the objections thereto, having considered the record and the

argument of counsel at the Hearing, and having determined that the relief requested in the Surcharge Motion will require an evidentiary hearing, does hereby

**ORDER as follows:**

1. The relief requested in the Surcharge Motion will require an evidentiary hearing.

2. A scheduling conference on the Surcharge Motion shall be held on September 23, 2026 at 2:30 p.m. (prevailing Eastern Time) before the Honorable Peter D. Russin, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128, Courtroom 8.

3. At the scheduling conference, the parties shall be prepared to address the scheduling of the evidentiary hearing on the Surcharge Motion, together with all related dates and deadlines.

# # #

Submitted by:

Amrit S. Kapai, Esq.
Florida Bar No. 1032794
DUNN LAW, P.A.
Counsel for Marcia T. Dunn, Trustee
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
akapai@dunnlawpa.com

*Attorney Kapai is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.*