**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

CITY TRUST INVESTMENTS LLC, *et al*.

Debtors.
_______________________________/

Case No.: 24-14100-PDR
(substantively consolidated)

Chapter 7

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the **Order Continuing Hearing on Trustee's Motion to Enforce Settlement Agreement** [D.E. 824], and the **Order Setting Scheduling Conference On Chapter 7 Trustee's Motion For Entry Of Order Determining And Allowing Surcharge Against Sale Proceeds Under 11 U.S.C. § 506(c)** [D.E. 825], were served on September 14, 2026, via Notice of Electronic Filing (CM/ECF) upon all registered users in this case.

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 14th day of September, 2026, upon all registered users in this case.

**DUNN LAW, P.A.**
*Counsel for Marcia T. Dunn, Chapter 7 Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
akapai@dunnlawpa.com

By: */s/ Amrit S. Kapai*
Amrit S. Kapai, Esq.
Florida Bar No. 1032794