**ORDERED in the Southern District of Florida on September 15, 2026.**

Peter D. Russin, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

City Trust Investments, LLC

Debtor(s)

CASE NO: 24-14100-PDR
Chapter 7

---

**ORDER GRANTING EX PARTE MOTION TO REQUEST REMOTE APPERANCE**

**THIS CAUSE** came before the Court on Movant, LAW OFFICES OF DAMIAN G. WALDMAN, P.A.'s ("Movant") EX PARTE MOTION TO REQUEST REMOTE APPERANCE [Doc. No. 823] (the "Motion"). This Court, (i) having reviewed the Motion, (ii) having examined the court record, and (iii) being fully advised in the premises determined the motion is GRANTED. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Movant's EX PARTE MOTION TO REQUEST REMOTE APPERANCE is **GRANTED**.

2. Movant shall be permitted to appear via Zoom or other remote appearance technology for the hearing on the Motion for Protective Order [Doc. No. 813] currently set for an in-person hearing on September 30, 2026 at 11:00 AM.

###

**Order submitted by:**

Damian G. Waldman, Esq.
**Law Offices of Damian G. Waldman, P.A.**
P.O. Box 5162
Largo, FL 33779
Phone: (727) 538-4160
Facsimile: (727) 240-4972
Email Service: damian@dwaldmanlaw.com
*Attorneys for Secured Creditor*

**Damian G. Waldman is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.**