**ORDERED in the Southern District of Florida on September 25, 2026.**

Peter D. Russin, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

CITY TRUST INVESTMENTS LLC, *et al.*, Case No.: 24-14100-PDR
(substantively consolidated)

Debtors.
_________________________________/ Chapter 7

**ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF FINAL JUDGMENT IN GARNISHMENT AGAINST TD BANK, N.A.**

**THIS CAUSE** came before the Court on August 26, 2026, upon the Trustee's *Motion for Entry of Final Judgment in Garnishment Against TD Bank, N.A.* (the "Motion") [D.E. 762], and the Court, having reviewed the Motion, the Answer of Garnishee [D.E. 739] (the "Answer"), and the record, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED:**

1. The Motion is **GRANTED**.

2. Upon entry of this Order, the Trustee is directed to separately upload a proposed Final Judgment in Garnishment against TD Bank, N.A., setting forth the specific relief consistent with the Court's ruling at the August 26, 2026, hearing, for the Court's consideration and entry.

\# # #

**Submitted by:**
Amrit S. Kapai, Esq.
Dunn Law, P.A.

*Counsel for Marcia T. Dunn, as Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
akapai@dunnlawpa.com

*Attorney Kapai is directed to serve a conformed copy of this Order upon all interested parties and shall file a Certificate of Service with the Court confirming such service.*