**ORDERED in the Southern District of Florida on October 3, 2026.**

Peter D. Russin, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

CITY TRUST INVESTMENTS LLC, *et al.*,

Debtors.
_________________________________/

Case No.: 24-14100-PDR
(substantively consolidated)

Chapter 7

**FINAL JUDGMENT IN GARNISHMENT AGAINST TD BANK, N.A.**

**THIS CAUSE** came before the Court on August 26, 2026, upon the Trustee's *Motion for Entry of Final Judgment in Garnishment Against TD Bank, N.A.* (the "Motion") [D.E. 762], and the Court, having reviewed the Motion, the Answer of Garnishee [D.E. 748] (the "Answer"), the record in this case, and being otherwise fully advised, hereby

**FINDS AND DETERMINES THAT:**

A. On December 30, 2025, the Court entered a Final Judgment in favor of Marcia T. Dunn, Chapter 7 Trustee, and against Hector Serrano and Mirian Serrano, jointly and severally, in the amount of $1,200,000.00, together with post-judgment interest accruing pursuant to 28 U.S.C. § 1961 [D.E. 653] (the "Judgment").

B. The Judgment remains unsatisfied in an amount exceeding the funds held by TD Bank, N.A. ("TD Bank").

C. On May 13, 2026, the Clerk issued a Writ of Garnishment directed to TD Bank [D.E. 718] (the "Writ"), which was served upon TD Bank on May 19, 2026, pursuant to the Certificate of Service filed on May 22, 2026 [D.E. 731].

D. On May 29, 2026, TD Bank filed its Answer, identifying two checking accounts held in the name of Judgment Debtor Hector Serrano and disclosing that it retained a total of $2,926.47 subject to the Writ.

E. TD Bank further represented that it was not indebted to Judgment Debtor Mirian Serrano and held no other property belonging to the Judgment Debtors.

F. In accordance with Fla. Stat. § 77.041, the Trustee served a copy of the Motion, the Writ, the Notice to Judgment Debtors of Right Against Garnishment, and the Claim of Exemption and Request for Hearing form pursuant to the Certificate of Service filed on May 22, 2026 [D.E. 735] upon the Judgment Debtors.

G. In accordance with Fla. Stat. § 77.055, the Trustee served a copy of the Answer and the Notice to Judgment Debtors of Right Against Garnishment pursuant to the Certificate of Service filed on May 29, 2026 [D.E. 740] upon the Judgment Debtors.

H. More than twenty (20) days have elapsed since the date stated in the certificate of service, and no motion to dissolve the Writ, claim of exemption, reply contesting the Answer, third-party claim, or other objection to the disposition of the garnished funds has been filed.

I. Pursuant to Fla. Stat. § 77.083, the Trustee is entitled to entry of judgment against TD Bank based upon the liability disclosed in its Answer.

Accordingly, it is **HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is **GRANTED**.

2. Final Judgment in Garnishment is entered in favor of MARCIA T. DUNN, solely in her capacity as Chapter 7 Trustee of the substantively consolidated bankruptcy estates of City Trust Investments LLC, *et al*., and against Garnishee TD BANK, N.A., in the amount of **$2,926.47**, subject only to any garnishee fees, costs, expenses, or contractual offsets expressly allowed by this Court.

3. Within fourteen (14) days after entry of this Final Judgment, TD Bank shall remit the net garnished funds by check payable to "Marcia T. Dunn, Chapter 7 Trustee" and deliver the funds to Dunn Law, P.A., 66 West Flagler Street, Suite 400, Miami, FL 33130.

4. Upon TD Bank's payment of the amount required by this Final Judgment, TD Bank shall be discharged from any further liability under the Writ concerning the funds disclosed in its Answer and may release any related garnishment holds.

5. The amount paid pursuant to this Final Judgment shall be credited against the outstanding balance of the Underlying Judgment entered against Hector Serrano and Mirian Serrano [D.E. 653].

6. This Court retains jurisdiction to enforce this Final Judgment and resolve any dispute concerning its implementation.

7. The Clerk is directed to close the garnishment proceeding as to TD Bank upon the Trustee's filing of a notice confirming receipt of the garnished funds.

# # #

**Submitted by:**
Amrit S. Kapai, Esq.
Dunn Law, P.A.
*Counsel for Marcia T. Dunn, as Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
akapai@dunnlawpa.com

*Attorney Kapai is directed to serve a conformed copy of this Order upon all interested parties and shall file a Certificate of Service with the Court confirming such service.*