**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

City Trust Investments, LLC

Debtor(s)

CASE NO: 24-14100-PDR
Chapter 7

---

**SECURED CREDITORS, POLONIO LLC, H2ML LLC, AND JEFFREY MILLS' LIMITED OBJECTION TO SALE OF CERTAIN REAL PROPERTIES OF THE ESTATE[1]**

**COMES NOW, SECURED CREDITORS,** POLONIO LLC, H2ML LLC, and JEFFREY MILLS (collectively referred to as "Secured Creditors"), by and through the undersigned attorneys, and hereby files this limited objection to the sale of the below described properties, and in support states as follows:

1. On or about April 26, 2024, the above Debtor filed a Voluntary Petition for Relief pursuant to Chapter 11 of the United States Bankruptcy Code. The case was converted to a Chapter 7 on September 3, 2024.

2. On or about August 3, 2026, the Trustee filed its Motion to Approve Bidding Procedures In Connection With The Sale Of Certain Real Properties Of The Estate, Approving The Stalking Horse Purchaser And Related Purchase And Sale Agreement, Scheduling An Auction, If Necessary, Setting A Final Sale Hearing, in addition to Motion to Sell Free and Clear of Liens (Certain Real Properties of the Estate) pursuant to 11 USC 363 f. (the "Motion") [Doc. No. 764].

[1] The properties that are the subject of this Objection and the approved sale procedures are laid out in the Order Granting Motion for Entry of Order (I) Approving Bidding Procedures in Connection with the Sale of Certain Real Properties of the Estate, (II) Approving the Stalking Horse Purchaser and Related Purchase and Sale Agreement, (III) Scheduling an Auction, if Necessary, (IV) Setting a Final Sale Hearing and (V) Granting Related Relief [Doc. No. 835].

3. On or about September 21, 2026, this Court entered an Order Granting Motion for Entry of Order (I) Approving Bidding Procedures in Connection with the Sale of Certain Real Properties of the Estate, (II) Approving the Stalking Horse Purchaser and Related Purchase and Sale Agreement, (III) Scheduling an Auction, if Necessary, (IV) Setting a Final Sale Hearing and (V) Granting Related Relief (the "Order"). [Doc. No. 835].

4. Secured Creditors hold valid and perfected first mortgages on the following real properties (collectively, the "Properties").

a. 28152 SW 142nd Court, Homestead, FL 33033;

b. 28091 SW 143rd Court, Homestead, FL 33033;

c. 28124 SW 142nd Court, Homestead, FL 33033; and

d. 14266 SW 283rd Street, Homestead, FL 33033.

5. Secured Creditors file this limited objection to the Sale solely to protect and preserve their first-priority liens in the Properties and the corresponding proceeds thereof. The Order and the Motion contemplate a sale free and clear of liens pursuant to 11 U.S.C. § 363(f), with all valid liens, claims, encumbrances, and interests attaching to the sale proceeds in the same validity, priority, and extent as existed immediately prior to closing. Secured Creditors do not oppose a sale structured on that basis, provided their liens are adequately protected and preserved as set forth below in accordance with the bankruptcy code.

6. Therefore, Secured Creditors do not object to the sale of the Properties, so long as:

a. Each Secured Creditor's claim is paid up to the value of its security in the collateral, including all principal, accrued and accruing interest and any paid advances if the value of the property supports such a payment at the time of closing in accordance with the bankruptcy code; and

b. No costs of sale, broker commissions, attorneys' fees, or other administrative claims, costs, or expenses shall be surcharged against the proceeds of Secured Creditors' collateral, whether under 11 U.S.C. § 506(c) or otherwise, absent a further order of this Court entered on proper notice and an opportunity for Secured Creditors to be heard, and Secured Creditors expressly reserve all rights to contest any such surcharge. Notwithstanding that Secured Creditors understand that costs, expenses and surcharges will be applied to the sale of the subject properties, but would ask that such charges are not to the detriment of Secured Creditors' claims so that Secured Creditors are paid up to the value of their security in accordance with the bankruptcy code.

**WHEREFORE,** Secured Creditors respectfully request that this Honorable Court enter an Order sustaining this limited objection, conditioning any sale of the Properties on the attachment of Secured Creditors' first-priority liens to the segregated net proceeds of their respective collateral, free of any surcharge absent further order of this Court, and preserving their rights under 11 U.S.C. § 363(f) and § 363(k).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list, on October 15, 2026.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Blvd., Units 1&2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email:**damian@dwaldmanlaw.com**
Attorneys for Secured Creditors

By: /s/ Damian Waldman, Esq.
Damian Waldman, Esq.
Florida Bar No.: 0090502

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 15, 2026, I served a copy of the foregoing by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

**SERVICE LIST**

*Debtor*
City Trust Investments LLC
27581 South Dixie Hwy, Suite 2
Homestead, FL 33032

*Trustee*
Marcia T Dunn
66 West Flagler Street, Ste 400
Miami, FL 33130

David Blansky
Dunn Law, P.A.
66 West Flagler Street, Suite 400
Miami, FL 33130
*Attorney for Trustee*

Michael P Dunn
66 West Flagler St., Ste. 400
Miami, FL 33130
*Attorney for Trustee*

Amrit S Kapai
66 West Flagler Street
Ste 400
Miami, FL 33130
*Attorney for Trustee*

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Dan L Gold
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130
*Attorney for US Trustee*

**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Blvd., Units 1&2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email:**damian@dwaldmanlaw.com**
Attorneys for Secured Creditor

By: /s/ Damian Waldman, Esq.
Damian Waldman, Esq.
Florida Bar No.: 090502